# Exhibit B(i)

# OFFICIAL REPORT OF PROCEEDINGS

# BEFORE THE

# NATIONAL LABOR RELATIONS BOARD

-----

General Counsel's Exhibits
GC-1 through GC-11

-----

In the Matter of:                              **Case No.:** 29-CA-331253


```
PARKING SYSTEMS PLUS,INC.           :

              Respondent,           :

And                                 :

LOCAL 1102, RETAIL, WHOLESALE &     :

DEPARTMENT STORE UNION, UNITED      :

FOOD AND COMMERICAL WORKERS,        :

              Charging Party.       :
```


Place:   New York, New York
Dates:   June 18, 20 and 21, 2024

-----

-----

**OFFICIAL REPORTERS**

## BURKE COURT REPORTING, LLC

**64 Magnolia Place**
**Wayne, NJ 07470**
**(973) 692-0660**

EXHIBIT NO.: _GC-1_____ MARKED: _X_____ RECEIVED: _X___ REJECTED : _____

WITHDRAWN: _____ NO OF PAGES _41_____ DATE: ____06/18/24 _____ __

CASE NO: _29-CA-331253_____ CASE NAME: _Parkign Systems_____

REPORTER: _A. Morris_____

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**DIVISION OF JUDGES**


**PARKING SYSTEMS PLUS, INC.**

     **And**                              **Case No. 29-CA-331253**

**LOCAL 1102, RETAIL WHOLESALE &**
**DEPARTMENT STORE UNION, UNITED**
**FOOD AND COMMERCIAL WORKERS**


# General Counsel Exhibit 1


## Formal Papers

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case<br>29-CA-331253 | Date Filed<br>12/4/2023 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br>Parking Systems, Inc. | | b. Tel. No.<br>(516) 825-4661 |
|---|---|---|
| | | c. Cell No.<br>(516) 807-5430 |
| | | f. Fax. No.<br>(631) 752-3616 |
| d. Address (Street, city, state, and ZIP code)<br>28 Fourth Street<br><br>NY Valley Stream 11582 | e. Employer Representative<br><br>Michael Petruzzelli<br>Vice President of Operations | g. e-mail<br><br>mapetruzzelli@parkingsystems.com |
| | | h. Number of workers employed<br>35 |
| i. Type of Establishment (factory, mine, wholesaler, etc.)<br>Others | j. Identify principal product or service<br><br>Valet Parking Services | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) 5,3                                                              of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

--See additional page--

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Roger Grobstich
Local 1102 RWDSU UFCW

| 4a. Address (Street and number, city, state, and ZIP code)<br><br><br>311 Crossways Park Drive<br>NY Woodbury 11797 | 4b. Tel. No.<br>(516) 683-1102 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail<br>roger@local1102.org |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | Tel. No.<br>(914) 478-2801 |
|---|---|
| _(signature)_                        Matthew Phillip Rocco<br>                                       Outside Counsel<br>(signature of representative or person making charge)   (Print/type name and title or office, if any) | Office, if any, Cell No.<br>(516) 297-7457 |
| | Fax No.<br>(914) 478-2913 |
| 3 West Main Street Suite 200<br>Address Elmsford NY 10523              Date 12/04/2023 09:05:20 AM | e-mail<br>mrocco@rothmanrocco.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

EXHIBIT 1(A)

## Basis of the Charge

**8(a)(3)**

Within the previous six months, the Employer refused to hire an employee(s) because the employee(s) joined or supported a labor organization and in order to discourage union activities or membership.

| Name of employee refused hire | Approximate date of refusal to hire |
|---|---|
| Michael Perez | 12/01/2023 |
| Francis Gil | 12/01/2023 |
| Miguel Perez | 12/01/2023 |
| Edward Arias | 12/01/2023 |
| Jayson Hernandez | 12/01/2023 |
| Issac Thomas | 12/01/2023 |
| Salvador Ernesto Mejia | 12/01/2023 |
| Indhira Valdez | 12/01/2023 |
| A. Morel | 12/01/2023 |
| Edward Arias | 12/01/2023 |
| All other employees of the predecessor employer | 12/01/2023 |

**8(a)(5)**

Within the previous six months, the Employer failed and refused to recognize the union as the collective bargaining representative of its employees.

**8(a)(5)**

Within the previous six months, the Employer failed and refused to bargain in good faith with the union as the collective bargaining representative of its employees.



UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD

REGION 29
Two Metro Tech Center
Suite 5100
Brooklyn, NY 11201-3838

Agency Website: www.nlrb.gov
Telephone: (718)330-7713
Fax: (718)330-7579

Download
NLRB
Mobile App

Michael Petruzzelli, Vice President of Operations
Parking Systems, Inc.
28 Fourth Street                                    December 5, 2023
Valley Stream, NY 11582

                   Re:    Parking Systems, Inc.
                              Case 29-CA-331253

Dear Mr. Petruzzelli:

Enclosed is a copy of a charge that has been filed in this case. This letter tells you how to contact the Board agent who will be investigating the charge, explains your right to be represented, discusses presenting your evidence, and provides a brief explanation of our procedures, including how to submit documents to the NLRB.

**Investigator:** This charge is being investigated by Field Attorney MATTHEW JACKSON whose telephone number is (718)765-6202. If this Board agent is not available, you may contact Supervisory Attorney TERRI A. CRAIG whose telephone number is (718)765-6174.

**Right to Representation:** You have the right to be represented by an attorney or other representative in any proceeding before us. If you choose to be represented, your representative must notify us in writing of this fact as soon as possible by completing *Form NLRB-4701, Notice of Appearance*. This form is available on our website, www.nlrb.gov, or from an NLRB office upon your request.

If you are contacted by someone about representing you in this case, please be assured that no organization or person seeking your business has any "inside knowledge" or favored relationship with the National Labor Relations Board. Their knowledge regarding this proceeding was only obtained through access to information that must be made available to any member of the public under the Freedom of Information Act.

**Presentation of Your Evidence:** We seek prompt resolutions of labor disputes. Therefore, I urge you or your representative to submit a complete written account of the facts and a statement of your position with respect to the allegations set forth in the charge as soon as possible. If the Board agent later asks for more evidence, I strongly urge you or your representative to cooperate fully by promptly presenting all evidence relevant to the investigation. In this way, the case can be fully investigated more quickly.

Full and complete cooperation includes providing witnesses to give sworn affidavits to a Board agent, and providing all relevant documentary evidence requested by the Board

EXHIBIT 1(B)

Parking Systems, Inc.                                    - 2 -
Case 29-CA-331253

agent.  Sending us your written account of the facts and a statement of your position is not enough to be considered full and complete cooperation.  A refusal to fully cooperate during the investigation might cause a case to be litigated unnecessarily.

In addition, either you or your representative must complete the enclosed Commerce Questionnaire to enable us to determine whether the NLRB has jurisdiction over this dispute.  If you recently submitted this information in another case, or if you need assistance completing the form, please contact the Board agent.

We will not honor requests to limit our use of position statements or evidence. Specifically, any material you submit may be introduced as evidence at a hearing before an administrative law judge regardless of claims of confidentiality. However, certain evidence produced at a hearing may be protected from public disclosure by demonstrated claims of confidentiality.

Further, the Freedom of Information Act may require that we disclose position statements or evidence in closed cases upon request, unless an exemption applies, such as those protecting confidential financial information or personal privacy interests.

**Preservation of all Potential Evidence:**  Please be mindful of your obligation to preserve all relevant documents and electronically stored information (ESI) in this case, and to take all steps necessary to avoid the inadvertent loss of information in your possession, custody or control.  Relevant information includes, but is not limited to, paper documents and all ESI (e.g. SMS text messages, electronic documents, emails, and any data created by proprietary software tools) related to the above-captioned case.

**Prohibition on Recording Affidavit Interviews:** It is the policy of the General Counsel to prohibit affiants from recording the interview conducted by Board agents when subscribing Agency affidavits. Such recordings may impede the Agency's ability to safeguard the confidentiality of the affidavit itself, protect the privacy of the affiant and potentially compromise the integrity of the Region's investigation.

**Correspondence:**  All documents submitted to the Region regarding your case MUST be filed through the Agency's website, www.nlrb.gov. This includes all formal pleadings, briefs, as well as affidavits, documentary evidence, and position statements. The Agency requests all evidence submitted electronically to be in the form it is normally used and maintained in the course of business (i.e., native format).  Where evidence submitted electronically is not in native format, it should be submitted in a manner that retains the essential functionality of the native format (i.e., in a machine-readable and searchable electronic format).

If you have questions about the submission of evidence or expect to deliver a large quantity of electronic records, please promptly contact the Board agent investigating the charge. If you cannot e-file your documents, you must provide a statement explaining why you do not have access to the means for filing electronically or why filing electronically would impose an undue burden.

Parking Systems, Inc.                                    - 3 -
Case 29-CA-331253

In addition, this Region will be issuing case-related correspondence and documents, including complaints, compliance specifications, dismissal letters, deferral letters, and withdrawal letters, electronically to the email address you provide.  To ensure that you receive important case-related correspondence, please ensure that the Board Agent assigned to your case has your preferred email address.  These steps will ensure that you receive correspondence faster and at a significantly lower cost to the taxpayer.   If there is some reason you are unable to receive correspondence via email, please contact the agent assigned to your case to discuss the circumstances that prevent you from using email.

**Controlled Unclassified Information (CUI):**  This National Labor Relations Board (NLRB) proceeding may contain Controlled Unclassified Information (CUI). Subsequent information in this proceeding may also constitute CUI. National Archives and Records Administration (NARA) regulations at 32 CFR Part 2002 apply to all executive branch agencies that designate or handle information that meets the standards for CUI.

*  *  *

Information about the Agency, the procedures we follow in unfair labor practice cases and our customer service standards is available on our website, www.nlrb.gov or from an NLRB office upon your request.  *NLRB Form 4541, Investigative Procedures* offers information that is helpful to parties involved in an investigation of an unfair labor practice charge.

We can provide assistance for persons with limited English proficiency or disability. Please let us know if you or any of your witnesses would like such assistance.

Very truly yours,

TERESA POOR
Regional Director

Enclosures:
1. Copy of Charge
2. Commerce Questionnaire

FORM NLRB-5081
(3-11)

**NATIONAL LABOR RELATIONS BOARD**

# QUESTIONNAIRE ON COMMERCE INFORMATION

**Please read carefully, answer all applicable items, and return to the NLRB Office.  If additional space is required, please add a page and identify item number.**

| CASE NAME | CASE NUMBER |
|---|---|
| | 29-CA-331253 |

**1.  EXACT LEGAL TITLE OF ENTITY (As filed with State and/or stated in legal documents forming entity)**

**2.    TYPE OF ENTITY**

[ ] CORPORATION    [ ] LLC    [ ] LLP    [ ] PARTNERSHIP    [ ] SOLE PROPRIETORSHIP    [ ] OTHER (Specify )

**3.  IF A CORPORATION or LLC**

| A. STATE OF INCORPORATION OR FORMATION | B.  NAME, ADDRESS, AND RELATIONSHIP (e.g. parent, subsidiary) OF ALL RELATED ENTITIES |
|---|---|

**4.  IF AN LLC OR ANY TYPE OF PARTNERSHIP, FULL NAME AND ADDRESS OF ALL MEMBERS OR PARTNERS**

**5.  IF A SOLE PROPRIETORSHIP, FULL NAME AND ADDRESS OF PROPRIETOR**

**6.  BRIEFLY DESCRIBE THE NATURE OF YOUR OPERATIONS** *(Products handled or manufactured, or nature of services performed).*

| 7A.  PRINCIPAL LOCATION: | 7B.  BRANCH LOCATIONS: |
|---|---|

**8.  NUMBER OF PEOPLE PRESENTLY EMPLOYED**

| A.  TOTAL: | B.  AT THE ADDRESS INVOLVED IN THIS MATTER: |
|---|---|

**9.  DURING THE MOST RECENT** *(Check the appropriate box)*: **[  ] CALENDAR    [  ] 12 MONTHS    or  [  ] FISCAL YEAR  *(FY DATES _____ )***

| | YES | NO |
|---|---|---|
| A.  Did you **provide services** valued in excess of $50,000 directly to customers outside your State?  If no, indicate actual value. $_____ | | |
| B.  If you answered no to 9A, did you **provide services** valued in excess of $50,000 to customers in your State who purchased goods valued in excess of $50,000 from directly outside your State?  If no, indicate the value of any such services you provided. $_____ | | |
| C.  If you answered no to 9A and 9B, did you **provide services** valued in excess of $50,000 to public utilities, transit systems, newspapers, health care institutions, broadcasting stations, commercial buildings, educational institutions, or retail concerns? If less than $50,000, indicate amount.  $_____ | | |
| D.  Did you **sell goods** valued in excess of $50,000 directly to customers located outside your State? If less than $50,000, indicate amount. $_____ | | |
| E.  If you answered no to 9D, did you **sell goods** valued in excess of $50,000 directly to customers located inside your State who purchased other goods valued in excess of $50,000 from directly outside your State?   If less than $50,000, indicate amount. $_____ | | |
| F.  Did you **purchase and receive goods** valued in excess of $50,000 from directly outside your State?  If less than $50,000, indicate amount. $_____ | | |
| G.  Did you **purchase and receive goods** valued in excess of $50,000 from enterprises who received the goods directly from points outside your State?   If less than $50,000, indicate amount. $_____ | | |
| H.    **Gross Revenues** from all sales or performance of services *(Check the largest amount)*: [ ] $100,000   [ ] $250,000   [ ] $500,000   [ ] $1,000,000 or more  If less than $100,000, indicate amount. | | |
| I.    **Did you begin operations within the last 12 months?**   If yes, specify date: _____ | | |

**10. ARE YOU A MEMBER OF AN ASSOCIATION OR OTHER EMPLOYER GROUP THAT ENGAGES IN COLLECTIVE BARGAINING?**

[ ] YES    [ ] NO  *(If yes, name and address of association or group).*

**11. REPRESENTATIVE BEST QUALIFIED TO GIVE FURTHER INFORMATION ABOUT YOUR OPERATIONS**

| NAME | TITLE | E-MAIL ADDRESS | TEL. NUMBER |
|---|---|---|---|

**12. AUTHORIZED REPRESENTATIVE COMPLETING THIS QUESTIONNAIRE**

| NAME AND TITLE *(Type or Print)* | SIGNATURE | E-MAIL ADDRESS | DATE |
|---|---|---|---|

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further a representation or unfair labor practice case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.

# UNITED STATES OF AMERICA

# BEFORE THE NATIONAL LABOR RELATIONS BOARD

**PARKING SYSTEMS, INC.**

    Charged Party

    and

**LOCAL 1102 RWDSU UFCW**

    Charging Party

**Case 29-CA-331253**

## AFFIDAVIT OF SERVICE OF CHARGE AGAINST EMPLOYER

I, the undersigned employee of the National Labor Relations Board, state under oath that on December 5, 2023, I served the above-entitled document(s) by post-paid regular mail upon the following persons, addressed to them at the following addresses:

Michael Petruzzelli, Vice President of
Operations
Parking Systems, Inc.
28 Fourth Street
Valley Stream, NY 11582

December 5, 2023

_____
Date

FREDA DEVONSHIRE, Designated
Agent of NLRB
_____
Name

_____
/S/ FREDA DEVONSHIRE
Signature

Form NLRB - 501 (3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**AMENDED CHARGE AGAINST EMPLOYER**

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |
| 29-CA-331253 | 2/7/2024 |

### 1.  EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| | |
|---|---|
| a. Name of Employer<br>Parking Systems, Inc. | b. Tel. No.<br>(516)825-4661 |
| | c. Cell No.<br>(516)807-5430 |
| d. Address (*Street, city, state, and ZIP code*)<br>28 Fourth Street<br>Valley Stream, NY 11582 | e. Employer Representative<br>Michael Petruzzelli<br>Vice President of Operations | f. Fax No.<br>(631)752-3616 |
| | | g. e-mail<br>mapetruzzelli@parkingsystems.com |
| | | h. Number of Workers Employed<br>35 |
| i. Type of Establishment (*factory, mine, wholesaler, etc.*)<br>Parking | j. Identify Principal Product or Service<br>Valet parking services | |

l. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of **section 8(a), subsections (1), (3), and (5)** of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (*set forth a clear and concise statement of the facts constituting the alleged unfair labor practices*)

  See Attachment

3. Full name of party filing charge (*if labor organization, give full name, including local name and number*)
  Local 1102 RWDSU, UFCW

| 4a. Address (*Street and number, city, state, and ZIP code*)<br><br>311 Crossways Park Drive<br>Woodbury, NY 11797 | 4b. Tel. No.<br>(516)683-1102 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail<br>roger@local1102.org |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (*to be filled in when charge is filed by a labor organization*)

United Food and Commercial Workers Union

| 6.  DECLARATION<br>I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | Tel. No.<br>(914) 478-2801 |
|---|---|
| *Matthew P. Rocco* | Office, if any, Cell No.<br>(516) 297-7457 |
| (*signature of representative or person making charge*)   Matthew P. Rocco, Esq.<br>(*Print/type name and title or office, if any*) | Fax No.<br>(914) 478-2913 |
| Address:   3 West Main Street, Suite 200<br>Elmsford NY 10523      Date:<br>February 7, 2024 | e-mail<br>mrocco@rothmanrocco.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

**RECEIVED**
By tfred at 2:04 pm, Feb 07, 2024

EXHIBIT 1(C)

# ATTACHMENT

2. Basis of the Charge (*set forth a clear and concise statement of the facts constituting the alleged unfair labor practices*)

**8(a)(1)**
On about November 25, 2023, the above-named Employer, by its Recruitment Specialist Robert Gust, intimidated and coerced employees in the exercise of their rights under the Act by telling employees that they must relinquish their Union affiliation if they wished to secure employment with the Employer.

**8(a)(3)**
Within the previous six months, the Employer refused to hire all or substantially all of the employees of a predecessor employer because the employees were represented by Local 1102 RWDSU, UFCW (Union) and in order to discourage union activities or membership.

**8(a)(5)**
Since about December 1, 2023, the Employer has been failing and refusing to recognize the Union as the collective bargaining representative of its employees at Stonybrook University Hospital.

**8(a)(5)**
Since about December 1, 2023, the Employer has been failing and refused to bargain with the Union as the collective bargaining representative of its employees at Stonybrook University Hospital.

**8(a)(5)**
Within the previous six months, the Employer has made unilateral changes to employees' terms and conditions of employment, without notifying or bargaining with the Union.



UNITED STATES GOVERNMENT

# NATIONAL LABOR RELATIONS BOARD

REGION 29
Two Metro Tech Center
Suite 5100
Brooklyn, NY 11201-3838

Agency Website: www.nlrb.gov

Telephone: (718)330-7713
Fax: (718)330-7579



Download

NLRB

Mobile App

Michael Petruzzelli
Vice President of Operations
Parking Systems, Inc.
28 Fourth Street
Valley Stream, NY 11582
mapetruzzelli@parkingsystems.com
Fax: (631)752-3616

February 8, 2024

Re: Parking Systems, Inc.
Case 29-CA-331253

Dear Mr. Petruzzelli:


Enclosed is a copy of the first amended charge that has been filed in this case.


**Investigator:**  This charge is being investigated by Field Attorney MATTHEW  JACKSON whose telephone number is (718)765-6202.  The mailing address is Two Metro Tech Center, Suite 5100, Brooklyn, NY 11201-3838.  If the agent is not available, you may contact Field Attorney TERRI A. CRAIG whose telephone number is  (718)765-6174.


    **Presentation of Your Evidence:**  As you know, we seek prompt resolutions of labor disputes.  Therefore, I urge you or your representative to submit a complete written account of the facts and a statement of your position with respect to the allegations in the first amended charge as soon as possible.  If the Board agent later asks for more evidence, I strongly urge you or your representative to cooperate fully by promptly presenting all evidence relevant to the investigation.  In this way, the case can be fully investigated more quickly.

EXHIBIT 1(D)

**Preservation of all Potential Evidence:**  Please be mindful of your obligation to preserve all relevant documents and electronically stored information (ESI) in this case, and to take all steps necessary to avoid the inadvertent loss of information in your possession, custody or control.  Relevant information includes, but is not limited to, paper documents and all ESI (e.g. SMS text messages, electronic documents, emails, and any data created by proprietary software tools) related to the above-captioned case.

**Prohibition on Recording Affidavit Interviews:** It is the policy of the General Counsel to prohibit affiants from recording the interview conducted by Board agents when subscribing Agency affidavits. Such recordings may impede the Agency's ability to safeguard the confidentiality of the affidavit itself, protect the privacy of the affiant and potentially compromise the integrity of the Region's investigation.

**Procedures:**  Pursuant to Section 102.5 of the Board's Rules and Regulations, parties must submit all documentary evidence, including statements of position, exhibits, sworn statements, and/or other evidence, by electronically submitting (E-Filing) them through the Agency's web site (www.nlrb.gov).  You must e-file all documents electronically or provide a written statement explaining why electronic submission is not possible or feasible.   Failure to comply with Section 102.5 will result in rejection of your submission.  The Region will make its determination on the merits solely based on the evidence properly submitted. All evidence submitted electronically should be in the form in which it is normally used and maintained in the course of business (i.e., native format).  Where evidence submitted electronically is not in native format, it should be submitted in a manner that retains the essential functionality of the native format (i.e., in a machine-readable and searchable electronic format).  If you have questions about the submission of evidence or expect to deliver a large quantity of electronic records, please promptly contact the Board agent investigating the charge.

If the Agency does not issue a formal complaint in this matter, parties will be notified of the Regional Director's decision by email.  Please ensure that the agent handling your case has your current email address.

Very truly yours,

*Teresa Poor*

TERESA  POOR
Regional Director

Enclosure:  Copy of first amended Charge


cc:        Robert F. Milman
           Esq.
           Marshal M. Miller Associates, Inc.
           3000 Marcus Avenue, Suite 1W10
           Lake Success, NY 11042-1009
           rob@mmmlaborlaw.com
           Fax: (516)328-0082

# UNITED STATES OF AMERICA

## BEFORE THE NATIONAL LABOR RELATIONS BOARD

Parking Systems, Inc.

       Charged Party

         and

Local 1102 RWDSU UFCW **Roger  Grobstich**

       Charging Party

**Case 29-CA-331253**

**AFFIDAVIT OF SERVICE OF** first amended **CHARGE AGAINST LABOR**

I, the undersigned employee of the National Labor Relations Board, being duly sworn, say that on February 08, 2024**,** I served the above-entitled document(s) by email, regular mail upon the following persons, addressed to them at the following addresses:

Robert F. Milman
Esq.
Marshal M. Miller Associates, Inc.
3000 Marcus Avenue, Suite 1W10
Lake Success, NY 11042-1009
rob@mmmlaborlaw.com
Fax: (516)328-0082

Michael Petruzzelli
Vice President of Operations
Parking Systems, Inc.
28 Fourth Street
Valley Stream, NY 11582
mapetruzzelli@parkingsystems.com
Fax: (631)752-3616

February 8, 2024

FREDA DEVONSHIRE, Designated Agent
of NLRB

| |
|---|
| Date |

| |
|---|
| Name |

/S/ FREDA DEVONSHIRE

| |
|---|
| Signature |

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 29**

**PARKING SYSTEMS PLUS, INC.**

    **and**                                            **Case No. 29-CA-331253**

**LOCAL 1102, RETAIL WHOLESALE &**
**DEPARTMENT STORE UNION, UNITED**
**FOOD AND COMMERCIAL WORKERS**

**COMPLAINT AND NOTICE OF HEARING**

    This Complaint and Notice of Hearing is based on a charge filed by Local 1102, Retail Wholesale & Department Store Union, United Food and Commercial Workers ("Union").  It is issued pursuant to Section 10(b) of the National Labor Relations Act (the Act), 29 U.S.C. § 151 et seq., and Section 102.15 of the Rules and Regulations of the National Labor Relations Board (the Board) and alleges that Parking Systems Plus, Inc. ("Respondent") has violated the Act as described below.

    1.    (a)    The charge in this proceeding was filed by the Union on December 4, 2023, and a copy was served on Respondent by U.S. mail on December 5, 2023.

        (b)    The first amended charge in this proceeding was filed by the Union on February 7, 2024, and a copy was served on Respondent by U.S. mail on February 8, 2024.

    2.    (a)    At all material times, Respondent has been a New York corporation with a principal office located at 28 4th Street, Valley Stream, New York, and has been engaged in providing valet parking, vehicle parking management and transportation services, including those service provided to the State University of New York at Stony Brook ("Stony Brook University") at its Stony Brook Hospital location in Stony Brook, New York.

1

EXHIBIT 1(E)

(b)     During the past twelve months, which period is representative of its business operations in general, Respondent, in conducting its business operations described above in paragraph 2(a), provided services valued in excess of $50,000 to Stony Brook University within the State of New York.

(c)     At all material times, Stony Brook University has been a public institution of higher learning. During the past twelve months, which period is representative of its operations in general, Stony Brook University purchased and received, at its Stony Brook location, goods and services valued in excess of $50,000 directly from locations outside the State of New York.

3.     At all material times, Respondent has been an employer engaged in commerce within the meaning of Section 2(2), (6), and (7) of the Act.

4.     At all material times, the Union has been a labor organization within the meaning of Section 2(5) of the Act.

5.     The following employees of Respondent (the "Unit") constitutes a unit appropriate for the purposes of collective bargaining within the meaning of Section 9(b) of the Act:

> Included: All full-time and regular part-time runners (also known as drivers), greeters and cashiers who are regularly employed by Respondent at its Stony Brook University site, located in Stony Brook, New York.
>
> Excluded: All employees employed at other sites, administrative employees, clerical employees, professional employees, confidential employees, casual per diem employees, managerial personnel, guards and supervisors as defined by the Act.

6.     During the period from November 2015, through November 30, 2023, Classic Valet Parking, Inc. ("Classic") was contracted by Stony Brook University to provide valet parking services at Stony Brook University Hospital.

7.    (a)    On November 9, 2015, the Union was certified by the Board as the exclusive collective-bargaining representative of the Unit employed by Classic.

(b)    From November 9, 2015, to November 30, 2023, based on Section 9(a) of the Act, the Union had been the exclusive collective-bargaining representative of the Unit employed by Classic.

8.    At all times during the period from November 1, 2023, through November 30, 2023, Robert "Bobby" Gust held the position of Recruitment Specialist for Respondent and has been an agent of Respondent within the meaning of Section 2(13) of the Act.

9.    On or about November 25, 2023, Respondent, by Gust, at Jake's 58 Hotel and Casino located in Islandia, New York:

(a)    told employees that Respondent would not hire them because they were represented by the Union;  and

(b)    offered employees employment on the condition of their abandoning the Union.

10.    In or about November 2023, Respondent failed and refused to hire all of the Unit employees employed by Classic at Stony Brook University Hospital, including each of the following individuals and others presently unknown to the General Counsel:

| | |
|---|---|
| Irene Agyris | Ana Mejia |
| Virgilio Almonte Cepeda | Salvador Mejia |
| Juan Carlos Alvarado Tobar | Danny Morales Espinal |
| Jose Manuel Angeles Presinal | Augustin Morel |
| Edwin Arias Almonte | Reye Morel |
| Edward Arias Gil | Juan Mosquera |

| | |
|---|---|
| Pedro Baret | Ramon Peralta |
| Reinaldo Dejesus Rojas Garcia | Jose L. Perez |
| Dublin Delva | Jose M. Perez |
| Albery Diaz Lora | Ramon Perez |
| Rolando Estevez Rodriguez | Michael Perez Arias |
| Santa Leticia Fabian Rodriguez | Vladimir Rodriguez |
| Juan Carlos Fernandez | Blas Romero |
| Francis Gil Reyes | Santiago Tavarez |
| Jeyson Hernandez | Issac Thomas |
| Jose Hernandez | Indira Valdez |
| Claudio Marrero-Delance | Ynoe Valdez |

11.  Respondent engaged in the conduct described above in paragraph 10 because the Classic employees were represented by and/or affiliated with the Union, and to discourage employees from engaging in union activities.

12.    (a)    At all times since December 1, 2023, Respondent has contracted with Stony Brook University to provide valet parking services at Stony Brook University Hospital, replacing its predecessor Classic.

(b)    Since December 1, 2023, Respondent has continued to operate the business of Classic at Stony Brook University Hospital in essentially unchanged form.

13.    But for the conduct described above in paragraphs 10 and 11, Respondent would have employed, as a majority of its employees, individuals who were previously employees of Classic in the Unit.

14.     Based on the conduct described above in paragraphs 10 and 11 and the operations described above in paragraphs 12(a) and (b), Respondent has continued the employing entity and is a successor to Classic.

15.     (a)     On or about November 9, 2023, the Union, by letter, requested that Respondent recognize and bargain with the Union as the exclusive collective-bargaining representative of the Unit.

        (b)     Since December 1, 2023, Respondent has refused to recognize and bargain with the Union as the exclusive collective-bargaining representative of the Unit.

16.     (a)     On or about December 1, 2023, Respondent implemented changes to Unit employees' wage rates, benefits and other terms and conditions of employment.

        (b)     The subjects set forth above in paragraph 16(a) relate to the terms and conditions of employment of the Unit and are mandatory subjects for the purposes of collective bargaining.

        (c)     Respondent engaged in the conduct described above in paragraphs 16(a) and (b) without prior notice to the Union and without affording the Union an opportunity to bargain with Respondent with respect to this conduct.

17.     By the conduct described above in paragraph 9, Respondent has been interfering with, restraining and coercing employees in the exercise of the rights guaranteed in Section 7 of the Act in violation of Section 8(a)(1) of the Act.

18.     By the conduct described above in paragraphs 10 and 11, Respondent has been discriminating in regard to the tenure or terms or conditions of employment of its employees, thereby discouraging membership in a labor organization in violation of Section 8(a)(1) and (3) of the Act.

19.     By the conduct described above in paragraphs 12, 14, 15(b), and 16, Respondent has been failing and refusing to bargain collectively and in good faith with the Union as the exclusive collective-bargaining representative of the Unit, and thereby has been engaging in unfair labor practices within the meaning of Section 8(a)(l) and (5) of the Act.

20.     The unfair labor practices of Respondent described above affect commerce within the meaning of Section 2(6) and (7) of the Act.

21.     As part of the remedy for the unfair labor practices alleged above in paragraphs 9 through 16, the General Counsel seeks an order requiring that Respondent:

(a)     read the Board-ordered Notice to Employees, in English, Spanish, and any other languages deemed necessary, in the presence of a Board agent and a representative of the Union, at a meeting or meetings convened by Respondent during work time for all employees employed by Respondent at Stony Brook University Hospital;

(b)     electronically distribute the Notice to Employees to all employees employed at Respondent's Stony Brook University Hospital operation, via text messaging, e-mail, and posting on internal web applications and/or intranet site, to the extent that Respondent communicates with its employees by such means;

(c)     distribute a physical copy of the Notice to Employees, via U.S. Mail at Respondent's expense, to all former employees of Classic who were employed by Classic at Stony Brook University Hospital as of November 30, 2023;

(d)     post copies of the Employee Rights Under the National Labor Relations Act poster in conspicuous places at Respondent's facilities located at Stony Brook University Hospital, alongside other employment-related notices, and keep the Employee Rights Under the National Labor Relations Act poster posted at such locations for 60 consecutive days after the initial posting;

(e)    permit a duly-appointed Board agent to enter all areas of the Respondent's facilities at Stony Brook University Hospital for a period of sixty (60) days, during reasonable times and in a manner not to unduly interfere with the Respondent's operations, and provide the Regional Director for Region 29 of the Board with records, for the limited purpose of determining whether the Respondent is in compliance with the notice posting and distribution requirements ordered by the Board;

(f)    schedule with Region 29 of the Board mandatory training session(s), developed by the Regional Director for Region 29 of the Board, for all Respondent supervisors and managers who have oversight responsibility over Respondent's Stony Brook University Hospital operation covering the rights guaranteed to employees under Section 7 of the Act, and submit an attendance list for such training session(s) to the Regional Director within 7 days of the training session(s);

(g)    at the Union's request, rescind all departures from terms and conditions of employment that existed prior to Respondent's commencing operations at the facility on December 1, 2023, and restore the terms and conditions of employment under which Unit employees had worked as of November 30, 2023;

(h)    recognize and, upon request, collectively bargain in good faith with the Union as the exclusive bargaining representative of the Unit, with respect to wages, hours, and other terms and conditions of employment for the period required by *Mar-Jac Poultry Co.*, 136 NLRB 785 (1962);

(i)    Offer employment to all former Classic employees who had worked at Stony Brook University Hospital as of November 30, 2023, in the positions in which they worked, or if such positions no longer exist, offer them substantially equivalent positions without

prejudice to their seniority and other rights they previously enjoyed, discharging, if necessary, any employees hired in their place.

        (j)     make whole each former Classic employee, including but not limited to reimbursement of all direct and foreseeable pecuniary harms that each such employee incurred as a result of Respondent's unlawful conduct, and;

        (k)     make whole each former Classic employee who had worked at Stony Brook University Hospital as of November 30, 2023, for lost wages or benefits they suffered as a result of Respondent's unlawful refusal to hire them; and

        (l)     make whole each employee of Respondent for lost wages or benefits they suffered as a result of Respondent's unlawful failure to apply the Unit employees' terms and conditions of employment that existed prior to Respondent commencing operations on December 1, 2023.

        (k)     The General Counsel further seeks all other relief as may be just and proper to remedy the unfair labor practices described above.

## ANSWER REQUIREMENT

Respondent is notified that, pursuant to Sections 102.20 and 102.21 of the Board's Rules and Regulations, it must file an answer to the complaint.  The answer must be **received by this office on or before May 7, 2024, or postmarked on or before May 6, 2024.**  Respondent also must serve a copy of the answer on each of the other parties.

The answer must be filed electronically through the Agency's website.  To file electronically, go to www.nlrb.gov, click on **E-File Documents**, enter the NLRB Case Number, and follow the detailed instructions.  Responsibility for the receipt and usability of the answer rests

exclusively upon the sender.  Unless notification on the Agency's website informs users that the Agency's E-Filing system is officially determined to be in technical failure because it is unable to receive documents for a continuous period of more than 2 hours after 12:00 noon (Eastern Time) on the due date for filing, a failure to timely file the answer will not be excused on the basis that the transmission could not be accomplished because the Agency's website was off-line or unavailable for some other reason.  The Board's Rules and Regulations require that an answer be signed by counsel or non-attorney representative for represented parties or by the party if not represented. See Section 102.21.  If the answer being filed electronically is a pdf document containing the required signature, no paper copies of the answer need to be transmitted to the Regional Office.  However, if the electronic version of an answer to a complaint is not a pdf file containing the required signature, then the E-filing rules require that such answer containing the required signature continue to be submitted to the Regional Office by traditional means within three (3) business days after the date of electronic filing.  Service of the answer on each of the other parties must still be accomplished by means allowed under the Board's Rules and Regulations.  The answer may not be filed by facsimile transmission.  If no answer is filed, or if an answer is filed untimely, the Board may find, pursuant to a Motion for Default Judgment, that the allegations in the complaint are true.

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **June 18, 2024**, at 10 a.m. at the **5th Floor Hearing Room located at 2 MetroTech Center, Brooklyn, New York**, and on consecutive days thereafter until concluded, a hearing will be conducted before an administrative law judge of the National Labor Relations Board. At the hearing, Respondent and any other party to this proceeding have the right to appear and present testimony regarding the allegations in this complaint. The procedures to be followed at the hearing are described in the attached Form NLRB-4668. The procedure to request a postponement of the hearing is described in the attached Form NLRB-4338.

Dated: April 23, 2024

_____
TERESA POOR
REGIONAL DIRECTOR
NATIONAL LABOR RELATIONS BOARD
REGION 29
Two Metro Tech Center
Suite 5100
Brooklyn, NY 11201-3838

Attachments

FORM NLRB 4338
(6-90)

**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**
**NOTICE**

Case 29-CA-331253

The issuance of the notice of formal hearing in this case does not mean that the matter cannot be disposed of by agreement of the parties. On the contrary, it is the policy of this office to encourage voluntary adjustments. The examiner or attorney assigned to the case will be pleased to receive and to act promptly upon your suggestions or comments to this end.

An agreement between the parties, approved by the Regional Director, would serve to cancel the hearing. However, unless otherwise specifically ordered, the hearing will be held at the date, hour, and place indicated. Postponements **will not be granted** unless good and sufficient grounds are shown **and** the following requirements are met:

(1) The request must be in writing. An original and two copies must be filed with the Regional Director when appropriate under 29 CFR 102.16(a) or with the Division of Judges when appropriate under 29 CFR 102.16(b).

(2) Grounds must be set forth in **_detail_**;

(3) Alternative dates for any rescheduled hearing must be given;

(4) The positions of all other parties must be ascertained in advance by the requesting party and set forth in the request; and

(5) Copies must be simultaneously served on all other parties (listed below), and that fact must be noted on the request.

Except under the most extreme conditions, no request for postponement will be granted during the three days immediately preceding the date of hearing.

Michael Petruzzelli , Vice President of
  Operations
Parking Systems, Inc.
28 Fourth Street
Valley Stream, NY 11582
mapetruzzelli@parkingsystems.com

Robert F. Milman , Esq.
Milman Labuda Law Group, PLLC
3000 Marcus Ave.
Lake Success, New York 11042
Suite 3w8
rob@mmmlaborlaw.com

Roger Grobstich
Local 1102 RWDSU UFCW
311 Crossways Park Drive
Woodbury, NY 11797
roger@local1102.org

Matthew Phillip Rocco , Outside Counsel
Rothman Rocco LaRuffa, LLP
3 West Main Street
Suite 200
Elmsford, NY 10523
mrocco@rothmanrocco.com

Form NLRB-4668
(6-2014)

# Procedures in NLRB Unfair Labor Practice Hearings

The attached complaint has scheduled a hearing that will be conducted by an administrative law judge (ALJ) of the National Labor Relations Board who will be an independent, impartial finder of facts and applicable law. **You may be represented at this hearing by an attorney or other representative.** If you are not currently represented by an attorney, and wish to have one represent you at the hearing, you should make such arrangements as soon as possible. A more complete description of the hearing process and the ALJ's role may be found at Sections 102.34, 102.35, and 102.45 of the Board's Rules and Regulations. The Board's Rules and regulations are available at the following link: www.nlrb.gov/sites/default/files/attachments/basic-page/node-1717/rules_and_regs_part_102.pdf.

The NLRB allows you to file certain documents electronically and you are encouraged to do so because it ensures that your government resources are used efficiently. To e-file go to the NLRB's website at www.nlrb.gov, click on "e-file documents," enter the 10-digit case number on the complaint (the first number if there is more than one), and follow the prompts. You will receive a confirmation number and an e-mail notification that the documents were successfully filed.

**Although this matter is set for trial, this does not mean that this matter cannot be resolved through a settlement agreement.** The NLRB recognizes that adjustments or settlements consistent with the policies of the National Labor Relations Act reduce government expenditures and promote amity in labor relations and encourages the parties to engage in settlement efforts.

## I.    BEFORE THE HEARING

The rules pertaining to the Board's pre-hearing procedures, including rules concerning filing an answer, requesting a postponement, filing other motions, and obtaining subpoenas to compel the attendance of witnesses and production of documents from other parties, may be found at Sections 102.20 through 102.32 of the Board's Rules and Regulations. In addition, you should be aware of the following:

- **Special Needs:** If you or any of the witnesses you wish to have testify at the hearing have special needs and require auxiliary aids to participate in the hearing, you should notify the Regional Director as soon as possible and request the necessary assistance. Assistance will be provided to persons who have handicaps falling within the provisions of Section 504 of the Rehabilitation Act of 1973, as amended, and 29 C.F.R. 100.603.

- **Pre-hearing Conference:** One or more weeks before the hearing, the ALJ may conduct a telephonic prehearing conference with the parties. During the conference, the ALJ will explore whether the case may be settled, discuss the issues to be litigated and any logistical issues related to the hearing, and attempt to resolve or narrow outstanding issues, such as disputes relating to subpoenaed witnesses and documents. This conference is usually not recorded, but during the hearing the ALJ or the parties sometimes refer to discussions at the pre-hearing conference. You do not have to wait until the prehearing conference to meet with the other parties to discuss settling this case or any other issues.

## II.    DURING THE HEARING

The rules pertaining to the Board's hearing procedures are found at Sections 102.34 through 102.43 of the Board's Rules and Regulations. Please note in particular the following:

- **Witnesses and Evidence**: At the hearing, you will have the right to call, examine, and cross-examine witnesses and to introduce into the record documents and other evidence.

- **Exhibits: Each exhibit offered in evidence must be provided in duplicate to the court reporter and a copy of each of each exhibit should be supplied to the ALJ and each party when the exhibit is offered**

(OVER)

Form NLRB-4668
(6-2014)

**in evidence.** If a copy of any exhibit is not available when the original is received, it will be the responsibility of the party offering such exhibit to submit the copy to the ALJ before the close of hearing. If a copy is not submitted, and the filing has not been waived by the ALJ, any ruling receiving the exhibit may be rescinded and the exhibit rejected.

- **Transcripts**: An official court reporter will make the only official transcript of the proceedings, and all citations in briefs and arguments must refer to the official record. The Board will not certify any transcript other than the official transcript for use in any court litigation. Proposed corrections of the transcript should be submitted, either by way of stipulation or motion, to the ALJ for approval. Everything said at the hearing while the hearing is in session will be recorded by the official reporter unless the ALJ specifically directs off-the-record discussion. If any party wishes to make off-the-record statements, a request to go off the record should be directed to the ALJ.

- **Oral Argument:** You are entitled, on request, to a reasonable period of time at the close of the hearing for oral argument, which shall be included in the transcript of the hearing. Alternatively, the ALJ may ask for oral argument if, at the close of the hearing, if it is believed that such argument would be beneficial to the understanding of the contentions of the parties and the factual issues involved.

- **Date for Filing Post-Hearing Brief**: Before the hearing closes, you may request to file a written brief or proposed findings and conclusions, or both, with the ALJ. The ALJ has the discretion to grant this request and to will set a deadline for filing, up to 35 days.

## III.    AFTER THE HEARING

The Rules pertaining to filing post-hearing briefs and the procedures after the ALJ issues a decision are found at Sections 102.42 through 102.48 of the Board's Rules and Regulations. Please note in particular the following:

- **Extension of Time for Filing Brief with the ALJ:** If you need an extension of time to file a post-hearing brief, you must follow Section 102.42 of the Board's Rules and Regulations, which requires you to file a request with the appropriate chief or associate chief administrative law judge, depending on where the trial occurred. You must immediately serve a copy of any request for an extension of time on all other parties and furnish proof of that service with your request. You are encouraged to seek the agreement of the other parties and state their positions in your request.

- **ALJ's Decision:** In due course, the ALJ will prepare and file with the Board a decision in this matter. Upon receipt of this decision, the Board will enter an order transferring the case to the Board and specifying when exceptions are due to the ALJ's decision. The Board will serve copies of that order and the ALJ's decision on all parties.

- **Exceptions to the ALJ's Decision**: The procedure to be followed with respect to appealing all or any part of the ALJ's decision (by filing exceptions with the Board), submitting briefs, requests for oral argument before the Board, and related matters is set forth in the Board's Rules and Regulations, particularly in Section 102.46 and following sections. A summary of the more pertinent of these provisions will be provided to the parties with the order transferring the matter to the Board.

**UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 29**

**PARKING SYSTEMS, INC.**

    **and**                                      **Case 29-CA-331253**

**LOCAL 1102 RWDSU UFCW**

**AFFIDAVIT OF SERVICE OF: Complaint and Notice of Hearing (with forms NLRB-4338 and NLRB-4668 attached)**

I, the undersigned employee of the National Labor Relations Board, being duly sworn, say that on April 23, 2024, I served the above-entitled document(s) by e-issuance as noted below, upon the following persons, addressed to them at the following addresses:

Michael Petruzzelli , Vice President of
  Operations
Parking Systems, Inc.
28 Fourth Street
Valley Stream, NY 11582
                           mapetruzzelli@parkingsystems.com

Robert F. Milman , Esq.
Milman Labuda Law Group, PLLC
3000 Marcus Ave.
Lake Success, New York 11042
Suite 3w8
                           rob@mmmlaborlaw.com

Roger Grobstich
Local 1102 RWDSU UFCW
311 Crossways Park Drive
Woodbury, NY 11797
                           roger@local1102.org

Matthew Phillip Rocco , Outside Counsel
Rothman Rocco LaRuffa, LLP
3 West Main Street
Suite 200
Elmsford, NY 10523
                           mrocco@rothmanrocco.com

April 23, 2024

                           FREDA DEVONSHIRE, Designated
                               Agent of NLRB

_____     _____
         Date                                   Name

                                /S/ FREDA DEVONSHIRE
                                    Signature

EXHIBIT 1(F)

FORM NLRB 4338
(6-90)

**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**
**NOTICE**

Case 29-CA-331253

The issuance of the notice of formal hearing in this case does not mean that the matter cannot be disposed of by agreement of the parties.  On the contrary, it is the policy of this office to encourage voluntary adjustments.  The examiner or attorney assigned to the case will be pleased to receive and to act promptly upon your suggestions or comments to this end.

An agreement between the parties, approved by the Regional Director, would serve to cancel the hearing.  However, unless otherwise specifically ordered, the hearing will be held at the date, hour, and place indicated.  Postponements **will not be granted** unless good and sufficient grounds are shown **and** the following requirements are met:

(1)  The request must be in writing. An original and two copies must be filed with the Regional Director when appropriate under 29 CFR 102.16(a) or with the Division of Judges when appropriate under 29 CFR 102.16(b).

(2)  Grounds must be set forth in **detail**;

(3)  Alternative dates for any rescheduled hearing must be given;

(4)  The positions of all other parties must be ascertained in advance by the requesting party and set forth in the request; and

(5)  Copies must be simultaneously served on all other parties (listed below), and that fact must be noted on the request.

Except under the most extreme conditions, no request for postponement will be granted during the three days immediately preceding the date of hearing.

Michael Petruzzelli , Vice President of
  Operations
Parking Systems, Inc.
28 Fourth Street
Valley Stream, NY 11582
mapetruzzelli@parkingsystems.com

Robert F. Milman , Esq.
Milman Labuda Law Group, PLLC
3000 Marcus Ave.
Lake Success, New York 11042
Suite 3w8
rob@mmmlaborlaw.com

Roger Grobstich
Local 1102 RWDSU UFCW
311 Crossways Park Drive
Woodbury, NY 11797
roger@local1102.org

Matthew Phillip Rocco , Outside Counsel
Rothman Rocco LaRuffa, LLP
3 West Main Street
Suite 200
Elmsford, NY 10523
mrocco@rothmanrocco.com

Form NLRB-4668
(6-2014)

# Procedures in NLRB Unfair Labor Practice Hearings

The attached complaint has scheduled a hearing that will be conducted by an administrative law judge (ALJ) of the National Labor Relations Board who will be an independent, impartial finder of facts and applicable law. **You may be represented at this hearing by an attorney or other representative.** If you are not currently represented by an attorney, and wish to have one represent you at the hearing, you should make such arrangements as soon as possible. A more complete description of the hearing process and the ALJ's role may be found at Sections 102.34, 102.35, and 102.45 of the Board's Rules and Regulations. The Board's Rules and regulations are available at the following link: www.nlrb.gov/sites/default/files/attachments/basic-page/node-1717/rules_and_regs_part_102.pdf.

The NLRB allows you to file certain documents electronically and you are encouraged to do so because it ensures that your government resources are used efficiently. To e-file go to the NLRB's website at www.nlrb.gov, click on "e-file documents," enter the 10-digit case number on the complaint (the first number if there is more than one), and follow the prompts. You will receive a confirmation number and an e-mail notification that the documents were successfully filed.

**Although this matter is set for trial, this does not mean that this matter cannot be resolved through a settlement agreement**. The NLRB recognizes that adjustments or settlements consistent with the policies of the National Labor Relations Act reduce government expenditures and promote amity in labor relations and encourages the parties to engage in settlement efforts.

## I.    BEFORE THE HEARING

The rules pertaining to the Board's pre-hearing procedures, including rules concerning filing an answer, requesting a postponement, filing other motions, and obtaining subpoenas to compel the attendance of witnesses and production of documents from other parties, may be found at Sections 102.20 through 102.32 of the Board's Rules and Regulations. In addition, you should be aware of the following:

- **Special Needs:** If you or any of the witnesses you wish to have testify at the hearing have special needs and require auxiliary aids to participate in the hearing, you should notify the Regional Director as soon as possible and request the necessary assistance. Assistance will be provided to persons who have handicaps falling within the provisions of Section 504 of the Rehabilitation Act of 1973, as amended, and 29 C.F.R. 100.603.

- **Pre-hearing Conference:** One or more weeks before the hearing, the ALJ may conduct a telephonic prehearing conference with the parties. During the conference, the ALJ will explore whether the case may be settled, discuss the issues to be litigated and any logistical issues related to the hearing, and attempt to resolve or narrow outstanding issues, such as disputes relating to subpoenaed witnesses and documents. This conference is usually not recorded, but during the hearing the ALJ or the parties sometimes refer to discussions at the pre-hearing conference. You do not have to wait until the prehearing conference to meet with the other parties to discuss settling this case or any other issues.

## II.    DURING THE HEARING

The rules pertaining to the Board's hearing procedures are found at Sections 102.34 through 102.43 of the Board's Rules and Regulations. Please note in particular the following:

- **Witnesses and Evidence**: At the hearing, you will have the right to call, examine, and cross-examine witnesses and to introduce into the record documents and other evidence.

- **Exhibits: Each exhibit offered in evidence must be provided in duplicate to the court reporter and a copy of each of each exhibit should be supplied to the ALJ and each party when the exhibit is offered**

(OVER)

Form NLRB-4668
(6-2014)

**in evidence.** If a copy of any exhibit is not available when the original is received, it will be the responsibility of the party offering such exhibit to submit the copy to the ALJ before the close of hearing. If a copy is not submitted, and the filing has not been waived by the ALJ, any ruling receiving the exhibit may be rescinded and the exhibit rejected.

- **Transcripts**: An official court reporter will make the only official transcript of the proceedings, and all citations in briefs and arguments must refer to the official record. The Board will not certify any transcript other than the official transcript for use in any court litigation. Proposed corrections of the transcript should be submitted, either by way of stipulation or motion, to the ALJ for approval. Everything said at the hearing while the hearing is in session will be recorded by the official reporter unless the ALJ specifically directs off-the-record discussion. If any party wishes to make off-the-record statements, a request to go off the record should be directed to the ALJ.

- **Oral Argument:** You are entitled, on request, to a reasonable period of time at the close of the hearing for oral argument, which shall be included in the transcript of the hearing. Alternatively, the ALJ may ask for oral argument if, at the close of the hearing, if it is believed that such argument would be beneficial to the understanding of the contentions of the parties and the factual issues involved.

- **Date for Filing Post-Hearing Brief**: Before the hearing closes, you may request to file a written brief or proposed findings and conclusions, or both, with the ALJ. The ALJ has the discretion to grant this request and to will set a deadline for filing, up to 35 days.

## III.    **AFTER THE HEARING**

The Rules pertaining to filing post-hearing briefs and the procedures after the ALJ issues a decision are found at Sections 102.42 through 102.48 of the Board's Rules and Regulations. Please note in particular the following:

- **Extension of Time for Filing Brief with the ALJ:** If you need an extension of time to file a post-hearing brief, you must follow Section 102.42 of the Board's Rules and Regulations, which requires you to file a request with the appropriate chief or associate chief administrative law judge, depending on where the trial occurred. You must immediately serve a copy of any request for an extension of time on all other parties and furnish proof of that service with your request. You are encouraged to seek the agreement of the other parties and state their positions in your request.

- **ALJ's Decision:** In due course, the ALJ will prepare and file with the Board a decision in this matter. Upon receipt of this decision, the Board will enter an order transferring the case to the Board and specifying when exceptions are due to the ALJ's decision. The Board will serve copies of that order and the ALJ's decision on all parties.

- **Exceptions to the ALJ's Decision**: The procedure to be followed with respect to appealing all or any part of the ALJ's decision (by filing exceptions with the Board), submitting briefs, requests for oral argument before the Board, and related matters is set forth in the Board's Rules and Regulations, particularly in Section 102.46 and following sections. A summary of the more pertinent of these provisions will be provided to the parties with the order transferring the matter to the Board.

# UNITED STATES OF AMERICA

## BEFORE THE NATIONAL LABOR RELATIONS BOARD

### REGION 29

-----------------------------------------------------X

**PARKING SYSTEMS PLUS, INC.,**

**And**

**Case 29-CA-331253**

**LOCAL 1102, RETAIL WHOLSALE &
DEPARTMENT STORE UNION, UNITED
FOOD AND COMMERCIAL WORKERS**
-----------------------------------------------------X

  Respondent Parking Systems Plus, Inc. ("Respondent") by and through its attorneys MILMAN LABUDA LAW GROUP PLLC answers the complaint of the National Labor Relations Board as follows:

1. Respondent denies possessing knowledge or information sufficient to respond to the allegations set forth in paragraph 1(a) of the Complaint.

2. Respondent denies possessing knowledge or information sufficient to respond to the allegations set forth in paragraph 1(b) of the Complaint.

3. Respondent admits that the allegations of paragraph 2(a) of the Complaint.

4. Respondent admits the allegations of paragraph 2(b) of the Complaint.

5. Respondent denies possessing knowledge or information sufficient to respond to the allegations set forth in paragraph 2(c) of the Complaint.

6. Respondent admits the allegations of paragraph 3 of the Complaint.

7. Respondent denies possessing knowledge or information sufficient to respond to the allegations set forth in paragraph 4 of the Complaint.

EXHIBIT 1(G)

8.  Respondent denies possessing knowledge or information sufficient to respond to the allegations set forth in paragraph 5 of the Complaint.

9.  Respondent denies possessing knowledge or information sufficient to respond to the allegations set forth in paragraph 6 of the Complaint.

10. Respondent denies possessing knowledge or information sufficient to respond to the allegations set forth in paragraph 7(a) of the Complaint.

11. Respondent denies possessing knowledge or information sufficient to respond to the allegations set forth in paragraph 7(b) of the Complaint.

12. Respondent admits the allegations of paragraph 8 of the Complaint.

13. Respondent denies the allegations of paragraph 9(a), 9(b) of the Complaint.

14. Respondent denies the allegations of paragraph 10 of the Complaint.

15. Respondent denies the allegations of paragraph 11 of the Complaint.

16. Respondent denies the allegations of paragraph 12(a) and 12(b) of the Complaint.

17. Respondent denies the allegations of paragraph 13 of the Complaint.

18. Respondent denies the allegations of paragraph 14 of the Complaint.

19. Respondent denies the allegations of paragraphs 15(a) and 15(b) of the Complaint.

20. Respondent denies the allegations of paragraphs 16(a), 16(b), and 16(c) of the Complaint.

21. Respondent denies the allegations of paragraph 17 of the Complaint.

22. Respondent denies the allegations of paragraph 18 of the Complaint.

23. Respondent denies the allegations of paragraph 19  of the Complaint.

24. Respondent denies the allegations of paragraph 20 of the Complaint.

25. Respondent denies the allegations of paragraphs 21(a), 21(b), 21(c), 21(d), 21(e), 21(f), 21(g), 21(h), 21(i) and 21(k) of the Complaint.

**FIRST AFFIRMATIVE DEFENSE**

26. The Complaint fails to state any ground upon which relief may be granted under the National Labor Relations Act.

**SECOND AFFIRMATIVE DEFENSE**

27. All actions taken were done so in good faith and for legitimate non-discriminatory reasons.

**THIRD AFFIRMATIVE DEFENSE**

28. The NLRB has acted arbitrarily and capriciously in the investigation of the underlying unfair labor practice charges against Respondent and has violated 42 U.S.C. § 1983 as that statute relates to the respondent and will be entitled to all statutory damages.

**FOURTH AFFIRMATIVE DEFENSE**

29. Respondent is entitled to relief under the EAJA.

**FIFTH AFFIRMATIVE DEFENSE**

30. The General Counsel cannot establish the burden of proof required under *Tschiggfrie Properties, Ltd.*, 368 NLRB No. 120, slip op. at 5-8 (2019) or *Wright Line*.

**SIXTH AFFIRMATIVE DEFENSE**

31. Damages are precluded for failure to mitigate damages.

**SEVENTH AFFIRMATIVE DEFENSE**

32. The Complaint should be dismissed because of Region 29's failure to comply with Casehandling Manual §10020.1 requirements.

### EIGHTH AFFIRMITAVE MATIVE DEFENSE

33. The elements for attempting to establish that Respondent is a "perfectly clear successor" are absent.

### NINTH AFFIRMATIVE DEFENSE

34. Respondent was not a perfectly clear successor, a *Burns* successor or a successor under any doctrine.

### TENTH AFFIRMATIVE DEFENSE

35. Respondent incorporates all defenses raised the position statements and all responses to Region 29's demands for information and reserve the right to assert additional affirmative defenses.

### ELEVENTH AFFIRMATIVE DEFENSE

36. The General Counsel cannot establish the elements of any successorship test.

### TWELFTH AFFIRMATIVE DEFENSE

37. There is no substantial continuity of operations between Respondent and any other previous employer.

### THIRTEENTH AFFIRMATIVE DEFENSE

38. There is not majority support for the Charging Party amongst Respondent's employees.

### FOURTEENTH AFFIRMATIVE DEFENSE

39. The unit as alleged in the Complaint is not appropriate.

### FIFTEENTH AFFIRMATIVE DEFENSE

40. Respondent was selected as the new contractor after a competitive public bidding process.

## SIXTEENTH AFFIRMATIVE DEFENSE

41. The elements for establishing the alleged §§ 8(a)(1), 8(a)(3) and 8(a)(5) violations are

absent.

## SEVENTEENTH AFFIRMATIVE DEFENSE

42. The obligation to recognize and bargain with Charging Party did not attach.


WHEREFORE, for all of the reasons set forth above, Respondent respectfully demands

that the Complaint in the above-referenced matter, and each and every part thereof, be dismissed

in its entirety.

Dated: Lake Success, NY
       May 7, 2024              **MILMAN LABUDA LAW GROUP PLLC**

                       /s/
               Robert F. Milman, Esq.
               Michael J. Mauro, Esq.
               3000 Marcus Avenue, Suite 3W8
               Lake Success, New York 11042
               (516) 328-8899
               (516) 328-0082

**CERTIFICATION**

I, Michael J. Mauro, certify that the enclosed Answer to the Complaint and Notice of Hearing was efiled through the NLRB's web portal and also served upon the charging party union via email to mrocco@rothmanrocco.com on May 7, 2024.

Dated: May  7, 2024

_____/s/_____

Michael J. Mauro

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 29**

**PARKING SYSTEMS PLUS, INC.**

    **And**                                                                 **Case Nos. 29-CA-331253**

**LOCAL 1102, RETAIL, WHOLESALE &**
**DEPARTMENT STORE UNION, UNITED**
**FOOD AND COMMERCIAL WORKERS**

## ORDER CHANGING LOCATION OF HEARING

    **WHEREAS** on April 23, 2024, the undersigned issued a Complaint and Notice of Hearing alleging that Respondent Parking Systems Plus, Inc. violated the National Labor Relations Act and scheduling a hearing in this matter to be conducted before an administrative law judge beginning on June 18, 2024, at 10:00 a.m. at 2 MetroTech Center, Brooklyn, New York in a 5th floor hearing room.

    **WHEREAS** the 2 Metrotech 5th Floor hearing rooms are not available beginning on June 20, 2024, or consecutive days thereafter.

    **IT IS HEREBY ORDERED** that the location of the hearing in the above-entitled matter scheduled for in person testimony at 10:00 a.m. on June 18, 2024, and consecutive days thereafter, is changed from 2 MetroTech Center, Brooklyn New York, in a 5th floor hearing room to 26 Federal Plaza, 6th Floor, Conference Room "I" (letter), New York, New York.

    Dated:  June 7, 2024

                             *Teresa Poor*

                             TERESA POOR
                             REGIONAL DIRECTOR
                             NATIONAL LABOR RELATIONS BOARD
                             REGION 29
                             Two Metro Tech Center
                             Suite 5100
                             Brooklyn, NY 11201-3838

**EXHIBIT 1(H)**

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 29**

**PARKING SYSTEMS PLUS, INC.**


    **And**                                **Case Nos. 29-CA-331253**


**LOCAL 1102, RETAIL, WHOLESALE &**
**DEPARTMENT STORE UNION, UNITED**
**FOOD AND COMMERCIAL WORKERS**

**AFFIDAVIT OF SERVICE OF ORDER CHANGING LOCATION OF HEARING**

I, the undersigned employee of the National Labor Relations Board, being duly sworn, say that on June 7, 2024, I served the above-entitled document(s) by e-issuance upon the following persons, addressed to them at the following addresses:

Robert F. Milman Esq.
  Milman Labuda Law Group, PLLC
  3000 Marcus Avenue Suite 3W8
  Lake Success, NY 11042
  Email: rob@mmmlaborlaw.com

Roger Grobstich
  Local 1102 RWDSU UFCW
  311 Crossways Park Drive
  Woodbury, NY 11797
  Phone: (516) 683-1102
  Email: roger@local1102.org

Matthew Phillip Rocco, Outside Counsel
  Rothman Rocco LaRuffa, LLP
  3 West Main Street Suite 200
  Email: mrocco@rothmanrocco.com

Michael Petruzzelli, Vice President of Operations
  Parking Systems, Inc.
  28 Fourth Street
  Valley Stream, NY 11582
  Email: mapetruzzelli@parkingsystems.com


June 7, 2024

                                   FREDA DEVONSHIRE, Designated Agent
                                         of NLRB

_____    _____
           Date                                 Name

                                    _/S/ FREDA DEVONSHIRE_
                                         Signature

**INDEX AND DESCRIPTION OF FORMAL DOCUMENTS**
**GENERAL COUNSEL EXHIBIT NO. 1**
**DESCRIPTION**

**PARKING SYSTEMS, INC.**
**CASE 29-CA-331253**

1(A) CHARGE IN CASE NO. 29-CA-331253, FILED DECEMBER 4, 2023.

1(B) DOCKET LETTER TO CHARGED PARTY EMPLOYER WITH AFFIDAVIT OF SERVICE OF CHARGE IN CASE NO. 29-CA-331253, DATED DECEMBER 5, 2023.

1(C) FIRST AMENDED CHARGE IN CASE 29-CA-331253 FILED FEBRUARY 7, 2024.

1(D) DOCKET LETTER FOR FIRST AMENDED CHARGE TO CHARGED PARTY EMPLOYER WITH AFFIDAVIT OF SERVICE OF FIRST AMENDED CHARGE IN CASE 29-CA-331253, DATED FEBRUARY 8, 2024.

1(E) COMPLAINT AND NOTICE OF HEARING IN CASE 29-CA-331253, DATED APRIL 23, 2024.

1(F) AFFIDAVIT OF SERVICE FOR COMPLAINT AND NOTICE OF HEARING IN CASE 29-CA-331253, DATED APRIL 23, 2024.

1(G) ANSWER TO COMPLAINT IN CASE 29-CA-331253 DATED MAY 7, 2024.

1(H) ORDER CHANGING LOCATION OF HEARING WITH AFFIDAVIT OF SERVICE IN CASE 29-CA-331253, DATED JUNE 7, 2024.

1(I) INDEX AND DESCRIPTION OF FORMAL DOCUMENTS

EXHIBIT 1(I)

UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 29

CLASSIC VALET PARKING, INC.

Employer

and

LOCAL 1102, RETAIL, WHOLESALE & DEPARTMENT      Case 29-RC-148399
STORE UNION, UNITED FOOD AND COMMERICAL
WORKERS

Petitioner

TYPE OF ELECTION: STIPULATED

### CERTIFICATION OF REPRESENTATIVE

An election has been conducted under the Board's Rules and Regulations. The Tally of Ballots shows that a collective-bargaining representative has been selected. Timely objections have been filed, but thereafter withdrawn.*

As authorized by the National Labor Relations Board, it is certified that a majority of the valid ballots has been cast for

**LOCAL 1102, RETAIL, WHOLESALE & DEPARTMENT STORE UNION, UNITED FOOD AND COMMERICAL WORKERS**

and that it is the exclusive collective-bargaining representative of the employees in the following appropriate unit.

Unit: Included: All full-time and regular part-time runners (also known as drivers), greeters and cashiers who are regularly employed by the Employer at its Stony Brook University Hospital site, located in Stony Brook, New York. Excluded: All employees employed at other sites, administrative employees, clerical employees, professional employees, confidential employees, casual per diem employees, managerial personnel, guards and supervisors as defined by the Act.

* Classic Valet Parking, Inc., herein called the Employer, filed timely objections to the conduct of the election on June 11, 2015. By email dated November 3, 2015, the Employer requested to withdraw the objections it filed in this matter. The undersigned Acting Regional Director hereby approves the Employer's request to withdraw the objections.

November 9, 2015

Kathy Drew-King
Acting Regional Director, Region 29
National Labor Relations Board

## NOTICE OF BARGAINING OBLIGATION

In the recent representation election, a labor organization received a majority of the valid votes cast. Except in unusual circumstances, unless the results of the election are subsequently set aside in a post-election proceeding, the employer's legal obligation to refrain from unilaterally changing bargaining unit employees' terms and conditions of employment begins on the date of the election.

The employer is not precluded from changing bargaining unit employees' terms and conditions during the pendency of post-election proceedings, **as long as** the employer (a) gives sufficient notice to the labor organization concerning the proposed change(s); (b) negotiates in good faith with the labor organization, upon request; and (c) good faith bargaining between the employer and the labor organization leads to agreement or overall lawful impasse.

This is so even if the employer, or some other party, files objections to the election pursuant to Section 102.69 of the Rules and Regulations of the National Labor Relations Board (the Board). If the objections are later overruled and the labor organization is certified as the employees' collective-bargaining representative, the employer's obligation to refrain from making unilateral changes to bargaining unit employees' terms and conditions of employment begins on the date of the election, not on the date of the subsequent decision by the Board or court. Specifically, the Board has held that, absent exceptional circumstances,[1] an employer acts at its peril in making changes in wages, hours, or other terms and conditions of employment during the period while objections are pending and the final determination about certification of the labor organization has not yet been made.

It is important that all parties be aware of the potential liabilities if the employer unilaterally alters bargaining unit employees' terms and conditions of employment during the pendency of post-election proceedings. Thus, typically, if an employer makes post-election changes in employees' wages, hours, or other terms and conditions of employment without notice to or consultation with the labor organization that is ultimately certified as the employees' collective-bargaining representative, it violates Section 8(a)(1) and (5) of the National Labor Relations Act since such changes have the effect of undermining the labor organization's status as the statutory representative of the employees. This is so even if the changes were motivated by sound business considerations and not for the purpose of undermining the labor organization. As a remedy, the employer could be required to: 1) restore the status quo ante; 2) bargain, upon request, with the labor organization with respect to these changes; and 3) compensate employees, with interest, for monetary losses resulting from the unilateral implementation of these changes, until the employer bargains in good faith with the labor organization, upon request, or bargains to overall lawful impasse.

---

[1] Exceptions may include the presence of a longstanding past practice, discrete event, or exigent economic circumstance requiring an immediate response.

EXHIBIT NO. _6C2_ RECEIVED ____✓____ REJECTED _____

CASE NO. _29-CA-331253_  CASE NAME: _Parking Systems Inc_

NO. OF PAGES: _2_ DATE: _6/20/2_ REPORTER: ____

**EXHIBIT NO.:** GC-3 and 3(a)    **MARKED:** X    **RECEIVED:** X    **REJECTED :** _____

**WITHDRAWN:** _____ **NO OF PAGES** 2 _____ **DATE:** 06/18/24 _____

**CASE NO:** 29-CA-331253 _____ **CASE NAME:** Parkign Systems _____

**REPORTER:** A. Morris _____



**Francis**

Thu, Nov 16 at 15:56

Can I call you later?



Robert Gust
Recruitment Specialist
(516) 825-4661 Office

Established 1954

https://www.parkingsystems.com/apply-online-Bobby

Corporate Office
28 Fourth Street, Vally Stream, N.Y. 11582





Looking for a rewarding position
where your talent and hard Work





Text Message







EXHIBIT NO.: __GC-4_____ MARKED: __X_____ RECEIVED: __X___ REJECTED :_____

WITHDRAWN: _____ NO OF PAGES __1_____ DATE: ____06/18/24_____ __

CASE NO: __29-CA-331253_____ CASE NAME: __Parkign Systems_____

REPORTER: __A. Morris_____

14:44

**Francis** ›



They will be here tomorrow from 9:00am to 5:00pm

Ok

but I heard that the hourly pay is going to be $14.00

Mon, Nov 27 at 13:00

Hola aisha soy Francis gil hable con Neck y Dam hoy en la mañana y ellos mismos dijeron que la nueva compañia parking sistem no quiere contratarnos por que tenemos UNION y ellos no trabajan con la union es lo mismo que baby unos de los supervisores de la misma compañia me dijo el sabado que me sitaron para hacerme la propuesta que me quede con allos por que y que solo 5 personas ellos puedes dejar de nosotros

Gracias

Text Message



**Tuesday, Nov 21 • 3:47 PM**

Texting with (631) 514-9243 (SMS/MMS)

Good afternoon.
This is Edward Arias with Classic Valet Service at Stony Brook Hospital. I was informed Friday of last week that I along with all of my Valet coworkers would be interviewed starting November 20th 2023, and it is the end of November 21st 2023, and we have yet to received word or email regarding the applications we all filled out. I expect to hear from you soon

3:54 PM • SMS

GC 5

EXHIBIT NO. GC 5     RECEIVED ✓     REJECTED
29CA-331253
CASE NO.     CASE NAME: Parking Systems, Inc
NO. OF PAGES: 1     DATE: 6/21/24     REPORTER:



Established 1954

## Michael Petruzzelli
Vice President of Operations

Office  (516) 825-4661
           (800) 944-1424
Fax    (631) 752-3616
Cell   (516) 807-5430

mapetruzzelli@parkingsystems.com

Executive Offices: 28 Fourth Street, Valley Stream, N.Y. 11582
Visit our world wide web at www.parkingsystems.com

EXHIBIT NO: BCC

RECEIVED     REJECTED

CASE NO. 24CH-331253     CASE NAME: La King Systems Inc

NO. OF PAGES: 1     DATE: 6/21/24 REPORTER: PCC



# COLLECTIVE BARGAINING AGREEMENT

*between*

## LOCAL 1102 RWDSU UFCW

*and*

## CLASSIC VALET PARKING, INC.

## November 1, 2022 – October 31, 2025

Charging Party_0005

G-C7

# TABLE OF CONTENTS

PAGE

ARTICLE 1 — RECOGNITION.................................................................1
ARTICLE 2- UNION SECURITY AND CHECKOFF............................................ 1
ARTICLE 3- PROBATIONARY PERIOD........................................................2
ARTICLE 4 – HOURS AND OVERTIME .......................................................2
ARTICLE 5- WAGES...........................................................................2
ARTICLE 6- SENIORITY.......................................................................3
ARTICLE 7- PAID DAYS OFF..................................................................3
ARTICLE 8- HOLIDAYS........................................................................4
ARTICLE 9 - JOB GEAR........................................................................4
ARTICLE 10- JURY DUTY......................................................................4
ARTICLE 11 –BEREAVEMENT LEAVE........................................................4
ARTICLE 12- TRANSFER/WORK AT OTHER LOCATIONS.................................5
ARTICLE 13- LEAVE OF ABSENCE...........................................................5
ARTICLE 14- RECORDKEEPING/INDIVIDUAL CONTRACTS.............................5
ARTICLE 15 - NO REDUCTION IN BENEFITS...............................................5
ARTICLE 16- SHOP STEWARDS..............................................................6
ARTICLE 17- UNION VISITATION.............................................................6
ARTICLE 18- GRIEVANCE AND ARBITRATION............................................6
ARTICLE 19- DISCHARGE.....................................................................7
ARTICLE 20- DISCRIMINATION..............................................................7
ARTICLE 21 - NO STRIKE- NO LOCKOUT...................................................7
ARTICLE 22- RIGHTS OF MANAGEMENT...................................................7
ARTICLE 23- DURATION......................................................................8

EXHIBIT NO. _CC7_ RECEIVED ✓ REJECTED _____
29 CA 331 253
CASE NO. _____ CASE NAME: Parking Systement
NO. OF PAGES: 10 DATE 6/20/24 REPORTER: (PB)

Charging Party_0006

## AGREEMENT

THIS AGREEMENT, effective 1st day of November, 2022 by and between Local 1102 RWDSU UFCW, 311 Crossways Park Drive, Woodbury, New York 11797, hereinafter called the "Union" and Classic Valet Parking, Inc., 92 North Avenue, Suite 200, New Rochelle, New York 10801, hereinafter called the "Employer."

## WITNESSETH

It is the intention and purpose of all parties to this Agreement to establish, maintain and improve peaceful and harmonious labor relations in the industry, to provide for the rapid and mutually satisfactory adjustment of disputes, and to arrange uniform terms and conditions of employment, toward the accomplishment of which all parties pledge their good faith and best efforts.

NOW, THEREFORE, in consideration of the mutual promises and covenants herein contained, the parties hereto agree as follows:

## ARTICLE 1 - RECOGNITION

The Employer for purposes of entering into this agreement recognizes the Union as the exclusive bargaining agent for the purpose of collective bargaining, for the bargaining unit at the Employer's business located at Stony Brook University Medical Center, as certified in the NLRB case number 29-RC-148399.

## ARTICLE 2 - UNION SECURITY AND CHECKOFF

A.    It shall be a condition of employment that all employees of the Employer covered by this Agreement who are members of the Union in good standing on the execution or effective date of this Agreement, whichever is later, shall remain members in good standing for the term of this Agreement, and those who are not members in good standing on the execution or effective date of this Agreement, whichever is later, shall on the thirtieth (30th) day following the execution or effective date of this Agreement, whichever is later, become and remain members in good standing in the Union for the term of this Agreement. It shall also be a condition of employment that all employees covered by this Agreement and hired on or after its execution or effective date, shall after thirty (30) days from the beginning of such employment and for the term of this Agreement, become and remain members in good standing in the Union. The requirement of membership in good standing under this section is satisfied by the payment of the financial obligations of the Union's initiation fee and periodic dues uniformly required.

B.    The Employer shall immediately upon the hiring of an employee notify the Union in writing of the employment of such employee covered by this Agreement giving the employees name, address, date  of hire and position. Upon notice from the Union to the Employer that any employee is delinquent in payment of, or has failed to tender the initiation fee and periodic dues uniformly required as a condition of

1

acquiring and/or retaining membership in good standing, the Employer shall immediately discharge such employee and advise the Union thereof in writing by Certified Mail, Return Receipt Requested, of its action taken. The Union shall indemnify the Employer for any terminations resulting from this Article.

C.      The Employer agrees to deduct from the earnings of the employees weekly (unless the payroll period changes to bi-weekly), the periodic dues, and initiation fees due the Union, upon receiving the written authorization of the employee in compliance with all requirements of law, and to transmit such sums to the Union by the fifteenth (15th) day of the following month for which it is due.

## ARTICLE 3 - PROBATIONARY PERIOD

The Employer may hire new employees from any source available to it, and may retain such employees for a trial or probationary period of ninety (90) days. During that period, such employees may be discharged at the will of the Employer, and such discharge shall not be subject to the procedures of grievance and arbitration.

## ARTICLE 4 - HOURS AND OVERTIME

A.      A general workweek shall consist of forty (40) hours, divided into five (5) days of eight (8) hours each, 24 hours a day, 7 days a week. The Employer is permitted to schedule working hours and overtime (more than 40 hours worked) based on its business needs. Nothing in this paragraph shall serve as a guarantee of any certain number of hours worked, including overtime, to any individual employee.

B.      The Employer shall provide to each employee via text or email or other agreed to method of communication his or her schedule at least one (1) week prior to the start of the scheduling period. Once provided, the schedule cannot be changed without the consent of the employee, unless there are exigent circumstances and the change is communicated to the employee as soon as is possible under the circumstances.

C.      The Employer shall pay to its employees a minimum of four (4) hours work for four (4) hours pay if they report to work without having been notified not to so report. However, if there is no work available and the employee does not maintain a telephone, email or cannot be reached in sufficient time, the Employer shall not be required to pay the minimum of four (4) hours pay. Reporting pay shall not apply in cases of power failure, fire, flood, snowstorms, or other conditions or Acts of God beyond control of the Employer.

## ARTICLE 5 - WAGES

A.      The Company shall pay all hourly wages and allocate any tips to employees in a manner consistent with any applicable law, rule, regulation or wage order.

2

B.   All tipped employees shall earn $0.25 above any applicable minimum wage.

C.   All <u>non-tipped</u> employees shall receive the following wage increases added to their current rates of pay.

    Effective:    December 1, 2022  $0.25
                  November 1, 2023  $0.50
                  November 1, 2024  $0.50

D.   For any employees who do not receive tips, the Employer agrees that their wages shall at all times be $0.25 cents above any applicable minimum wage.

## ARTICLE 6 - SENIORITY

A.   The principle of seniority in employment is recognized by the Employer and seniority shall prevail for the purpose of lay-off and recall. Probationary employees shall not acquire seniority until they have completed their probationary period, at which time their seniority shall revert to their date of hire. Seniority shall be calculated beginning from the time the employee first began working for the Employer at its locations at Stony Brook University.

B.   Employees last hired shall be laid off first and in rehiring; employees shall be rehired in the inverse order to that in which they were laid off. In the event of the lay-off and subsequent recall, the Employer shall give seven (7) days' notice by Registered Mail of rehiring. Any employee failing to report to the Employer within such period of time, shall be deemed to have quit his/her employment.

## ARTICLE 7 – PAID DAYS OFF

A.   All full-time employees covered by this Agreement shall receive six (6) paid days off in each contract year. Paid Days Off ("PTO") shall be front-loaded for each employee at the beginning of each contract year, provided, however, that the employee has been employed at least six (6) months. If an employee has not been employed at least six months at the beginning of a contract year, he shall accrue paid days off on a monthly pro rata basis until he becomes eligible for front-loaded PTO at the next contract anniversary.

B.   Where use of PTO is foreseeable, it is subject to approval by the employee's supervisor and shall be scheduled in accordance with the needs and requirements of the Employer. In order for foreseeable PTO to be granted, there must be adequate coverage provided for the vacating position. This provision shall not apply where the use of PTO is unforeseeable (e.g., employee illness).

C.   Any unused PTO time will not be rolled over from one year to another. However, any accrued but unused PTO time will be paid-out by the Employer at the end of the contract year.

3

### ARTICLE 8- HOLIDAYS

After one (1) year of employment, all employees shall be entitled to the following days off at their daily wage, based on his or her average daily hours worked from the previous quarter:

Christmas Day, Thanksgiving Day, July 4th and Labor Day

### ARTICLE 9 – JOB GEAR

A.    On November 1st of the first year of the agreement, or alternatively, on the first November 1st subsequent to a new employee's date of hire, the Employer shall provide each employee with a warm winter jacket to wear while performing his/her job duties.

B.    The Company shall provide a $35.00-per-month shoe reimbursement allowance to all bargaining unit employees, so long as the employee has been actively employed in the bargaining unit for at least thirty (30) days. Said shoe reimbursement allowance shall be paid to the employee in the employee's last check of the month. Effective January 1, 2023 the shoe reimbursement allowance shall be $40.00 per month. Effective November 1, 2023 the shoe reimbursement shall increase to $41.00 per month. Effective November 1, 2024 the shoe reimbursement shall increase to $42.00 per month.

C.    The Employer shall provide rain ponchos as needed by employees.

D.    Employees are allowed to wear short sleeve shirts under their vests or jackets.

### ARTICLE 10 - JURY DUTY

All employees covered by this Agreement shall be paid his or her average daily wage (based on the average daily hours worked from the previous quarter) for each day missed for jury duty during the first (1st) three (3) days of jury duty leave.

### ARTICLE 11 - BEREAVEMENT LEAVE

A.    All employees covered by this Agreement shall receive two day's daily wage (based on his or her average daily hours worked from the previous quarter) of paid bereavement leave in the event of the death of an immediate family member such as a mother, sister, etc. Effective November 1, 2019, employees shall receive three (3) days' paid bereavement leave to be used immediately following the death of the immediate family member.

B.    One (1) additional day shall be paid in the event the funeral is to take place out of state.

4

C.    The Employer may request proof or documentation of death.

## ARTICLE 12 – TRANSFER / WORK AT OTHER LOCATIONS

No employee may be permanently transferred to another of the Employer's jobsite locations without the employee's express consent. Nothing in this provision shall prohibit the Employer from periodically or consistently utilizing or scheduling a bargaining unit employee for work at any of its other locations, provided, however, that the employee remains a bargaining unit employee as defined in Article 1 above.

## ARTICLE 13 - LEAVE OF ABSENCE

A.    Leaves of absence without pay or other benefits may be given for good cause on application in writing where the Employer determines that such leave of absence will not interfere with the efficient operation of the Employer, which leave of absence may be extended by the Employer for good reason. Requests and permission for a leave of absence shall be in writing. An employee granted a leave of absence, who is found to have accepted other employment during such leave, shall be considered to have terminated his/her employment. A leave of absence shall be for a maximum of fifteen (15) days and may be extended by the Employer for like periods.

B.    Employees employed six (6) months who are disabled due to illness, including maternity, or accident, on or off the job, shall be eligible to receive a leave of absence not to exceed six (6) months, pursuant to the Family Medical Leave Act.

## ARTICLE 14 – RECORDKEEPING / INDIVIDUAL CONTRACTS

A.    The Employer agrees to maintain an adequate record and system of timekeeping, payroll, dates of employment and seniority, promotions and demotions, rates of pay, and all other matters called for by this Agreement.

B.    The Employer shall not enter into individual contracts, agreements or understandings of any kind with any employee or employees having the intent, purpose and effect of altering, modifying, amending or nullifying any of the provisions of this Agreement, or to agree to any such attempt on the part of any employee.

## ARTICLE 15 – NO REDUCTION IN BENEFITS

No regular employee on the payroll shall be required to take a reduction in pay or loss of an economic benefit as the result of the existence or execution of this Agreement, or the application of any of its provisions now or hereinafter in effect, unless authorized herein.

Charging Party_0011

## ARTICLE 16 - SHOP STEWARDS

A.    The Employer agrees to recognize stewards as elected by the Union. The Stewards may assist in the investigation, presentation and settling of grievances. Stewards shall not be discriminated against in discharging duties assigned them by the Union. Shop Stewards have no authority to take strike action or any other work stoppage interrupting the Employer's business.

B.    During the term of the Agreement the Employer shall pay up to one (1) steward one (1) day's pay each year, for attending Union conferences/training seminars, so long as the same can be scheduled without interruption to the Employer's business needs.

## ARTICLE 17 - UNION VISITATION

Authorized representatives of the Union shall have access to the Employer's sites at Stony Brook during working hours for the purpose of administering this Agreement, provided they first notify the Site Supervisor and the visit does not disrupt normal business operations. All visitations must also comply with Stony Brook rules.

## ARTICLE 18 - GRIEVANCE AND ARBITRATION

A.    If any disagreement arises over the application or interpretation of this Agreement, the Union and the Employer agree that the procedure outlined below shall be utilized.

Step 1:    The aggrieved employee shall discuss the grievance verbally with the Manager within ten (10) days after he/she has reasonable knowledge of the incident which gave rise to the grievance. Should he desire the assistance of the Steward in presenting the grievance his request shall be granted. If not settled within five (5) days the employee shall either withdraw the grievance or have it reduced to writing which must include the employee's name, the date, the nature of the grievance and the specific Article which is in dispute.

Step 2:    Within five (5) days following Step 1, the Steward shall present the written grievance to the Manager. If not settled within five (5) days, the grievance will be withdrawn or moved to Step 3.

Step 3:    Within one calendar week following Step 2, the grievance will be taken up with the District Manager by a full-time Representative of the Union. If not settled within five (5) days, the grievance will be withdrawn or moved to arbitration. This time limit may be extended by mutual agreement between the parties.

B.    If the Employer and the Union fail to settle the grievance within one (1) calendar

6

week following Step 3 of the Grievance Procedure, either party may, within ten (10) days, notify the other of intent to submit the issue to Arbitration.

C.    Upon notice of intent to Arbitrate the Employer and the Union will promptly enter into the selection of an Arbitrator acceptable to both parties. In the event the parties are unable to agree, they shall jointly and promptly request a panel from the American Arbitration Association (AAA) and utilize their procedures for scheduling and designation.

D.    The Arbitrator shall confine his/her decisions only to the interpretation and application of the present Agreement and in no event shall he add to or subtract from it, and the decision shall be final and binding upon the parties. The expenses of the Arbitrator shall be shared equally by the Employer and the Union.

## ARTICLE 19 - DISCHARGE

The Employer shall have the right to discipline or discharge an employee for just cause. In the event the employee or the Union questions the discipline or discharge, the grievant must file a written grievance within seventy-two (72) hours. If a grievance is timely presented, said discipline or discharge shall be processed in accordance with the third step of the grievance and arbitration provision. Any employee who had been discharged shall, if he/she so requests, be granted an interview with the Shop Steward before such employee is required to leave the Agency.

## ARTICLE 20 - DISCRIMINATION

The Employer agrees that it will not discriminate against any employee because of race, creed, color, national origin, political affiliation, sex, marital status or age.

## ARTICLE 21 - NO STRIKE - NO LOCKOUT

The Union and the Employer agree that there shall be no strike, boycott, lockout, stoppage or general slowdown of work by employees, or lockout by the Employer, during the life of this Agreement. When an unauthorized work stoppage or strike occurs, the Union shall make immediate efforts to return the strikers to their respective jobs. The Employer agrees, in consideration of the performance by the Union of the aforesaid undertakings, to absolve the Union, its officers or agents, of any liability by suit for damages for breach of this Agreement, or of any kind of character whatsoever. It is understood and agreed that the Union shall not be liable for any unauthorized or unlawful strikes or the individual acts or actions of any employee or group of employees.

## ARTICLE 22 - RIGHTS OF MANAGEMENT

The Employer reserves and retains the right to direct, manage and control its company and the work force, except to the extent that this Agreement specifically provides to the contrary.  This includes, but is not limited to:  the right to plan, direct and control

Charging Party_0013

operations; to determine when the work is to be performed; to determine where the work is to be performed; to determine, alter, revise, change or eliminate any or all means, methods, processes, materials and schedules of operations including hours worked and overtime; to determine the existence, number, composition and size of the workforce; to determine or change the duties of jobs; to determine the location or relocation of the Employer's offices, departments or operations; to establish levels of productivity and work standards; to transfer employees between jobs, shifts and departments; to hire, transfer, suspend, layoff, recall, promote or demote, discharge, assign, reward or discipline employees; to institute and enforce reasonable non-discriminatory rules, policies, and procedures; and to otherwise conduct its business and manage its affairs, as it deems expedient and to operate its business with maximum efficiency and at the lowest cost, in order to fulfill its obligations to its customers, including any contractual obligations with the customer, and to preserve its financial and competitive position.

## ARTICLE 23 - DURATION

This Agreement shall be effective as of November 1, 2022 and shall continue in full force and effect for a period twenty-four (24) months ending midnight October 31, 2025. It shall thereafter be automatically renewed from year to year, unless notification be given in writing by either party to the other via certified mail, return receipt requested, not less than thirty (30) days or more than one hundred and twenty (120) days prior to October 31, 2025. This Agreement shall be binding upon successors and assigns to the extent permitted by law.

IN WITNESS WHEREOF, the parties hereunto set their hand and seals as hereinafter stated.

LOCAL 1102 RWDSU UFCW          Classic Valet Parking, Inc.

Alvin Ramnarain                Julian Marte
President                      President

8

Charging Party_0014

# Member Listing

Filter: None

Sort Order - Employer / From Employer 42700 To 42799

**Printed:** 12/4/2023

**IIU2**
RWDSU • UFCW

| 42700 - Classic Valet Parking - Stony Brook University Med Center   Stony Brook, NY 11790 | | |
|---|---|---|
| **Benefits Plan** FT= | PT= | Elig= |
| **Pension Plan** FT= | PT= | (914) 576-2082 |

MapIt

| Name (Last,First) Last4 / UID | Home Address Email Address | Address Valid? | Orig DOH Last Chge | Last Dues Last Health | Last Pension Last Cope | Union Status App Card | Last 401k | Phone |
|---|---|---|---|---|---|---|---|---|
| Agyris, Irene 6307 / ▮ | ▮ | | 5/19/21 1/29/23 | 11/1/23 | | Full Y | | ▮ |
| Almonte Cepeda, Virgilio 1441 / ▮ | ▮ | | 12/2/13 12/1/15 | 11/1/23 | | Part Y | | ▮ |
| Alvarado Tobar, Juan Carl 4075 / ▮ | | | 10/27/23 10/27/23 | | | Full Y | | ▮ |
| Angeles Presinal, Jose Mai 3431 / ▮ | ▮ | | 7/24/23 7/24/23 | 11/1/23 | | Full Y | | ( ) - 0 |
| Arias Almonte, Edwin 7137 / ▮ | ▮ | | 12/2/13 6/21/21 | 11/1/23 | | Full Y | | ▮ |
| Arias Gil, Edward N 5559 / ▮ | ▮ | | 3/19/19 6/17/20 | 11/1/23 | | Full Y | | ▮ |
| Baret, Pedro 4382 / ▮ | ▮ | | 7/18/06 3/14/22 | 11/1/23 | | Full Y | | ▮ |
| Dejesus Rojas Garcia, Rein 1292 / ▮ | ▮ | | 5/15/23 5/15/23 | 11/1/23 | | Full Y | | ▮ |
| Delva, Dublin 4102 / ▮ | ▮ | | 10/18/23 10/18/23 | | | Full Y | | ▮ |
| Diaz Lora, Albery 4096 / ▮ | ▮ | | 10/18/23 10/18/23 | | | Full Y | | ▮ |
| Estevez Rodgriugz, Roland 3803 / ▮ | ▮ | | 1/17/23 7/15/23 | 11/1/23 | | Full Y | | ▮ |
| Fabian Rodriguez, Santa L 1641 / ▮ | ▮ | | 12/4/18 12/4/18 | 11/1/23 | | Full Y | | ▮ |
| Fernandez, Juan Carlos 3323 / ▮ | ▮ | V | 2/3/21 2/3/21 | 11/1/23 | | Full Y | | ▮ |
| Gil Reyes, Francis 1333 / ▮ | ▮ | | 12/1/15 12/1/15 | 11/1/23 | | Full Y | | ▮ |
| Hernandez, Jeyson 2946 / ▮ | ▮ | | 10/24/23 10/24/23 | | | Full Y | | ▮ |

Charging Party_0021

# LOCAL
# 1102
RWDSU • UFCW

## Member Listing

Filter: None

Sort Order - Employer / From Employer 42700 To 42799

Printed:    12/4/2023

| 42700 - Classic Valet Parking - Stony Brook University Med Center   Stony Brook, NY 11790 | | | | | | Benefits Plan FT= | PT= | Elig= | |
|---|---|---|---|---|---|---|---|---|---|
| **MapIt** | | | | | | Pension Plan FT= | PT= | | (914) 576-2082 |

| Name (Last,First) Last4 / UID | Home Address Email Address | Address Valid? | Orig DOH Last Chge | Last Dues Last Health | Last Pension Last Cope | Union Status App Card | Last 401k | Phone |
|---|---|---|---|---|---|---|---|---|
| Hernandez, Jose 8670 / | | | 8/17/15 7/1/20 | 11/1/23 | | Full Y | | |
| Marrero-Delance, Claudio 5135 / | | | 3/30/15 6/26/23 | 11/1/23 | | Full Y | | |
| Mejia, Ana 4348 / | | | 1/30/23 1/30/23 | 11/1/23 | | Full Y | | |
| Mejia, Salvador 8433 / | | | 11/10/19 6/17/20 | 11/1/23 | | Full Y | | |
| Morales Espinal, Danny 9693 / | | V | 7/24/19 7/24/19 | 11/1/23 | | Full Y | | |
| Morel, Reye 6317 / | | | 1/19/17 11/8/21 | 11/1/23 | | Full Y | | |
| Morel, Agustin 4139 / | | | 10/14/22 10/14/22 | 11/1/23 | | Full Y | | |
| Mosquera, Juan 1283 / | | | 12/2/13 7/22/20 | 11/1/23 | | Full Y | | |
| Peralta, Ramon 9206 / | | | 4/14/14 12/13/21 | 11/1/23 | | Full Y | | |
| Perez, Jose M 5711 / | | | 4/23/14 12/1/15 | 11/1/23 | | Full Y | | |
| Perez, Ramon 4924 / | | V | 12/2/13 8/16/21 | 11/1/23 | | Full Y | | |
| Perez, Jose L 0921 / | | | 12/1/15 12/1/15 | 11/1/23 | | Full Y | | |
| Perez Arias, Michael 8526 / | | | 7/30/21 7/30/21 | 11/1/23 | | Part Y | | |
| Rodriguez, Vladimir 6577 / | | | 10/29/18 5/1/22 | 11/1/23 | | Full Y | | |
| Romero, Blas 0156 / | | | 10/5/18 7/22/20 | 11/1/23 | | Full Y | | |

Charging Party_0022

# Member Listing

Filter: None
Sort Order - Employer / From Employer 42700 To 42799

**Printed:** 12/4/2023



**RWDSU • UFCW**

| 42700 - Classic Valet Parking - Stony Brook University Med Center | Stony Brook, NY 11790 | | | | Benefits Plan FT= | PT= | Elig= | (914) 576-2082 |
|---|---|---|---|---|---|---|---|---|
| MapIt | | | | | Pension Plan FT= | PT= | | |

| Name (Last,First) Last4 / UID | Home Address Email Address | Address Valid? | Orig DOH Last Chge | Last Dues Last Health | Last Pension Last Cope | Union Status App Card | Last 401k | Phone |
|---|---|---|---|---|---|---|---|---|
| Tavarez, Sanitago 8774 / | | | 11/4/19 11/4/19 | 11/1/23 | | Full Y | | |
| Thomas, Issac 8085 / | | | 5/29/17 7/22/20 | 11/1/23 | | Full Y | | |
| Valdez, Ynoe 6833 / | | V | 12/2/13 10/18/21 | 11/1/23 | | Part Y | | |
| Valdez, Indira 3085 / | | | 6/9/14 3/10/22 | 11/1/23 | | Full Y | | |

| | |
|---|---|
| Total # of Extra Employees : | 0 |
| Total # of Part Time Employees : | 3 |
| Total # of Full Time Employees : | 31 |
| Total # of Other Employees (Non F/P/E) : | 0 |
| Total # of Employees for Classic Valet Parking : | 34 |

EXHIBIT NO. GC 8 RECEIVED ✓ REJECTED
CASE NO. 29CA331253 CASE NAME: Parking Systems, Inc
NO. OF PAGES: 3 DATE 6/20/24 REPORTER RN

Charging Party_0023

**Jackson, Matthew**

| | |
|---|---|
| **From:** | Ayse Porsuk <Ayse@local1102.org> |
| **Sent:** | Monday, June 17, 2024 2:37 PM |
| **To:** | Jackson, Matthew |
| **Cc:** | mrocco@rothmanrocco.com |
| **Subject:** | [EXTERNAL] FW: Parking Systems |
| **Attachments:** | 11.09.2023_Classic.pdf |

**From:** Matt Rocco <mrocco@rothmanrocco.com>
**Sent:** Thursday, November 9, 2023 4:28 PM
**To:** mapetruzzelli@parkingsystems.com
**Cc:** Ephrem.tefera@stonybrook.edu
**Subject:** Re: Parking Systems

Michael, attached is the letter which was omitted from my prior email.

On Thu, Nov 9, 2023 at 4:21 PM Matt Rocco <mrocco@rothmanrocco.com> wrote:

Dear Michael, this firm represents Local 1102 RWDSU UFCW.

We are advised that effective December 1, 2023, Parking Systems is taking over for Classic Valet at the Stony Brook University Medical Center. These employees are members of the union, Local 1102, and are valuable members of the Stony Brook community.

As detailed in the attached letter, we respectfully request that Parking Systems retain these longtime employees so that they do not lose their jobs, recognize the union, and assume the collective bargaining agreement.

Once you have had an opportunity to review the attached, please feel free to call me to discuss if you have any questions.

Very truly yours,

--

**Matthew P. Rocco**

Rothman Rocco LaRuffa

3 West Main Street, Suite 200

Elmsford, New York 10523

d 914.478.2801 x.102

1

f 914.478.2913

mrocco@rothmanrocco.com

--

**Matthew P. Rocco**

Rothman Rocco LaRuffa

3 West Main Street, Suite 200

Elmsford, New York 10523

d 914.478.2801 x.102

f 914.478.2913

mrocco@rothmanrocco.com

EXHIBIT NO. GC9    RECEIVED ✓    REJECTED

CASE NO. 29CA331253    CASE NAME: Parking Systems cpc

NO. OF PAGES: 6    DATE: 6/20/24    REPORTER:



Matthew P. Rocco
mrocco@rothmanrocco.com

November 9, 2023

**Via Email (mapetruzzelli@parkingsystems.com)**

Michael Petruzzelli
Vice President of Operations
Parking Systems
28 Fourth Street
Valley Stream, New York 11582

Re:    **Local 1102 / Stony Brook University Medical Center**

Dear Michael:

I hope this letter finds you well. I am writing to introduce myself as legal counsel for Local 1102 RWDSU UFCW, a labor union which represents hundreds of employees on Stony Brook University's campus including those employed by Classic Valet, the outgoing valet parking service provider at Stony Brook University Medical Center effective 12/1/23. I understand that Parking Systems will be taking over valet parking operations at the medical center, and we look forward to establishing a productive and cooperative relationship with your company.

First and foremost, we want to stress the importance of continuity and the well-being of the dedicated valet parking employees who have been serving Stony Brook University Medical Center under Classic Valet. These individuals have been an integral part of the hospital community and have contributed to a seamless and high-quality patient and visitor experience. As such, we kindly request that you retain the previous Classic Valet parking employees as your workforce.

In addition, we request that Parking Systems recognize the rights of these employees to union representation and adhere to the existing collective bargaining agreement (CBA) in place with Classic Valet. Enclosed is a copy of the assumption agreement for the CBA, which outlines the terms and conditions for the transfer of the CBA to Parking Systems. We respectfully request that you sign a copy and send it back to us because preserving the terms of the current CBA is not only beneficial to the employees but also ensures a smooth transition of services and maintains the high standards of care and professionalism that the medical center expects.

Charging Party_0001

ROTHMAN ROCCO LaRUFFA LLP

Michael Petruzzelli
November 9, 2023
P a g e | **2**

Recognizing and respecting the union representation and the CBA in place will undoubtedly foster a positive and cooperative working relationship between Parking Systems and Local 1102. We are committed to working with you to facilitate this transition seamlessly and with the best interests of all stakeholders in mind.

Should you have any questions or require further information, please do not hesitate to reach out to us. We appreciate your attention to this matter and anticipated assumption of the CBA, and look forward to working with Parking Systems to continue providing exceptional valet parking services at Stony Brook University Medical Center.

Very truly yours,

*Matthew P. Rocco*

Matt Rocco

cc via email: Ephrem Tefera (Ephrem.tefera@stonybrook.edu)

## ASSUMPTION AND RECOGNITION AGREEMENT

**AGREEMENT,** made as of this _____ day of November 2023 by and between Local 1102 RWDSU UFCW located at 311 Crossways Park Drive, Woodbury, NY ("Union") and Parking Systems ("Employer").

**WHEREAS,** for all relevant times prior to this Agreement, the Union has been the exclusive bargaining representative for all employees employed by the Employer's predecessor, Classic Valet Parking, Inc., as designated in the Collective Bargaining Agreement; and

**WHEREAS,** the Union has demonstrated to the Employer's satisfaction that it has been designated and authorized by a majority of aforesaid employees to be their collective bargaining agent; and

**WHEREAS,** the Employer has recognized the Union as the exclusive bargaining representative of the employees in an appropriate bargaining unit under Section 9(a) of the Labor Management Relations Act, as amended; and

**WHEREAS,** the parties hereto acknowledge that there is presently a Collective Bargaining Agreement between the Union and the predecessor employer, Classic Valet Parking, Inc., covering the period November 1, 2022 through October 31, 2025 ("Agreement"); and

**WHEREAS,** the Employer is performing work covered by the Agreement, acknowledges receipt of said Agreement, and recognizes said Agreement sets forth terms and conditions of employment which are pertinent to the work being performed by the Employer.

**NOW THEREFORE,** the parties agree as follows:

1.      Effective December 1, 2023, the Employer agrees to assume and be bound to all of the terms and conditions of the Agreement, which terms and conditions are deemed incorporated herein by references as if fully set forth.

2.      The Union is recognized as the majority representative under the LMRA, and the Employer having granted such recognition to the Union as the majority Section 9(a) representative under the LMRA. The Employer also acknowledges that the Union has the majority support of the unit employees to be their exclusive collective bargaining representative.

3.      The Employer representative signing below warrants that he or she has the authority to execute this assumption and recognition agreement.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be executed by their duly authorized representatives.

**LOCAL 1102 RWDSU UFCW**               **PARKING SYSTEMS**

By: _____          By: _____
    Roger Grobstitch                          Michael Petruzzelli
                           Vice President of Operations



**Parking Systems**

[Follow]    **Write a review**

| Snapshot | Why Join Us | Reviews | 87 Salaries | 4 Jobs | 2 Q&A | Interviews | 4 Photos |

# Parking Systems Job in Stony Brook, NY

**what**

job title, keywords 🔍

**where**

 Stony Brook, NY 📍

[Find Jobs]

1 job near Stony Brook, NY    See all 4 jobs →

**Urgently hiring**

**Parking Lot Attendant / Hospitality / Suffolk County…**
Stony Brook, NY

$16 - $20 an hour    Full-time +1

Monday to Friday +8

Posted 22 days ago

**Parking Lot Attendant / Hospitality / Suffolk County Stony Brook Hospital**
Parking Systems - Stony Brook, NY
$16 - $20 an hour

[Apply Now]

Full-Time and Part Time parking attendant and hospitality personnel positions available at Stony Brook Hospital , Overnights and weekends predominantly.

Essential Duties:

- Drive each vehicle safely and by company guidelines.
- Must be in compliance with uniformed appearance standards while on duty.
- Keep the parking areas neat and free of trash.

Job Requirements:

- Ability to understand and follow instructions.
- **Valid driver's license with an acceptable driving record.**
- Must authorize the company to obtain driving record for verification purposes.
- Friendly, congenial and a team player.
- Must have at least one year driving experience.

Parking Systems is an equal opportunity employer. In all our employment practices, including

CC10

EXHIBIT NO: GCI 0   RECEIVED ✓   REJECTED

29-CA331253
CASE NO.          CASE NAME: Parking Systems one

NO. OF PAGES: 1   DATE 6/20/24   REPORTER:



**Urgently hiring**

## Parking Lot Attendant / Hospitality / Suffolk County Stony Brook Hospital

Stony Brook, NY

**$16 - $20 an hour**    **Full-time** +1

**Monday to Friday** +8

Posted 25 days ago

**Urgently hiring**

## Hotel Valet Parking Attendant



### Parking Lot Attendant / Hospitality / Suffolk County Stony Brook Hospital

Parking Systems - Stony Brook, NY

$16 - $20 an hour



Full-Time and Part Time parking attendant and hospitality personnel positions available at Stony Brook Hospital , Overnights and weekends predominantly.

Essential Duties:

- Drive each vehicle safely and by company guidelines.
- Must be in compliance with uniformed appearance standards while on duty.
- Keep the parking areas neat and free of trash.

EXHIBIT NO. GC 11   RECEIVED _____ REJECTED _____

29-CA-331253

CASE NO. _____   CASE NAME: Parking Systems

NO. OF PAGES: 1   DATE 6/22/24   REPORTER _____

# OFFICIAL REPORT OF PROCEEDINGS

# BEFORE THE

# NATIONAL LABOR RELATIONS BOARD

---

General Counsel's Exhibits
GC-12 through GC-22
And GC-24 through GC-26

---

In the Matter of:                          **Case No.:** 29-CA-331253


PARKING SYSTEMS PLUS,INC.          :

           Respondent,          :

And          :

LOCAL 1102, RETAIL, WHOLESALE &          :

DEPARTMENT STORE UNION, UNITED          :

FOOD AND COMMERICAL WORKERS,          :

           Charging Party.          :


Place:   New York, New York
Dates:   July 1, 2, and 3, 2024

---

---

**OFFICIAL REPORTERS**

## BURKE COURT REPORTING, LLC

**64 Magnolia Place**
**Wayne, NJ 07470**
**(973) 692-0660**

*GC -12*
*admitted?*

# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

———————

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Robert F. Milman - Member
E-Mail Address: rob@mllaborlaw.com
Direct Dial: (516) 303-1400

February 5, 2024

**Via Email: Matthew.Jackson@nlrb.gov**

Matt Jackson, Field Attorney
National Labor Relations Board
Region 29
2 MetroTech Center, 5th Floor
Brooklyn, NY 11201

**Re:    Parking Systems, Inc. - NLRB Case 29-CA-331253**

Dear Mr. Jackson,

This letter is submitted on behalf of Parking Systems, Inc. ("PSI" or "the Company") in response to the unfair labor practice charge filed by Local 1102, RWDSU, UFCW ("the Union") in NLRB Case No. 29-CA-331253, and your letter dated December 22, 2023, requesting the Company's position.

This position statement is presented in the narrative form to enable the NLRB to obtain a comprehensive perspective of the material facts and circumstances relating to the Union's Unfair Labor Practice charges.

Before addressing the substantive allegations raised, some salient preliminary issues should be addressed.   First, the information provided below is based on PSI 's current understanding of the available evidence. Respondent reserves the right to submit additional relevant information should any be revealed during its continuing investigation of this matter.

Second, Respondent's submission of information during the course of its investigation in no way constitutes a waiver of any available defenses or objections that it may raise and invoke at a later time in any stage of this case or any other proceeding.

Third, this position statement is not to be construed as an affidavit, and as such, it does not represent evidence to be applied or entered into any evidentiary record in litigation. But PSI is prepared to provide a witness to give an affidavit in support of its defense.

GC-12-//Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -5

Matt Jackson, Field Attorney
National Labor Relations Board
February 5, 2024
Page 2

    Finally, in accordance with applicable law, the information and documents provided by Respondent or on behalf of Respondent during the course of the NLRB's investigation, including the content addressed herein, shall be treated as confidential, private, sensitive, kept confidential, and not disclosed to any third parties, except as required by law.

**Preliminary Statement**

    Parking Systems, Inc. denies engaging in any unfair labor practices regarding its assumption of parking services at Stony Brook University Hospital. The Company utilized a legitimate, non-discriminatory process to staff operations at the site, consistent with its established non-union business model. PSI, therefore, requests the dismissal of this baseless charge.

    Regarding the allegations, PSI did assume the parking services contract at Stony Brook Hospital on December 1, 2023, upon the expiration of the contract with the prior contractor, Classic Valet Parking. However, PSI has continued to operate substantially the same parking services operation as existed under Classic Valet, including serving the same types of hospital parking needs.

    The Union's claim that PSI unlawfully refused to hire Classic Valet's former bargaining unit employees is incorrect. PSI did receive employment applications from some of Classic Valet's employees but had legitimate business reasons for not hiring certain individuals, which were wholly unrelated to any union affiliation.

    Primarily, PSI sought to staff the Stony Brook location with employees who have already worked for Parking Systems and knew the policies and procedures. When awarded the contract, PSI applied its standard practice, which was to staff the location primarily by transferring in existing employees already familiar with our operations, policies, and training. This includes bringing in trusted supervisors and managers to lead the new location. Supplementing the core transfer team, PSI did consider outside applicants but focused on the experience of parking employees employed by PSI over any union status or affiliation.

**Factual Background:**

    The Company has provided valet parking management and transportation services without union representation for over 30 years. PSI directly employs approximately 200 – 400 full-time and part-time workers across nearly 35 locations in New York and New Jersey, without any history of labor disputes.

    On November 15, 2023, Stony Brook Hospital issued a public Request for Proposals (RFP) soliciting vendors to take over the site's parking services when its contract with the incumbent provider, Classic Valet Parking, expired on November 30th. Among other bidders, PSI submitted a proposal. This approach aligned with PSI's philosophy that it could provide optimal service by directly employing personnel trained in the Company's methods. On November 20th, after a

Matt Jackson, Field Attorney
National Labor Relations Board
February 5, 2024
Page 3

competitive assessment on the merits, the Hospital selected and awarded a contract to Parking Systems to manage its parking services effective December 1, 2023.

Consistent with its proposal, PSI promptly moved forward with transitioning the site to the Company's operational approach after the takeover date. This involved staffing the location with PSI's personnel rather than retaining the predecessor's workforce. Such actions fully comply with legal standards governing successor rights and responsibilities.

**Arguments**

It is well settled that an employer who submits a winning bid for a service contract is not under any legal obligation to hire any employees of the predecessor. *Control Servs.*, 319 N.L.R.B. 1195 (N.L.R.B. December 18, 1995) citing *NLRB v. Burns Security Services*, 406 U.S. 272 fn. 5 (1972) ("The Board has never held that the National Labor Relations Act itself requires that an employer who submits the winning bid for a service or who purchases the assets of a business be obligated to hire all of the employees of the predecessor…"); *accord Paragon Systems*, 2015 NLRB Reg. Dir. Dec. LEXIS 264 (2015).

In *Control Services*, the Board found that the employer who was the winning bidder for the cleaning service contract was not obligated to recognize or hire the predecessor employees. 319 NLRB at 1200.

Similarly, there is no legal obligation on the part of an employer to initiate the employment relationship. An employer is entitled to consider all applicants on an equal nondiscriminatory basis without giving any preference to the former unit employees. *Textron, Inc.,* 302 NLRB 660, 662 (1991); Montfort of Colorado 298 NLRB 73, 78 (1990).

When the General Counsel alleges a refusal to hire by a successor employer, the following factors are among those that would establish that the new owner violated Section 8(a)(3) by refusing to hire the employees of the predecessor:

> [S]ubstantial evidence of union animus; lack of a convincing rationale for refusal to hire the predecessor's employees; inconsistent hiring practices or overt acts or conduct evidencing a discriminatory motive; and evidence supporting a reasonable inference that the new owner conducted its staffing in a manner precluding the predecessor's employees from being hired as a majority of the new owner's overall work force to avoid the Board's successorship doctrine.

*Barons Bus, Inc.*, 2021 NLRB LEXIS 296 (N.L.R.B. July 26, 2021). These factors are absent here. And, as discussed below, PSI had a convincing rationale for its hiring decisions.

Parking Systems bore no obligation to retain the incumbent workforce upon takeover. While PSI accepted applications, the Company ultimately hired its standard contingent of

Matt Jackson, Field Attorney
National Labor Relations Board
February 5, 2024
Page 4

employees to launch services at Stony Brook on December 1st. In doing so, PSI acted squarely within its legal prerogatives not to retain personnel from the predecessor contractor.

First, this situation does not establish any Burns successorship requiring carryover of the existing workforce or recognition of the Union. Unlike an asset purchase or corporate merger, Parking Systems secured the Hospital contract through competitive bidding when the prior vendor's agreement simply expired. PSI initiated an entirely new business relationship after the incumbent provider was ousted.

These facts do not indicate continuity of operations or majority carryover typically required to bind a successor company. Instead, by winning the contract on its own merits, PSI gained the entitlement to implement its hiring procedure and employ employees from outside. The Board affords broad latitude for successors to set initial terms and conditions absent substantial business continuity. *Rattpdev USA*, 2024 NLRB Reg. Dir. Dec. LEXIS 15 (2024).

Furthermore, the allegations of discriminatory refusal to hire fail on additional factual grounds. PSI did consider and assess applications from predecessor personnel. However, based on clear business factors, the Company held well-founded doubts whether the incumbent group could readily adapt to PSI's unique operational requirements, culture, and supervisor hierarchy.

PSI held no duty to recognize or bargain with the Union after contract transition. It should be noted that the predecessor employer, based on information and belief, terminated all of its employees prior to the term of its contract with the hospital. Moreover, PSI did not issue any statemen to the predecessor's employees it would hire them.

The charge further erroneously alleges PSI improperly failed to recognize or bargain with the Union post-transition. After staffing Stony Brook with its standard personnel, the Union necessarily lacked majority support within any potential bargaining unit. The Union's limited representation of the predecessor's terminated workforce carried no controlling relevance.

Here, PSI's controlled workforce is unquestionably made up of all new workers, except for the one employee listed above. In addition, having fairly implemented its operations, PSI could not have unlawfully "refused" to bargain with the Union within the meaning of Section 8(a)(5) when no bargaining obligation existed. The charge therefore misses the mark by effectively alleging PSI failed to voluntarily recognize an unsupported minority union upon contract turnover.

For the above reasons, Parking Systems committed no wrongdoing whatsoever regarding the commencement of parking services at Stony Brook Hospital. The Company's actions fully complied with NLRA requirements concerning successor rights and bargaining responsibilities. We urge the Region to promptly dismiss this factually and legally deficient charge upon a fair assessment of the evidence.

**Mitigation of Potential Damages:**

Matt Jackson, Field Attorney
National Labor Relations Board
February 5, 2024
Page 5

Should this charge inexplicably proceed further despite PSI's rightful conduct, substantial mitigation issues would nonetheless limit any potential relief. The displaced predecessor employees only earned close to minimum wage rates with generic job duties. Abundant comparable employment opportunities thus exist, which the former workers could easily secure with reasonable diligence. For those that haven't been employed, I assume they are collecting unemployment, which will likely make them whole of any alleged damages.

To the extent the Region pursues make-whole remedies, the Board must reduce any awards to account for interim earnings or amounts the employees willfully forgo by not properly mitigating through replacement work. The labor market almost certainly affords positions roughly commensurate with the former parking jobs. Accordingly, little to no back pay awards could ultimately sustain on this record.

**Responding to Allegations of Coercive Statements:**

Finally, PSI adamantly denies that Recruitment Specialist Robert "Bobby" Gust ever informed employees or applicants they must relinquish union affiliation to obtain employment. While still investigating this ancillary issue, the Region will find zero evidence or witness testimony substantiating such an allegation.

The Company prides itself on providing equal opportunity to all qualified candidates regardless of union status or support. If evidence reflected any coercive conduct as alleged in the charge, PSI would swiftly impose disciplinary action. However, based on initial investigation and Mr. Gust's own account, the claim of coercive statements lacks a reasonable foundation. Mr. Gust is prepared to provide an affidavit to this point as well as the other statements claimed.

In conclusion, Parking Systems engaged in no impropriety when commencing parking operations at Stony Brook Hospital after prevailing in the public bidding process. The Company independently evaluated how to best staff the location under its non-union business model, as was its legal right. PSI accordingly requests that the Region fully dismiss the instant charge upon appropriately applying Board precedent to the facts. Please advise if you have any questions or need further clarification on our position.

Regards,


/s/
Robert Milman

GC-13
(admitted)

6/19/24, 1:02 PM                    Screenshot_20240616_173140_Messages.jpg

5:31

← SBUH Mgmt Team                    ▢   ⋮

**A** Andrew Goldsmith

And what's the plan with Richard?

I am bringing cards to Travis now on. The back of the card is a QR Code.
Which leads them to I short form application that gets emailed directly to me

Handout the cards to anyone who inquires about work and set them up for an interview.

This does 2 things for us one. We have an answer for people that wanna work. So they don't feel in limbo and 2 during the interview process, it gives us an opportunity to pump them for information.

1:28 PM • MMS

**J** Josh Candiotti

Thank you Bobby

**A** Andrew Goldsmith

Perfect

Michael Petruzzelli

Andrew let's have a call to review your texts.
~~Bobby travis and Josh if free what time could work~~

↓

GC-13/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -1

☺   Text message                    🖼   ⊕   ⫶⫶⫶

|||              ○              ‹

GC-14

**bobbygust parkingsystems.com**

| | |
|---|---|
| **From:** | Andrew Goldsmith <agold543@gmail.com> |
| **Sent:** | Tuesday, October 24, 2023 9:13 AM |
| **To:** | mapetruzzelli parkingsystems.com; Jonathan Baron |
| **Cc:** | agoldsmith parkingsystems.com; bobbygust parkingsystems.com; Josh Candiotti; Travis Gilliland |
| **Subject:** | Re: Weekly meeting |

Hello Gentlemen,

   Hope everyone had a nice weekend and such. As we approach the start date of SB Hospital, there are a few questions we need to have answered.  Especially with Dan from the Stony Brook team looking for a progress report of where we're at. Here are a few questions I have, that maybe Jonny can shed some light on if he possesses this information.

1.  When are we allowed to contact members of the other valet companies staff.  I feel like this is the biggest domino right now.  Once we figure out how many we're retaining, we can then hyper focus on hiring.  We've been continuously interviewing and hiring over the last few weeks. We need a targeted number we need to hire to go along with the staff we already have in place to move over once we start.  Talking to Richard, he has 32 staff members. I don't know if that is a total for the whole day or just his active roster.
2. Are we entertaining the idea of retaining Richard, the supervising manager from Classic who has reached out to me.
3. Actual schedule that they use right now.  400 employees have been dispersed from the staff lot.  Easing what needs to be done once we take over.
4. Signage and runway on how long to get that equipment made.
5. Elimiwait and if they are charging to pay after instead of pay before.
6. When can we start shadowing at SB Hospital?  I've already made arrangements with Josh to shadow him November 2nd.
7. What would be a better hospital Travis and I can shadow.  South Side or Mt. Sinai?

Please feel free to share any other questions we might have.  We would like to have a response for Dan by tomorrow.

Andrew

GC-14/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -2

On Mon, Oct 23, 2023 at 10:21 PM mapetruzzelli parkingsystems.com <mapetruzzelli@parkingsystems.com> wrote:

> Hello Dan,
>
> We have a meeting Tuesday morning and will discuss with our team internally and get back to with some options.

**Michael Petruzzelli**

**Parking Systems**



☎ Mobile 516.807.5430 | 🖨 Fax 631.752.3616 | ☎ Office 516.825.4661
✉ Email: mapetruzzelli@parkingsystems.com | www.parkingsystems.com

---

**From:** Daniel Akins <daniel.akins@stonybrook.edu>
**Sent:** Monday, October 23, 2023 12:55 PM
**To:** agoldsmith@parkingsystems.com; bobbygust@parkingsystems.com; mapetruzzelli@parkingsystems.com
**Cc:** Nicholas Stefanelli <nicholas.stefanelli@stonybrook.edu>
**Subject:** Weekly meeting

Good afternoon all,

I'm looking to schedule a weekly zoom meeting to discuss progress/issues/ideas on the upcoming transition.

Please let me know which day(s) of the week along with times that are suitable for you.

Thank you,

**Dan Akins**

**Assistant Director,**

**Parking & Field Operations**

**Mobility and Parking Services (MAPS)**

**Division of Enterprise Risk Management**

**Stony Brook University**

Office: 631.632.4624

daniel.akins@stonybrook.edu



## bobbygust parkingsystems.com

| | |
|---|---|
| **From:** | Josh Candiotti |
| **Sent:** | Friday, October 27, 2023 2:47 PM |
| **To:** | agold543@gmail.com; mapetruzzelli parkingsystems.com; Jonathan Baron |
| **Cc:** | agoldsmith parkingsystems.com; bobbygust parkingsystems.com; Travis Gilliland |
| **Subject:** | RE: Weekly meeting |

Hi,

1.  When are we allowed to contact members of the other valet companies staff. I feel like this is the biggest domino right now. Once we figure out how many we're retaining, we can then hyper focus on hiring. We've been continuously interviewing and hiring over the last few weeks. We need a targeted number we need to hire to go along with the staff we already have in place to move over once we start. Talking to Richard, he has 32 staff members. I don't know if that is a total for the whole day or just his active roster. (Have we confirmed the schedule yet? We should mock it up and see how many staff members are needed)

2.  Are we entertaining the idea of retaining Richard, the supervising manager from Classic who has reached out to me. (Should put him in through staff training in our office)

3.  Actual schedule that they use right now. 400 employees have been dispersed from the staff lot. Easing what needs to be done once we take over. (Is the staff lot under construction?)

4.  Signage and runway on how long to get that equipment made. (For this volume I think 4 weeks. We should do a walk through this week and change it out. Wednesday 11/1/23?)

5.  Elimiwait and if they are charging to pay after instead of pay before. (I think we should switch to pay on entry. Can we verify if our booths have electric?)

6.  When can we start shadowing at SB Hospital? I've already made arrangements with Josh to shadow him November 2nd.

7.  What would be a better hospital Travis and I can shadow. South Side or Mt. Sinai? (I recommend MSSN especially since there is revenue collection.)

Thank you,

Josh Candiotti
Parking Systems



Cell: 516.640.0132 | Office 516.825.4661 | Fax 516.825.3002
Email: jcandiotti@parkingsystems.com | www.parkingsystems.com

GC-15/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -3

**From:** Andrew Goldsmith <agold543@gmail.com>
**Sent:** Tuesday, October 24, 2023 9:13 AM
**To:** mapetruzzelli parkingsystems.com <mapetruzzelli@parkingsystems.com>; Jonathan Baron <jbaron@parkingsystems.com>
**Cc:** agoldsmith parkingsystems.com <agoldsmith@parkingsystems.com>; bobbygust parkingsystems.com <bobbygust@parkingsystems.com>; Josh Candiotti <jcandiotti@parkingsystems.com>; Travis Gilliland <tgilliland@parkingsystems.com>
**Subject:** Re: Weekly meeting

Hello Gentlemen,

    Hope everyone had a nice weekend and such. As we approach the start date of SB Hospital, there are a few questions we need to have answered. Especially with Dan from the Stony Brook team looking for a progress report of

where we're at. Here are a few questions I have, that maybe Jonny can shed some light on if he possesses this information.

1.  When are we allowed to contact members of the other valet companies staff.  I feel like this is the biggest domino right now.  Once we figure out how many we're retaining, we can then hyper focus on hiring.  We've been continuously interviewing and hiring over the last few weeks. We need a targeted number we need to hire to go along with the staff we already have in place to move over once we start.  Talking to Richard, he has 32 staff members. I don't know if that is a total for the whole day or just his active roster.
2. Are we entertaining the idea of retaining Richard, the supervising manager from Classic who has reached out to me.
3. Actual schedule that they use right now.  400 employees have been dispersed from the staff lot.  Easing what needs to be done once we take over.
4. Signage and runway on how long to get that equipment made.
5. Elimiwait and if they are charging to pay after instead of pay before.
6. When can we start shadowing at SB Hospital?  I've already made arrangements with Josh to shadow him November 2nd.
7. What would be a better hospital Travis and I can shadow.  South Side or Mt. Sinai?

Please feel free to share any other questions we might have.  We would like to have a response for Dan by tomorrow.

Andrew


On Mon, Oct 23, 2023 at 10:21 PM mapetruzzelli parkingsystems.com <mapetruzzelli@parkingsystems.com> wrote:

Hello Dan,


We have a meeting Tuesday morning and will discuss with our team internally and get back to with some options.



**Michael Petruzzelli**

**Parking Systems**



☎ Mobile 516.807.5430 | 🖷 Fax 631.752.3616 | ☎ Office 516.825.4661
✉ Email: mapetruzzelli@parkingsystems.com | www.parkingsystems.com

---

**From:** Daniel Akins <daniel.akins@stonybrook.edu>
**Sent:** Monday, October 23, 2023 12:55 PM
**To:** agoldsmith@parkingsystems.com; bobbygust@parkingsystems.com; mapetruzzelli@parkingsystems.com

**Cc:** Nicholas Stefanelli <nicholas.stefanelli@stonybrook.edu>
**Subject:** Weekly meeting


Good afternoon all,

I'm looking to schedule a weekly zoom meeting to discuss progress/issues/ideas on the upcoming transition.

Please let me know which day(s) of the week along with times that are suitable for you.

Thank you,


**Dan Akins**

**Assistant Director,**

**Parking & Field Operations**

**Mobility and Parking Services (MAPS)**

**Division of Enterprise Risk Management**

**Stony Brook University**

Office: 631.632.4624

daniel.akins@stonybrook.edu

*gc-16*
*admitted.*

| | |
|---|---|
| **From:** | Michael Petruzzelli |
| **To:** | Michael Mauro |
| **Subject:** | Fwd: Parking Systems |
| **Date:** | Thursday, June 6, 2024 3:43:35 PM |

---------- Forwarded message ---------
From: **Michael Petruzzelli** <mapetruzzelli@gmail.com>
Date: Fri, Nov 10, 2023, 6:29 AM
Subject: Re: Parking Systems
To: Josh Candiotti <jcandiotti@parkingsystems.com>
Cc: Jonathan Baron <jbaron@parkingsystems.com>, agoldsmith parkingsystems.com <agoldsmith@parkingsystems.com>, Travis Gilliland <tgilliland@parkingsystems.com>, bobbygust parkingsystems.com <bobbygust@parkingsystems.com>


Let's set up a quick call to discuss.

On Fri, Nov 10, 2023, 6:02 AM Josh Candiotti <jcandiotti@parkingsystems.com> wrote:
 What are next steps for us?

# Josh Candiotti

1-516-640-0132
Parking Systems

> On Nov 9, 2023, at 10:39 PM, Michael Petruzzelli <mapetruzzelli@gmail.com> wrote:




> ---------- Forwarded message ---------
> From: **Matt Rocco** <mrocco@rothmanrocco.com>
> Date: Thu, Nov 9, 2023, 4:29 PM
> Subject: Re: Parking Systems
> To: <mapetruzzelli@parkingsystems.com>
> Cc: <Ephrem.tefera@stonybrook.edu>

GC-16/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -2

Michael, attached is the letter which was omitted from my prior email.

On Thu, Nov 9, 2023 at 4:21 PM Matt Rocco <mrocco@rothmanrocco.com> wrote:
 Dear Michael, this firm represents Local 1102 RWDSU UFCW.

 We are advised that effective December 1, 2023, Parking Systems is taking over for Classic Valet at the Stony Brook University Medical Center. These employees are members of the union, Local 1102, and are valuable members of the Stony Brook community.

As detailed in the attached letter, we respectfully request that Parking Systems retain these longtime employees so that they do not lose their jobs, recognize the union, and assume the collective bargaining agreement.

Once you have had an opportunity to review the attached, please feel free to call me to discuss if you have any questions.

Very truly yours,

--

**Matthew P. Rocco**

Rothman Rocco LaRuffa

3 West Main Street, Suite 200

Elmsford, New York 10523

d 914.478.2801 x.102

f 914.478.2913

mrocco@rothmanrocco.com

--

**Matthew P. Rocco**

Rothman Rocco LaRuffa

3 West Main Street, Suite 200

Elmsford, New York 10523

d 914.478.2801 x.102

f 914.478.2913

mrocco@rothmanrocco.com

<11.09.2023_Classic.pdf>

*GC-17*
*admitted*

## bobbygust parkingsystems.com

| | |
|---|---|
| **From:** | Josh Candiotti |
| **Sent:** | Friday, November 10, 2023 6:55 AM |
| **To:** | Jonathan Baron |
| **Cc:** | bobbygust parkingsystems.com; mapetruzzelli@gmail.com; agoldsmith parkingsystems.com; Travis Gilliland |
| **Subject:** | Re: Parking Systems |

Yes.

Tier 1 will be myself Bobby, and Mike P.

We can touch base with Travis and Andrew after our first talk.

Invite being sent now.

# Josh Candiotti
1-516-640-0132
Parking Systems

> On Nov 10, 2023, at 6:52 AM, Jonathan Baron <jbaron@parkingsystems.com> wrote:
>
> Teams meeting?
>
> Jonathan Baron
> Parking Systems
>
> Sent from my iPhone

>> On Nov 10, 2023, at 6:36 AM, Josh Candiotti <jcandiotti@parkingsystems.com> wrote:
>>
>> Lets do 8:30
>>
>> We will talk to any staff at all.
>>
>> Travis and Andrew please halt any conversations.
>>
>> # Josh Candiotti
>> 1-516-640-0132
>> Parking Systems

GC-17/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -16

1

On Nov 10, 2023, at 6:35 AM, bobbygust parkingsystems.com <bobbygust@parkingsystems.com> wrote:


Next step

Need to re run the numbers.   I was led to believe we were pretty close to the bone from the outset. Jonny may have assumed a PTO expense but I'm sure $17k for shoes was not planned for.


 6 day PTO for all staff mandatory to pay out unused at year end per CBA

Assuming 35 full time employees ( which seems unrealistic ) and
Assuming all at min wage which they will not be. .......
48 hours x 16.25 / hr  x 35 employees
= $27,300

Shoe Allowance
$40 per month x 12 months x 35 employees = $16,800

-Bobby


Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Candiotti <jcandiotti@parkingsystems.com>
**Sent:** Friday, November 10, 2023 6:02:28 AM
**To:** mapetruzzelli@gmail.com <mapetruzzelli@gmail.com>
**Cc:** Jonathan Baron <jbaron@parkingsystems.com>; agoldsmith parkingsystems.com <agoldsmith@parkingsystems.com>; Travis Gilliland <tgilliland@parkingsystems.com>; bobbygust parkingsystems.com <bobbygust@parkingsystems.com>
**Subject:** Re: Parking Systems

What are next steps for us?

# Josh Candiotti
1-516-640-0132
Parking Systems


On Nov 9, 2023, at 10:39 PM, Michael Petruzzelli <mapetruzzelli@gmail.com> wrote:

---------- Forwarded message ---------
From: **Matt Rocco**
<mrocco@rothmanrocco.com>
Date: Thu, Nov 9, 2023, 4:29 PM
Subject: Re: Parking Systems
To: <mapetruzzelli@parkingsystems.com>
Cc: <Ephrem.tefera@stonybrook.edu>

Michael, attached is the letter which was omitted from my prior email.

On Thu, Nov 9, 2023 at 4:21 PM Matt Rocco <mrocco@rothmanrocco.com> wrote:
 Dear Michael, this firm represents Local 1102 RWDSU UFCW.

 We are advised that effective December 1, 2023, Parking Systems is taking over for Classic Valet at the Stony Brook University Medical Center. These employees are members of the union, Local 1102, and are valuable members of the Stony Brook community.

 As detailed in the attached letter, we respectfully request that Parking Systems retain these longtime employees so that they do not lose their jobs, recognize the union, and assume the collective bargaining agreement.

 Once you have had an opportunity to review the attached, please feel free to call me to discuss if you have any questions.

 Very truly yours,

 --

 **Matthew P. Rocco**


 Rothman Rocco LaRuffa

 3 West Main Street, Suite 200

3

Elmsford, New York 10523

d 914.478.2801 x.102

f 914.478.2913

mrocco@rothmanrocco.com

--

**Matthew P. Rocco**

Rothman Rocco LaRuffa

3 West Main Street, Suite 200

Elmsford, New York 10523

d 914.478.2801 x.102

f 914.478.2913

mrocco@rothmanrocco.com

<11.09.2023_Classic.pdf>

*Gc-18*
*admitted.*

| | |
|---|---|
| **From:** | Squarespace |
| **To:** | bobbygust parkingsystems.com |
| **Subject:** | Form Submission - New Form |
| **Date:** | Saturday, November 18, 2023 7:33:13 PM |

Sent via form submission from *Parking Systems*

**Name:** Ynoe Valdez

**Telephone:** 6312655035

**Email Address:** vzacarias1965@gmail.com

**Address:** 187 Minrol st, Port Jefferson station, NY 11775, United States

**Location:** Suffolk

**Desired Position:** Parking

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Evenings

**What is your availability on Sundays? :** Evenings

**How did you hear about us?:** Web

Manage Submissions

Does this submission look like spam? Report it here.

GC-18/-Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -61

| | |
|---|---|
| **From:** | Squarespace |
| **To:** | bobbygust parkingsystems.com |
| **Subject:** | Form Submission - New Form |
| **Date:** | Monday, November 20, 2023 10:48:55 AM |

Sent via form submission from *Parking Systems*

**Name:** Ramon a Peralta espinal

**Telephone:** 6313818318

**Email Address:** ramonperalta264rp@gmail.com

**Address:** 7 duck hill rd, Coram, NY 11727, United States

**Location:** Stony brook

**Desired Position:** Valet parking

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Evenings

**What is your availability on Sundays? :** Evenings

**How did you hear about us?:** Hospital old parking agency

Manage Submissions

Does this submission look like spam? Report it here.

| From: | Squarespace |
| --- | --- |
| To: | bobbygust.parkingsystems.com |
| Subject: | Form Submission - New Form |
| Date: | Saturday, November 18, 2023 2:13:27 PM |

Sent via form submission from *Parking Systems*

**Name:** Reye Morel

**Telephone:** 6315133565

**Email Address:** luism25@live.com

**Address:** 109 Ruland Rd, Selden, NY 11784, United States

**Location:** Stony Brook

**Desired Position:**

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Evenings

**What is your availability on Sundays? :** Evenings

**How did you hear about us?:**

Manage Submissions

Does this submission look like spam? Report it here.

| | |
|---|---|
| **From:** | Squarespace |
| **To:** | bobbygust parkingsystems.com |
| **Subject:** | Form Submission - New Form |
| **Date:** | Tuesday, November 21, 2023 2:35:53 PM |

Sent via form submission from *Parking Systems*

**Name:** José D Hernández

**Telephone:** 6318555765

**Email Address:** josehernandez1676@gmail.com

**Address:** 2 farfield circle apt 1A, Brentwood, New York 11717, United States

**Location:** Brentwood New York

**Desired Position:** Overnight valet parking supervisor emergency room

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Evenings

**What is your availability on Sundays? :** Evenings

**How did you hear about us?:** I work in classic valet parking I was in charged overnight for parking emergency room of the stony brook hospital I have 8 years of experience I work every night from Monday to Sundays

Manage Submissions

Does this submission look like spam? Report it here.

| From: | Squarespace |
|-------|-------------|
| To: | bobbygust parkingsystems.com |
| Subject: | Form Submission - New Form |
| Date: | Saturday, November 18, 2023 6:27:33 PM |

Sent via form submission from *Parking Systems*

**Name:** Jeyson Hernandez

**Telephone:** 5168641531

**Email Address:** jeysonhernandez124@gmail.com

**Address:** 315 old town rd, East Setauket, Ny 11733, United States

**Location:**

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Evenings

**What is your availability on Sundays? :** Evenings

**How did you hear about us?:** Walk by

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 15:20:07 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Indhira Valdez

**Telephone:** 6313469511

**Email Address:** indhiravaldez27@gmail.com

**Address:** 117 Clinton Avenue, Port Jefferson Station, NY 11776, United States

**Location:** Stony brook hospital

**Desired Position:** Valet parking

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Business card

Sent via form submission from *Parking Systems*

**Name:** Indhira Valdez

**Telephone:** 6313469511

**Email Address:** indhiravaldez27@gmail.com

**Address:** 117 Clinton Avenue, Port Jefferson Station, NY 11776, United States

**Location:** Stony brook hospital

**Desired Position:** Valet parking

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Business card

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 10:23:05 -0500
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

---

**Name:** Issac Thomas

**Telephone:** 6317071584

**Email Address:** thomasissac76@yahoo.com

**Address:** 3 Buick Drive, Selden, NY 11784, United States

**Location:** Stony Brook

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Business Card

Sent via form submission from *Parking Systems*

**Name:** Issac Thomas

**Telephone:** 6317071584

**Email Address:** thomasissac76@yahoo.com

**Address:** 3 Buick Drive, Selden, NY 11784, United States

**Location:** Stony Brook

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Business Card

<u>Manage Submissions</u>

Does this submission look like spam? <u>Report it here.</u>

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 09:03:41 -0500
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Issac Thomas

**Telephone:** 6317071584

**Email Address:** thomasissac76@yahoo.com

**Address:** 3 Buick Drive, Selden, NY 11784, United States

**Location:** Stony Brook

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Business Card

Sent via form submission from *Parking Systems*

**Name:** Issac Thomas

**Telephone:** 6317071584

**Email Address:** thomasissac76@yahoo.com

**Address:** 3 Buick Drive, Selden, NY 11784, United States

**Location:** Stony Brook

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Business Card

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 09:51:50 -0500
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Santiago De Jesus Tavarez Liriano

**Telephone:** 6318090024

**Email Address:** santiagotabarez611@gmail.com

**Address:** 10 Westbrook Rd, Coram, NY 11727, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days, Evenings

**What is your availability on Tuesday? :** Days, Evenings

**What is your availability on Wednesdays? :** Days, Evenings

**What is your availability on Thursdays? :** Days, Evenings

**What is your availability on Fridays? :** Days, Evenings

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I work at Stony Brook Valet

Sent via form submission from *Parking Systems*

**Name:** Santiago De Jesus Tavarez Liriano

**Telephone:** 6318090024

**Email Address:** santiagotabarez611@gmail.com

**Address:** 10 Westbrook Rd, Coram, NY 11727, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days, Evenings

**What is your availability on Tuesday? :** Days, Evenings

**What is your availability on Wednesdays? :** Days, Evenings

**What is your availability on Thursdays? :** Days, Evenings

**What is your availability on Fridays? :** Days, Evenings

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I work at Stony Brook Valet

<u>Manage Submissions</u>

Does this submission look like spam? <u>Report it here.</u>

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Sun, 19 Nov 2023 21:51:44 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Blas A Romero

**Telephone:** 6313841256

**Email Address:** arturoromero1978@gmail.com

**Address:** 31 Poseidon Rd, Rocky Point, NY 11778, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :**

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I work at Stony Brook Valet currently

Sent via form submission from *Parking Systems*

**Name:** Blas A Romero

**Telephone:** 6313841256

**Email Address:** arturoromero1978@gmail.com

**Address:** 31 Poseidon Rd, Rocky Point, NY 11778, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :**

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I work at Stony Brook Valet currently

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 14:38:32 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Vladimir R Garcia

**Telephone:** 6317901482

**Email Address:** vladimirgarcia0722@gmail.com

**Address:** 58 Janet St Porf Jeferson Ny, Port Jeferson, NY 11776, United States

**Location:** Parking lot A

**Desired Position:** Valet

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Sent via form submission from *Parking Systems*

**Name:** Vladimir R Garcia

**Telephone:** 6317901482

**Email Address:** vladimirgarcia0722@gmail.com

**Address:** 58 Janet St Porf Jeferson Ny, Port Jeferson, NY 11776, United States

**Location:** Parking lot A

**Desired Position:** Valet

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 14:41:26 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Michael Perez

**Telephone:** 6313728476

**Email Address:** mperez281632@gmail.com

**Address:** 115 Clinton Ave, Port Jefferson Station, New York 11776, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I already currently work at Stony Brook Valet

Sent via form submission from *Parking Systems*

**Name:** Michael Perez

**Telephone:** 6313728476

**Email Address:** mperez281632@gmail.com

**Address:** 115 Clinton Ave, Port Jefferson Station, New York 11776, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I already currently work at Stony Brook Valet

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 14:45:45 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Jose Miguel Perez Perez

**Telephone:** 6313551095

**Email Address:** perezdelmunicipiobaitoa@gmail.com

**Address:** 130 Greenhaven Dr, Port Jefferson Station, New York 11776, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days, Evenings

**What is your availability on Tuesday? :** Days, Evenings

**What is your availability on Wednesdays? :** Days, Evenings

**What is your availability on Thursdays? :** Evenings, Days

**What is your availability on Fridays? :** Days, Evenings

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I already work at Stony Brook Valet

Sent via form submission from *Parking Systems*

**Name:** Jose Miguel Perez Perez

**Telephone:** 6313551095

**Email Address:** perezdelmunicipiobaitoa@gmail.com

**Address:** 130 Greenhaven Dr, Port Jefferson Station, New York 11776, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days, Evenings

**What is your availability on Tuesday? :** Days, Evenings

**What is your availability on Wednesdays? :** Days, Evenings

**What is your availability on Thursdays? :** Evenings, Days

**What is your availability on Fridays? :** Days, Evenings

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I already work at Stony Brook Valet

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 20:28:36 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Edward Arias

**Telephone:** 6318716200

**Email Address:** edarias25@gmail.com

**Address:** 1728 WINCORAM WAY, CORAM, NY 11727, United States

**Location:** Stony Brook Hospital

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Work

Sent via form submission from *Parking Systems*

**Name:** Edward Arias

**Telephone:** 6318716200

**Email Address:** edarias25@gmail.com

**Address:** 1728 WINCORAM WAY, CORAM, NY 11727, United States

**Location:** Stony Brook Hospital

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Work

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Mon, 20 Nov 2023 14:52:16 -0500
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Francis Gil

**Telephone:** 6314019460

**Email Address:** francisgil97@hotmail.com

**Address:** 1728 WINCORAM WAY, Coram, NY 11727, United States

**Location:** Stony brook

**Desired Position:** Valet attendan

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** No

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** New compay is taking over from SBU classic valet

Sent via form submission from *Parking Systems*

**Name:** Francis Gil

**Telephone:** 6314019460

**Email Address:** francisgil97@hotmail.com

**Address:** 1728 WINCORAM WAY, Coram, NY 11727, United States

**Location:** Stony brook

**Desired Position:** Valet attendan

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** No

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** New compay is taking over from SBU classic valet

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 15:47:25 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Francis Gil

**Telephone:** 6314019460

**Email Address:** francisgil97@hotmail.com

**Address:** 1728 WINCORAM WAY, Coram, NY 11727, United States

**Location:** Cáncer center

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** No

**Can you drive vehicles with manual (stick) transmission?:** No

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** at my work

Sent via form submission from *Parking Systems*

**Name:** Francis Gil

**Telephone:** 6314019460

**Email Address:** francisgil97@hotmail.com

**Address:** 1728 WINCORAM WAY, Coram, NY 11727, United States

**Location:** Cáncer center

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** No

**Can you drive vehicles with manual (stick) transmission?:** No

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** at my work

<u>Manage Submissions</u>

Does this submission look like spam? <u>Report it here.</u>

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Sat, 18 Nov 2023 03:16:17 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

---

**Name:** Rolando Estevez

**Telephone:** 6319023963

**Email Address:** rolandoestevez156@gmail.com

**Address:** 5 lincoln place, Port Jefferson station, Ny 11776, United States

**Location:** 101 Nicolls Road, Stony Brook

**Desired Position:** Valet Parking

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:**

Sent via form submission from *Parking Systems*

**Name:** Rolando Estevez

**Telephone:** 6319023963

**Email Address:** rolandoestevez156@gmail.com

**Address:** 5 lincoln place, Port Jefferson station, Ny 11776, United States

**Location:** 101 Nicolls Road, Stony Brook

**Desired Position:** Valet Parking

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:**

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Sat, 18 Nov 2023 03:11:33 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Rolando Estevez

**Telephone:** 6319923963

**Email Address:** rolandoestevez156@gmail.com

**Address:** 5 lincoln place, Port jefferson station, Ny 11776, United States

**Location:** 101 nicolls road , stony brook

**Desired Position:** Vallet Parking

**Have you ever been employed by Parking Systems?:**

**Have you ever worked for a parking company?:**

**Can you drive vehicles with manual (stick) transmission?:**

**Are you 18 or older?:**

**Do you have your own transportation?:**

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :**

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:**

Sent via form submission from *Parking Systems*

**Name:** Rolando Estevez

**Telephone:** 6319923963

**Email Address:** rolandoestevez156@gmail.com

**Address:** 5 lincoln place, Port jefferson station, Ny 11776, United States

**Location:** 101 nicolls road , stony brook

**Desired Position:** Vallet Parking

**Have you ever been employed by Parking Systems?:**

**Have you ever worked for a parking company?:**

**Can you drive vehicles with manual (stick) transmission?:**

**Are you 18 or older?:**

**Do you have your own transportation?:**

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :**

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:**

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Mon, 20 Nov 2023 07:32:58 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Dublin Delva

**Telephone:** 6467554803

**Email Address:** dublindelva@gmail.com

**Address:** 34 Cherry Street, Ronkonkoma, NY 11779, United States

**Location:** Emergency

**Desired Position:** Valet parking

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Evenings

**What is your availability on Sundays? :**

**How did you hear about us?:** Myself

Sent via form submission from *Parking Systems*

**Name:** Dublin Delva

**Telephone:** 6467554803

**Email Address:** dublindelva@gmail.com

**Address:** 34 Cherry Street, Ronkonkoma, NY 11779, United States

**Location:** Emergency

**Desired Position:** Valet parking

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Evenings

**What is your availability on Sundays? :**

**How did you hear about us?:** Myself

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Sat, 18 Nov 2023 15:48:02 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Pedro A Barett-Martinez

**Telephone:** 6313843733

**Email Address:** Isbelnazer@gmail.com

**Address:** 102 Berkeley AV, Selden, New york 11784, United States

**Location:** Stony Brook

**Desired Position:** Parking cars

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays?** :

**What is your availability on Tuesday?** :

**What is your availability on Wednesdays?** :

**What is your availability on Thursdays?** :

**What is your availability on Fridays?** :

**What is your availability on Saturdays?** : Days

**What is your availability on Sundays?** : Days

**How did you hear about us?:** Classic Valet Supervisor

Sent via form submission from *Parking Systems*

**Name:** Pedro A Barett-Martinez

**Telephone:** 6313843733

**Email Address:** Isbelnazer@gmail.com

**Address:** 102 Berkeley AV, Selden, New york 11784, United States

**Location:** Stony Brook

**Desired Position:** Parking cars

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :**

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** Classic Valet Supervisor

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 20:11:04 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Juan Mosquea

**Telephone:** 6317646083

**Email Address:** jcmosquea23@yahoo.com

**Address:** 200 Bergen street, Port Jefferson Station, NY 11776, United States

**Location:** Stony Brook hospital

**Desired Position:** Negotiable

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays?** :

**What is your availability on Tuesday?** :

**What is your availability on Wednesdays?** :

**What is your availability on Thursdays?** :

**What is your availability on Fridays?** :

**What is your availability on Saturdays?** : Days

**What is your availability on Sundays?** : Days

**How did you hear about us?:** Union rep.

Sent via form submission from *Parking Systems*

**Name:** Juan Mosquea

**Telephone:** 6317646083

**Email Address:** jcmosquea23@yahoo.com

**Address:** 200 Bergen street, Port Jefferson Station, NY 11776, United States

**Location:** Stony Brook hospital

**Desired Position:** Negotiable

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :**

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** Union rep.

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 10:09:55 -0500
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Agustin Morel

**Telephone:** 6315782162

**Email Address:** morelaugustin287@gmail.com

**Address:** 38 PineGrove Ave, Medford, NY 11763, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I work At Stony Brook Valet already

Sent via form submission from *Parking Systems*

**Name:** Agustin Morel

**Telephone:** 6315782162

**Email Address:** morelaugustin287@gmail.com

**Address:** 38 PineGrove Ave, Medford, NY 11763, United States

**Location:** Stony Brook Valet

**Desired Position:** Valet Attendant

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** I work At Stony Brook Valet already

<u>Manage Submissions</u>

Does this submission look like spam? <u>Report it here.</u>

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 14:40:20 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Ana Mejia

**Telephone:** 6315080861

**Email Address:** mejiaruth367@icloud.com

**Address:** 606 old town road, Port Jefferson St, Ny 11776, United States

**Location:** Lot A

**Desired Position:** Valet

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Sent via form submission from *Parking Systems*

**Name:** Ana Mejia

**Telephone:** 6315080861

**Email Address:** mejiaruth367@icloud.com

**Address:** 606 old town road, Port Jefferson St, Ny 11776, United States

**Location:** Lot A

**Desired Position:** Valet

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 21:27:12 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

---

**Name:** Edwin Arias

**Telephone:** 6314050934

**Email Address:** arias2078@hotmail.com

**Address:** 115 Clinton Avenue, Port Jefferson Station, New York 11776, United States

**Location:** Stony Brook Hospital

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Work

Sent via form submission from *Parking Systems*

**Name:** Edwin Arias

**Telephone:** 6314050934

**Email Address:** arias2078@hotmail.com

**Address:** 115 Clinton Avenue, Port Jefferson Station, New York 11776, United States

**Location:** Stony Brook Hospital

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Work

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 16:34:38 -0500
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Juan Alvarado

**Telephone:** 9349498271

**Email Address:** jayden252017@icloud.com

**Address:** 606 old town rd, Port Jefferson station, New york 11776, United States

**Location:** Emergencia

**Desired Position:** Valet parking

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days, Evenings

**What is your availability on Wednesdays? :** Days, Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Days, Evenings

**What is your availability on Saturdays? :** Days, Evenings

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Sent via form submission from *Parking Systems*

**Name:** Juan Alvarado

**Telephone:** 9349498271

**Email Address:** jayden252017@icloud.com

**Address:** 606 old town rd, Port Jefferson station, New york 11776, United States

**Location:** Emergencia

**Desired Position:** Valet parking

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days, Evenings

**What is your availability on Wednesdays? :** Days, Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Days, Evenings

**What is your availability on Saturdays? :** Days, Evenings

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 23:54:47 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Virgilio Almonte cepeda

**Telephone:** 6314045360

**Email Address:** erikaalmonte18@gmail.com

**Address:** 532 wincoram Way, Coram, Ny 11727, United States

**Location:**

**Desired Position:** Valet parking

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :**

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** At work

Sent via form submission from *Parking Systems*

**Name:** Virgilio Almonte cepeda

**Telephone:** 6314045360

**Email Address:** erikaalmonte18@gmail.com

**Address:** 532 wincoram Way, Coram, Ny 11727, United States

**Location:**

**Desired Position:** Valet parking

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :**

**What is your availability on Fridays? :**

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** At work

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 14:42:09 -0500
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Irene Argyris

**Telephone:** 6318735406

**Email Address:** argsirene@gmail.com

**Address:** 44 Warren Avenue, Ronkonkoma, NY 11779, United States

**Location:** Stony Brook University Hospital

**Desired Position:** Emergency Room Valet

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** Andrew Manager

Sent via form submission from *Parking Systems*

**Name:** Irene Argyris

**Telephone:** 6318735406

**Email Address:** argsirene@gmail.com

**Address:** 44 Warren Avenue, Ronkonkoma, NY 11779, United States

**Location:** Stony Brook University Hospital

**Desired Position:** Emergency Room Valet

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :**

**What is your availability on Tuesday? :**

**What is your availability on Wednesdays? :**

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** Andrew Manager

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 17:04:36 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Jose Lorenso Pérez

**Telephone:** 6313844313

**Email Address:** Lasprincesas1989@gmai.com

**Address:** 321 Canal Rd, Port Jefferson Station, NY 11776, United States

**Location:** Cáncer center

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** No

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Ay my work

Sent via form submission from *Parking Systems*

**Name:** Jose Lorenso Pérez

**Telephone:** 6313844313

**Email Address:** Lasprincesas1989@gmai.com

**Address:** 321 Canal Rd, Port Jefferson Station, NY 11776, United States

**Location:** Cáncer center

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** No

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Ay my work

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 14:42:52 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Reinaldo Rojas

**Telephone:** 6316159289

**Email Address:** rojasgarcia2720@gmail.com

**Address:** 58 Janet St Porf Jeferson Ny, Port Jeferson, NY 11776, United States

**Location:** Lot A

**Desired Position:** Valet

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Sent via form submission from *Parking Systems*

**Name:** Reinaldo Rojas

**Telephone:** 6316159289

**Email Address:** rojasgarcia2720@gmail.com

**Address:** 58 Janet St Porf Jeferson Ny, Port Jeferson, NY 11776, United States

**Location:** Lot A

**Desired Position:** Valet

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 17:53:12 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

---

**Name:** Juan Fernandez

**Telephone:** 6312901411

**Email Address:** yeseniachavez1919@gmail.com

**Address:**

**Location:**

**Desired Position:**

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Evenings

**What is your availability on Sundays? :** Evenings

**How did you hear about us?:** for a friend

Sent via form submission from *Parking Systems*

**Name:** Juan Fernandez

**Telephone:** 6312901411

**Email Address:** yeseniachavez1919@gmail.com

**Address:**

**Location:**

**Desired Position:**

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Evenings

**What is your availability on Sundays? :** Evenings

**How did you hear about us?:** for a friend

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 14:38:31 -0500
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Salvador Mejia Garcia

**Telephone:** 6314526702

**Email Address:** chambitamejia777@gmail.com

**Address:** 606 Old Town Rd, Port Jefferson Station, New York 11776, United States

**Location:** Stony Brook Hospital

**Desired Position:** Valet

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days, Evenings

**What is your availability on Tuesday? :** Days, Evenings

**What is your availability on Wednesdays? :** Days, Evenings

**What is your availability on Thursdays? :** Days, Evenings

**What is your availability on Fridays? :** Days, Evenings

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Business Card

Sent via form submission from *Parking Systems*

**Name:** Salvador Mejia Garcia

**Telephone:** 6314526702

**Email Address:** chambitamejia777@gmail.com

**Address:** 606 Old Town Rd, Port Jefferson Station, New York 11776, United States

**Location:** Stony Brook Hospital

**Desired Position:** Valet

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days, Evenings

**What is your availability on Tuesday? :** Days, Evenings

**What is your availability on Wednesdays? :** Days, Evenings

**What is your availability on Thursdays? :** Days, Evenings

**What is your availability on Fridays? :** Days, Evenings

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Business Card

Manage Submissions

Does this submission look like spam? Report it here.

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 20:05:35 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

---

**Name:** Ramon Perez

**Telephone:** 6315126126

**Email Address:** Fernandezk92@yahoo.com

**Address:** 44ruland rd, Selden, Ny 11784, United States

**Location:** Stonybrook hospital

**Desired Position:**

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Days, Evenings

**What is your availability on Sundays? :** Days, Evenings

**How did you hear about us?:**

Sent via form submission from *Parking Systems*

**Name:** Ramon Perez

**Telephone:** 6315126126

**Email Address:** Fernandezk92@yahoo.com

**Address:** 44ruland rd, Selden, Ny 11784, United States

**Location:** Stonybrook hospital

**Desired Position:**

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Evenings

**What is your availability on Tuesday? :** Evenings

**What is your availability on Wednesdays? :** Evenings

**What is your availability on Thursdays? :** Evenings

**What is your availability on Fridays? :** Evenings

**What is your availability on Saturdays? :** Days, Evenings

**What is your availability on Sundays? :** Days, Evenings

**How did you hear about us?:**

<u>Manage Submissions</u>

Does this submission look like spam? <u>Report it here.</u>

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 14:39:04 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

**Name:** Albery Diaz Lora

**Telephone:** 6316205656

**Email Address:** alberis321@gmail.com

**Address:** 68 Colony Rd, Port Jefferson Station, Ny 11776, United States

**Location:** Parking lot a

**Desired Position:** Vallet

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Sent via form submission from *Parking Systems*

**Name:** Albery Diaz Lora

**Telephone:** 6316205656

**Email Address:** alberis321@gmail.com

**Address:** 68 Colony Rd, Port Jefferson Station, Ny 11776, United States

**Location:** Parking lot a

**Desired Position:** Vallet

**Have you ever been employed by Parking Systems?:** Yes

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:**

Manage Submissions

Does this submission look like spam? Report it here.

*GC-19*
*recid.*

6:12

hire

2/2 results found

We will review before site visit Monday

Sunday, Nov 19 • 11:03 AM

**Jonny Baron**

Permission to hire the 1

**Josh Candiotti**

Francis

That will be good

**Jonny Baron**

Yes

**Josh Candiotti**

Thank you

**Michael Petruzzelli**

Thanks 🙂

GC-19/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -1

Text message

GC-20
admitted

## bobbygust parkingsystems.com

| | |
|---|---|
| **From:** | bobbygust parkingsystems.com |
| **Sent:** | Monday, November 20, 2023 3:05 PM |
| **To:** | andrew parkingsystems.com; Travis Gilliland; mapetruzzelli parkingsystems.com; Josh Candiotti |
| **Subject:** | Fwd: Form Submission - New Form |

\*\*\*\*\*\*\*

I think this is the one!  See below

-Bobby

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Monday, November 20, 2023 2:52:16 PM
**To:** bobbygust parkingsystems.com <bobbygust@parkingsystems.com>
**Subject:** Form Submission - New Form

Sent via form submission from *Parking Systems*

**Name:** Francis Gil

**Telephone:** 6314019460

**Email Address:** francisgil97@hotmail.com

**Address:** 1728 WINCORAM WAY, Coram, NY 11727, United States

**Location:** Stony brook

**Desired Position:** Valet attendan

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** No

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

GC-20/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -2

1

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** New compay is taking over from SBU classic valet

Manage Submissions

Does this submission look like spam? Report it here.

*GC-21*
*admitted*

## bobbygust parkingsystems.com

| | |
|---|---|
| **From:** | mapetruzzelli@gmail.com |
| **Sent:** | Tuesday, November 21, 2023 6:22 PM |
| **To:** | Josh Candiotti; Mark Baron |
| **Cc:** | mapetruzzelli parkingsystems.com; Jonathan Baron; bobbygust parkingsystems.com; Travis Gilliland; andrew parkingsystems.com |
| **Subject:** | RE: Messaging to former parking staff SBU |

I do feel badly for the staff currently working as they will all be out of work in December. We have to be careful of our messaging because they cant have walk outs in the last 10 days or so.

**Michael Petruzzelli**
**Parking Systems**



☎ Mobile 516.807.5430 | 📠 Fax 631.752.3616 | ☎ Office 516.825.4661
✉ Email: **mapetruzzelli@parkingsystems.com** | **www.parkingsystems.com**

---

**From:** Josh Candiotti <jcandiotti@parkingsystems.com>
**Sent:** Tuesday, November 21, 2023 6:12 PM
**To:** mapetruzzelli@gmail.com; Mark Baron <mbaron@parkingsystems.com>
**Cc:** mapetruzzelli parkingsystems.com <mapetruzzelli@parkingsystems.com>; Jonathan Baron <jbaron@parkingsystems.com>; bobbygust parkingsystems.com <bobbygust@parkingsystems.com>; Travis Gilliland <tgilliland@parkingsystems.com>; andrew parkingsystems.com <andrew@parkingsystems.com>
**Subject:** RE: Messaging to former parking staff SBU

Hi,

It also is from miscommunication on the site (not to do with us)

They are 35 lost soul attendants chatting with no info and they are making up some stuff internally.

I think we should get Milman to give us a formal statement that we can use.

Thank you,

Josh Candiotti
Parking Systems



Cell: 516.640.0132 | Office 516.825.4661 | Fax 516.825.3002
Email: jcandiotti@parkingsystems.com | www.parkingsystems.com

GC-3/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -3

*GC-21*

---

**From:** Michael Petruzzelli <mapetruzzelli@gmail.com>
**Sent:** Tuesday, November 21, 2023 6:08 PM
**To:** Mark Baron <mbaron@parkingsystems.com>
**Cc:** Josh Candiotti <jcandiotti@parkingsystems.com>; mapetruzzelli parkingsystems.com <mapetruzzelli@parkingsystems.com>; Jonathan Baron <jbaron@parkingsystems.com>; bobbygust parkingsystems.com

<bobbygust@parkingsystems.com>; Travis Gilliland <tgilliland@parkingsystems.com>; andrew parkingsystems.com <andrew@parkingsystems.com>
**Subject:** Re: Messaging to former parking staff SBU

We gave out some staffing cards with q scans before we all talked last Friday.

On Tue, Nov 21, 2023, 6:04 PM Mark Baron <mbaron@parkingsystems.com> wrote:

Who told this employee that someone would be contacting them in the first place ?

Sent from my iPhone

On Nov 21, 2023, at 4:31 PM, Josh Candiotti <jcandiotti@parkingsystems.com> wrote:

Would it be best for legal to provide us a response since this is sensitive?

Josh Candiotti

Parking Systems

<image001.png>

Cell: 516.640.0132 | Office 516.825.4661 | Fax 516.825.3002
Email: jcandiotti@parkingsystems.com | www.parkingsystems.com

**From:** mapetruzzelli parkingsystems.com <mapetruzzelli@parkingsystems.com>
**Sent:** Tuesday, November 21, 2023 4:30 PM
**To:** Jonathan Baron <jbaron@parkingsystems.com>; Mark Baron <mbaron@parkingsystems.com>
**Cc:** Josh Candiotti <jcandiotti@parkingsystems.com>; bobbygust parkingsystems.com <bobbygust@parkingsystems.com>; Travis Gilliland <tgilliland@parkingsystems.com>; andrew parkingsystems.com <andrew@parkingsystems.com>
**Subject:** Messaging to former parking staff SBU

Today one of the current parking staff sent this text message:

Good afternoon.

This is Edward Arias with Classic Valet Service at Stony Brook Hospital. I was informed Friday of last week that I along with all of my Valet coworkers would be interviewed starting November 20th 2023, and it is the end of November 21st 2023, and we have yet to received word or email regarding the applications we all filled out. I expect to hear from you soon

Our first draft response:

Thank You for reaching out Edward. We are going through the list and will be reaching out on a rolling basis. It is possible that some current employees will not be interviewed until after the December 1st hand off. Depending on how quickly our HR team gets through the list.

Thoughts?

**Michael Petruzzelli**

**Parking Systems**

<image001.png>

☎ Mobile 516.807.5430 | 🖷 Fax 631.752.3616 | ☎ Office 516.825.4661
✉ Email: mapetruzzelli@parkingsystems.com | www.parkingsystems.com

GC-22
Admitted

6/19/24, 12:59 PM                    Screenshot_20240616_173300_Messages.jpg

5:33 🖼                                    ⏰ ❋ 🛜 ᵢᵢ 69% 🔋

←     classic                              📹     ⋮

1/1 result found                    ❮     ❯

 Andrew Goldsmith

My wife is off all of next week. I can do training
<u>Monday through</u> <u>Thursday at</u> Jake's. I'll have
everyone ready to go

 Andrew Goldsmith

Good afternoon.
This is Edward Arias with Classic Valet Service at
Stony Brook Hospital. I was informed Friday of last
week that I along with all of my Valet coworkers
would be interviewed starting <u>November 20th 2023</u>,
and it is the end of <u>November 21st 2023</u>, and we
have yet to received word or email regarding the
applications we all filled out. I expect to hear from
you soon

This is a good way to weed put the pain in the asses

Might want to remove Jim from this text Andrew

 Andrew Goldsmith

Wrong text. Too many groups. Sorry Jim

GC-22/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages - 1

🙂   Text message                  

|||       ◯       ‹



FORM NLRB-31

## SUBPOENA DUCES TECUM

### UNITED STATES OF AMERICA
### NATIONAL LABOR RELATIONS BOARD

Custodian of Record, Parking Systems Plus, Inc.

To    28 Fourth Street, Valley Steam, New York 11582

As requested by    Matthew Jackson, Counsel for General Counsel

whose address is    Two Metro Tech Center, Suite 5100, Brooklyn, NY 11201-3838

(Street)        (City)        (State)        (ZIP)

YOU ARE HEREBY REQUIRED AND DIRECTED TO APPEAR BEFORE    an Adminstrative Law Judge

of the National Labor Relations Board

at    Two Metro Tech Center, Suite 5100, 5th Floor

in the City of    Brooklyn

on    Tuesday, June 18, 2024    at    10:00 AM    or any adjourned

Parking Systems, Inc.
Case 29-CA-331253

or rescheduled date to testify in

(Case Name and Number)

And you are hereby required to bring with you and produce at said time and place the following books, records, correspondence, and documents:

### SEE ATTACHMENT

If you do not intend to comply with the subpoena, within 5 days (excluding intermediate Saturdays, Sundays, and holidays) after the date the subpoena is received, you must petition in writing to revoke the subpoena. Unless filed through the Board's E-Filing system, the petition to revoke must be received on or before the official closing time of the receiving office on the last day for filing. If filed through the Board's E-Filing system, it may be filed up to 11:59 pm in the local time zone of the receiving office on the last day for filing. Prior to a hearing, the petition to revoke should be filed with the Regional Director; during a hearing, it should be filed with the Hearing Officer or Administrative Law Judge conducting the hearing. See Board's Rules and Regulations, 29 C.F.R. Section 102.31(b) (unfair labor practice proceedings) and/or 29 C.F.R. Section 102.66(f) (representation proceedings) and 29 C.F.R Section 102.2(a) and 102.2(b) (time computation and timeliness of filings). Failure to follow these rules may result in the loss of any ability to raise objections to the subpoena in court.

**1-1LKPNUV**

Under the seal of the National Labor Relations Board, and by direction of the Board, this Subpoena is

Issued at    Brooklyn, NY

Dated:    May 17, 2024



*Lauren McFerran*

**Lauren McFerran, Chairman**

GC-24/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -9

**NOTICE TO WITNESS**. Witness fees for attendance, subsistence, and mileage under this subpoena are payable by the party at whose request the witness is subpoenaed.  A witness appearing at the request of the General Counsel of the National Labor Relations Board shall submit this subpoena with the voucher when claiming reimbursement.

## PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*.  The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation.  The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006).  The NLRB will further explain these uses upon request.  Disclosure of this information to the NLRB is mandatory in that failure to supply the information may cause the NLRB to seek enforcement of the subpoena in federal court.

# ATTACHMENT

## **DEFINITIONS AND INSTRUCTIONS**

a. "Document" means any existing printed, typewritten or otherwise recorded material of whatever character, records stored on computer or electronically, records kept on microfiche or written by hand or produced by hand and graphic material, including without limitation, checks, cancelled checks, computer hard drives, discs and/or files and all data contained therein, computer printouts, E-mail communications and records, text messages, SMS messages, other instant messages by Respondent's supervisors or agents, any marginal or "post-it" or "sticky pad" comments appearing on or with documents, licenses, files, letters, facsimile transmissions, memoranda, Social Media postings, telegrams, minutes, notes, contracts, agreements, transcripts, diaries, appointment books, reports, records, payroll records, books, lists, logs, worksheets, ledgers, summaries of records of telephone conversations, summaries of records of personal conversations, interviews, meetings, accountants' or bookkeepers' work papers, records of meetings or conference reports, drafts, work papers, calendars, interoffice communications, financial statements, inventories, news reports, periodicals, press releases, graphs, charts, advertisements, statements, affidavits, photographs, negatives, slides, disks, reels, microfilm, audio or video tapes and any duplicate copies of any such material in the possession of, control of, or available to the subpoenaed party, or any agent, representative or other person acting in cooperation with, in concert with or on behalf of the subpoenaed party.

b. "Respondent" means Parking Systems Plus, Inc., including any of its officers, supervisors, managers, agents and representatives.

c. "The Union" means the Local 1102 Retail Wholesale & Department Store Union, United Food and Commercial Workers.

d. "Stony Brook University" includes the State University of New York, and any officers, supervisors, managers, agents and representatives of Stony Brook University.

e. "Unit" means the following group of Respondent employees:

> Included: All full-time and regular part-time runners (also known as drivers), greeters and cashiers who are regularly employed by Respondent at its Stony Brook University site, located in Stony Brook, New York.

> Excluded: All employees employed at other sites, administrative employees, clerical employees, professional employees, confidential employees, casual per diem employees, managerial personnel, guards and supervisors as defined by the Act.

f.  "Respondent's Stony Brook Facility" means the facilities operated by Parking Systems Plus, Inc. at Stony Brook University Hospital in Stony Brook, New York.

g.  "Person" or "persons" means natural persons, corporations, limited liability companies, partnerships, sole proprietorships, associations, organizations, trusts, joint ventures, groups of natural persons or other organizations, or any other kind of entity.

h.  "Period Covered by this Subpoena" means the period from September 1, 2023, through the present, and the subpoena seeks only documents from that period, unless another period is specified.

i.  "Any," "each," and "all" shall be read to be all-inclusive and to require production of each and every document responsive to the request in which such term appears.

j.  "And" or "or" and any other conjunctions or disjunctions used herein shall be read both conjunctively and disjunctively, so as to make the request inclusive rather than exclusive, and to require the enumeration of all information responsive to all or any part of each request in which any conjunction or disjunction appears.

k.  Whenever used in this subpoena, the singular shall be deemed to include the plural and vice versa; the present tense shall be deemed to include the past tense and vice versa.

l.  Any copies of documents that are different in any way from the original, such as by interlineation, receipt stamp, notation, or indication of copies sent or received, are considered original documents and must be produced separately from the originals.

m.  If any document covered by this subpoena contains codes, classifications or is organized by group (e.g., a Microsoft Teams team/channel, a Slack channel, or a document grouping or group chat of any kind), all documents explaining or defining the codes or classifications and/or identifying any grouping used in/for the document must also be produced.

n.  **Documents produced pursuant to this Subpoena must be produced in electronic format to the extent that Respondent maintains those records electronically. Electronically stored information (ESI) responsive to this Subpoena may not be produced in hard copy / paper form.** Only those documents which Respondent does not maintain electronically should be re-printed or photocopied for production.

o.  Electronically stored information should be produced in the form or forms in which it is ordinarily maintained or in a reasonably usable form or forms. The NLRB considers "reasonably usable" productions of ESI to consist of (a) native files, and/or (b) ESI rendered to searchable PDF format (with each individual document rendered as a separate PDF file), accompanied by text extracted from the original electronic files and a load file containing metadata extracted and stored in a standard industry format. Unless otherwise agreed, the load file should contain: a unique identifier (i.e., Bates number) for each item, custodian, source device, source and folder path, production path, modified date, modified time, to, from, cc, bcc, date sent, time sent, subject, date received, time received, and attachment information (i.e., attachment names and

separate fields listing the beginning and ending Bates range(s) of attachment(s)). Where available, message ID and thread ID should also be produced. **Please note: the TIFF+ production format (or any ESI production format comprising of rendered unsearchable files produced without corresponding native files) is not a reasonably usable or acceptable form for production.** Counsel for the General Counsel is amenable to discussing alternative forms of production and can provide additional specifications upon request.

p.   Execution of this Subpoena requires a reasonable search of the ESI of all individuals ("custodians") who are most likely to possess information covered by the Subpoena. For all searches of ESI, records should be maintained documenting each "custodian" whose ESI was searched and all hardware and software systems searched.  Records should also include who was responsible for the search and the search methodology used including, but not limited to, search terms and software tools.  Upon request, such information shall be produced and subject to explanation during examination of the custodians responsible.

q.   All spreadsheet and presentation files (e.g., Excel and PowerPoint) shall be produced in the unprocessed "as kept in the ordinary course of business" state (i.e., in native format). The file produced should maintain the integrity of all sources, custodian, application, embedded and related file system metadata.

r.   All hidden text (e.g., track changes, hidden columns, mark-ups, and notes) shall be expanded and rendered in the image file. For files that cannot be expanded, the native files shall be produced with the image file. All non-graphic embedded objects and links (e.g., Word documents, Excel spreadsheets, .wav files, etc.) that are found within a file shall be extracted and produced. For purposes of production, the embedded files shall be treated as attachments to the original file, with the parent/child relationship preserved.

s.   Snap or screen shots of text or other instant message exchanges shall not be edited and shall show the participants to the conversations, as well as all other original items and metadata.

t.   This Subpoena contemplates production of responsive documents in their entirety, without abbreviation or expurgation.

u.   This Subpoena seeks production of all documents described, including all drafts and non-identical or distribution copies.

v.   All documents produced pursuant to this subpoena should be presented as they are kept in the usual course of business and organized by the subpoena paragraph to which the document or set of documents is responsive.

w.   This Subpoena applies to documents and ESI in your possession, custody, or control as well as your present or former agents, attorneys, accountants, advisors, investigators, and any other persons or companies directly or indirectly employed by or connected with Respondent.  You are required to conduct a reasonable and diligent search for all

requested evidence within your possession, custody or control and to affirmatively advise Counsel for the General Counsel if no responsive evidence exists.

x.  If any document responsive to any request herein is withheld from production on the asserted ground that it is privileged, the Respondent must timely identify and describe:

    1) the author;
    2) the recipient;
    3) the name of each person to whom the original or a copy was sent;
    4) the date of the original document; and
    5) the subject matter of the document.

y.  As to any documents not produced in compliance with this Subpoena on any ground or if any document requested was, through inadvertence or otherwise, destroyed or is no longer in your possession, please state:

    1) the author;
    2) the recipient;
    3) the name of each person to whom the original or a copy was sent;
    4) the date of the document;
    5) the subject matter of the document; and
    6) the circumstances under which the document was destroyed, withheld or is no longer in your possession.

z.  This request is continuing in character and if additional responsive documents come to your attention following the date of production, such documents must be promptly produced.

aa. The custodian of records of the subpoenaed entity shall be one or more designated agents of Respondent with knowledge concerning the documents to be produced. The custodian(s) of records should be prepared to appear at the hearing and give testimony pursuant to this subpoena.

bb. Unless otherwise stated, this subpoena does not supersede, revoke or cancel any other subpoena(s) previously issued in this proceeding.

# DOCUMENTS TO BE PRODUCED

1. Any contracts or written agreements, and amendments thereto, entered into between Respondent and Stony Brook University related to Respondent providing parking services at Stony Brook University and/or Stony Brook University Hospital during the period from January 1, 2023, through the present.

2. Such written and electronic documents, including but not limited to letters, memoranda, emails, , text messages and other messaging apps, and messages sent via social media, reflecting communications between Respondent and Stony Brook University related to Respondent providing parking services at Stony Brook University and/or Stony Brook University Hospital during the period from January 1, 2023, through the present.

3. During the period covered by this subpoena, such written and electronic documents, including but not limited to letters, memoranda, emails, text messages and other messaging apps, and messages sent via social media, distributed to or sent by Respondent to any current or former employees of Classic Valet Parking, Inc., soliciting applications for employment with Respondent.

4. Job postings and other written and electronic documents notifying potential job applicants of job openings and/or reflecting solicitations of employment applications for positions with Respondent at Respondent's Stony Brook Facility during the Period Covered by this Subpoena.

5. Documents showing all employment applications for positions at Respondent's Stony Brook Facility received by Respondent during the period from September 1 through the present.

6. Such written and electronic documents, including but not limited to meeting notes, memoranda, letters, emails, text messages and other messaging apps, and messages sent via social media, discussing, describing or related to any job interviews with applicants for positions with Respondent at the Stony Brook Facility during the period from November 1 through December 15, 2023, including documents showing questions posed to applicants during interviews, and notes assessing each applicant following each interview.

7. Such written and electronic documents, including but not limited to memoranda, letters, notes, emails, text messages and other messaging apps, and messages sent via social media, by and among Respondent's officers, managers, supervisors, representatives and/or agents discussing, describing, referencing or relating to Respondent's recruitment and/or hiring of employees, or decisions not to hire employees to work at Respondent's Stony Brook Facility during the Period Covered by the Subpoena.

8. Respondent's criteria for hiring employees to work at Respondent's Stony Brook Facility.

9. Such written and electronic documents, including but not limited to memoranda, letters, emails, text messages and other messaging apps, and messages sent via social media, by and among Respondent's officers, managers, supervisors, representatives and/or agents discussing, mentioning, referencing or relating to current or former employees of Classic Valet Parking, Inc. during the Period Covered by this Subpoena.

10. Such written and electronic documents, including but not limited to memoranda, emails, letters, text messages and other messaging apps, and messages sent via social media, reflecting communications between Respondent and Stony Brook University regarding the Union and/or the Union's representation of Unit employees during the Period Covered by this Subpoena.

11. Such written and electronic documents, including but not limited to memoranda, emails, letters, text messages and other messaging apps, and messages sent via social media, reflecting communications between Respondent and Classic Valet Parking, Inc., including its officers, managers, supervisors, representatives and/or agents, regarding the Union and employees employed by Classic Valet Parking, Inc. at Stony Brook University during the Period Covered by this Subpoena.

12. Such written and electronic documents, including but not limited to memoranda, emails, letters, text messages and other messaging apps, and messages sent via social media, reflecting communications between Respondent and the Union during the Period Covered by this Subpoena.

13. Such written and electronic documents, including but not limited to memoranda, emails, letters, text messages, and messages sent via social media, reflecting communications between Respondent and its own employees regarding or referencing job opportunities, work assignments or working conditions at Respondent's Stony Brook University Facility during the Period Covered by this Subpoena.

14. Documents reflecting or describing the name and start date of employment, start date working at Respondent's Stony Brook University Facility and the position held for each individual employed by Respondent at Respondent's Stony Brook Facility during the period from December 1 through the present.

15. Payroll records and other documents showing the dates and hours worked by all individuals employed in Unit positions at Respondent's Stony Brook University Facility during the period from December 1 through December 31, 2023.

16. Documents reflecting all work rules, policies and procedures applicable to employees at Respondent's Stony Brook Facility during the Period Covered by this Subpoena.

17. Documents reflecting the wages Respondent has paid to employees at Respondent's Stony Brook Facility during the Period Covered by this Subpoena.

18. Documents reflecting or describing the fringe employment benefits Respondent has provided to employees at Respondent's Stony Brook Facility during the Period Covered by this Subpoena.



# Parking Lot Attendant / Hospitality / Suffolk County Stony Brook Hospital

Parking Systems – Stony Brook, NY

 

## Candidates

291
Applicants
224
Awaiting
67
Contacting
**0**
**Hired**
**Invite more**
**candidates**

 

## Job description

Full-Time and Part Time parking attendant and hospitality personnel positions available at various locations

Essential Duties:

- Drive each vehicle safely and by company guidelines.
- Must be in compliance with uniformed appearance standards while on duty.
- Keep the parking areas neat and free of trash.

Job Requirements:

- Ability to understand and follow instructions.
- **Valid driver's license with an acceptable driving record.**
- Must authorize the company to obtain driving record for verification purposes.
- Friendly, congenial and a team player.
- Must have at least one year driving experience.

GC-25   Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -3

Parking Systems is an equal opportunity employer. In all our employment practices, including hiring, we are firmly committed to provide equal employment opportunity (EEO) to all persons, regardless of race, color, religion, sex, national origin, disability, age, genetics, Vietnam era, special disabled, recently separated and other protected veterans, or any other characteristic protected by federal, state or local law. No question in our application process is used for the process of limiting or excluding any applicant's consideration for employment on such grounds.'

Work Location:

- Stony Brook Hospital Valet

Work Remotely

- No

Job Types: Part-time, Full-time
Pay: $16.00 - $20.00 per hour
Benefits:

- Flexible schedule
- Free parking

Schedule:

- 10 hour shift
- 4 hour shift
- 8 hour shift
- Day shift
- Evening shift
- Monday to Friday
- Morning shift
- Night shift
- Overnight shift

Experience:

- Driving: 1 year (Preferred)

License/Certification:

- Driver's License (Required)

Work Location: In person

*gc-26*
*admit*

# Parking Lot Attendant / Hospitality / Suffolk County Stony Brook Hospital

Parking Systems – Stony Brook, NY

 

## Candidates

1034
Applicants
1019
Awaiting
14
Contacting
**0**
**Hired**
**Invite more**
**candidates**

 

## Job description

Full-Time and Part Time parking attendant and hospitality personnel positions available at Stony Brook Hospital , Overnights and weekends predominantly. Essential Duties:

- Drive each vehicle safely and by company guidelines.
- Must be in compliance with uniformed appearance standards while on duty.
- Keep the parking areas neat and free of trash.

Job Requirements:

- Ability to understand and follow instructions.
- **Valid driver's license with an acceptable driving record.**
- Must authorize the company to obtain driving record for verification purposes.
- Friendly, congenial and a team player.
- Must have at least one year driving experience.

GC26/-Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -3

Parking Systems is an equal opportunity employer. In all our employment practices, including hiring, we are firmly committed to provide equal employment opportunity (EEO) to all persons, regardless of race, color, religion, sex, national origin, disability, age, genetics, Vietnam era, special disabled, recently separated and other protected veterans, or any other characteristic protected by federal, state or local law. No question in our application process is used for the process of limiting or excluding any applicant's consideration for employment on such grounds.'

Work Location:

- Stony Brook Hospital Valet

Work Remotely

- No

Job Types: Full-time, Part-time
Pay: $16.00 - $20.00 per hour
Expected hours: 25 – 40 per week
Benefits:

- Flexible schedule
- Free parking

Schedule:

- 10 hour shift
- 4 hour shift
- 8 hour shift
- Evening shift
- Monday to Friday
- Night shift
- Overnight shift

Experience:

- Driving: 1 year (Preferred)

License/Certification:

- Driver's License (Required)

Work Location: In person