# Exhibit B(ii)

# OFFICIAL REPORT OF PROCEEDINGS

# BEFORE THE

# NATIONAL LABOR RELATIONS BOARD

---

Respondent's Exhibits
R-1 through R-4

---

In the Matter of:                    **Case No.:** 29-CA-331253


PARKING SYSTEMS PLUS,INC.        :

           Respondent,        :

And        :

LOCAL 1102, RETAIL, WHOLESALE &    :

DEPARTMENT STORE UNION, UNITED    :

FOOD AND COMMERICAL WORKERS,    :

          Charging Party.    :


Place:   New York, New York
Dates:   June 18, 20 and 21, 2024

---

---

**OFFICIAL REPORTERS**

## BURKE COURT REPORTING, LLC

**64 Magnolia Place**
**Wayne, NJ 07470**
**(973) 692-0660**

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Fri, 17 Nov 2023 20:28:36 +0000
**To:** bobbygust@parkingsystems.com
**Subject:** Form Submission - New Form

---

**Name:** Edward Arias

**Telephone:** 6318716200

**Email Address:** edarias25@gmail.com

**Address:** 1728 WINCORAM WAY, CORAM, NY 11727, United States

**Location:** Stony Brook Hospital

**Desired Position:** Driver

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays?** : Days

**What is your availability on Tuesday?** : Days

**What is your availability on Wednesdays?** : Days

**What is your availability on Thursdays?** : Days

**What is your availability on Fridays?** : Days

**What is your availability on Saturdays?** :

**What is your availability on Sundays?** :

**How did you hear about us?:** Work

Sent via form submission from *Parking Systems*

**Name:** Edward Arias

**Telephone:** 6318716200

**Email Address:** edarias25@gmail.com

**Address:** 1728 WINCORAM WAY, CORAM, NY 11727, United States

**Location:** Stony Brook Hospital

**Desired Position:** Driver

2-1

EXHIBIT NO. RX 1    RECEIVED _____    REJECTED _____

CASE NO. 29-CA 331253    CASE NAME: Parking Systems

NO. OF PAGES: 2    DATE 6/20/24    REPORTER:

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** Yes

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :**

**What is your availability on Sundays? :**

**How did you hear about us?:** Work

Manage Submissions

Does this submission look like spam? Report it here.

*Read HJ*

*6/22/24*

*12:15p*

Parking Systems, Inc.
Case 29-CA-331253

### Confidential Witness Affidavit

I, <u>Francis Gil Reyes</u>, under the penalty of perjury, state as follows:


**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

My mailing address is 1728 Wincoram Way, Coram, NY 11727

My cell phone number (including area code) is (631) 401-9460

My e-mail address is francisgil97@hotmail.com

I was employed by formerly employed by Classic Valet Parking (Classic)

located at Stonybrook Hospital


1. I am providing this statement as a supplement to my earlier statement in this case.

2. In my prior affidavit, I testified about an interview meeting on November 25, 2023 with Parking Systems, Inc. (Parking Systems) representative Bobby Gust, during which he said to me that Parking Systems would not hire more than 3 to 4 of the then existing Classic employees because we were unionized and Parking Systems does not work with unions and he said that I should think about working under these circumstances and to contact him if I agreed, which I understood to mean to contact him if I agreed to work non-union without most of my co-workers.

**Privacy Act Statement**
The NLRB is asking you for the information on this form on the authority of the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the NLRB in processing representation and/or unfair labor practice cases and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). Additional information about these uses is available at the NLRB website, www.nlrb.gov. Providing this information to the NLRB is voluntary. However, if you do not provide the information, the NLRB may refuse to continue processing an unfair labor practice or representation case, or may issue you a subpoena and seek enforcement of the subpoena in federal court.

FC                    R2

Case 29-CA-331253

3. Before my November 25, 2023 interview meeting with Bobby Gust, we employees all believed that we were going to be hired by Parking Systems. I know this because that is what we were saying to one another. It was only after my meeting with Gust that we employees came to believe that we were not going to be hired by Parking Systems and would be without our jobs when Parking Systems took over the Classic operation.

4. On about Monday, November 27, 2023, I told my co-workers what Bobby Gust said to me about Parking Systems not hiring more than 3 to 4 of us because the company does not work with unions. I told about 15 of my co-works about his statements this day in person. I told them that Gust said that Parking Systems is not going to hire us because we have a union. First, I talked in person with about three employees who worked with me at the Cancer Center.

5. After I finished my shift, I also went to other Stonybrook locations where other Classic employees were working, including the main entrance and the emergency entrance, and told those Classic employees that we were not going to be hired based on what Gust told me about Parking System not working with unions and not hiring us because we were union. There were about 5 to 7 employees at the main entrance location who I told this day and about 5 to 7 at the emergency entrance location who I told this day.

6. I also told several additional Classic employees over the next couple of days, who I had not seen on about November 27, 2023, about what Gust said to me about not hiring us because we were union. I believe that I told in person almost all Classic employees about Gust's statements to me during this time period.

Initials: FG

Case 29-CA-331253

7.  I believe that all Classic employees filled out applications to work with Parking Systems before my November 25, 2023 meeting with Gust because this is what I heard from my co-workers.

**I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**I have read this Confidential Witness Affidavit consisting of 3 pages, including this page. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.**

**Date:** _04/09-24_        **Signature:** _Francis Gil_

                                                Francis Gil Reyes

**This affidavit was taken by:**

**Terri Craig**
**Board Agent**
**National Labor Relations Board**

## bobbygust parkingsystems.com

**From:** bobbygust parkingsystems.com
**Sent:** Monday, November 20, 2023 3:05 PM
**To:** andrew parkingsystems.com; Travis Gilliland; mapetruzzelli parkingsystems.com; Josh Candiotti
**Subject:** Fwd: Form Submission - New Form

*********

I think this is the one!  See below

-Bobby

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Monday, November 20, 2023 2:52:16 PM
**To:** bobbygust parkingsystems.com <bobbygust@parkingsystems.com>
**Subject:** Form Submission - New Form

Sent via form submission from *Parking Systems*

**Name:** Francis Gil

**Telephone:** 6314019460

**Email Address:** francisgil97@hotmail.com

**Address:** 1728 WINCORAM WAY, Coram, NY 11727, United States

**Location:** Stony brook

**Desired Position:** Valet attendan

**Have you ever been employed by Parking Systems?:** No

**Have you ever worked for a parking company?:** No

**Can you drive vehicles with manual (stick) transmission?:** Yes

**Are you 18 or older?:** Yes

**Do you have your own transportation?:** Yes

**What is your availability on Mondays? :** Days

1



**What is your availability on Tuesday? :** Days

**What is your availability on Wednesdays? :** Days

**What is your availability on Thursdays? :** Days

**What is your availability on Fridays? :** Days

**What is your availability on Saturdays? :** Days

**What is your availability on Sundays? :** Days

**How did you hear about us?:** New compay is taking over from SBU classic valet

<u>Manage Submissions</u>

Does this submission look like spam? <u>Report it here.</u>

Parking Systems, Inc.
Case 29-CA-331253

### Confidential Witness Affidavit

I, <u>Francis Gil Reyes</u>, under the penalty of perjury, state as follows:

**I have been given assurances by an agent of the National Labor Relations Board (NLRB) that this Confidential Witness Affidavit will be considered a confidential law enforcement record by the NLRB and will not be disclosed unless it becomes necessary to produce this Confidential Witness Affidavit in connection with a formal proceeding.**

My mailing address is 1728 Wincoram Way, Coram 11727.

My cell phone number (including area code) is (631) 401-9460.

My e-mail address is francisgil97@hotmail.com.

I was formerly employed by Classic Valet Parking ("Classic"),

located at Stonybrook Hospital.

1.      I was formerly employed as a valet attendant with Classic, working at Stonybrook Hospital, Cancer Center area.  My job was to park cars for patients and visitor and return the cars to them.  I began working in this job in about fall 2015.  During my employment, I was represented by Local 1102, RWDSU, UFCW ("Union").  By the time I had started the job, co-workers were already initiating the process of establishing the Union, and the Union came into place at my workplace shortly after I started the job.

2.      As far as I understand, the valet parking operations at Stonybrook Hospital are run by third-party contractors who have contracts with the Hospital to perform the valet parking services.  Classic had a contract to provide valet parking services at the Hospital for about 10 years before they lost the contract at the end of November 2023.  I learned that Classic was

**Privacy Act Statement**
The NLRB is asking you for the information on this form on the authority of the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the NLRB in processing representation and/or unfair labor practice cases and related proceedings or litigation.  The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006).  Additional information about these uses is available at the NLRB website, www.nlrb.gov.  Providing this information to the NLRB is voluntary.  However, if you do not provide the information, the NLRB may refuse to continue processing an unfair labor practice or representation case, or may issue you a subpoena and seek enforcement of the subpoena in federal court.

- 1 -                    Initials _F G_____

Case 29-CA-331253

losing its contract in about October 2023 when our manager at the time told us this. Subsequently in October, a short time later, the owner of Classic, Julian Martes, convened a meeting with many employees and confirmed more formally that Classic was losing its contract. Mr. Martes explained that there was a new company coming in to take over the operation, and he said that the new company may or may not hire us to continue working there. I believe that Mr. Martes told us at that time that the new company coming in was called Parking Systems, Inc. ("Employer").

3.    In about early November, a Recruitment Specialist for the Employer named Robert "Bobby" Gust accompanied by three other Travis (last name unknown), Andrew (last name unknown), and another person whose name I don't remember came to our job site. They approached me and other workers in the Cancer Center parking area and said that they were there representing Parking Systems and wanted to observe the operation and speak with the workers. Mr. Gust gave me a card with his name and contact information on it and told me to scan a QR code on the back on the card to access an online application to work with Parking Systems. The Employer representatives also gave me several more of the same cards and asked me to distribute them to my co-workers. The Employer representatives said that they were interested in having me continue working at the operation after Parking Systems took over, and they asked me if I wanted to continue working, too. I answered that I wanted to keep the job, and the Employer representative told me to go online and complete the application.

4.    I spoke with many of my co-workers about what I had heard from the Employer representatives. Everyone I spoke with said that they wanted to apply and wanted to keep their jobs. We all made a plan to fill out our application at around the same time. About three days after I received the card from Mr. Gust, again in about early November 2023, I went online and

- 2 -                Initials: FG

Case 29-CA-331253

accessed the application using the QR code on the card that Mr. Gust gave me. I thought that the application seemed strange because it did not ask for my social security number, did not say anything about our wages and did not ask what size uniform the Employer should provide for me. I provided all of the information that the application did ask for, and I pressed the button to submit the form online. After I pressed the "Submit" button, I saw a screen that said that the application had been transmitted and provided a phone number that I should call if I had any questions about my application.

5.      I did not receive any response to my application, and none of my co-workers whom I spoke with received a response, either. After about a week with no response from the Employer, several of my co-workers and I decided to call the number that came up on the screen after we submitted the online applications. I called in about mid-November. The phone number connected to the main office for Parking Systems. I spoke with a receptionist and explained that I had applied online for a position at Stonybrook Hospital but had not received any response, and I asked her what the status of my application was. The person responded that she had no information she could share with me about my application. She asked me for my phone number and email address and said that someone from the Employer would get in contact with me. I gave her my contact information as requested. I spoke with several co-workers who told me that they, too, had called the Employer's main office number and were told that there was no information about their applications. I do not believe that any of my co-workers received a call back or an email from the Employer regarding their applications, either.

6.      During the afternoon on November 24, 2023, I received a call on my phone from Employer representative Bobby Gust. Bobby asked me if I was available to meet him for an interview related to my job application. He asked if I could meet him the next day at Jake's 58

- 3 -            Initials: F G

Case 29-CA-331253

Casino and Hotel in Long Island. I answered yes and told him that I could meet him as he requested.

7.      The next day, November 25, I went to Jake's 58 to meet with Bobby at 1 p.m. I met Mr. Gust inside the establishment in a back area set up with tables and chairs where people can sit and have coffee or a snack. I came with my son Edward Arias, who also was a co-worker employed by Classic at Stonybrook. When we arrived there, I asked Bobby if this meeting was for me only or if other co-workers could join, too. Bobby replied that it was only for me, but he did not ask Edward to leave. We then sat down, and Bobby began by saying that he would like me to continue working at Stonybrook, but he said that the company would only be able to hire maybe 3 or 4 of the current workers there. He said that the Employer would not hire more of us because the company does not work with unions, and the current employees at Stonybrook had a union. I responded that the workers at Stonybrook Hospital all work together as a team, and it would be wrong to break us up. I said that many of us had been working there for many years. I said that I had been working there for 8 years and I knew several co-workers who had been there for 10 years or more. I told Bobby that we all depended on our jobs and needed to stay employed. Bobby responded that hiring 3 or 4 of us was the only thing that he could do. He asked me to think about whether I wanted to continue working under those circumstances. I said that I didn't feel good about this decision because I felt it was wrong that all of my co-workers would lose their job, and only I would stay working. Bobby said that he was sorry. He repeated that I should contact him again if I wanted to work with Parking Systems. That was the end of the meeting. My son Edward was present the entire time, but he didn't say anything to Bobby throughout the meeting. I have not had any further contact with Bobby Gust, nor anyone else from Parking Systems.

- 4 -            Initials: _F G_____

Case 29-CA-331253

8.      My last day on the job at Stonybrook Hospital for Classic was on November 30. I have not been called upon to return to work since Parking Systems assume control of the operation on December 1. No one from the company has contacted me since I met with Bobby Gust on November 25, and I have not reached out to the Employer since then. I spoke with many co-workers on November 30, and none of them had been hired to keep working for Parking Systems. I do not believe that Parking Systems hired any of my former co-workers.

///
///

**I understand that this affidavit is a confidential law enforcement record and should not be shown to any person other than my attorney or other person representing me in this proceeding.**

**This Confidential Witness Affidavit consisting of five (5) pages, including this page, has been read to me in Spanish. I fully understand the Affidavit and I state under penalty of perjury that it is true and correct.**

Date: _12/12/2023_      Signature: _Francis Gil_

                                        Francis Gil Reyes

**This affidavit was taken by:**

_Matthew Jackson_
**Matthew A. Jackson**
**Board Agent, National Labor Relations Board**


### Interpreter's certification


*I hereby certify that I am fluent in English and Spanish and that this English language affidavit is an accurate translation of the affiant's testimony provided in Spanish. I read the above statement consisting of five (5) pages in Spanish to the affiant.*

*/s/ Maria P. Matto, 12/12/23*

- 5 -          Initials: F G

# OFFICIAL REPORT OF PROCEEDINGS

# BEFORE THE

# NATIONAL LABOR RELATIONS BOARD

-----------------------------------------

Respondent's Exhibits
R-6 through R-13

-----------------------------------------

In the Matter of:                      **Case No.:**  29-CA-331253


```
PARKING SYSTEMS PLUS,INC.          :

            Respondent,             :

And                                 :

LOCAL 1102, RETAIL, WHOLESALE &     :

DEPARTMENT STORE UNION, UNITED      :

FOOD AND COMMERICAL WORKERS,        :

            Charging Party.         :
```


Place:   New York, New York
Dates:   July 1, 2, and 3, 2024

-----------------------------------------

-----------------------------------------

**OFFICIAL REPORTERS**

# BURKE COURT REPORTING, LLC

**64 Magnolia Place**
**Wayne, NJ 07470**
**(973) 692-0660**

**UNITED STATES GOVERNMENT**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 29**

CLASSIC VALET PARKING, INC.
        Employer

                and                                    Case 29-RC-148399

LOCAL 1102, RETAIL, WHOLESALE &
DEPARTMENT STORE UNION,
UNITED FOOD AND COMMERCIAL WORKERS
        Petitioner[1]

**DECISION AND DIRECTION OF ELECTION**

Classic Valet Parking, Inc. ("Classic Valet" or "the Employer") provides parking

and transportation services at various locations in New York, New Jersey and

Connecticut ("the tri-state area"), including at Stony Brook University Hospital ("the

Stony Brook site") in Stony Brook, New York.  On March 18, 2015, Local 1102, Retail,

Wholesale & Department Store Union, United Food and Commercial Workers ("the

Petitioner") filed a petition under Section 9(c) of the National Labor Relations Act ("the

Act"), seeking to represent a unit of approximately 22 - 25 drivers (a.k.a. "runners"),

cashiers and greeters who regularly work at the Stony Brook site.[2]

Although the Employer never expressly contended that the petitioned-for unit

would be *inappropriate*, it initially contended that "an" appropriate unit would include all

---

[1]        The Petitioner's name appears as amended at the hearing.

[2]        The petitioned-for unit appears as amended.  Although the Petitioner initially sought only the
drivers at Stony Brook, it later amended its petition to include greeters and cashiers at Stony Brook as well
(Transcript pp. 147-8), and to exclude drivers/runners, greeters and cashiers employed at other locations
(Transcript pp. 154-5).

R-6//Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -20

380 of its employees in the tri-state area or, alternatively, a unit of approximately 80 –
100 employees in the Brooklyn, Queens and Long Island region.  In its post-hearing
brief, the Employer proposed yet another alternative unit, consisting of an unspecified
number of employees who work in Long Island.  The Petitioner disagrees, contending
that its petitioned-for unit limited to the Stony Brook site is appropriate.  Thus, the parties
dispute the geographical scope of an appropriate unit.[3]

     A hearing on this issue was held before Matthew Jackson, a Hearing Officer of
the National Labor Relations Board ("the Board").  The Employer called its president and
owner, Julian Marte, to testify, and the Petitioner called five drivers to testify.  Pursuant
to Section 3(b) of the Act, the Board has delegated authority in this proceeding to the
undersigned Regional Director.

     For the reasons discussed below, I conclude that the single-site unit sought by the
Petitioner is appropriate for purposes of collective bargaining.  Accordingly, I will direct
an election among the petitioned-for employees regularly employed at the Stony Brook
site.

**FACTS**

    Background – general description of the operations at Stony Brook

     The record indicates that, in December 2013, the Employer entered a contract to
provide valet parking services at Stony Brook University Hospital, affiliated with Stony
Brook University, State University of New York (SUNY).  When cars arrive at certain

---

[3]    In its post-hearing brief, the Employer seems to have misunderstood the Petitioner's amendment of its proposed unit.  (See footnote 2 above.)  Both the Petitioner and the Employer agree that an appropriate unit would include the classifications of drivers/runners, greeters and cashiers.  Thus, there is no dispute over the composition of the unit, only its geographic scope.

entrances to drop off patients or visitors, the Employer's employees greet the passengers, give them a numbered ticket, and park their cars in one of four nearby lots. Valet parking services are available at the main hospital entrance (until 9:00 p.m., 7 days/week), at the emergency entrance (24 hours/day, 7 days/week) and at the radiation oncology and cancer center entrances (Monday through Friday only, until 6:00 and 6:30 p.m., respectively). Visitors pay $10 for valet parking services at the main entrance, but they do not have to pay for such services at the emergency entrance if they get their ticket "stamped."

Most of Classic Valet's employees are "runners" or drivers who bring the customers' cars from the entrances to the parking lots and, then, from the lots back to the entrances when the patients are ready to leave. Classic Valet employs relatively few greeters and cashiers. The employees who testified at the hearing all began working at the Employer's Stony Brook site approximately 15 months before the hearing in March 2015, i.e., around the time that the Classic Valet began providing the services at Stony Brook in December 2013.

<u>General testimony regarding the Employer's other locations</u>

The president and owner of Classic Valet, Julian Marte, testified that it employs about 400 people in the tri-state area, about 380 of whom are non-supervisory. Marte estimated that employees work at approximately 200 different sites in the tri-state area, including medical offices, luxury car dealerships, country clubs and catering halls when there are weddings and other special events.

The Employer's office is located in New Rochelle, Westchester County, New York.

3

Marte further testified that sites with 10 or more employees generally have an on-site supervisor. On-site supervisors report to the Employer's regional managers. The Employer employs about 10 regional managers, including two for the Brooklyn/Queens/Long Island[4] region: Elias Cabanas and Marco Mendoza.[5] (Marte testified that there are approximately 80 to 100 employees in the Employer's Brooklyn, Queens and Long Island region.) The regional managers report to general manager Ervin Melendez who, in turn, reports to Marte. Both Melendez and Marte are based in the New Rochelle office.

Evidence regarding the community of interest among the Employer's sites

There seems to be no dispute that employees perform similar duties at all of the Employer's sites, and that they wear the same uniform.

As stated above, the Petitioner in this case seeks to represent a unit of employees who work at the Stony Brook University Hospital site on a regular basis. The Petitioner initially petitioned for a group of approximately 20 runners/drivers. The Petitioner later amended its proposed unit to include the greeters and cashiers as well. Thus, it appears that the petitioned-for unit, as amended, consists of approximately 22 -25 employees who regularly work at the Stony Brook site.

The Employer's witness, president and owner Julian Marte, initially contended that there are about 40 employees who work at Stony Brook at various times; that only

---

[4]    Since Long Island consists of Nassau and Suffolk Counties, witnesses sometimes referred to this region as "Brooklyn, Queens, Nassau and Suffolk." Stony Brook is located in Suffolk County.

[5]    Contrary to an assertion in the Employer's post-hearing brief, there is no "single supervisor for all sights [sic] in Long Island, Brooklyn and Queens." Nor is there any evidence that "all employee supervisors are stationed in the New Rochelle office." (Employer's Brief, p. 3.)

half of them (20) work there regularly; that the other half (20) also spend time working at various other locations; and therefore that there is a great deal of "interchange" among the sites. However, the record evidence does not support Marte's contentions in this regard. First of all, it is not clear that Marte was qualified to testify about employees' work assignments, since he stated that he does not make the employees' schedules and that he has no personal knowledge of them. Furthermore, although the Employer introduced some payroll records, those records do not seem to support Marte's contentions. Specifically, the Employer introduced one week's worth of payroll records (Employer Exhibit 2)[6], showing all the employees who worked at the Stony Brook site during the week ending 3/18/2015, i.e., the week immediately before the hearing. During that week, only 28 employees worked at the Stony Brook site for any portion of the week. For 22 of those 28 employees (79%), Stony Brook was the *only* Classic Valet site where they worked. Only 6 of the 28 (21%) worked at Stony Brook and other locations, as follows:

> **Jose A. Perez**          Stony Brook (30 hrs.)
>                            Lexus of Rockville Center (17 hrs.)
>                            Village of Lake Success (27 hrs.)
>
> **Ervin Melendez**         Stony Brook (24 hrs.)
> (general manager)          Condo. Medical Arts bldg. in Bay Shore (21 hrs.)
>                            the Village of Lake Success (10 hrs.)
>
> **Joshua Marte**           Stony Brook (15 hrs.)
> (owner's son)              "Condo" in Bay Shore (6.8 hrs.)
>                            Village of Lake Success (12.5 hrs.)

---

[6]      All references to the record in this case are hereinafter abbreviated as follows: "Tr. #" refers to transcript page numbers. "Er. Ex. #" and "Pet. Ex. #" refer to Employer exhibits and Petitioner exhibits, respectively.
         It should be noted that the Employer's post-hearing brief purported to send additional payroll records as an attachment (Brief p.3), but no such records were attached. In any event, the Region would have disregarded evidence improperly submitted after the close of the hearing.

| **Mario Barajas** | Stony Brook (18 hrs.) |
| | Land Rover of Huntington (22 hrs.) |
| | |
| **Osmar Gonzalez** | Stony Brook (30 hrs.) |
| | "Condo" in Bay Shore (16 hrs.) |
| | Lexus in Massapequa (16 hrs.) |
| | |
| **Elias Cabanas** (regional manager) | Stony Brook (40 hrs.) |
| | Land Rover in Huntington (20 hrs.) |
| | Village of Lake Success (30.5 hrs.). |

Furthermore, assuming that at least 3 of those 6 would be excluded from any bargaining unit (as supervisors[7] and the owner's son), the percentage of unit employees who worked exclusively at Stony Brook would actually be 88% (i.e., 22 out of only 25).

The testimony of the Petitioner's witnesses also contradicts the Employer's contentions. Specifically, all five of Petitioner's witnesses testified that, since they began working at the Stony Brook site approximately 15 months ago, Stony Brook was the *only* Classic Valet site where they worked. Furthermore, they testified that they usually work with the same co-workers. For example, both Edwin Arias and Ramon Perez both work at the hospital's main entrance, Monday through Friday 3:00 p.m. to 11:00 p.m. (In addition, Arias usually works on Sundays, and Perez usually works on Saturdays.) Both drivers testified that they work with the same people on weekdays every week, including Jose A. Perez and Indhira Valdez. They both further testified that, to their knowledge, their co-workers do *not* work at other Classic Valet sites. In fact, Arias testified that he also happens to live with Jose A. Perez, and knows that Jose A. Perez does not work elsewhere. Nevertheless, on cross-examination, Arias conceded that Jose A. Perez had

---

[7]     The parties stipulated at the hearing that both Elias Cabanas and Ervin Melendez are supervisors as defined in Section 2(11) of the Act, in that they have independent authority to "direct" employees (Tr. 156).

not worked at Stony Brook on the Thursday and Friday before the hearing -- the days when, the Employer contends, Jose A. Perez worked in Lake Success. (Arias said he thought that Jose A. Perez had stayed home sick those two days.) Since Jose A. Perez did not testify, and the Employer introduced only one week of payroll records into evidence, it is somewhat difficult to reconcile this specific discrepancy, and to confirm the extent of interchange among sites generally.

The Petitioner's witnesses differed somewhat regarding working with Joshua Marte, the owner's 23-year-old son. One witness said he never worked with Joshua Marte, and did not know him. Three other witnesses said that they had worked with him a few times, at least until he (Joshua) returned to his university studies. None of the Petitioner's witnesses said they worked with general manager Ervin Melendez, and three witnesses said they do not even know who he is.

There is no dispute that Classic Valet employees who work at Stony Brook must wear a Stony Brook identification badge, in addition to their Classic Valet uniforms. Employees testified that the badge allows them access to certain areas within the hospital grounds. Each laminated badge has the employee's name, photograph and identification number, in addition to the words "Valet Parking Vendor" and "Stony Brook University Affiliate." (*See* Pet. Ex. 1.) Employees received their Stony Brook badge about one week after they commenced employment at the Stony Brook site. The record does not indicate whether the 40 employees who allegedly work at Stony Brook at various times, all have Stony Brook badges.

Julian Marte also testified that employees are hired "from" the Employer's office in New Rochelle, in the sense that the paperwork is sent there. All five employee-

witnesses testified that they were interviewed and hired by Elias Cabanas in Long Island. They did not have to go to New Rochelle. For example, Jonathan Cardona stated that he filled out an application at the Stony Brook site, and gave it to Cabanas there. Cabanas told Cardona that he would be working at the emergency exit, Mondays through Saturdays. Similarly, witness Edwin Arias both testified that Cabanas hired him locally,[8] and that he had never been to the New Rochelle office.

The only employee-witness who said he had been to the New Rochelle office was Emmanuel Dilone. When Dilone had a vehicular accident, he had to make a report there. Julian Marte similarly testified that drivers must report accidents at the New Rochelle office.

During the hearing, there was some confusion regarding the identity of "site supervisors" versus regional managers. As noted above, Marte testified generally that sites with 10 or more employees have an on-site supervisor, who reports to the Employer's regional managers. Marte further testified that employees' schedules and geographical assignments are controlled by the regional managers; that the regional managers communicate the schedule to employees via the site supervisors; that the site supervisors report the employees' hours worked each week to the regional managers for payroll purposes, and that the payroll is generated out of the Employer's New Rochelle

---

[8]    As noted above, Arias lives with Jose A. Perez in Port Jefferson, Suffolk County. Arias previously worked for Classic Valet at country clubs when there were weddings and other parties, from 2007 to about 2011. Elias Cabanas, who was Arias' supervisor at that time, apparently knew that Arias was Perez's housemate in late 2013, when Classic Valet got the Stony Brook contract. Arias testified that Cabanas came to their house to ask Arias if he wanted to re-apply to work as a valet driver for the Employer, at the Stony Brook site.

office.  Marte also stated specifically that the Employer is "supposed to" have on-site

supervision under its contract with Stony Brook University Hospital.[9]

When Marte initially testified at the beginning of the hearing, no site supervisor

was specifically identified by name, although the regional managers were identified as

Elias Cabanas and Marco Mendoza.  Subsequently, when the Petitioner's witnesses

testified, they repeatedly named Elias Cabanas as the person who hired them to work at

Stony Brook, who trained them, who sets their schedules, who may change their

assignment if necessary,[10] who generally monitors and oversees their work, who corrects

employees if they do something wrong, who gives them timesheets to sign each week,

and who gives them their paychecks.  Employees also testified that they must contact

Cabanas to call in sick.  Ramon Peralta explained that there is a telephone in the parking

booth at the emergency entrance, and that Cabanas can be reached by phone if any

problems arise during the shift.  Peralta also testified that Cabanas had disciplined him

once, when Peralta "did something" (unspecified) that Cabanas did not like.  Thus, the

testimony from employee-witnesses seemed to suggest that Cabanas spends a great deal

of time at Stony Brook, essentially as a site supervisor there.  Furthermore, there is no

evidence that Cabanas works at the Employer's office in New Rochelle, or that he needs

approval from upper management there, such as the general manager or president, for

---

[9]      The contract's "pricing page" (attached to Er. Ex. 1) specifically contemplates an "AM Site Supervisor" and a "PM Site Supervisor" at the hospital's main entrance, Monday through Friday, and then dual-purpose supervisor-cashiers at the main entrance on Saturdays and Sundays.

[10]      For example, Ramon Peralta testified that Cabanas initially assigned him to work at the main entrance, from 7:00 a.m. to 3:00 p.m., six days/week, which Peralta did for five months.  Then Cabanas assigned Peralta to work at the emergency entrance instead.  Then Cabanas also changed Peralta's hours. For the past two months, Peralta has worked at the emergency entrance from 10:00 a.m. to 7:00 p.m.

making personnel decisions.  There was also no specific evidence that Cabanas manages any sites in Brooklyn or Queens.

Consequently, Marte was re-called to the stand, in part to clarify the Employer's supervisory hierarchy.  Marte declined to estimate how much time Cabanas spends at the Stony Brook site, as opposed to other sites in Brooklyn, Queens and Long Island.  Marte explained generally that Cabanas spends more time at Stony Brook because of Cabanas' "commute time," but also insisted that Cabanas has responsibilities at other sites too.  The Employer bills the clients for Cabanas' time at their respective sites.  The payroll records for the week ending March 18, 2015 (Er. Ex. 2) purport to show that Cabanas worked 90.5 hours that week, including 40 hours at Stony Brook, 30.5 hours at Lake Success, and 20 in Huntington.  On cross-examination, the Petitioner implicitly challenged the accuracy of these records, for example, by asking how Cabanas could work until 5:00 p.m. in Stony Brook and then start working in Lake Success the same evening at 5:00 p.m.[11]  In any event, when Marte was asked who the site supervisor was at Stony Brook, he answered that it "could be" Cabanas "when he is there," or Mario Barajas, or Jose A. Perez (who was previously identified as a driver).

The payroll records admitted into evidence indicate that employees' hourly wages range between $7.50/hour and $9.00/hour at Stony Brook.  Marte testified that employees who work in assignments where they are likely to get tips earn $7.50/hour, whereas those who generally do not make tips (e.g., at the cancer center entrance) earn $8.75/hour (i.e., the minimum wage in New York State) or more.  Marte further testified that the hourly

---

[11]     According to Google maps, Lake Success is more than 30 miles from Stony Brook.

rates are "pretty similar" at other sites.  Marte did not specifically describe other terms of employment such as benefits, but when asked if the terms and conditions of employment were the "same" regardless of the site, Marte answered affirmatively.

Finally, although Marte characterized the Employer's sites in "the area" as being "geographically close" to each other, the record does not contain any specific information in that regard.  As noted above, Lake Success (in Nassau County) is more than 30 miles west of Stony Brook (in Suffolk County).  Contrary to an assertion in the Employer's post-hearing brief, there is no evidence that the Long Island sites are "within a few miles of each other."  The Employer did not mention any specific sites in Brooklyn or Queens.  According to Google maps, the driving distance between Stony Brook and the Employer's office in New Rochelle (Westchester County) is more than 50 miles.

## **DISCUSSION**

As stated above, the only issue to be decided is the geographical scope of the proposed bargaining unit.  The Petitioner has petitioned for a unit of 22-25 employees who work regularly at the Stony Brook University Hospital site.  At the hearing, the Employer claimed that an appropriate unit would include all 380 of its employees in the tri-state area or, alternatively, a unit of approximately 80 – 100 employees in the Brooklyn, Queens and Long Island region.  In its post-hearing brief, the Employer also contended that an appropriate unit might consist of an unspecified number of employees who work in Long Island.  I conclude in this case that the petitioned-for unit limited to the Stony Brook site is appropriate for the purposes of collective bargaining.

Initially, it bears repeating that a certifiable bargaining unit need only be *an* appropriate unit, not the most appropriate unit. Morand Bros. Beverage Co., 91 NLRB 409 (1950), *enfd.* 190 F.2d 576 (7th Cir. 1951); Omni-Dunfey Hotels, Inc., d/b/a Omni International Hotel of Detroit, 283 NLRB 475 (1987); P.J. Dick Contracting, 290 NLRB 150 (1988), Dezcon, Inc.; 295 NLRB 109 (1989). Whenever a labor organization seeks to represent employees at a single location of a multi-location employer, the Board generally presumes the single-location unit to be appropriate, even though a broader unit might also be appropriate. A multi-location employer who asserts that the single-location unit is *inappropriate* must rebut the presumption, for example, by showing that the single plant is so integrated with the other plants as to lose its separate identity. Cargill, Inc., 336 NLRB 1114 (2001); Kendall Co., 184 NLRB 847 (1970). The burden is on the employer to prove by affirmative evidence a lack of autonomy at the local level. J & L Plate, Inc., 310 NLRB 429 (1993). *See also* Specialty Healthcare and Rehabilitation Center of Mobile, 357 NLRB No. 83, slip op. at p. 13 (2011)(when a petitioned-for group is readily identifiable based on work locations or other factors, a party who contends that only a larger unit is appropriate must show an "overwhelming" community of interest among employees in the larger unit). The relevant factors include the extent of interchange and contact among employees at the different facilities; their functional integration; the extent of centralization in management and supervision, especially with regard to labor relations (hiring, firing, affecting the terms of employment); geographical distance between the facilities; and the history of collective bargaining.

In the instant case, the Employer has not met its burden of showing that the petitioned-for unit, limited to the Stony Brook site, inappropriately excludes employees

who work at the Employer's other sites.  First of all, the record evidence does not support the Employer's contention that there is a group of "40 employees" who work at Stony Brook and other sites, and that only "half" of those employees work exclusively at Stony Brook.  The Employer's own documentary evidence (Er. Ex. 2) shows that only 3 unit employees worked at Stony Brook and other locations in the week before the hearing.  The vast majority (22 out of 25) worked exclusively at Stony Brook that week.  Furthermore, the Petitioner's witnesses all testified that they have worked exclusively at Stony Brook since they began working there about 15 months ago; that they do not work at the Employer's other sites; and that they consistently work with the same co-workers during their shifts.  Although some witnesses acknowledged occasionally working with other people, such as the owner's son Joshua Marte, the record clearly does not support the Employer's claim of substantial "interchange" among various sites.  Nor does the Employer's evidence explain how a group of "40" employees from various sites could work at Stony Brook on occasion, without all 40 having the official identification badge required by Stony Brook to work on the hospital premises.

Furthermore, the record clearly shows a high level of local autonomy at the Stony Brook site, rather than centralized control at the "regional" level or at the Employer's office in New Rochelle.  Specifically, although Marte initially claimed that the Employer's hiring and scheduling of employees is done at the New Rochelle office, the probative evidence shows that Elias Cabanas interviewed and hired employees locally for the Stony Brook site when the Employer began its contract with the hospital there.  Cabanas also has authority to change employees' assignments and schedules at Stony Brook, and to approve their timesheets for payroll purposes.  Furthermore, although

Cabanas may have the title of "regional manager," he seems to spend significant time at Stony Brook, effectively serving as an on-site supervisor there. Thus, the separate supervision at the Stony Brook site, which the Board has found to be "of particular importance," Catholic Healthcare, d/b/a Mercy Sacramento, 344 NLRB 790 (2005), supports the appropriateness of the single-site unit. The record contains no evidence that Cabanas' responsibilities at other sites (Brooklyn, Queens and elsewhere) have actually consolidated or integrated management at a regional level, such that the Stony Brook site has lost its separate identity. In addition, there is no evidence that centralized management from the Employer's office in New Rochelle requires a unit encompassing all of its employees in the tri-state area. Marte repeatedly admitted that he has no firsthand knowledge of the employees' schedules because the "regional managers" determine those schedules.

Finally, the Employer has not submitted evidence to support its contention that its sites in the Brooklyn/Queens/Long Island "region," or even those in Long Island, are geographically close to each other. The Employer's comments regarding "bargaining history" in a larger unit are incorrect.[12]

In the instant case, the Employer has submitted some evidence to support that a multi-site unit might also be appropriate. For example, employees at the multiple sites are employed by the same employer, engaged in providing similar parking and

---

[12]    At the hearing and in its post-hearing brief, the Employer claimed that this Agency had "decided" in a Region 2 case that an Employer-wide unit was appropriate. However, the Agency did not make any such determination. I hereby take administrative notice of Case 02-RC-121593, in which another union filed a petition for Classic Valet's employees at all locations. The petition was thereafter withdrawn by that union, with no "decision" or finding having been made about the appropriateness of the unit. Thus, there is no evidence of "bargaining history" regarding Classic Valet's employees at any location.

transportation services, using the same types of skills. They all wear the same Classic Valet uniform. And there is some evidence that employees' wages are "similar" from site to site. Nevertheless, I find that this evidence does not show integration "so substantial" as to negate the separate identity of the petitioned-for unit of employees at the Stony Brook site. On the contrary, the record clearly shows that an appropriate unit of 22-25 employees has regularly worked together at the Stony Brook site, under local supervision, and has retained its separate identity. Or, as started in the parlance of Specialty Healthcare, *supra*, the Employer has not shown that this "readily identifiable" group at Stony Brook shares an "overwhelming" community of interest with employees in any of the Employer's proposed larger units.

In sum, based on all the foregoing, I find that the Employer's evidence falls short of rebutting the presumptive appropriateness of the petitioned-for unit of employees at the Stony Brook site. Accordingly, I find that the petitioned-for unit is an appropriate unit for collective bargaining, and I will direct an election in that unit below.

## CONCLUSIONS AND FINDINGS

Based upon the entire record in this proceeding, the undersigned finds and concludes as follows:

1.      The Hearing Officer's rulings are free from prejudicial error and are hereby affirmed.

2.      The parties stipulated that Classic Valet Parking, Inc., is a domestic corporation, with its principal office located at 92 North Avenue, New Rochelle, New York. It is engaged in providing parking and transportation services at various locations

in New York, New Jersey and Connecticut, including at the Stony Brook University Hospital in Stony Brook, New York.  During the past year, which period represents its annual operations generally, the Employer provided services valued in excess of $50,000 to Stony Brook University Hospital, an entity directly engaged in interstate commerce.

Based on the foregoing, I find that the Employer is engaged in commerce within the meaning of the Act.  It will therefore effectuate purposes of the Act to assert jurisdiction in this case.

3.    The parties stipulated, and I hereby find, that Local 1102, Retail, Wholesale & Department Store Union, United Food and Commercial Workers, is a labor organization as defined in Section 2(5) of the Act.  It claims to represent certain employees of the Employer.

4.    A question concerning commerce exists concerning the representation of those employees within the meaning of Section 9(c)(1) and Section 2(6) and (7) of the Act.

5.    As discussed above, I find that the following employees constitute an appropriate unit for purposes of collective bargaining:

All full-time and regular part-time runners (also known as drivers), greeters and cashiers who are regularly employed by the Employer at its Stony Brook University Hospital site, located in Stony Brook, New York, but excluding all employees employed at other sites, administrative employees, clerical employees, professional employees, confidential employees, casual or per diem employees, managerial personnel, guards and supervisors as defined by the Act.

**DIRECTION OF ELECTION**

16

The National Labor Relations Board will conduct a secret ballot election among the employees in the unit found appropriate above.  The employees will vote whether they wish to be represented for purposes of collective bargaining by Local 1102, Retail, Wholesale & Department Store Union, United Food and Commercial Workers.  The date, time, and place of the election will be specified in the Notice of Election that the Board's Regional Office will issue subsequent to this Decision.

## A. Voting Eligibility

Eligible to vote in the election are those in the unit who were employed during the payroll period ending immediately before the date of this Decision, including employees who did not work during that period because they were ill, on vacation, or temporarily laid off.  Employees engaged in any economic strike, who have retained their status as strikers and who have not been permanently replaced are also eligible to vote.  In addition, in an economic strike which commenced less than 12 months before the election date, employees engaged in such a strike who have retained their status as strikers but who have been permanently replaced, as well as their replacements, are eligible to vote.  Unit employees in the military services of the United States who are employed in the unit may vote if they appear in person at the polls.

Ineligible to vote are (1) employees who have quit or been discharged for cause since the designated payroll period; (2) striking employees who have been discharged for cause since the strike began and who have not been rehired or reinstated before the election date; and (3) employees who are engaged in an economic strike that began more than 12 months before the election date and who have been permanently replaced.

**B. Employer to Submit List of Eligible Voters**

To ensure that all eligible voters may have the opportunity to be informed of the issues in the exercise of their statutory right to vote, all parties to the election should have access to a list of voters and their addresses, which may be used to communicate with them.  Excelsior Underwear, Inc., 156 NLRB 1236 (1966); NLRB v. Wyman-Gordon Company, 394 U.S. 759 (1969).

Accordingly, it is hereby directed that within 7 days of the date of this Decision, the Employer must submit to the Regional Office an election eligibility list, containing the full names and addresses of all the eligible voters.  North Macon Health Care Facility, 315 NLRB 359, 361 (1994).  This list must be of sufficiently large type to be clearly legible.  To speed both preliminary checking and the voting process, the names on the list should be alphabetized (overall or by department, etc.).  This list may initially be used by me to assist in determining an adequate showing of interest.  I shall, in turn, make the list available to all parties to the election.

To be timely filed, the list must be received in the Regional Office, Two MetroTech Center, 5th Floor, Brooklyn, New York  11201, on or before **April 30, 2015.** No extension of time to file this list will be granted except in extraordinary circumstances, nor will the filing of a request for review affect the requirement to file this list.  Failure to comply with this requirement will be grounds for setting aside the election whenever proper objections are filed.  The list may be submitted to the Regional Office by electronic filing through the Agency's website, www.nlrb.gov,[13] by mail, or by

---

[13]     To file the eligibility list electronically, go to www.nlrb.gov and select the **E-Gov** tab.  Then click on the **E-Filing** link on the menu, and follow the detailed instructions.

facsimile transmission at (718) 330-7579. The burden of establishing the timely filing and receipt of the list will continue to be placed on the sending party.

Since the list will be made available to all parties to the election, please furnish a total of **two** copies, unless the list is submitted by facsimile or electronic filing, in which case no copies need be submitted. If you have any questions, please contact the Regional Office.

**C. Notice of Posting Obligations**

According to Section 103.20 of the Board's Rules and Regulations, the Employer must post the Notices to Election provided by the Board in areas conspicuous to potential voters for at least three (3) working days prior to12:01 of the date of the election. Failure to follow the posting requirement may result in additional litigation if proper objections to the election are filed. Section 103.20(c) requires an employer to notify the Board at least 5 full working days prior to 12:01 a.m. of the day of the election if it has not received copies of the election notice. Club Demonstration Services, 317 NLRB 349 (1995). Failure to do so estops employers from filing objections based on nonposting of the election notice.

## RIGHT TO REQUEST REVIEW

Under the provisions of Section 102.67 of the Board's Rules and Regulations, a request for review of this Decision may be filed with the National Labor Relations Board, addressed to the Executive Secretary, 1099 14th Street, N.W., Washington, D.C.

20570-0001.  This request must be received by the Board in Washington by 5 p.m., EST

on **May 7, 2015.**  The request may be filed electronically through the Agency's website,

www.nlrb.gov,[14] but may **not** be filed by facsimile.

      Dated:  April 23, 2015.

                                                         /s/

                              _____

                              James G. Paulsen
                              Regional Director, Region 29
                              National Labor Relations Board
                              Two MetroTech Center, 5th Floor
                              Brooklyn, New York 11201

---

14        To file the request for review electronically, go to www.nlrb.gov, select **File Case Documents**, click on the NLRB Case Number, and follow the detailed instructions.





## Procedures for Hirers to have new employees onboarded

- Hirer is responsible to have the prospective employee fill out the "Parking Systems Job Request Form" during the interview process (see sample on next page)
  - <u>Hirer to ensure all information is entered, and, legible **(if the form is incomplete, and/or illegible, it will be sent back to the Hirer, delaying the hiring process)**</u>

- Hirer is to e-mail the Parking Systems Job Request Form to the Parking Systems' Onboarder (<u>in .pdf (Adobe), or, .jpg [photo] format only</u>), and, name the file with the applicant's last name first, and first name last (i.e. Flynn, Michael) at their Parking Systems e-mail address (currently Michael Flynn, at <u>mflynn@parkingsystems.com</u>).
  - The e-mail the Hirer sends must have the following in the subject area, and in the following order: "[last name], [first name] – NEW HIRE" (i.e. Flynn, Michael – New Hire)

> NOTE: if you e-mail the Job Request form via an iPhone, and "live" (a motion shot) is activated When taking the original snapshot, it sends a video in a ".heic" format, not a picture, which cannot be opened on most PC's (make sure "live" is off!!)

- The Onboarder will enter the information from the Job Request Form into the Paychex Flex system; the system will send an "invitation" to the applicant via e-mail
  - The prospective employee must fill out the on-line application, and, upload a copy of their driver's license and Social Security card (this is requested in the process)
  - Once the above is received by the Paychex Flex system, the Onboarder will enter the applicant into the system, and, do a background check (the background check takes 1-2 business days, on average

- The Onboarder will send three (3) e-mails to the Hirer, during the process:

  1. **"Invite Sent"** (when an applicant is sent an e-mail by "Mystaffiingpro.com" to fill out the on-line application)
  - Hirer should verify the phone number and e-mail address sent back to them, (if either is incorrect, the applicant will not be able to complete the application)
  - Once you receive this e-mail, the best way to expedite the hiring process is to inform the candidate that they now have an e-mail, inviting them to complete an application
  2. **"ID#xxxxx"** (when an applicant has finished the application, and, the Onboarder has entered the applicant into the system.
  3. **"HireRight Attached"** (once the background check has been completed)
  - Hirer is responsible to review completed background check, and, hire applicant accordingly

**HIRER SHOULD NOT HIRE AN APPLICANT UNTIL THE BACKGROUND CHECK HAS BEEN COMPLETED. IF YOU MUST, SO YOU DO NOT LOSE AN ACCOUNT, INFORM THE EMPLOYEE THAT THEIR CONTINUED EMPLOYEMENT IS CONTINGENT ON THEIR COMPLETED BACKGROUND CHECK!!**

**IF YOU HAVE SENT A JOB REQUEST PREVIOUSLY AND THE APPLICANT HAS NOT FILLED OUT THE ON-LINE APPLICATION, DO NOT SEND ANOTHER, JUST SEND AN E-MAIL ASKING FOR THE INVITATION TO BE RE-SENT TO THE APPLICANT**

NOTE: Attached is the Job Request Form (in English and Spanish) that the prospective employee must fill out legibly, and, the Hirer must e-mail to the Onboarder in a .pdf (Adobe) or .Word format



# Parking Systems Job Request Form

### (Please print legibly)

First Name

Middle Name

Last Name

Country

Street Address

City

State/Province

Zip/Postal Code

Phone Number (with area code)

E-mail Address

Do you have a valid driver's license? (please check one)   YES ☐   NO ☐

Have you received the Covid-19 vaccination?   YES ☐   NO ☐



## Formulario de solicitud de trabajo de sistemas de estacionamiento
### (Por favor escribe legiblemente)

Primer nombre

Segundo Nombre

Apellido

El Pais

Direccion

Ciudad

Estado/Provincia

Codigo Postal

Numero De Telefono (con condigo de area)

Direccion de Correro Electronico

Tiene una licencia de conducer valida? (por favor marque uno)     SI ☐     NO ☐

Ha recibido la vacuna COVID-19?     SI ☐     NO ☐

*R 8*

*7/2/24*

*4:30 PM*

*admitted*

| Account | Employee |
|---|---|
| (TG) Stonybrook Cancer | ARGYRIS IRENE 23435 |
| (TG) Stonybrook ER | ARGYRIS IRENE 23435 |
| (TG) Stonybrook Main | ARGYRIS IRENE 23435 |
| (TG) Stonybrook Main | HERNANDEZ JOSE |
| (TG) Stonybrook ER | HERNANDEZ JOSE |
| (TG) Stonybrook Main | MOREL AUGUSTIN 23732 |
| (TG) Stonybrook ER | MOREL AUGUSTIN 23732 |
| (TG) Stonybrook ER | MOREL RAY 23483 |
| (TG) Stonybrook Main | PEREZ MICHAEL 23642 |
| (TG) Stonybrook Staff LotA | PEREZ MICHAEL 23642 |
| (TG) Stonybrook Cancer | PEREZ MICHAEL 23642 |
| (AG) Topping Rose | PEREZ MICHAEL 23642 |
| (AG) Smithtown Landing | PEREZ MICHAEL 23642 |
| (AG) NW Mather | PEREZ MICHAEL 23642 |
| (AG) BULL SMITH TAVERN | PEREZ MICHAEL 23642 |
| (TG) Stonybrook ER | PEREZ MICHAEL 23642 |
| (AG) Three Village Inn | PEREZ MICHAEL 23642 |
| (AG) WILLIAM FREUDENBERG MATHER HOSPITAL | PEREZ MICHAEL 23642 |
| (TG) Stonybrook Main | PEREZPEREZ JOSEMIGUEL 23700 |
| (TG) Stonybrook ER | PEREZPEREZ JOSEMIGUEL 23700 |
| (AG) Smithtown Landing | PEREZPEREZ JOSEMIGUEL 23700 |

R-8//Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -1



Group

w on map:

Inactive Projects

Active Projects

mployees

1 of 1039

Currently clocked in

Projects

32 of 263

Currently active

2,602.92

REGULAR

OVERTIME

R-9 (a, b and c)/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -





R-10 7/2/24
admitted 44/159

| Name | Date | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GUST BOBBY 199 | 5/6/1990 | | | | | | | | | |
| ALEXOPOULOS DI | 10/12/1994 | (TG) SBUH | (CD) Casa Cipriani | (JA) Bourne Mansion | (JA) Captain Bi | (JA) Cirellas | | (JA) Coindre H | (JA) Good Sam Shuttle | (JA) MSK C | (JA) Royalton | (JA) South Sh | (JA) Stonebr | (JA) VA H | (BG) Mansio |
| UPTON RAYMOND | 3/22/1999 | (TG) SBUH | (KW) Jakes 58 | (KW) Nassau Coliseum | | | | | | |
| PETRUZZELLI MICH | 4/28/1999 | | | | | | | | | |
| MIRRO ANTHONY | 8/3/2000 | (TG) SBUH | (BG) Old Bethpage Village Restoration | (KW) Jakes 58 | (KW) Nassau Coliseum | | | | | |
| GOLDSMITH ANDR | 7/16/2003 | (TG) SBUH | (AG) NW Mather | (AG) Topping Rose | | | | | | |
| GLUCK JEFFREY 1 | 3/5/2008 | (TG) SBUH | (JA) Pace's Steakhouse | (JA) Royalton (Melvil | (KW) Jakes 58 | (JA) Stonebridge C.C. | | | | |
| CANDIOTTI JOSHU | 6/7/2011 | | | | | | | | | |
| GLASER DYLAN 18 | 1/15/2016 | (TG) SBUH | (AG) FRESENIUS MEDICAL CARE (CENTRAL SU | (AG) LAND ROVER S | (AG) NW 205 S | (AG) OASIS REHABILATION AND NURSING 6 FROWE | (AG) Riverview | (AG) SUSAN HALBERT 19 TANGLEWOOD TI | (AG) The Al | (AG) Topping | (AG) Topping I | (AG) VESNA KUNDIC 24 HEMLOCK |
| BUESO OSCAR 19 | 12/1/2016 | (TG) SBUH | (AG) The Alston | (KW) Jakes 58 - Shut | (KW) Jakes 58 | | | | | |
| POLLACK AARON : | 3/7/2017 | (TG) SBUH | (AG) NW Mather | | | | | | | |
| VARGAS KYLE 218 | 5/4/2017 | (TG) SBUH | (KW) Jakes 58 | (AG) Jefferson's Ferry | | | | | | |
| ASCOLI CHRISTOF | 10/14/2017 | (TG) SBUH | | | | | | | | |
| GILLILAND TRAVIS | 3/6/2018 | (TG) SBUH | (KW) Jakes 58 | | | | | | | |
| DITILLO JOSEPH 2 | 6/23/2018 | (TG) SBUH | (AG) LAND ROVER SOUTHAMPTON | (AG) Topping Rose Mgr | | | | | | |
| LOFARO NICHOLA | 5/26/2019 | (TG) SBUH | (AG) Jefferson's Ferry | (AG) NW 205 S. OCE | (AG) NW Math | (AG) Topping Rose | | | | |
| KOHN TROY 2111! | 6/11/2019 | (TG) SBUH | (AG) SUSAN HALBERT 19 TANGLEWOOD TRAIL | (AG) Topping Rose Mgr | | | | | | |
| JULIANO JOHN 21 | 6/24/2019 | (TG) SBUH | (KW) Jakes 58 | | | | | | | |
| ROJAS MARIO 211 | 6/25/2019 | (TG) SBUH | (AG) The Alston | (KW) Jakes 58 | (AG) NW 205 S | (BG) Old Bethpage Village Restoration | | (JA) Good Sam Cancer Center | | | |
| PHILLIPS JULIANN | 8/20/2019 | (TG) SBUH | (KW) Jakes 58 | (KW) Jakes 58 - Shuttle Driver | | | | | | |
| MONTANA NINO 2 | 9/12/2019 | (TG) SBUH | (AG) The Alston | | | | | | | |
| ROCCO GENNARC | 9/12/2019 | (TG) SBUH | (AG) NW 205 S. OCEAN | (AG) NW Mather | (AG) The Alston | | | | | |
| FORSTER JAMES 2 | 3/11/2020 | (TG) SBUH | (AG) PECONIC | | | | | | | |
| LANG NICK 21853 | 5/19/2020 | (TG) SBUH | (AG) The Alston | (BG) Mansion : | (BG) Old Bethpage Village Restoration | | (BG) Royalton Roslyn | | | |
| FITZPATRICK SHAI | 6/24/2021 | (TG) SBUH | (KW) Jakes 58 | (AG) NW Mather | (AG) Riverview | (BG) Old Bethpage Village Restoration | | | | |
| BUTLER JAMES 22 | 6/1/2022 | (TG) SBUH | (AG) NW Mather | (AG) Riverview (The | (AG) The Alsto | (AG) Topping Rose Mgr | | | | |
| LEE CAMERON 22 | 6/1/2022 | (TG) SBUH | (AG) Riverview (The View) | | | | | | | |
| SPINELLIE MICHA | 6/6/2022 | (TG) SBUH | (AG) NW Mather | (AG) Riverview (The | (AG) Smithtow | (AG) The Alston | | (AG) Three Village Inn | | | |
| LEWIS ZACHARY 2 | 11/30/2022 | (TG) SBUH | (AG) Three Village Inn | | | | | | | |
| FERRARA ALFRED | 12/19/2022 | (TG) SBUH | (KW) Jakes 58 | (AG) The Alston | | | | | | |
| BEVILACQUA DAV | 4/10/2023 | (TG) SBUH | (AG) The Alston | | | | | | | |
| KURDZIEL BRAND | 4/12/2023 | (TG) SBUH | (KW) Jakes 58 | | | | | | | |
| LEARY GAVIN 231! | 5/1/2023 | (TG) SBUH | (AG) The Alston | (BG) Mansion at Oys | (BG) Old Bethp | (BG) Royalton Roslyn | | (TG) SBUH | (KW) Jakes 58 | (KW) Jakes 58 - Shuttle Driver | |
| MCGRANE CONOI | 8/16/2023 | (TG) SBUH | (AG) NW Mather | (AG) Smithtown Lan | (AG) Three Village Inn | | | | | |
| FLANAGAN THOM | 9/12/2023 | (TG) SBUH | (AG) The Alston | | | | | | | |
| HORRY ANTHONY | 10/23/2023 | (TG) SBUH | (JA) Audi of Huntington | (JA) Besito | (JA) Bourne Ma | (JA) Captain Bills | | (JA) Coindre H | (JA) Good Sam Cancer Center | (JA) Hamle | (JA) La Parm | (JA) Larkfield | (JA) Royalto | (JA) Ston | (JA) VA Hosp |
| TILKIN EMILY 2333 | 10/27/2023 | (TG) SBUH | (AG) The Alston | | | | | | | |
| CENACCHI MARTI | 11/21/2023 | (TG) SBUH | | | | | | | | |
| GUILLO EDWARD | 11/22/2023 | (TG) SBUH | | | | | | | | |
| LEBRUN KRYSTAL | 11/22/2023 | (TG) SBUH | | | | | | | | |
| PETRILLO JOHN 23 | 11/22/2023 | (TG) SBUH | | | | | | | | |
| REYES MARLON 23 | 11/27/2023 | (TG) SBUH | | | | | | | | |
| STEIN WILLIAM 23 | 11/27/2023 | (TG) SBUH | | | | | | | | |
| FISCHER IAN 2339 | 11/28/2023 | (TG) SBUH | (AG) PECONIC | | | | | | | |
| HAMID KEVIN 233 | 11/28/2023 | (TG) SBUH | (AG) Riverview (The View) | (AG) Three Village Inn | | | | | | |
| JANKOWSKI JACK | 11/28/2023 | (TG) SBUH | | | | | | | | |
| STRUSS JAMES 23 | 11/28/2023 | (TG) SBUH | <<< Only worked 2 days | | | | | | | |
| DAMY SAMUEL 23 | 12/1/2023 | (TG) SBUH | | | | | | | | |
| ROSSETTI MAXWE | 12/5/2023 | (TG) SBUH | | | | | | | | |
| VIDALS ANTHONY | 12/13/2023 | (TG) SBUH | (AG) NW Mather | | | | | | | |
| TORRES JOELFRY : | 12/15/2023 | (TG) SBUH | | | | | | | | |
| MARTINO EVAN 23 | 12/18/2023 | (TG) SBUH | <<< Only worked 2 days | | | | | | | |
| ARGYRIS IRENE 23 | 12/19/2023 | (TG) SBUH | | | | | | | | |
| MANYOMA JESSIC | 12/19/2023 | (TG) SBUH | (AG) FRESENIUS MEDICAL CARE (CENTRAL SU | (AG) NW 205 S. OCE | (AG) NW Mather | | | | | |
| TUNG KAITLYN 23 | 12/20/2023 | (TG) SBUH | | | | | | | | |
| ATHERTON LEXEY | 12/21/2023 | (TG) SBUH | | | | | | | | |
| LEVINE SARAH | 12/21/2023 | (TG) SBUH | <<< very short only 2 shifts | | | | | | | |
| PELLEGRINO MICI | 12/26/2023 | (TG) SBUH | | | | | | | | |
| KOHN TYLER 2346 | 12/27/2023 | (TG) SBUH | (AG) Topping Rose | | | | | | | |
| RODRIGUEZ BRAN | 12/27/2023 | (TG) SBUH | | | | | | | | |

R-10/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -2

| | | |
|---|---|---|
| BUELL JUSTIN | 12/28/2023 | (TG) SBUH |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| WIGGINS JOSHUA | 11/28/2022 | (JA) Bourne Mansion |
| | | (JA) Captain Bills |
| | | (JA) Good Sam Valet |
| | | (JA) Larkfield |
| | | (TG) SBUH |
| | | |
| ZUCKER BRANDON | 12/11/2023 | (TG) SBUH |

R 11 admitted

7/3/24
11AM

## Event Summary - SBU/Valet Parking Services

| | | | |
|---|---|---|---|
| **Supplier:** | Parking Systems Plus, Inc | **Type** | Invitation for Bid |
| **Number** | 22/23-168MC | **Stage Title** | - |
| **Organization** | SUNY | **Currency** | US Dollar |
| **Exported on** | 12/27/2023 | **Exported by** | Jonathan Baron |
| **Payment Terms** | - | **Sealed Bid** | Yes |
| **Intend to Bid** | Yes | **Bid Total** | 0.00 USD |

## Event Dates

| | |
|---|---|
| **Time Zone** | EDT/EST - Eastern Standard Time (US/Eastern) |
| **Released** | - |
| **Open** | 6/2/2023 8:00 AM EDT |
| **Close** | 7/6/2023 3:00 PM EDT |
| **Submission Date** | 7/6/2023 2:15 PM EDT |
| **Sealed Bid** | 7/6/2023 3:00 PM |
| **Question Submission Close** | 6/26/2023 3:00 PM EDT |

## Event Users

**Contacts**

**Julie Gradilone**
Julie.Gradilone@stonybrook.edu
Phone        +1 631-632-4308

**Carol Sienkiewicz Maher**
Carol.Maher@stonybrook.edu
Phone        +1 631-632-6229

R-11/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -21

## Description

**Overview:**

This Event is issued by the State University of New York at Stony Brook (herein after referred to as "SUNY") to solicit proposal from an innovative contractor for the next 3–5 years to deliver technologically-driven valet services with an emphasis on exceptional customer service and efficiency for Stony Brook University Hospital (SBUH) on East Campus, in accordance with SUNY at Stony Brook 22/23-168MC and Exhibits A (Standard Contract Clauses), A-1 (Affirmative Action Clauses), Exhibit D (Non-Collusive Bidding Certification), Exhibit N (Subcontracting Form), Exhibit L (Procurement Lobbying Law), Exhibit R (Certification Under Executive Order No.16), Exhibit T (ST-220) Exhibit V (Vendor Responsibility), Exhibit E (EO 177 Certification), EEO Staffing Plan (Equal Employment Opportunity) and Exhibit H (N.Y. State Finance Law §139-l Certification), attached hereto and made part of this proposal.

This is needed to begin on or about, November 1, 2023.

**Background:**

Stony Brook University Hospital (SBUH) is a tertiary academic medical center, located in Stony Brook, New York. SBUH is comprised of 624 licensed beds with 5,000+ employees. SBUH services more than 30,000 admissions and has more than 1.1 million outpatient visits each year. Additionally, more than 100,000 patients are treated annually in SBUH's emergency department, which is the region's only Level 1 Trauma Center.

Stony Brook University, part of the State University of New York system, is located 60 miles from New York City on Long Island's North Shore. Our 1,100-acre campus is home to almost 26,000 undergraduate, graduate, and doctoral students and more than 14,500 faculty and staff. Stony Brook University is a comprehensive research-intensive university and a member of the prestigious Association of American Universities (AAU). It consists of 12 schools and colleges and a teaching hospital that provides state-of-the-art healthcare in the Long Island region. The University consists of approximately 4,962,878 square feet of building space and over 16 miles of roadway.

**Scope of Work**

Scope of work and detailed specification are located under Questions => Bidder Summary Information => IFB - Scope of Work

**Key Events:**

| | |
|---|---|
| **Mandatory Site Visit** | *6/20/2023*, 10:00 am EST |
| **Mandatory Bidders' Conference (via Zoom)** | *6/22/2023*, 9:00 am EST |
| **Bidders Questions** | *6/26/2023*, 3:00 pm EST |
| **Proposals Due Date and Time:** *(Any proposal received after the deadline will not be considered)* | *06/30/2023, 3:00 pm EST* |

**RESTRICTED PERIOD:** In accordance with the requirements of New York State Finance Law Sections 139j and 139k ("Lobbying Law"), the RESTRICTED PERIOD for this procurement is now in effect. Therefore, all communications regarding this procurement must be handled through Stony Brook University's "Designated Contacts" ONLY. See Exhibit L for additional information. Please see below for the DESIGNATED CONTACT.

**Acceptance of Bid Content:** The contents of the Bid and the Bidder's response to this Bid shall become contractual obligations if a contract ensues. Failure of the Bidder to accept these obligations may result in the rejection of the Bidder's response.

Any additional vendor terms which are attached or referenced with a submission shall not be considered part of the bid or proposal but shall be deemed included for informational purposes only.

*SUNY reserves the right, in its sole discretion, to modify the above schedule. Bidders will be notified via email of any changes in a timely manner.*

**Bidder Questions:**

Questions regarding the electronic bidding process should be directed to:

<u>**DESIGNATED CONTACT:**</u>

Carol Maher/Julie Gradilone

Contracts Officers

631-632-6229/631-632-4308

OR

Department of Procurement

Bid Section

631-632-9060

Email: carol.maher@stonybrook.edu/julie.gradilone@stonybrook.edu

All questions should be submitted on the Q&A Board citing the particular event section where applicable. Bidders should make efforts to ensure all questions are submitted no later than the date listed in the Key Events section as questions received after the closing date for questions may not be responded to prior to the proposal due date.

Bidder identifying information will not be included in the response.

Only answers posted on the Q&A Board are official. Responses to inquiries that substantially change or clarify the event in a substantial manner will be posted as an addendum.

It is the responsibility of the Bidder to inquire about any requirement of this event that is not understood.

SUNY will not be bound by oral responses to inquiries or written responses other than addenda.

**Mandatory Pre-Bid Site Visit:**

The Mandatory Pre-Bid Site Visit is scheduled for 06/20/2023 - 10:00 AM (SHARP) at Stony Brook University Hospital, 101 Nicholls Road, Main Lobby Conference Rooms 1 & Room 2. Bidders are required to attend in person.

If applicable, Bidders are responsible to measure and verify all dimensions at the time of the site visit and advise SUNY of any discrepancies to specifications provided by SUNY prior to bid submittal.

**Failure to attend the Mandatory Pre-Bid Site Visit will result in rejection of your proposal.**

**Mandatory Pre-Bid Conference:**

The Mandatory Pre-Bid Conference via Zoom is scheduled for 06/22/2023 - 9:00 AM.(SHARP).

Join Zoom Meeting:

https://stonybrook.zoom.us/j/96359633687?pwd=bzRLUHdlY3hTUThTZDhsVFdJS3FMdz09

Meeting ID: 963 5963 3687

Passcode: 239586

One tap mobile:

+16469313860,,96359633687# US

+16468769923,,96359633687# US (New York)

Dial by your location:

    +1 646 931 3860 US

    +1 646 876 9923 US (New York)

    +1 305 224 1968 US

    +1 309 205 3325 US

    +1 312 626 6799 US (Chicago)

    +1 301 715 8592 US (Washington DC)

    +1 253 215 8782 US (Tacoma)

    +1 346 248 7799 US (Houston)

    +1 360 209 5623 US

    +1 386 347 5053 US

    +1 408 638 0968 US (San Jose)

    +1 507 473 4847 US

    +1 564 217 2000 US

    +1 669 444 9171 US

    +1 669 900 6833 US (San Jose)

    +1 689 278 1000 US

    +1 719 359 4580 US

    +1 253 205 0468 US

Meeting ID: 963 5963 3687

Find your local number: https://stonybrook.zoom.us/u/adCoOvMvb1

Official responses to all questions posed will be answered through the Q&A Board.

**Failure to attend the Mandatory Pre-Bid Conference will result in rejection of your proposal.**

**Bid Opening:**

SUNY reserves the right to not hold a public bid opening or at any time to postpone or cancel a scheduled bid opening. In the event a public bid opening is scheduled, Bidders will be notified. If a public bid opening is not held, the University will release the names of the companies that submitted a bid and the unaudited total of each bid.

**Method of Award (IFB):**

This IFB is part of a competitive procurement process designed to serve the best interests of the SUNY and the People of the State of New York. It is also designed to provide all bidders with a fair and even opportunity to have their products and services considered. SUNY will conduct a comprehensive review of each responsive bid submitted in accordance with the terms of this IFB. Award will be by grand total to the lowest responsible, qualified bidder who meets all qualifications and specifications. Bidder must respond as requested.

**Administrative Review:** Each proposal received by the due date and time will be screened for completeness and conformance with requirements for proposal submission as set forth in this IFB.

**Cost Evaluation Phase:** The lowest cost proposal needs to meet the bidder's references and will be evaluated. The responsive and responsible Bidder submitting the proposal with the lowest prices/rates will be selected to contract with SUNY. The award shall be made by issuance of an award notice. SUNY contracts may be subject to approval by the New York State Attorney General and the Office of the State Comptroller.

**Bidder's References Review:**

The lowest cost proposal after Administrative Review will advance to a committee to review the response to the Bidder's References.

Information provided in the proposal will be used to validate Bidder's References and SUNY reserves the right to contact client references to validate required experience. If review of responses and reference checks determine the Bidder does not meet the Bidder's References, the proposal will be deemed inadequate and will not be considered further.

**Finalist Review:** In accordance with Section 163 (9) f of the NYS Finance Law, prior to making a contract award each contracting agency shall make a determination of responsibility of the proposed Contractor as discussed in Vendor Responsibility Section. SUNY will conduct a review of vendor responsibility for the Bidder earning the highest final composite score, and any proposed subcontractors. SUNY will consider any information that raises issues concerning the vendor's responsibility, with consideration given to its relevance to the scope of work. The review will include factors such as financial and organizational capacity, legal authority, integrity and previous contract performance.

**Pricing Page Submission Instructions:**

The quantities/amounts are estimated based on the University's anticipated needs for future projects. The successful bidder will be assigned projects as the need arises during the term of the contract. Estimated amounts will be used for evaluation purposes in determining the low qualified bidder.

Bidder must respond to all items as requested with a numerical value, otherwise the University reserves the right to consider the bid submission as non-responsive.

**No modifications may be made to the Pricing Page Submission Form.** Bidders are encouraged to seek clarification during the question period. Modifications to the Pricing Page Response Form may result in disqualification.

- **Items:** Price shall be in accordance with the items listed or on the Cost Proposal Submission Form, if provided. No other charges, other than those listed in the items or on the Financial Proposal Submission Form shall be allowable under the agreement.

- **Price Adjustment**: There will be no price escalation allowed for the life of the contract The University will not accept any fuel surcharges or increases based on fuel.

    - **FOB:** Price shall be FOB (Free on Board) Destination, Freight Prepaid.
    - **Preparation Costs:** Bidder is responsible for all costs, direct or indirect, that it incurs related to the preparation and submission of a proposal in response to this event.
    - **Pricing:** All prices and conditions must be included in the original proposal. Prices and conditions not included in the original proposal will be rejected.
    - **Quote Hold:** The submission of a proposal constitutes a non-revocable, binding offer to perform and provide said services. Such binding offer shall be firm and not revocable for a period of ninety (90) days from event close date. Subsequent to such ninety (90) days, the proposal is subject to withdrawal communicated in writing and signed by the Bidder.
    - **Tax Exempt:** SUNY is exempt from sales tax. All prices should be quoted without the sales tax.

**Standard Clauses:** Any contract resulting from this Proposal shall include Exhibit A (Standard Contract Clauses), Exhibit A-1 (attached - the Affirmative Action Clauses), Exhibit D (Non-Collusive Bidding Certification), Exhibit L (Procurement Lobbying Law), Exhibit T (ST-220), Exhibit V (Vendor Responsibility Questionnaire), Exhibit E (EO 177 Certification), and Exhibit H (N.Y. State Finance Law §139-l Certification), Exhibit R (Certification Under Executive Order No.16), the provisions of which shall take precedence over any provision in the Proposal. These clauses relate to, among other things, assignment of the contract, availability of funds, non-discrimination, affirmative action, non-collusion, worker's compensation.

**Compliance:** The successful Bidder shall comply, and shall cause each of its employees, agents, subcontractors and the employees and agents of such subcontractors, if any, to comply, with all applicable laws, ordinances, rules, orders, regulations, and requirements of Federal, State and Municipal governments, and all applicable rules, regulations and policies of SUNY, including the policies of Stony Brook University. University policies may be found at https://www.stonybrook.edu/policy/.

**Award Protest:** Upon notification of the selection and award of the contract, the bidder or offeror whose bid or proposal was not selected as the successful bid or proposal is entitled to submit a Bid Protest in accordance with SUNY's Contracts Award Procedure (Document # 7561). The SUNY's Protest Procedure is available at http://www.suny.edu/sunypp/documents.cfm?doc_id=699. The University's Protest Officer is Assistant Vice President Procurement Services, RSS Bldg., Stony Brook, NY, 11794-6000. The Appeals Officers is Vice President for Finance & Administration, Administration Bldg., Rm 221, Stony Brook NY, 11794-1002.

**Contract Term:** The term of this agreement shall be for a period of three (3) years with two (2) one (1) year renewals commencing upon December 01, 2023 through and including November 30, 2028. For the contract to be effective, the contract requires the approval of the New York State Attorney General and Office of the State Comptroller.

**Legislature Changes:** In the event any governmental restrictions are imposed which would necessitate alteration of the material, quality, workmanship or performance of the items and/or services offered in this proposal whatsoever, prior to their delivery or thereafter, it shall be the responsibility of the successful bidder to

immediately notify the University in writing of the specific regulation which requires alteration. Upon acceptance of such alteration by the University, it shall be the responsibility of the successful bidder to give effect to such alterations in accordance with terms and conditions of the agreement entered into hereinafter. Any price adjustments occasioned due to any alterations shall be subject to the approval of the University.

**Parking and Other Regulations of the University:** It will be the responsibility of the successful contractor to contact the Traffic Office at 631-632-6345 to make arrangements for parking passes or permits if required. Illegally parked vehicles are subject to ticketing and/or towing. Bidder will operate vehicles responsibly under campus rules and regulations and will not park vehicles in unauthorized areas. Illegally parked vehicles will be towed. Successful bidder will abide by all the applicable rules and regulations of the University, and breach whereof shall make vendor liable under such rules and regulations.

**Report of Contract Purchases:** Contractor shall furnish quarterly data and contract spend reports to Carol Maher, Contract Officer. Reports shall be broken out to match the items contained on the pricing page of this solicitation and shall be delivered in accordance with the following schedule:

      1st Quarter (April 1 – June 30)  Due July 05

      2nd Quarter (July 1 – Sept 30)  Due Oct 05

      3rd Quarter (Oct 1 – Dec 31)    Due Jan 05

      4th Quarter (Jan 1 – March 31) Due April 05

The report is to be submitted electronically in Microsoft Excel and shall reference the Contract Number, sales period, and contractor's, subcontractor (or other authorized agent) name.

The outlined sales report is the minimum information required. Additional related sales information, such as monthly reports, and/or detailed user purchases may be required and must be supplied upon request. Reports are a deliverable of the contract.

The University reserves the right to withhold payment if a vendor is delinquent in report submittal.

Contractor shall also provide a monthly report of the below parking volumes at each parking location for total vehicles parked and retrieved per day, week, month, quarter, and year.

**Recycle Clause:** In accordance with the provisions of Section 177 of the State Finance Law, the State University is required to purchase recycled products, if available, made with significant recycled content in accordance with standards established by the State Department of Environmental Conservation. The law provides that if the price of a recycled product is within 10% of the price of a comparable product made without significant recycled content, or within 15% of such comparable product if the recycled materials used in such products are generated in New York State, the recycled product must be purchased.

If you believe any products you will provide hereunder should be considered as qualifying recycled products under this law, please attach a copy of the authorization from the Department of Environmental Conservation confirming that such product has been approved for inclusion in the State recycling program. In the absence of such written confirmation, the product(s) will not be considered as qualifying for purposes of determining the selected vendor hereunder.

**Payment Terms:** Payments under the resulting contract award shall be made to the Contractor, upon receipt of goods/services and properly approved and completed valid and proper invoice/s (Go to attached link to ensure you are meeting New York State proper invoicing requirements: https://osc.state.ny.us/agencies/guide/MyWebHelp/Content/files/XII.4.Fatt.pdf) and State of New York Department of Labor, Bureau of Public Works, Certified Payroll submitted to the attention of Accounts

Payable, SUNY at Stony Brook. Payment may be withheld if a contractor has outstanding data, sales or MWBE reports.

The Contractor shall provide complete and accurate billing valid and proper invoice/s to the University in order to receive payment for its services. Billing valid and proper invoice/s submitted to the University must contain all information and supporting documentation required by the University and OSC (All valid and proper invoice/s must be submitted with contractor's Federal ID number). Payment for valid and proper invoice/s submitted by the Contractor shall only be rendered electronically unless payment by paper check is expressly authorized by the Vice President for Administration or designee, in her/his sole discretion, due to extenuating circumstances. Such electronic payment shall be made in accordance with ordinary New York state procedures and practices. The Contractor shall comply with the OSC procedures to authorize payments. Authorization forms are available at the OSC website at www.osc.state.ny.us/vendors/index.htm, by email at HelpDesk@sfs.ny.gov or by telephone at 518-457-7717. The Contractor acknowledges that it will not receive payment on any valid and proper invoice/s submitted under this contract if it does not comply with the OSC's electronic payment procedures, except where the Vice President or designee has expressly authorized payment by paper check as set forth above.

**Customs Clearance**: If the product is being manufactured in another country and will require customs service, the cost of such service and any applicable importation fees shall be born by the vendor and incorporated in the price bid.

**Early Pay Discount:** Where Contractor generally offers more advantageous special price promotions or special discount pricing to other customers during the Contract term for a similar quantity, and the maximum price or discount associated with such offer or promotion is better than the discount or net pricing otherwise available under this Contract, such better price or discount shall apply for similar quantity transactions under this Contract for the life of such general offer or promotion.

If the Contractor offers an early payment discount, at any point in time, that is more advantageous to the State than the terms that are contractually obligated, the Contractor shall include the payment terms of the discount on the applicable valid and proper invoice/s (s).

**Date/Time Warranty:** Contractor warrants that Product(s) furnished pursuant to this Contract shall, when used in accordance with the Product documentation, be able to accurately process date/time data (including, but not limited to, calculating, comparing, and sequencing) transitions, including leap year calculations. Where a Contractor proposes or an acquisition requires that specific Products must perform as a package or system, this warranty shall apply to the Products as a system.

Where Contractor is providing ongoing services, including but not limited to: i) consulting, integration, code or data conversion, ii) maintenance or support services, iii) data entry or processing, or iv) contract administration services (e.g., billing, invoicing, claim processing), Contractor warrants that services shall be provided in an accurate and timely manner without interruption, failure or error due to the inaccuracy of Contractor's business operations in processing date/time data (including, but not limited to, calculating, comparing, and sequencing) various date/time transitions, including leap year calculations. Contractor shall be responsible for damages resulting from any delays, errors or untimely performance resulting therefrom, including but not limited to the failure or untimely performance of such services.

 This Date/Time Warranty shall survive beyond termination or expiration of this contract through: a) ninety (90) days or b) the Contractor's or Product manufacturer/developer's stated date/time warranty term, whichever is longer. Nothing in this warranty statement shall be construed to limit any rights or remedies otherwise available under this Contract for breach of warranty.

**Reserved Rights:**

SUNY Reserves the right to:
1. Reject any and all proposals received in response to this IFB, make a contract award in whole or in part.
2. Make no contract award.
3. Reject any or all portions of any proposal, to negotiate terms and conditions consistent with this IFB and to make an award for any or all remaining portions.
4. Withdraw the IFB at any time, at SUNY's sole discretion.
5. Disqualify any Bidder whose conduct or proposal fails to conform to the requirements of the IFB.
6. Use proposal information obtained through site visits, management interviews and the state's investigation of a Bidder's qualifications, experience ability or financial standing, and any material or information submitted by the Bidder in response to SUNY's request for clarifying information, in the course of evaluation and/or selection under the IFB.
7. Prior to the bid opening, amend the IFB specifications to correct errors of oversights, or to supply additional information, as it becomes available.
8. Upon University request, Prospective Bidder shall provide certified and/or non-certified audited financial statements with a letter from a CPA firm that GAAP was followed and they are not aware of any material misstatements for the past three (3) completed fiscal years, and/or other appropriate supplementation including, but not limited to, interim financial statements and credit reports as evidence of its ability to meet the service and requirements of the SUNY Stony Brook. Request references and contact any or all references and perform other related due diligence.
9. Adjust or correct cost or cost figures with the concurrence of the Bidder if mathematical or typographical errors exist.
10. Waive requirements or amend this IFB upon notification to all Bidders. Mandatory requirements may be eliminated if unmet by all Bidders.
11. Negotiate with Bidders responding to this IFB within the requirements necessary to serve the best interests of SUNY.
12. Require clarifications from Bidders for purposes of assuring a full understanding of responsiveness, and permit revisions from all Bidders determined to be susceptible to contract award prior to award.

**Miscellaneous Instructions:**

**Delivery:** Deliveries made to the University departments must be pre-established with the departments prior to orders being submitted to suppliers.

**Locations:** Failure of contractor to familiarize him/herself with each separate location will not relieve contractor from responsibilities under the resulting contract award

**Installation:** Delivery shall include unloading, moving to point of use, uncrating, assembling, complete installation, adjusting, connecting all services, testing, demonstrating and leaving ready to operate to the full extent of its design capabilities.

**Debris Removal:** All accumulated debris, cartons, packing, etc. stemming from the installation shall be removed and disposed daily in the Contractor's trash receptacles. Use of SUNY trash receptacles will not be allowed.

**Ordering:** SUNY must be able to return, change, or cancel orders at any time before shipment without penalty or up to seven (7) days of receipt of delivery for any reason including, but not limited to, contractor error, damaged goods, "decided we don't need," etc. The terms of goods returned after seven (7) days will be mutually agreed upon by both parties. The Contractor shall honor all manufacturers' guarantees.

**Inventory:** The Contractor shall stock adequate inventories to service SUNY.

**Material and Equipment:** Security of contractor's material and equipment shall be the responsibility of the contractor.

**Payroll Documentation:** SUNY and the New York State Department of Labor (NYS DOL) reserve the right to request Certified Payroll documentation for any work performed on this contract from the Contractor. SUNY does not require submittal of Certified Payroll documentation with invoicing; however, the Contractor shall provide such documentation immediately upon request.

**Substitutions:** During the contract, substitutions will not be made without the approval of the University.

In order to access the bid documents you will need to register your company on our web-based solution powered by Jaggaer:

**Jaggaer Supplier Registration:**

https://solutions.sciquest.com/apps/Router/SupplierLogin

**Public Site URL:**

https://bids.sciquest.com/apps/Router/PublicEvent?CustomerOrg=SUNY

**Tutorial Video on registration process**

https://www.youtube.com/watch?v=EPwSanSotkw

**Current Bid Opportunities/Vendor Database Portal**

https://www.asa.stonybrook.edu/Procurement/CurrentBidOpportunities/Vendors/Account/LogIn

## Stage Description

No description available.

## Prerequisites

★ Required to Enter Bid

1    ★    **Instructions To Supplier :**

Exhibit A, Standard Contract Clauses:
Exhibit A, Standard Contract Clauses will be incorporated into, and made part of, any resultant agreement.
Bidders must certify their understanding below.

**Prerequisite Content:**
**SUNY Exhibit A SUNY Standard Contract Clauses**

Exhibit A 03162020.pdf      ../Attachments/PrereqAttachments/Exhibit A 03162020.pdf

**Certification**
I certify that I have read and agree to the terms of Exhibit A.                                    ✔
**Supplier Must Also Upload a File:**
No

2    ★    **Instructions To Supplier :**

Exhibit A1, SUNY Affirmative Action Clauses:
Exhibit A1 SUNY Affirmative Action Clauses will be incorporated into, and made part of, any resultant agreement.

Contractor shall exert good faith efforts to achieve a participation goal of zero percent (0   ) for Certified Minority-Owned Business Enterprises and zero percent (0   ) for Certified Women-Owned Business Enterprises. Bidders must certify their understanding below.

**Prerequisite Content:**
**SUNY Exhibit A-1 SUNY Affirmative Action Clauses 03312020**

SUNY Exhibit A-1 SUNY
Affirmative Action Clauses
03312020.pdf
../Attachments/PrereqAttachments/SUNY Exhibit A-1 SUNY Affirmative Action Clauses 03312020.pdf

**Certification**
I certify that I have read and agree to the terms of Exhibit A1.                                    ✔
**Supplier Must Also Upload a File:**
No

3    ★    **Instructions To Supplier :**

Exhibit B , SUNY General Contract Terms and Conditions:
The attached General Terms and Conditions, will be incorporated, without material change, into all resultant agreements.

**Prerequisite Content:**
**Exhibit B (General Contract Terms and Conditions)**

Exhibit B General Contract
Terms and Conditions
10012021.pdf
../Attachments/PrereqAttachments/Exhibit B General Contract Terms and Conditions 10012021.pdf

**Certification**
I certify that I have read and agree to the terms of Exhibit B.                                    ✔
**Supplier Must Also Upload a File:**
No

4    ★    **Instructions To Supplier :**

General Proposal Submission Guidelines:
The attached guidelines must be adhered to when submitting a proposal in response to this bid event.

Bidders must certify their understanding below.

**Prerequisite Content:**
**General Proposal Submission Guidelines**

SUNY Proposal
Submission Guidelines
08022021.pdf

../Attachments/PrereqAttachments/SUNY Proposal Submission Guidelines
08022021.pdf

**Certification**
I certify that I have read and agree to the General Proposal Submission Guidelines.                ✔
**Supplier Must Also Upload a File:**
No

## Supplier Attachments

| | | |
|---|---|---|
| Parking Systems Financials 2022.PDF | Parking Systems Financials 2022.PDF | ../SupplierAttachments/SupplierAttachments/Parking Systems Financials 2022.PDF |
| Parking Systems Financials 2020.pdf | Parking Systems Financials 2020.pdf | ../SupplierAttachments/SupplierAttachments/Parking Systems Financials 2020.pdf |
| Parking Systems Financials 2021.pdf | Parking Systems Financials 2021.pdf | ../SupplierAttachments/SupplierAttachments/Parking Systems Financials 2021.pdf |
| Parking Systems Healthcare (2023 Brochure).pdf | Parking Systems Healthcare (2023 Brochure).pdf | ../SupplierAttachments/SupplierAttachments/Parking Systems Healthcare (2023 Brochure).pdf |
| PSP - Insurance Requirements.pdf | PSP - Insurance Requirements.pdf | ../SupplierAttachments/SupplierAttachments/PSP - Insurance Requirements.pdf |

★ Supplier Response Is Required

✎ Price File

## Questions

## Bidder Summary Information

**Group 1.1: IFB - Cover Page**

| 1.1.1 | Bidder Summary Information Form: SUNY collects required business information from each bid proposal. Complete and submit the Bidder Summary Information Form. | ★ |

File Upload

> 2223-168MC Invitation for Bid (Parking Systems).pdf -
> ../SupplierAttachments/QuestionAttachments/2223-168MC Invitation for Bid (Parking Systems).pdf

> 2223-168MC Invitation For Bid - Cover Page - ../Attachments/QuestionAttachments/2223-168MC Invitation For Bid - Cover Page.pdf

**Group 1.2: IFB - Scope of Work**

| 1.2.1 | Scope of Work | ★ |

Yes/No

> Yes

> 2223-168MC - Valet Parking Services Scope of Work -
> ../Attachments/QuestionAttachments/2223-168MC - Valet Parking Services Scope of Work.pdf

**Group 1.3: IFB - Mandatory Site Visit/Bidder's Conference**

| 1.3.1 | The Mandatory Pre-Bid Site Visit is scheduled for Tuesday, June 20, 2023 at 10:00 A.M. SHARP at Stony Brook University Hospital, Main Lobby. Bidders are required to attend in person. Failure to attend the Mandatory Pre-Bid Site Visit will result in rejection of your proposal. https://www.stonybrook.edu/about/maps-and-directions | ★ |

Yes/No

> Yes

> 2223-168MC Mandatory Site Visit - Bidders' Banner - ../Attachments/QuestionAttachments/2223-168MC Mandatory Site Visit - Bidders' Banner.pdf

| 1.3.2 | The Mandatory Bidders Conference via Zoom is scheduled for Thursday, June 22, 2023 at 9:00 A.M. SHARP. Bidders are required to attend. Failure to attend the Mandatory Bidders Conference will result in rejection of your proposal. | ★ |

Yes/No

> Yes

> 2223-168MC Mandatory Conference - Bidders' Banner -
> ../Attachments/QuestionAttachments/2223-168MC Mandatory Conference - Bidders' Banner.pdf

## Stony Brook Medicine Code of Conduct

**Group 2.1: IFB - Code of Conduct**

| 2.1.1 | Stony Brook Medicine Corporate Compliance Code of Conduct Stony Brook University Hospital. (Read Only) | ★ |

Yes/No

> Yes

> Code of Conduct - ../Attachments/QuestionAttachments/Code of Conduct.pdf

| 2.1.2 | Code of Conduct Attestation. (Signature Required) | ★ |

File Upload

> Code of Conduct Agreement (Parking Systems).pdf -
> ../SupplierAttachments/QuestionAttachments/Code of Conduct Agreement (Parking Systems).pdf

> Code of Conduct Agreement Page - ../Attachments/QuestionAttachments/Code of Conduct Agreement

## Stony Brook Medicine Orientation Package

**Group 3.1: The Orientation Package**

| 3.1.1 | Valet Parking Contractor Employee Orientation Package. (information purposes) | ★ |

Yes/No

> Yes

2223-168MC Valet Parking Contractor Employee Orientation package -revised 05-25-2023 - ../Attachments/QuestionAttachments/2223-168MC Valet Parking Contractor Employee Orientation package -revised 05-25-2023.pdf

## Bidder's References/Financial statements/Licenses, permits and certification

### Group 4.1: References

| | | |
|---|---|---|
| 4.1.1 | Bidder is required to provide four (4) references to substantiate that bidder has performed similar services for a period of at least four (4) years. The list of references should include customer's name, address, primary and secondary contact names, job titles, contact telephone numbers and email addresses and should identify the number of years that Bidder has performed services to the reference entity. | ★ |

File Upload

Partial Reference List - Parking Systems.pdf - ../SupplierAttachments/QuestionAttachments/Partial Reference List - Parking Systems.pdf

### Group 4.2: License, Permits and Certifications

| | | |
|---|---|---|
| 4.2.1 | Bidder needs to possess and provide all licenses, permits and any other certification required to engage and perform the required services as per the bid specification. Successful vendor must assure that licenses/certification will not expire during the contract period. | ★ |

File Upload

Certificate of Incorporation (Parking Systems Plus).pdf - ../SupplierAttachments/QuestionAttachments/Certificate of Incorporation (Parking Systems Plus).pdf

### Group 4.3: Financial Statements

| | | |
|---|---|---|
| 4.3.1 | Upon University request, Prospective Bidder shall provide certified and/or non-certified audited financial statements with a letter from a CPA firm that GAAP was followed and they are not aware of any material misstatements for the past three (3) completed fiscal years, and/or other appropriate supplementation including, but not limited to, interim financial statements and credit reports as evidence of its ability to meet the service and requirements of the SUNY Stony Brook. | ★ |

Yes/No

Yes

## Bidder Insurance Requirements

### Group 5.1: Insurance Requirements

| | |
|---|---|
| 5.1.1 | Bidder Insurance Requirements: Bidders must review and agree to the terms outlined for insurance and provide proof and certificates of insurance as outlined. The Successful Bidder must maintain liability and automobile insurance coverage and upload proof of the required certificates of insurance. Print, complete, and upload the required applicable Workers' Compensation and Disability and Paid Family Leave Forms. |

Yes/No

Yes

@2122 - Insurance Language Template - ../Attachments/QuestionAttachments/@2122 - Insurance

## Pricing Page

### Group 6.1: IFB - Pricing Page

| | | |
|---|---|---|
| 6.1.1 | No modifications or additional information may be made to the Pricing Page Submission Form and Bidders are encouraged to seek clarification during the question period. Modifications to the Pricing Page Submission Form may result in disqualification. Bidder must respond to all items as requested with a numerical value, otherwise the University reserves the right to consider the bid submission as non-responsive | ★⬆ |

File Upload

2223-168MC+SBU+Valet+Parking+Services+Pricing+Page (PSP Final).xlsx - ../SupplierAttachments/QuestionAttachments/2223-168MC+SBU+Valet+Parking+Services+Pricing+Page (PSP Final).xlsx

2223-168MC SBU Valet Parking Services Pricing Page - ../Attachments/QuestionAttachments/2223-168MC SBU Valet Parking Services Pricing Page.xlsx

## Other Terms

### Group 7.1: Other Terms

**7.1.1** Guarantee / Applicable Standards: The Bidder guarantees all equipment and material and workmanship against defects under the warranty period. All materials supplied shall be new and industrial and/or commercial grade, whichever is compatible and in accordance with best standards of the industry. ★

Yes/No

Yes

**7.1.2** This contract is subject to performance evaluations required throughout the term of this agreement. An example of the performance evaluation tool is attached. Performance evaluations shall be used to assess and evaluate the Contractor's performance in accordance with the terms and conditions of the Contractor's award. Performance concerns, if any, shall be addressed by the University and evaluation results may be considered in determining Contractor responsibility and continuation of Contractor's award or consideration for future awards.

File Upload

Performance Evaluation Form (PSP).pdf - ../SupplierAttachments/QuestionAttachments/Performance Evaluation Form (PSP).pdf

Performance Evaluation Form IFB - ../Attachments/QuestionAttachments/Performance Evaluation Form

**7.1.3** ALL BIDDERS are required to complete and sign FORMS B & C of the attached Exhibit L (NYS Lobbying Law certifications). Failure to cooperate with the requirements of this law and/or failure to disclose accurate and complete information in a timely manner will disqualify a Bidder from receiving an award from this IFB. (CONTRACTS - SERVICES) ★

File Upload

Pricing Summary (Parking Systems).pdf - ../SupplierAttachments/QuestionAttachments/Pricing Summary (Parking Systems).pdf

Pricing Summary IFB (Services) - ../Attachments/QuestionAttachments/Pricing Summary IFB

**7.1.4** Confidentiality/Freedom of Information Law: All proposals submitted for SUNY's consideration will be held in confidence and will become the property of SUNY. However, the resulting contract is subject to the New York State Freedom of Information Law (FOIL), contained in Article 6 of the New York State Public Officer's Law. Therefore, if a Bidder believes that any information in its proposal constitutes a trade secret, should be treated as confidential and should not be disclosed upon a request pursuant to FOIL, Bidder shall email: Douglas Panico, Records Access Officer, Administration Building, Stony Brook, NY 11794-1308, Fax: 631-632-2981, Email: RecordsAccessOfficer@stonybrook.edu

Yes/No

Yes

# Exhibits & Forms

### Group 8.1

**8.1.1** Exhibit C - Chapter 10 of the Laws of 2006 amends State Finance Law §§ 8 and 163 by requiring that contractors annually report certain employment information to the contracting agency, the Department of Civil Service (DCS) and Office of the State Comptroller (OSC). As a result of these changes in law, State contractors will be required to disclose, by employment category, the number of persons employed to provide services under a contract for consulting services, the number of hours worked and the amount paid to the contractor by the State as compensation for work performed by these employees. This will include information on any persons working under any subcontracts with the State contractor. ★

File Upload

Exhibit C (Parking Systems).pdf - ../SupplierAttachments/QuestionAttachments/Exhibit C (Parking Systems).pdf

Exhibit C (Consultant Questionnaire - Forms A & B) 4.6.21 - ../Attachments/QuestionAttachments/Exhibit C (Consultant Questionnaire - Forms A & B) 4.6.21.pdf

**8.1.2** Exhibit D - Non-Collusive Bidding Certification Form: Non-collusive Bidding Certification is required by Section 139-D of the State Finance Law. In response, complete and submit the Non-collusive Bidding Certification Form. ★

File Upload

Exhibit D - Parking Systems.pdf - ../SupplierAttachments/QuestionAttachments/Exhibit D - Parking Systems.pdf

Exhibit D (Non-Collusive Bidding Certification) - ../Attachments/QuestionAttachments/Exhibit D (Non-Collusive Bidding Certification).pdf

8.1.3    Exhibit E - In accordance with Executive Order No. 177, the Bidder hereby certifies that it does not have institutional policies or practices that fail to address the harassment and discrimination of individuals on the basis of their age, race, creed, color, national origin, sex, sexual orientation, gender identity, disability, marital status, military status, or other protected status under the Human Rights Law.    ★

File Upload

Exhibit E - Parking Systems.pdf - ../SupplierAttachments/QuestionAttachments/Exhibit E - Parking Systems.pdf

Exhibit E - EO 177 Certification (Executive Order 177) - ../Attachments/QuestionAttachments/Exhibit E - EO 177 Certification (Executive Order 177).pdf

8.1.4    Exhibit F - (False Claim Information)    ★

File Upload

Exhibit F (Parking Systems).pdf - ../SupplierAttachments/QuestionAttachments/Exhibit F (Parking Systems).pdf

Exhibit F - (False Claim Information) - ../Attachments/QuestionAttachments/Exhibit F - (False Claim

8.1.5    Exhibit H - New York State Finance Law 139-I Certification By submission of this bid, each Bidder and each person signing on behalf of any Bidder certifies, and in the case of a joint bid each party thereto certifies as to its own organization, under penalty of perjury, that the Bidder has and has implemented a written policy addressing sexual harassment prevention in the workplace and provides annual sexual harassment prevention training to all of its employees. Such a policy shall, at a minimum, meet the requirements of section two hundred one-g of the Labor Law. In response, complete and submit the New York State Finance Law 139-I Certification Form.    ★

File Upload

Exhibit H - Parking Systems.pdf - ../SupplierAttachments/QuestionAttachments/Exhibit H - Parking Systems.pdf

Exhibit H - New York State Finance Law 139 -I - ../Attachments/QuestionAttachments/Exhibit H - New York State Finance Law 139 -I.pdf

8.1.6    Exhibit L - Procurement Lobbying Act Procedure: Procurement Lobbying Act Part State Finance Law §§139-J and 139-K, enacted by Ch. 1 L. 2005, as amended by Ch. 596 L. 2005, effective January 1, 2006, regulate lobbying on government procurement, including procurement by SUNY to obtain commodities and services and to undertake real estate transactions. In response, complete and submit the Procurement Lobbying Act Procedures & Form..    ★

File Upload

Exhibit L - Parking Systems.pdf - ../SupplierAttachments/QuestionAttachments/Exhibit L - Parking Systems.pdf

Exhibit L (Procurement Lobbying Law) - ../Attachments/QuestionAttachments/Exhibit L (Procurement

8.1.7    Exhibit T - Tax Law section 5-a was amended, effective April 26, 2006. On or after that date, in all cases where a contract is subject to Tax Law section 5-a, a contractor must file (1) Form ST-220-CA, Contractor Certification to Covered Agency, with a covered agency, and (2) Form ST-220-TD with the Tax Department before a contract may take effect. In response complete and submit ST-220-CA Contractor Certification to Covered Agency Dec-1119 Form.    ★

File Upload

Exhibit T - Parking Systems.pdf - ../SupplierAttachments/QuestionAttachments/Exhibit T - Parking Systems.pdf

Exhibit T (ST220 Tax CA, TD & Q&A) - ../Attachments/QuestionAttachments/Exhibit T (ST220 Tax CA

8.1.8    Exhibit R - Executive Order No. 16 provides that "all Affected State Entities are directed to refrain from entering into any new contract or renewing any existing contract with an entity conducting business operations in Russia."    ★

File Upload

Exhibit R - Parking Systems.pdf - ../SupplierAttachments/QuestionAttachments/Exhibit R - Parking Systems.pdf

Exhibit R (Certification Under Executive Order N0.16) - ../Attachments/QuestionAttachments/Exhibit R (Certification Under Executive Order N0.16).pdf

| 8.1.9 | No Claims or Rights: By submitting a proposal, bidder agrees that it will not make any claims for, or have any right to damages because of any misinterpretation or misunderstanding of the specifications or because of any misinformation or lack of information. | ★ |

Yes/No

Yes

| 8.1.10 | By submitting this proposal, bidder certifies (i) its express authority to sign on behalf of itself, its company, or other entity; (ii) its full knowledge and acceptance of this bid event and its contractual obligations if a contract is awarded; (iii) that all information provided is complete, true, and accurate. Failure to certify to the above shall result in rejection of your proposal. Authorized signer submitting the proposal must type first name, last name and title in the response box. I understand that signing and submitting this proposal electronically is the legal equivalent of having placed my handwritten signature on a proposal. | ★ |

Text (Single Line)

Mark Baron, President

## Diversity Requirements

**Group 9.1: Diversity Requirements**

| 9.1.1 | EEO Staffing Plan (Equal Employment Opportunity) - Equal Opportunity Requirements: By submission of a bid or proposal in response to this solicitation, the selected bidder agrees with all of the terms and conditions of SUNY Exhibit A including Clause 12 - Equal Employment Opportunities for Minorities and Women. In response, complete and submit SUNY Equal Employment Opportunities (EEO) Requirements 7557-108 identifying the anticipated work force to be utilized on the Contract. If awarded a Contract, vendor will, upon request, submit to SUNY, a workforce utilization report identifying the workforce actually utilized on the Contract, if known. | ★ |

File Upload

EEO Staffing Plan (Parking Systems).pdf - ../SupplierAttachments/QuestionAttachments/EEO Staffing Plan (Parking Systems).pdf

EEO Staffing Plan (Equal Employment Opportunity) - ../Attachments/QuestionAttachments/EEO Staffing Plan (Equal Employment Opportunity).pdf

## Subcontractor Requirements

**Group 10.1: Subcontractor Requirements**

| 10.1.1 | Use of Subcontractors: Firms choosing to utilize the services of subcontractors must agree to the SUNY Subcontracting Participation Clauses and complete the SUNY Proposed Subcontractor Submission Form set forth in the attached file for each proposed subcontractor. Additionally, each proposed subcontractor who may receive more than $100,000 over the life of the contract is required to file the Vendor Responsibility Questionnaire. Visit New York State VendRep at www.osc.state.ny.us/vendrep to enroll and complete the questionnaire. In response, Bidder utilizing subcontractors (1) affirm understanding of the requirements; and (2) must complete and submit the SUNY Proposed Subcontractor Submission Form(s) for each subcontractor. | ★ |

File Upload

Exhibit N - Parking Systems.pdf - ../SupplierAttachments/QuestionAttachments/Exhibit N - Parking Systems.pdf

Exhibit N (NYS Sub-Contracting & Supplier Form) - ../Attachments/QuestionAttachments/Exhibit N (NYS Sub-Contracting & Supplier Form).pdf

| 10.1.2 | Encouraging Use of New York State Businesses: I certify that I have read and understand the Encouraging the Use of New York State Businesses document. | ★ |

Yes/No

Yes

| | | |
|---|---|---|
| 10.1.3 | Subcontractor pricing for like services cannot exceed prime contractor rate including mark up. Specialty work for non like services required for the continued maintenance and/ or repair of the equipment covered requires department pre approval. Stony Brook University as a New York State Agency will not reimburse for New York State or local sales tax for any contractor or subcontractor purchases. Material costs are inclusive of all subcontractor parts, materials and consumables. Service costs are all inclusive of labor and equipment rentals. Lump sum proposals for subcontractor services will not be accepted. Invoices shall include time, service and materials costs and must be itemized to show labor rate, hour worked, quantities and prices for parts, materials and consumable costs and total costs for each item. Invoicing shall include all applicable, supporting documentation. Freight is excluded from markup. | ★ |

Yes/No

| Yes |
|---|

## Vendor Responsibility Requirement

### Group 11.1: Vendor Responsibility Requirement

| | | |
|---|---|---|
| 11.1.1 | Determination of Vendor Responsibility: NYS Procurement Law requires that state agencies award contracts only to responsible contractors. NYS OSC must be satisfied that a proposed contractor is responsible before approving a contract award under State Finance Law (SFL) Section 112. SFL Section 163 of requires that contracts for services and commodities be awarded on the basis of lowest price or best value "to a responsive and responsible offerer." Section 163 (9) f of the SFL requires that prior to making a contract award, each contracting agency shall make a determination of responsibility. In accordance with these laws, SUNY will conduct an affirmative review of vendor responsibility for all organizations or firms with which it conducts business. Prospective bidders and all proposed subcontractors who may receive more than $100,000 must complete the Vendor Responsibility Questionnaire at www.osc.state.ny.us/vendrep. I certify that all required questionnaires have been | ★ |

File Upload

| Exhibit V - Parking Systems.pdf - ../SupplierAttachments/QuestionAttachments/Exhibit V - Parking Systems.pdf |
|---|

Exhibit V (Vendor Responsibility Questionnaire) 3.2022 - ../Attachments/QuestionAttachments/Exhibit V (Vendor Responsibility Questionnaire) 3.2022.pdf

| | | |
|---|---|---|
| 11.1.2 | The State University of New York at Stony Brook recommends that vendors file the required Vendor Responsibility Questionnaire online via the New York State VendRep System. To enroll in and use the New York State VendRep System, see the VendRep System Instructions available at http://www.osc.state.ny.us/vendrep/index.htm or go directly to the VendRep System online at https://onlineservices.osc.state.ny.us. Vendors must provide their New York State Vendor Identification Number when enrolling. To request assignment of a Vendor ID or for VendRep System assistance, contact the Office of the State Comptroller's Help Desk at 866-370-4672 or 518-408-4672 or by email at ciohelpdesk@osc.state.ny.us. | ★ |

Yes/No

| Yes |
|---|

## Amendments

### Group 12.1: Amendment

| | | |
|---|---|---|
| 12.1.1 | The following Amendment I is issued to provided answers to all questions posted by prospective bidders and to extend bid due date. | ★ |

File Upload

| 2223-168MC Amendment (Parking Systems).pdf - ../SupplierAttachments/QuestionAttachments/2223-168MC Amendment (Parking Systems).pdf |
|---|

2223-168MC Amendment I (6.28.23) - ../Attachments/QuestionAttachments/2223-168MC Amendment I

## Q&A Board

**Subject = Additional Questions**                                    **Private Thread**

Q: 1. Is exhibit C required to be completed at this time?
2. Is the EEO staffing plan required for bid submission?
3. Which license, permit or certification is required for the
bid submission?

Question added by: Jonathan Baron      6/25/2023 3:33 PM EDT

A: Amendment I is located under Questions =>
Amendments => Group 12.1: Amendment

Answered by: Jonathan Rios      6/28/2023 9:00 AM EDT

**Subject = Questions**                                              **Private Thread**

Q: 1. Provide an inventory of equipment that will remain
on-site for the new operator. 2. Is signage provided by
the operator or SBU? 3. What is the process for
validating parking? 4. What supplies and equipment is
provided by the hospital vs parking operator? 5. Please
provide average daily parking volumes from each
location. 6. Please provide credentialing process for new
employees 7. Who supplies and pays for ticketech
equipment? 8. Whose account does cash get deposited
into (operator or hospital)? 9. When credit cards are
added, whose account will they be deposited into. Who
will be responsible for processing fees? 10. Currently,
what is the total number of weekly attended hours? 11.
What are the payment terms?

Question added by: Jonathan Baron      6/23/2023 3:51 PM EDT

A: Amendment I is located under Questions =>
Amendments => Group 12.1: Amendment

Answered by: Jonathan Rios      6/28/2023 9:00 AM EDT

**Stony Brook University**

**Procurement**
Stony Brook, New York 11794-6000

TEL: 631.632.6010
FAX: 631.632.6462
E-mail: procurementbids@stonybrook.edu

DATE:    June 22, 2023
To:       All Prospective Bidder's
From:    Carol Maher, Contract Officer
Subject: 22/23-168MC SBU/Valet Parking Services

The following Amendment I is issued to provided answers to all questions posted by prospective bidders and to extend bid due date:

| Question | Answer/ Clarification / Statement |
|---|---|
| **Bid date extended: 7/6/2023 3:00 PM** | **Due to answers to questions being provided too close to the amendment date, have extended bid open date to provided vendors with more time to revenue and enter responses.** |
| **Pricing Page Update** | **Formula correction** |
| **Q1. Is the current team unionized?** | **A1. Yes. However, this is based on the vendors' relationship with their employees and is not determined by the University.** |
| **Q2. Are valets permitted to accept tips?** | **A2. Yes, but cannot solicit** |
| **Q3. Which party is financially responsible for immunizations?** | **A3. This mandate was lifted in April 2023, so if vendor requires their employees to have it will be at their own expense not that of the University. Please see amended IFB which now includes the SUNY Memo for reference.** |
| **Q4. Which party will incur the expenses and fees associated with accepting payment via credit cards?** | **A4. When implemented, the associated fees will be the responsibility of the University.** |
| **Q5. In which party's bank account does the revenue go in?** | **A5. The revenue is deposited to an account belonging to the University.** |
| **Q6. Please list any challenges of the current program?** | **A6. The current program meets the contract requirements; however, we are open to suggestions that will enhance operation processes.** |
| **Q7. Please list any strengths of the current program?** | **A7. Overall, the current program meets the contract requirements and expectations especially in staffing levels, and patient interactions.** |
| **Q8. The current vendor wears a vest and tie. Are these your uniform requirements or is it the incumbent's standard issue uniform?** | **A8. Please refer to the IFB, where it states: The vendor is expected to provide all employee uniforms and ensure that staff is in a clean and well-fitting uniform while engaged in any task associated with the fulfillment of the contracted functions. SBUH reserves the right to approve all uniform style and markings. This includes all shirts, pants, headgear, heavy jackets, light jackets, and raincoats as necessary. Employees must wear issued uniform at all times while on duty.**<br>**Employee's Responsibility: Employees are appropriately dressed in his/her clean uniform prior to the start of each workday. Tops shall be tucked in and buttoned to the top or second button. Employee reports any damages to uniform to supervisor.** |

R-12/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -5

R-12 admitted
7/3/24



**Procurement**
Stony Brook, New York 11794-6000

TEL: 631.632.6010
FAX: 631.632.6462
E-mail: procurementbids@stonybrook.edu

| | See your supervisor for your employer's policy on uniforms. |
|---|---|
| **Q9. This question was asked, but just want to clarify, the contract goes to the lowest bidder?** | **A9.** Yes, the award will be by granted to the lowest responsible, qualified bidder who meets all qualifications and specifications. |
| **Q10. 1. Provide an inventory of equipment that will remain on-site for the new operator.**<br>**2. Is signage provided by the operator or SBU?**<br>**3. What is the process for validating parking?**<br>**4. What supplies and equipment is provided by the hospital vs parking operator?**<br>**5. Please provide average daily parking volumes from each location.**<br>**6. Please provide credentialing process for new employees**<br>**7. Who supplies and pays for ticketech equipment?**<br>**8. Whose account does cash get deposited into (operator or hospital)?**<br>**9. When credit cards are added, whose account will they be deposited into. Who will be responsible for processing fees?**<br>**10. Currently, what is the total number of weekly attended hours?**<br>**11. What are the payment terms?** | **A10.**<br><br>**1.** This will be provided upon award.<br>**2.** Signage will be provided by the University.<br>**3.** There are both manual and electronic/bar coded methods for validations. The method and location where these are permitted to be used and by whom will be determined by Stony Brook University and may be subject to change as processes update.<br>**4.** As stated in the IFB and the Orientation Booklet: signage will be provided by the University, however uniforms will be provided by the vendor who is awarded the contract. Ticketech equipment and supplies are maintained by the University and the vendor.<br>**5.** <u>Pre-Pandemic:</u><br>    **ED - 1,800 to 2,000 per week**<br>    **Lot A – 600 to 700 per week**<br>    **Main – 950 to 1,100 per week**<br>    **MART – 1,200 per week**<br>    <u>Current:</u><br>    **ED – 1,400 TO 1,700 per week**<br>    **Lot A – 600 to 700 per week**<br>    **Main – 400 to 600 per week**<br>    **MART – 750 to 900 per week**<br>**6.** Criminal background check and DMV Records Check should be completed by awarded vendor.<br>SBU will collect profile information to issue an ID.<br>**7.** Ticketech equipment and supplies are owned by SBU and supplies will be provided maintained by the University.<br>**8.** All funds collected will be given to the University. The vendor is paid per the stipulations of the contract once it is executed.<br>**9.** When credit card processing is added, the processing fees and funds will be the responsibility of the University.<br>**10.** Please reference the pricing page for attended hours.<br>**11.** Payments under the resulting contract award shall be made to the Contractor, following terms for NYS which are net 30 days from receipt of a valid invoice. |
| **Q11.Can the deadline be extended to July 14th?**<br>**2. The Pricing Page contains an error (the sum of the Staff Lot hours in Section F are not totaling (Cell F88): can this be corrected and resent?**<br>**3. Is the anticipated schedule/weekly hours the full allotment of employees in the Pricing Page, only the ones highlighted in bold (current), or somewhere in between?** | **A11.**<br><br>**1.** Not at this time.<br>**2.** The pricing page errors have been corrected.<br>**3.** The hours on the pricing page are based on the anticipated return to pre-pandemic numbers.<br>**4.** This bid is for the Valet services only at this time. This is not addressing the self-parking garage in any capacity. |



**Procurement**
Stony Brook, New York 11794-6000

TEL: 631.632.6010
FAX: 631.632.6462
E-mail: procurementbids@stonybrook.edu

Can SBU/MAPS provide some additional direction on projected weekly hours through the next contract?

4. Does the operator have responsibility for the self-park garage? Staffing, maintenance or otherwise?

5. Are they employees union?

a. If so, please provide a copy of the CBA and any MOAs

6. What are the immunization requirements for employees?

7. Can you please provide the prospective contract described in the Scope of Work?

8. Can you please provide additional detail on the penalties for short staffing described in the Scope of Work?

9. Is there a mechanism – generally or within Jaegger – to submit a supplemental qualitative proposal?

10. Will the implementation of credit cards for payment result in MIDs held by the operator?

a. If so, will the credit card fees be part of the operator cost?

11. Is the Ticketech equipment in the Main valet booth and MART/Cancer valet booth owned by the current operator or SBU?

12. Do any of the office furniture/supplies or operating supplies in the booth, lots, or parking areas belong to SBU?

13. Are the phone/internet connections held by and paid for by SBU?

14. Is the operator responsible for vehicle damage claims?

15. Is the operator responsible for any maintenance or snow removal?

---

5. The valets are employees of the vendor therefore if they are unionized or not is the based on the employees arrangements with the vendor not the University.

6. This mandate was lifted in April 2023, so if vendor requires their employees to have it will be at their own expense not that of the University. Please see amended IFB which now includes the SUNY Memo for reference.

7. The contract will be reviewed and negotiated with the award recipient.

8. PENALTIES
If the successful Bidder fails to perform the services and requirements of the bid specifications included herein and, in any contract, awarded to successful Bidder as a result thereof, in addition to any and all damages, the successful bidder may be subject to the following penalties:

A. Failure to provide properly trained staff for each required post as specified, $100 per occurrence.

B. Failure to provide Valet staff member by the starting time of each shift:
- 15-30 minutes late, $25 per occurrence per employee
- 31-60 minutes late, $45 per occurrence per employee
- 61-120 minutes late, $70 per occurrence per employee
- 121 + minutes late, $100 per occurrence per employee
- If an employee does not report for the shift at all, see section C. below

C. Failure to provide sufficient number of Valet staff to meet a site requirement as determined by staffing schedule:
- $100 per occurrence for first position per day
- $200 per occurrence for second position per day
- $250 per each additional occurrence per day

D. In the event of a performance failure, SBUH will report the deficiency to the Account representative or supervisor. Repeated failures to comply with the Standards of Conduct as defined in this contract will result in a $25 penalty per day. This clause is not related to the other penalties as described in this section.

All penalties will be accessed as a credit on the current weekly invoice.

E. One Hundred dollars ($! 00.00) shall be deducted as a credit from the successful Bidder's weekly invoice by System for each documented condition that occurs, each numbered point in this section taken separately.

I. If the valet service allows more than five vehicles to stack or queue at any System valet location for more than ten minutes, a $100 penalty will be levied against successful Bidder for every five occurrences of this condition within the calendar month. All valet locations will be included collectively in monitoring for this condition.

9. As we are a state entity, we will not accept any other items from a prospective vendor other than the pricing sheet as it is posted. There should be no editing of same or the prospective vendor can be disqualified.

10. Any items needed to process the credit card will be provided by the University. As with any item provided to the vendor to effectively perform their jobs, the employees



**Procurement**

Stony Brook, New York 11794-6000

TEL: 631.632.6010
FAX: 631.632.6462
E-mail: procurementbids@stonybrook.edu

| | of the vendor with be asked to utilize the needed equipment and care for the same.<br>11. Yes, the Tickettech equipment is own and maintained by the University.<br>12. Yes, manual tickets are provided by the vendor and this should be accounted for in the pricing provided.<br>13. Yes<br>14. The selected vendor is require to carry the needed insurance to cover and damage claims made by a clients.<br>15. No, with the exception of the area directly around the booth which should be free from snow and ice so the patrons can approach safely and also cars are required to be returned clean and in a drivable manner. Anything other than the immediate area around the both and the vehicles themselves is not maintained by the vendor. |
|---|---|
| **Q12 1. Is exhibit C required to be completed at this time?**<br>**2. Is the EEO staffing plan required for bid submission?**<br>**3. Which license, permit or certification is required for the bid submission?** | A12.<br><br>1. Yes<br>2. Yes<br>3. As stated in documents provided:<br>• Valid driver's license.<br><br>• Certificate of New York State Worker's Compensation Insurance, Form CE-105.2<br>• Certificate of New York State Disability Benefits Insurance, Form DB-120.1<br>• Automobile liability: $1,000,000.00<br>• • All employees must be fully bonded |
| **Q13. Can you provide the current pay rates?** | **A13. The current pay rates are negotiated internally between the current vendor and its employees.** |
| **Q14. Can you confirm if this location is operating under a union agreement? If so, can you provide the CBA?** | **A14. The contract is with the vendor and therefore should their employees be unionized is the agreement with the vendor and its respective employees.** |
| **Q15. Does the hospital have a "living wage requirement" in place for their vendors employees?** | **A15. As this is a contract service we did not include in the current contract.** |
| **Q16. In the past years, the minimum wage rate increased by $5.00 (one dollar each year) due to a State Mandated Increase. With the possibility of this happening again and rumors saying the minimum wage rate will increase to $25.00, will Stony Brook University Hospital assume the cost if any state or federal mandate were to be approved while this contract is in effect?** | **A16. SBU will not assume the cost for any mandated wage increase. Pursuant to legislation signed by New York Governor Kathy Hochul, New York's minimum wage will gradually increase through 2026 to $17/hour in New York City, Long Island, and Westchester County and $16/hour for the remainder of New York State. Any mandated minimum wage rates shall be paid by the contractor to their employees. Please take this into account when calculating your rate.** |
| **Q17. In 2018, the Family and Medical Leave Act went into effect. This act allows certain employees to have up to 12 weeks of paid, job protected leave per year. Directly affecting the industry. Will Stony Brook University Hospital assume the cost? And of any new act that would take place while this contract is in effect?** | A17. SBU will not assume the cost. The Family and Medical Leave Act of 1993 is a United States labor law requiring covered employers to provide employees with job-protected, unpaid leave for qualified medical and family reasons. Please take this into account when calculating your rate. |



**Procurement**
Stony Brook, New York 11794-6000

TEL: 631.632.6010
FAX: 631.632.6462
E-mail: procurementbids@stonybrook.edu

**ALL OTHER TERMS, CONDITIONS AND SPECIFICATIONS REMAIN UNCHANGED.**
Please return one copy of this Amendment with the proposal signed as indicated below.

_____        _____
Signature                                                            Date

Vendor Name and Address:

_____

**THIS AMENDMENT MUST BE RECEIVED ON OR BEFORE THE BID DUE DATE OF 7/6/2023 3:00 PM**

STONY BROOK, NEW YORK 11794-6000 TEL: 631-632-6010 FAX: 631-632-6462
E-mail: procurementbids@stonybrook.edu



> Thank you for your interest in employment with Parking Systems Plus. We ask you ensure that the information you provide on this application is complete and accurate, and that all the requested information on this application is answered in full. Please note that the information you provide may be verified.

**Parking Systems Plus**

## APPLICATION FOR EMPLOYMENT

All applicants for employment may be subject to submitting to pre-hire drug testing once a conditional offer of employment has been made. To the extent permitted by law, the Company may condition employment offers on the successful completion and passing of a drug screening administered by a New York licensed independent testing facility of the Company's choice. The Company will not deny employment to registered certified medical marijuana patient job applicants solely based on their health conditions and attendant marijuana use. The Company will only test for recreational marijuana use to the extent permitted by law. Once hired, the Company may prohibit individuals from performing their job duties while impaired by marijuana or any other controlled substances.

> **EQUAL EMPLOYMENT OPPORTUNITY.** It is our policy to seek and employ the best qualified personnel in all our facilities and to provide equal opportunity for the advancement of employees and to administer all of our personnel policies in a manner that will not discriminate against any person because of age, alienate or citizenship, color, disability, gender, gender identity, familial status, marital/partnership status, national origin, pregnancy, religion, sexual orientation, arrest/conviction record, caregiver status, credit history, military status, unemployment status, status as a victim of domestic violence and abuse. This policy applies to all terms and conditions of employment.

Date: _____

<u>PERSONAL INFORMATION</u>

First Name: _____    MI:_____    Last Name:_____

Street Address: _____    Apartment #:_____

City:_____    State:_____    Zip Code: _____

Telephone No.: Home: _____    Cell: _____    Other: _____

Email: _____

Are You at Least 18 Years of Age?    YES_____    NO_____

If NO, do you have a work permit?    YES_____    NO_____

HOW WERE YOU REFERRED TO THIS JOB? _____

<u>FORMER EMPLOYER (MOST RECENT EMPLOYERS)</u>

R-13/Received
29-CA-331253
Parking Systems Inv
7/01-07/03/2024
A. Morris pages -56

1. Company Name: _____   Supervisor: _____

Address_____   Phone Number: (    ) _____

Dates of Employment:   From: _____   To: _____ ____

Reason for Leaving: _____   Type of Work:_____


2. Company Name: _____   Supervisor: _____

Address: _____   Phone Number: (    ) _____

Dates of Employment:   From: _____   To: _____ ____

Reason for Leaving: _____   Type of Work:_____


REFERENCES (other than a relative)

Name: _____   Phone: (      ) _____ Relation:

Name: _____   Phone: (      ) _____ Relation:


HAVE YOU EVER PREVIOUSLY BEEN EMPLOYED BY THE EMPLOYER?  YES_____ NO_____

HAVE YOU EVER BEEN INVOLUNTARILY TERMINATED OR REQUESTED TO RESIGN?  YES_____ NO_____

HAVE YOU EVER BEEN EMPLOYED BY A PARKING COMPANY?  YES_____ NO_____

IF YES, WHICH COMPANY DID YOU WORK FOR? _____

DO YOU HAVE A DRIVERS' LICENSE? YES ☐  NO ☐

     IF SO, WHAT IS THE NAME OF THE ISSUING STATE? _____

     EXPIRATION DATE _____

CAN YOU DRIVE STICK SHIFT? YES_____ NO_____

WHAT IS OUR MEANS OF TRANSPORATION TO WORK? _____

WHAT NIGHTS AND DAYS ARE YOU AVAILABLE TO WORK? _____


EMPLOYMENT DESIRED:  FULL-TIME ONLY_____  PART-TIME ONLY _____  FULL OR PART TIME _____

<u>ACKNOWLEDGMENT</u>

Please read carefully, initial each paragraph and sign below

1. I authorize The Employer to investigate all statements in this application and to secure any necessary information from all my employers and references.  I authorize any person, school, current or past employer(s), and organizations named in this application form (and accompanying resume or other documentation, if any) to provide my Employer with relevant information and opinion, personal or otherwise, that may be useful in making a hiring decision.  I release all parties from all liability for any damage that may result from furnishing information and opinion to you. _____ (initial)

2. I authorize The Employer to supply information about my employment record, in whole or in part, in confidence to any prospective employer, government agency or other party having a legal and proper interest and I hereby release The Employer from any and all liability for its providing this information. _____ (initial)

3. In the event of employment or an offer of employment, I authorize any physician or hospital to release any information which may be necessary to determine my ability to perform the essential functions of the job for which I am hired or being considered or any future job. _____ (initial)

4. I hereby agree to submit to any lawful drug, alcohol or other testing that may be required as a condition of employment or continued employment and understand that refusal to submit to such testing during the course of my employment may result in disciplinary action up to and including discharge. _____ (initial)

5. I understand that according to federal law, all individuals who are hired must, as a condition of employment, produce certain documentation to verify their identity and U.S. citizenship status or, if aliens, their legal authorization to work in the U.S. As a consequence, I understand that any offer of employment would be contingent on my ability to produce the required documentation within the time period required by law. _____ (initial)

6. I agree and understand that any offer of employment I may receive is contingent upon my successful completion of the Company's pre-employment, post offer, screening process, including any pre-employment, post offer, physical examination tthat may be required. _____ (initial)

7. In the event of my employment with Employer, I will comply with all rules, regulations and policies of the Employer. _____ (initial)

8. I understand that nothing in this employment application, the Company's policy statements, personnel guidelines or in my communications with any Company official is intended to create an employment contract between the Employer and me. I also understand that the Employer has the right to modify its policies without giving me any notice of the changes. No promises regarding employment have been made to me and I understand that no such promise or guarantee is binding upon the Employer unless it is made in writing and signed by the President. I understand that if an employment relationship is established, I have the right to terminate my employment at any time for any reason. I also understand that the Employer retains the right to terminate my employment at any time for any reason. _____ (initial)

9. I certify that all of the information I have provided on this application for employment is true and complete. I further understand that any false or misleading statements will be sufficient cause for rejection of my application if the Employer has not employed me and for immediate dismissal if the Employer has employed me. _____ (initial)

10. I understand that as a condition of any offer of employment and/or continued employment with the Employer, I am subject to a pre-employment and post offer driver record screening process. _____ (initial)

11. As a condition of employment, an applicant, if offered employment, will be required to submit proof that they have received a Covid vaccine or request a reasonable accommodation based on a disability or sincerely held religious belief. Proof of vaccination which will be evaluated before the commencement of employment. If no accommodation is granted, an applicant will be required to be fully Covid Vaccinated prior to employment. Fully vaccinated means vaccinated in accordance with current CDC guidance.

I hereby acknowledge that I have read the above statements and understand them. I certify that I, the undersigned applicantt, have personally completed this application. I declare under penalty of perjury that the facts contained in the application (or any resume or other documents submitted) are true and complete to the best of my knowledge. I understand that any misrepresentations or omissions will disqualify me from further consideration for employment, and will be justification for my dismissal from employment, if discovered at a later date.

Print: _____  Signed: _____  Date: _____

# Employer Policies and Guidelines

<u>AGREEMENT AND DISCLOSURE STATEMENT:</u>

I am applying for fulltime/part-time work that is not guaranteed to be continuous or to last for any length of time. I acknowledge that my employment with the Employer is "at-will", meaning that the terms of employment may be changed with or without notice, with or without cause, including but not limited to termination, demotion, promotion, transfer, compensation, benefits, duties, and location of work. I have entered into my employment with the Employer voluntarily, and acknowledge that there is no agreement or contract express or implied between the Employer and me for continuing or long-term employment. While supervisors and managers have certain hiring authority, no supervisor or manager or representative of the Employer has any authority to alter the at-will relationship. The Employer and I are both free to terminate my employment at any time.

I understand and agree that I am an employee Parking Systems Plus, including its affiliates, successors, subsidiaries, and/or present or former parent companies and their officers, directors, shareholders, attorneys, their current and former employees, agents thereof, both individually and in their business capacities, members, and managers (collectively referred to as "the Employer"), not the company to which I am assigned. In the event I learn that my assignment is about to be terminated, or that my assignment has been terminated, I understand and agree that I am to contact the Employer immediately for reassignment. In the event that I fail to report for or accept reassignment, it will be deemed a voluntarily abandonment of and resignation from my employment with the Employer and any application for unemployment benefits will be denied for failure to meet this obligation.

It is further understood and agreed that, if I leave the employ of the Employer and accept subsequent employment that is unrelated to the Employer or any assignment I received through the Employer, and that subsequent employment is terminated for any reason within eighteen (18) months of my leaving employment at the Employer, I hereby agree to contact the Employer for possible re-employment and reassignment within the eighteen (18) months of last working for the Employer. Failure to do so may jeopardize my unemployment benefits even though the Employer was not my last Employer.

Further, I acknowledge that there is a continuing duty to notify the Employer of any changes in my address or telephone number to ensure that the Employer will be able to contact me for further assignments.

I understand that I am applying for a job with the Employer with hourly rates starting at minimum wage, with travel distances up to 60 miles. Further, I understand from time to time I may be assigned to a customer or location in which the Employer charges a service fee to the customer's clientele and I may be required to collect these service fees. I acknowledge that these service fees are not a gratuity but a fee to be retained by the Employer. Any remuneration that I obtain over and above the service fee will be considered a gratuity which I will be entitled to on an individual basis or in accordance with a tip-pooling arrangement agreed to on a voluntary basis amongst the other parking attendants and myself.

I hereby understand that from time to time I may be temporarily assigned to perform work at locations where I may be compensated at a rate of pay over and above the normal rate of pay, which I typically receive.

I further understand and agree that following completion of my assignment at the locations that pay over and above my normal rate of pay, the Employer will reassign me to other work which is compensated only at my normal rate of pay.

Except with the specific written consent of the Employer you shall not work directly for a customer of the Employer or another parking company at a former customer of the Employer for six (6) months of time after your separation from employment with the Employer or until the Employer is no longer affiliated with that particular location for six (6) months, which ever period is shorter.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____ Signed: _____ Date: _____

4

### TEMPORARY SCHEDULE CHANGES (NYC and Boroughs only)

New York City employees (whether full-time, part-time, or temporary) who work more than 80 hours per calendar year in New York City and who have been employed for at least 120 days are entitled to a temporary change to the employee's work schedule on up to two (2) occasions, each totaling one (1) business day, each year to accommodate a "personal event." A temporary change can include swapping or shifting working hours, using short-term unpaid leave, paid time off, or working remotely.

Employees may request a temporary change for the following personal events:
- to care for a child under the age of 18;
- to care for a person with a disability who is a family or household member and relies on the employee for medical care to meet the needs of daily living;
- to attend a legal proceeding or hearing for public benefits to which the employee, a family member, or the employee's minor child or care recipient is a party; or
- any other reason for which the employee may use leave under New York City's Earned Safe and Sick Time Act.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____ Signed: _____ Date: _____

### LACTATION ACCOMODATION

The Company will provide a reasonable amount of break time to accommodate an employee desiring to express breast milk for the employee's infant child. Employees needing breaks for lactation purposes may use ordinary paid rest breaks or may take other reasonable break time when needed. If possible, the lactation break time should run concurrently with scheduled meal and rest breaks already provided to the employee. If the lactation break time cannot run concurrently with meal and rest breaks already provided or additional time is needed for the employee, the lactation break time will be unpaid for nonexempt employees.

Employees will be relieved of all work-related duties during any unpaid break. Where unpaid breaks or additional time are required, employees should work with their supervisor or with the Human Resources Department regarding scheduling and reporting the extra break time. Where state law imposes more specific requirements regarding the break time or lactation accommodation, the Company will comply with those requirements.

Because exempt employees receive their full salary during weeks in which they work, all exempt employees who need lactation accommodation breaks do not need to report any extra break time as "unpaid."

The Company will provide employees with the use of a room or a private area, other than a bathroom or toilet stall, that is shielded from view and free from intrusion from coworkers and the public. The Company will make a reasonable effort to identify a location within reasonable proximity to the work area for the employee to express milk. This location may be the employee's private office, if applicable.

The Company will otherwise treat lactation as a pregnancy-related medical condition and address lactation-related needs in the same manner that it addresses other non-incapacitating medical conditions, including requested time off for medical appointments, requested changes in schedules and other requested accommodations.

Employees should discuss with the Human Resources Department the location for storage of expressed milk. In addition, employees should contact the Human Resources Department during their pregnancy or before their return to work to identify the need for a lactation area.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____ Signed: _____ Date: _____

5

## SUBSTANCE ABUSE AND DRUG TESTING POLICIES:

### CONSENT TO DRUG/ALCOHOL TESTING

The Employer recognizes that the use/possession of intoxicating drugs and alcohol can and does effect an employees' health and job performance and may affect the health and safety of others. We believe that the work place should be free of intoxicating drugs and alcohol.

The following activities are violations of company policy and will constitute grounds for disciplinary action up to and including the immediate termination:

1. The possession, use, purchase or sale of illegal drugs or alcohol, on company premises or clients' premises.
2. The possession or use of prescription drugs, absent a valid prescription, or the purchase or sale of prescription drugs on company premises or clients' premises.
3. An employee reporting to work, attempting to work or working while intoxicated by unlawful drugs, prescription drugs, absent a valid prescription, or alcohol.
4. The rules apply to all employees.

Submission to drug and/or alcohol testing is required under certain conditions in accordance with federal, state, and local laws. I understand that the Employer, as part of its regular employment policy may require testing for drugs and alcohol abuse, and that this testing will be conducted in accordance with acceptable medical procedures and law. . I understand that if I refuse to submit to testing, it will be considered as a refusal to comply with a reasonable request by my employer and will be cause for immediate dismissal. I further agree to hold harmless the Employer, its principles, agents, and clients for any and all consequences arising from my testing positive for the use and/or influence of drugs or alcohol to the fullest extent permitted by law.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____    Signed: _____    Date: _____

### UNIFORMS:

The Employer will issue you a uniform that must be worn at all times while on duty. The uniform consists of a hat, jacket, shirt and optional sweater. These items are provided at no cost to you; however, upon hire you will be required to deposit 50% of the cost of the uniform with the company. In the event you fail to return any part of the uniform, the Employer will, with your authorization, withhold the deposit. In order to retain the deposit as a result of your failure to return the uniform, your authorization is required. Accordingly, please sign below:

In the event I fail to return any piece of the company-issued uniform for any reason, I, _____, authorize the Employer to retain the uniform deposit.

Print: _____    Signed: _____    Date: _____

### ACCIDENT INSURANCE

Since accidents can occur while servicing our client's customers, the Employer maintains an auto insurance policy that covers, up to a certain amount, the costs of damaged that may arise while operating a vehicle. The insurance policy the Employer has purchased contains a large deductible whereby the company is liable for a portion of the total monetary amount for damages incurred. In the event that you cause damage to a vehicle while performing your job duties, whether due to your negligence or fault, the Employer will hold you responsible for the full cost of any dollar amount the Employer must pay as a result of your actions.

If it is determined that you owe money as a result of this policy, the Employer will hold you responsible and has the right to full payment for the damages from you. If you fail to comply with this obligation in a timely fashion, the Employer will take all appropriate legal action to recover the money.

If you fail to meet the terms of this agreement, the Employer reserves the right to pursue the collection of any monies by legal recourse.

I, _____, acknowledge that in the event I cause damage to a vehicle as a result of my negligence; unauthorized act or unlawful use of the vehicle while performing my job duties for the Employer, I am responsible for the damages. If I don't satisfy this

6

undertaking within a timely fashion, which shall not be longer than 60 days, I hereby authorize the Employer to enter a judgment against me in an amount necessary to recover said monies.

Print: _____ Signed: _____ Date: _____

## SUMMONS/TICKET

The Employer only approves of parking vehicles in legal parking spaces. As an employee of the Employer, I understand that if I choose to leave a vehicle illegally parked whether it be **double parked, by a fire hydrant, by a bus stop, in a cross-walk, expired meter, in a fire zone or handicapped space**, I will be responsible for payment of any summons/ticket arising from my negligence. I also understand that if a summons/ticket is thrown away and comes back to the Employer, I will be responsible for the summons/ticket and any penalty thereof.

In the event you fail to answer the summons and/or pay any fines associated with any summons or ticket, the Employer reserves the right to pursue the collection of any monies that the Employer is required to pay on your behalf by any legal recourse.

I, _____, acknowledge that in the event I receive any summons and/or tickets while performing my job duties for the Employer, I am responsible for all monetary fines issued. If I cannot pay the fines or penalties associated with a summons or ticket issued to me or make arrangements in a timely fashion (which shall not be later than 60 days), I hereby authorize the Employer to enter judgment against me in the amount of the outstanding fines and penalties.

Print: _____ Signed: _____ Date: _____

## ABSENTEEISM AND TARDINESS:

You are expected to report to work on time every scheduled working day. Unnecessary absenteeism and lateness are expensive and disruptive to the company and places an unfair burden on your co-workers. Unsatisfactory attendance will result in disciplinary action up to and including discharge. If you are going to be late or absent for any reason it is your responsibility to notify your supervisor as far in advance as possible. The telephone numbers are listed on The Employer's letterhead and time sheets. Failure to report to work or call in for three (3) consecutive days may result in job abandonment and termination of your employment.

Whenever you know in advance that you are going to be absent, you should notify your immediate supervisor or the designated manager. If your absence is unexpected, you should attempt to reach your immediate supervisor as soon as possible, but in no event later than one hour before you are due at work. In the event your immediate supervisor is unavailable, you must speak with a manager. If you must leave a voicemail, you must provide a number where your supervisor may reach you if need be.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____ Signed: _____ Date: _____

## SAFETY AND HEALTH:

The Employer is committed to providing a safe and healthful working environment. The Employer makes every effort to comply with relevant federal and state occupational health and safety laws and to develop the best feasible operations, procedures, technologies, and programs conducive to such an environment. The Employer tries to minimize the exposure of our employees and customers, to health or safety risks. To accomplish this objective, all employees of the Employer are expected to work diligently to maintain safe and healthful working conditions and to adhere to proper operating practices and procedures designed to prevent injuries and illnesses.

The responsibilities of all employees of the Employer in this regard include:

1) Exercising maximum care and good judgment at all times to prevent accidents and injuries;
2) Reporting all injuries and accidents, regardless of how minor within twenty-four (24) hours of the injury or accident, to a supervisor of the Employer and to our office (516) 825-4661. If you are unable to complete your workday because of a work related injury, you must contact the Employer immediately so that arrangements can be made to provide a replacement worker to the client;
3) Reporting unsafe conditions, or equipment, practices to supervisory personnel or relevant authorities;

7

4)    Using safety equipment provided by the Employer or its' customers at all times;

5)    Observing conscientiously all safety rules and regulations at all times; and

6)    Notifying your supervisor, before the beginning of the workday, of any medication you are taking, that may cause drowsiness or other side effects that could lead to injury to you and/or your co-workers.

Print: _____ Signed: _____ Date: _____

### Infectious/Communicable Diseases

The Employer's decisions regarding workplace operations in light of an outbreak of communicable and/or infectious diseases shall be taken after a careful weighing of the identified risks and the available response alternatives and in light of governmental or other agency advice regarding communicable and infectious disease outbreaks. The Employer will not discriminate against any job applicant or employee based on the individual having a communicable and/or infectious disease and will comply with all applicable statutes and regulations that protect the privacy of persons who have a communicable and/or infectious disease. We will take proactive steps to protect the workplace in the event of a communicable and/or infectious disease outbreak. It is our goal to strive to operate effectively and ensure that all essential services are continuously provided and that employees are safe within the workplace. We reserve the right to request that employees work remotely, restrict work-related travel, or to temporarily curtail business operations as circumstances may demand. The Employer will ensure a clean workplace, including the regular cleaning of objects and areas that are frequently used, such as bathrooms, break rooms, conference rooms, door handles and railings. We ask all employees to cooperate in taking steps to reduce the transmission of communicable and/or infectious disease in the workplace. The best strategy remains the most obvious—frequent hand washing with warm, soapy water; covering your mouth whenever you sneeze or cough; and discarding used tissues in wastebaskets. Alcohol-based hand sanitizers are provided to employees at each location. In the event of a communicable and/or infectious disease outbreak, it is our general policy that normal attendance and leave policies will remain in place, although we reserve the right to adjust those policies as circumstances may dictate. Limiting Travel In the event of a communicable and/or infectious disease outbreak, the Employer may cease or curtail work-related travel.

During a communicable and/or infectious disease outbreak, it is critical that employees do not report to work while they are ill. Currently, the Centers for Disease Control and Prevention recommends that people with a communicable and/or infectious illness such as the flu remain at home until at least 24 hours after they are free of fever (100 degrees F or 37.8 degrees C) or signs of a fever without the use of fever-reducing medications. Employees who report to work ill may be asked to return home consistent with legal requirements. Requests for Medical Information and/or Documentation If you are out sick it may become necessary to request information from you and/or your health care provider. In general, we would request medical information to confirm your need to be absent and to know that it is appropriate for you to return to work. Any medical information you disclose will be treated as confidential in accordance with applicable laws.

Other Restrictions In the event of a communicable and/or infectious disease outbreak, the Employer may implement social distancing guidelines to minimize the spread of the disease among the staff, including requesting that employees: • Use the telephone, online conferencing, e-mail or instant messaging to conduct business as much as possible, even when participants are in the same building. • Maintain distance from other employees during face-to-face meetings and avoid shaking hands and other physical contact. • Avoid any unnecessary travel and cancel or postpone nonessential meetings, gatherings, workshops and training sessions. • Do not congregate in work rooms, pantries, copier rooms or other areas where people socialize.

**In the event that the New York State Commissioner of Health designates an airborne infectious disease as a highly contagious communicable disease presenting a serious risk of harm to the public health, then the following procedures will be followed:**

## NY HERO ACT AIRBORNE INFECTIOUS DISEASE EXPOSURE PREVENTION PLAN

The purpose of this plan is to protect employees against exposure and disease during an airborne infectious disease outbreak. This plan goes into effect when an airborne infectious disease is designated by the New York State Commissioner of Health as a highly contagious communicable disease that presents a serious risk of harm to the public health. This plan is subject to any additional or greater requirements arising from a declaration of a state of emergency due to an airborne infectious disease, as well as any applicable federal standards.

*Employees should report any questions or concerns with the implementation this plan to the designated contact.*

8

This plan applies to all "employees" as defined by the New York State HERO Act, which means any person providing labor or services for remuneration for a private entity or business within the state, without regard to an individual's immigration status, and shall include part-time workers, independent contractors, domestic workers, home care and personal care workers, day laborers, farmworkers and other temporary and seasonal workers. The term also includes individuals working for digital applications or platforms, staffing agencies, contractors or subcontractors on behalf of the employer at any individual work site, as well as any individual delivering goods or transporting people at, to or from the work site on behalf of the employer, regardless of whether delivery or transport is conducted by an individual or entity that would otherwise be deemed an employer under this chapter. The term does not include employees or independent contractors of the state, any political subdivision of the state, a public authority, or any other governmental agency or instrumentality.

This plan applies to all "employees" as defined by the New York State HERO Act, which means any person providing labor or services for remuneration for a private entity or business within the state, without regard to an individual's immigration status, and shall include part-time workers, independent contractors, domestic workers, home care and personal care workers, day laborers, farmworkers and other temporary and seasonal workers. The term also includes individuals working for digital applications or platforms, staffing agencies, contractors or subcontractors on behalf of the employer at any individual work site, as well as any individual delivering goods or transporting people at, to or from the work site on behalf of the employer, regardless of whether delivery or transport is conducted by an individual or entity that would otherwise be deemed an employer under this chapter. The term does not include employees or independent contractors of the state, any political subdivision of the state, a public authority, or any other governmental agency or instrumentality.**RESPONSIBILITIES**

This plan applies to all employees of Employer.

This plan requires commitment to ensure compliance with all plan elements aimed at preventing the spread of infectious disease. The following supervisory employee(s) are designated to enforce compliance with the plan. Additionally, these supervisory employees will act as the designated contacts unless otherwise noted in this plan:

Name: _____

Title: _____

Location: _____

Phone: _____

## I. EXPOSURE CONTROLS DURING A DESIGNATED OUTBREAK

### A. Minimum Controls During an Outbreak

During an airborne infectious disease outbreak, the following minimum controls will be used in all areas of the worksite:

1. **General Awareness:** Individuals may not be aware that they have the infectious disease and can spread it to others. Employees should remember to:

- Maintain physical distancing

- Exercise coughing/sneezing etiquette

- Wear face coverings, gloves, and personal protective equipment (PPE), as appropriate

- Individuals limit what they touch

- Stop social etiquette behaviors such as hugging and hand shaking –and–

- Wash hands properly and often

9

2. **"Stay at Home Policy:"** If an employee develops symptoms of the infectious disease, the employee should not be in the workplace. The employee should inform the designated contact and follow New York State Department of Health (NYSDOH) and Centers for Disease Control and Prevention (CDC) guidance regarding obtaining medical care and isolating.

3. **Health Screening:** Employees will be screened for symptoms of the infectious disease at the beginning of their shift. Employees are to self-monitor throughout their shift and report any new or emerging signs or symptoms of the infectious disease to the designated contact. An employee showing signs or symptoms of the infectious disease should be removed from the workplace and should contact a healthcare professional for instructions. The health screening elements will follow guidance from NYSDOH and CDC guidance, if available.

4. **Face Coverings:** When in use, face coverings must cover the nose and mouth, and fit snugly, but comfortably, against the face. The face covering itself must not create a hazard (e.g., have features could get caught in machinery or cause severe fogging of eyewear). The face coverings must be kept clean and sanitary and changed when soiled, contaminated, or damaged.

**Effective February 10, 2022**: Employees will wear appropriate face coverings in accordance with guidance from State Department of Health or the Centers for Disease Control and Prevention, as applicable. Consistent with the guidance from the State Department of Health, if indoor areas do not have a mask or vaccine requirement as a condition of entry, appropriate face coverings are recommended, but not required. It is also recommended that face coverings be worn by unvaccinated individuals, including those with medical exemptions, in accordance with federal CDC guidance. Further, the State's masking requirements continue to be in effect for pre-K to grade 12 schools, public transit, homeless shelters, domestic violence shelters, correctional facilities, nursing homes, health care, child care, group homes, and other sensitive settings in accordance with CDC guidelines. New York State and the State Department of Health continue to strongly recommend face coverings in all public indoor settings as an added layer of protection, even when not required.

5. **Physical Distancing:** Physical distancing will be used, to the extent feasible, as advised by guidance from State Department of Health or the Centers for Disease Control and Prevention, as applicable.

In situations where prolonged close contact with other individuals is likely, use the following control methods:

- Restricting or limiting customer or visitor entry
- Limiting occupancy
- Allowing only one person at a time inside small, enclosed spaces with poor ventilation
- Reconfiguring workspaces
- Physical barriers
- Signage
- Floor markings
- Telecommuting
- Remote meetings
- Preventing gatherings

- Restricting travel
- Creating new work shifts and/or staggering work hours
- Adjusting break times and lunch periods
- Delivering services remotely or through curb-side pickup

6. **Hand Hygiene:** To prevent the spread of infection, employees should wash hands with soap and water for at least 20 seconds or use a hand sanitizer with at least 60% alcohol to clean hands BEFORE and AFTER:

- Touching your eyes, nose, or mouth
- Touching your mask
- Entering and leaving a public place –and–
- Touching an item or surface that may be frequently touched by other people, such as door handles, tables, gas pumps, shopping carts, or electronic cashier registers/screens

Because hand sanitizers are less effective on soiled hands, wash hands rather than using hand sanitizer when your hands are soiled.

7. **Cleaning and Disinfection:** See Section **Error! Reference source not found.** of this plan.

8. **"Respiratory Etiquette:"** Because infectious diseases can be spread by droplets expelled from the mouth and nose, employees should exercise appropriate respiratory etiquette by covering nose and mouth when sneezing, coughing, or yawning.

9. **Special Accommodations for Individuals with Added Risk Factors:** Some employees, due to age, underlying health condition, or other factors, may be at increased risk of severe illness if infected. Please inform your supervisor or the HR department if you fall within this group and need an accommodation.

B. **Advanced Controls During an Outbreak**

For activities where the Minimum Controls alone will not provide sufficient protection for employees, additional controls from the following hierarchy may be necessary. Employers should determine if the following are necessary:

1. **Elimination:** Employers should consider the temporary suspension or elimination of risky activities where adequate controls could not provide sufficient protection for employees.

2. **Engineering Controls:** Employers should consider appropriate controls to contain and/or remove the infectious agent, prevent the agent from being spread, or isolate the worker from the infectious agent. Examples of engineering controls include:

   a. Mechanical Ventilation:

      i. Local Exhaust Ventilation, for example:

         - Ventilated booths (lab hoods)
         - Kitchen Vents –and–
         - Vented biosafety cabinets.

      ii. General Ventilation, for example:

11

- Dedicated ventilation systems for cooking areas, malls, atriums, surgical suites, manufacturing, welding, indoor painting, laboratories, negative pressure isolation rooms

- Increasing the percentage of fresh air introduced into air handling systems

- Avoiding air recirculation

- Using higher-efficiency air filters in the air handling system

- If fans are used in the facility, arrange them so that air does not blow directly from one worker to another –and–

**b.** Natural Ventilation, for example:

- Opening outside windows and doors to create natural ventilation –and–

- Opening windows on one side of the room to let fresh air in and installing window exhaust fans on the opposite side of the room so that they exhaust air outdoors.

**c.** Install automatic disinfection systems (e.g., ultraviolet light disinfection systems).

**d.** Install cleanable barriers such as partitions and/or clear plastic sneeze/cough guards.

**e.** Change layout to avoid points or areas where employees may congregate (e.g., install additional timeclocks).

Subject to changes based on operations and circumstances surrounding the infectious disease, engineering controls that are anticipated to be used are listed in the following table:

Engineering Controls Utilized/Location:

[add description of engineering controls utilized/location]

**3.** **"Administrative Controls"** are policies and work rules used to prevent exposure. Examples include:

- Increasing the space between workers

- Slowing production speed to accommodate fewer workers at a time

- Disinfecting procedures for specific operations

- Not shaking out soiled laundry

- Employee training

- Identify and prioritize job functions that are essential for continuous operations;

- Cross-train employees to ensure critical operations can continue during worker absence

- Limit the use of shared workstations

- Post signs reminding employees of respiratory etiquette, masks, handwashing

- Rearrange traffic flow to allow for one-way walking paths

- Provide clearly designated entrance and exits

- Provide additional short breaks for handwashing and cleaning

12

- Establishing pods or cohorts working on same shift

Subject to changes based on operations and circumstances surrounding the infectious disease, the following specific administrative controls are anticipated to be used:

Administrative Controls Utilized/Location:

[add description of engineering controls utilized/location]

4. **Personal Protective Equipment (PPE)** includes devices like eye protection, face shields, respirators, and gloves that protect the wearer from infection. PPE will be provided, used and maintained in a sanitary and reliable condition at no cost to the employee. The PPE provided to an employee will be based on a hazard assessment for the workplace.

PPE Required - Activity Involved/Location:

[add description of PPE required – activity involved / location]

a. The use of respiratory protection, e.g. an N95 filtering facepiece respirator, requires compliance with the OSHA Respiratory Protection Standard 29 CFR 1910.134 or temporary respiratory protection requirements OSHA allows for during the infectious disease outbreak.

b. Respirators with exhalation valves will release exhaled droplets from the respirators. Respirators are designed to protect the wearer. Surgical masks and face coverings, which are not respirators, are designed to protect others, not the wearer.

C. **Exposure Control Readiness, Maintenance, And Storage:**

The controls we have selected will be obtained, properly stored, and maintained so that they are ready for immediate use in the event of an infectious disease outbreak and any applicable expiration dates will be properly considered.

## II. HOUSEKEEPING DURING A DESIGNATED OUTBREAK

### A. Disinfection Methods and Schedules

Objects that are touched repeatedly by multiple individuals, such as door handles, light switches, control buttons/levers, dials, levers, water faucet handles, computers, phones, or handrails must be cleaned frequently with an appropriate disinfectant. Surfaces that are handled less often, or by fewer individuals, may require less frequent disinfection.

The disinfection methods and schedules selected are based on specific workplace conditions.

The New York State Department of Environmental Conservation (NYSDEC)and the Environmental Protection Agency (EPA) have compiled lists of approved disinfectants that are effective against many infectious agents (see dec.ny.gov and epa.gov/pesticide-registration/selected-epa-registered-disinfectants). Select disinfectants based on NYSDOH and CDC guidance and follow manufacturer guidance for methods, dilution, use, and contact time.

### B. Adjustments to Normal Housekeeping Procedures.

Normal housekeeping duties and schedules should continue to be followed during an infectious disease outbreak, to the extent practicable and appropriate consistent with NYSDOH and/or CDC guidance in effect at the time. However, routine procedures may need to be adjusted and additional cleaning and disinfecting may be required.

Housekeeping staff may be at increased risk because they may be cleaning many potentially contaminated surfaces. Some housekeeping activities, like dry sweeping, vacuuming, and dusting, can

13

resuspend into the air particles that are contaminated with the infectious agent. For that reason, alternative methods and/or increased levels of protection may be needed.

Rather than dusting, for example, the CDC recommends cleaning surfaces with soap and water before disinfecting them. Conducting housekeeping during "off" hours may also reduce other workers' exposures to the infectious agent. Best practice dictates that housekeepers should wear respiratory protection. See cdc.gov for more guidance.

**C.** If an employee develops symptoms of the infectious disease at work, it is ideal to isolate the area in accordance with guidance issued by NYSDOH or the CDC, before cleaning and disinfecting the sick employee's work area. This delay will allow contaminated droplets to settle out of the air and the space to be ventilated.

**D.** As feasible, liners should be used in trash containers. Empty the containers often enough to prevent overfilling. Do not forcefully squeeze the air out of the trash bags before tying them closed. Trash containers may contain soiled tissue or face coverings.

## III. INFECTION RESPONSE DURING A DESIGNATED OUTBREAK

If an actual, or suspected, infectious disease case occurs at work, take the following actions:

• Instruct the sick individual to wear a face covering and leave the worksite and follow NYSDOH/CDC guidance.

• Follow local and state authority guidance to inform impacted individuals.

## IV. TRAINING AND INFORMATION DURING A DESIGNATED OUTBREAK

**A.** [Identify the individual named in Section I] will verbally inform all employees of the existence and location of this Plan, the circumstances it can be activated, the infectious disease standard, employer policies, and employee rights under the HERO Act.

**B.** When this plan is activated, all personnel will receive training which will cover all elements of this plan and the following topics:

1. The infectious agent and the disease(s) it can cause

2. The signs and symptoms of the disease

3. How the disease can be spread

4. An explanation of this Exposure Prevention Plan

5. The activities and locations at our worksite that may involve exposure to the infectious agent

6. The use and limitations of exposure controls

7. A review of the standard, including employee rights provided under Labor Law, Section 218-B.

**C.** The training will be:

1. Provided at no cost to employees and take place during working hours. If training during normal work hours is not possible, employees will be compensated for the training time (with pay or time off)

2. Appropriate in content and vocabulary to your educational level, literacy, and preferred language –and–

3. Verbally provided in person or through telephonic, electronic, or other means.

14

## V.    PLAN EVALUATIONS DURING A DESIGNATED OUTBREAK

The employer will review and revise the plan periodically, upon activation of the plan, and as often as needed to keep up-to-date with current requirements. Document the plan revisions below:

| Date | Participants | Major Changes | Approved By |
|------|-------------|---------------|-------------|
|      |             |               |             |
|      |             |               |             |
|      |             |               |             |

## VI.   RETALIATION PROTECTIONS AND REPORTING OF ANY VIOLATIONS

No employer, or his or her agent, or person, acting as or on behalf of a hiring entity, or the officer or agent of any entity, business, corporation, partnership, or limited liability company, shall discriminate, threaten, retaliate against, or take adverse action against any employee for exercising their rights under this plan, including reporting conduct the employee reasonably believes in good faith violates the plan or airborne infectious disease concerns to their employer, government agencies or officials or for refusing to work where an employee reasonably believes in good faith that such work exposes him or her, other workers, or the public to an unreasonable risk of exposure, provided the employee, another employee, or representative has notified the employer verbally or in writing, including electronic communication, of the inconsistent working conditions and the employer's failure to cure or if the employer knew or should have known of the consistent working conditions.

Notification of a violation by an employee may be made verbally or in writing, and without limitation to format including electronic communications. To the extent that communications between the employer and employee regarding a potential risk of exposure are in writing, they shall be maintained by the employer for two years after the conclusion of the designation of a high risk disease from the Commissioner of Health, or two years after the conclusion of the Governor's emergency declaration of a high risk disease. Employer should include contact information to report violations of this plan and retaliation during regular business hours and for weekends/other non-regular business hours when employees may be working.

ACKNOWLEDGMENT
I acknowledge that I have received, read, understand, and will abide by the Company's New York Health and Essential Rights Act (NY HERO Act) Plan and Policy. I understand that this policy is not an employment contract and does not change my status as an at-will employee.

Dated: _____

Employee's Signature: _____
____

Employee's Printed Name: _____

GUIDELINES FOR APPROPRIATE CONDUCT:
As an integral member of the Employer's team, you are expected to accept certain responsibilities, adhere to acceptable business principles in matters of personal conduct, and exhibit a high degree of personal integrity at all times. This not only involves sincere respect for the rights and feelings of others but also demands that both in your business and in your personal life you refrain from any behavior that might be harmful to you, your coworkers, and/or the Employer, or that might be viewed unfavorably by current or potential clients or by the public at large. Whether you are on or off duty, your conduct reflects the Employer. You are consequently *encouraged* to observe the highest standard of professionalism at all times.

15

Listed below are some of the rules and regulations of the Employer. This should not be viewed as being all-inclusive. Types of behavior and conduct that the Employer considers inappropriate and which could lead to disciplinary action up to and including immediate termination of employment without prior warning, at the sole discretion of the Employer, include but are not limited to, the following:

➢ Falsifying employment or other Employer records.
➢ Violating the Employer's nondiscrimination and/or sexual harassment policy.
➢ Establishing a pattern of excessive absenteeism or tardiness.
➢ Reporting to work intoxicated or under the influence of non-prescribed drugs.
➢ Bringing or using alcoholic beverages on the Employer's property or drinking alcoholic beverages while engaged in the Employer's business.
➢ Fighting or using obscene, abusive, or threatening language or gestures.
➢ Having unauthorized firearms on the Employer's premises or while on the Employer's official business to the extent permitted by state of
➢ Disregarding safety or security regulations.
➢ Engaging in insubordination.
➢ Engaging in theft.

Any Employee found to be involved in the theft of company property or the property of a customer's location will be prosecuted to the fullest extent of the law. Further, to the extent permitted by law you will be subject to a polygraph test.

If your performance, work habits, overall attitude, conduct, or demeanor become unsatisfactory in the judgment of the Employer, based on violations either of the above or of any other of the Employer's regulations, you will be subject to disciplinary action, up to and including dismissal. Nothing herein should be construed to limit your employment at-will status.

This policy is not intended to interfere with employee communications regarding wages, hours, or other terms and conditions of employment or otherwise interfere with employees' rights under the National Labor Relations Act ("NLRA"). Employees have the right to engage in or refrain from activities protected by the NLRA.

Print: _____    Signed: _____    Date: _____

### SEXUAL HARASSMENT
#### Introduction

The Employer is committed to maintaining a workplace free from sexual harassment. Sexual harassment is a form of workplace discrimination. All employees are required to work in a manner that prevents sexual harassment in the workplace. This Policy is one component of the Employer's commitment to a discrimination-free work environment. Sexual harassment is against the law[1] and all employees have a legal right to a workplace free from sexual harassment and employees are urged to report sexual harassment by filing a complaint internally with the Employer. Employees can also file a complaint with a government agency or in court under federal, state or local antidiscrimination laws.

#### Policy

1. The Employer's policy applies to all employees, applicants for employment, interns, whether paid or unpaid, contractors and persons conducting business, regardless of immigration status, with the Employer. In the remainder of this document, the term "employees" refers to this collective group.
2. Sexual harassment will not be tolerated. Any employee or individual covered by this policy who engages in sexual harassment or retaliation will be subject to remedial and/or disciplinary action (e.g., counseling, suspension, termination).
3. Retaliation Prohibition: No person covered by this Policy shall be subject to adverse action because the employee reports an incident of sexual harassment, provides information, or otherwise assists in any investigation of a sexual harassment complaint. The Employer will not tolerate such retaliation against anyone who, in good faith, reports or provides information about suspected sexual harassment. Any employee of the Employer who retaliates against anyone involved in a sexual harassment investigation will be subjected to disciplinary action, up to and including termination. All employees, paid or unpaid interns, or non-employees[2] working in the workplace who believe they have been subject to such retaliation should inform a supervisor, manager, or the Human Resources Department. All employees, paid or unpaid interns or non-employees

---

[1] While this policy specifically addresses sexual harassment, harassment because of and discrimination against persons of all protected classes is prohibited. In New York State, such classes include age, race, creed, color, national origin, sexual orientation, military status, sex, disability, marital status, domestic violence victim status, gender identity, reproductive health decisions, and other protected characteristics.

[2] A non-employee is someone who is (or is employed by) a contractor, subcontractor, vendor, consultant, or anyone providing services in the workplace. Protected non-employees include persons commonly referred to as independent contractors, "gig" workers and temporary workers. Also included are persons providing equipment repair, cleaning services or any other services provided pursuant to a contract with the Employer.

16

who believe they have been a target of such retaliation may also seek relief in other available forums, as explained below in the section on Legal Protections.

4. Sexual harassment is offensive, is a violation of our policies, is unlawful, and may subject the Employer to liability for harm to targets of sexual harassment. Harassers may also be individually subject to liability. Employees of every level who engage in sexual harassment, including managers and supervisors who engage in sexual harassment or who allow such behavior to continue, will be penalized for such misconduct.

5. The Employer will conduct a prompt and thorough investigation that ensures due process for all parties, whenever management receives a complaint about sexual harassment, or otherwise knows of possible sexual harassment occurring. The Employer will keep the investigation confidential to the extent possible. Effective corrective action will be taken whenever sexual harassment is found to have occurred. All employees, including managers and supervisors, are required to cooperate with any internal investigation of sexual harassment.

6. All employees are encouraged to report any harassment or behaviors that violate this policy. The Employer will provide all employees a complaint form for employees to report harassment and file complaints.

7. Managers and supervisors are **required** to report any complaint that they receive, or any harassment that they observe or become aware of to the Human Resources Department.

8. This policy applies to all employees, paid or unpaid interns, and non-employees and all must follow and uphold this policy. This policy must be provided to all employees and should be posted prominently in all work locations to the extent practicable (for example, in a main office, not an offsite work location) and be provided to employees upon hiring.

What Is "Sexual Harassment"?

Sexual harassment is a form of sex discrimination and is unlawful under federal, state, and (where applicable) local law. Sexual harassment includes harassment on the basis of sex, sexual orientation, self-identified or perceived sex, gender expression, gender identity, the status of being transgender, and reproductive health decisions.

Sexual harassment includes unwelcome conduct which is either of a sexual nature, or which is directed at an individual because of that individual's sex when:

- Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment, even if the reporting individual is not the intended target of the sexual harassment;
- Such conduct is made either explicitly or implicitly a term or condition of employment; or
- Submission to or rejection of such conduct is used as the basis for employment decisions affecting an individual's employment.

A sexually harassing hostile work environment includes, but is not limited to, words, signs, jokes, pranks, intimidation or physical violence which are of a sexual nature, or which are directed at an individual because of that individual's sex. Sexual harassment also consists of any unwanted verbal or physical advances, sexually explicit derogatory statements or sexually discriminatory remarks made by someone which are offensive or objectionable to the recipient, which cause the recipient discomfort or humiliation, which interfere with the recipient's job performance.

Sexual harassment also occurs when a person in authority tries to trade job benefits for sexual favors. This can include hiring, promotion, continued employment or any other terms, conditions or privileges of employment. This is also called "quid pro quo" harassment.

Any employee who feels harassed should report so that any violation of this policy can be corrected promptly. Any harassing conduct, even a single incident, can be addressed under this policy.

*Examples of sexual harassment*
The following describes some of the types of acts that may be unlawful sexual harassment and that are strictly prohibited:

- Physical acts of a sexual nature, such as:
  - Touching, pinching, patting, kissing, hugging, grabbing, brushing against another employee's body or poking another employee's body;
  - Rape, sexual battery, molestation or attempts to commit these assaults.
- Unwanted sexual advances or propositions, such as:
  - Requests for sexual favors accompanied by implied or overt threats concerning the target's job performance evaluation, a promotion or other job benefits or detriments;
  - Subtle or obvious pessure for unwelcome sexual activities.

17

- Sexually oriented gestures, noises, remarks or jokes, or comments about a person's sexuality or sexual experience, which create a hostile work environment.
- Sex stereotyping occurs when conduct or personality traits are considered inappropriate simply because they may not conform to other people's ideas or perceptions about how individuals of a particular sex should act or look.
- Sexual or discriminatory displays or publications anywhere in the workplace, such as:
  - Displaying pictures, posters, calendars, graffiti, objects, promotional material, reading materials or other materials that are sexually demeaning or pornographic. This includes such sexual displays on workplace computers or cell phones and sharing such displays while in the workplace.
- Hostile actions taken against an individual because of that individual's sex, sexual orientation, gender identity and the status of being transgender, such as:
  - Interfering with, destroying or damaging a person's workstation, tools or equipment, or otherwise interfering with the individual's ability to perform the job;
  - Sabotaging an individual's work;
  - Bullying, yelling, name-calling.

*Reproductive health decision rights*
The Employer shall not:
- Access personal information about the reproductive health decision-making of an employee or a dependent, unless the employee provides prior informed written consent;
- Discriminate or take retaliatory personnel action against an employee on the basis of the reproductive health decision-making of the employee or a dependent; or
- Require an employee to file a waiver or other document that purports to deny an employee the right to make their own reproductive health decisions

*Who can be a target of sexual harassment?*
Sexual harassment can occur between any individuals, regardless of their sex or gender. New York Law protects employees, paid or unpaid interns, and non-employees, including independent contractors, and those employed by companies contracting to provide services in the workplace. Harassers can be a superior, a subordinate, a coworker or anyone in the workplace including an independent contractor, contract worker, vendor, client, customer or visitor.

*Where can sexual harassment occur?*
Unlawful sexual harassment is not limited to the physical workplace itself. It can occur while employees are traveling for business or at employer sponsored events or parties. Calls, texts, emails, and social media usage by employees can constitute unlawful workplace harassment, even if they occur away from the workplace premises, on personal devices or during non-work hours.

<u>Retaliation</u>
Unlawful retaliation can be any action that could discourage a worker from coming forward to make or support a sexual harassment claim. Adverse action need not be job-related or occur in the workplace to constitute unlawful retaliation (e.g., threats of physical violence outside of work hours).

Such retaliation is unlawful under federal, state, and (where applicable) local law. The New York State Human Rights Law protects any individual who has engaged in "protected activity." Protected activity occurs when a person has:
- made a complaint of sexual harassment, either internally or with any anti-discrimination agency;
- testified or assisted in a proceeding involving sexual harassment under the Human Rights Law or other anti-discrimination law;
- opposed sexual harassment by making a verbal or informal complaint to management, or by simply informing a supervisor or manager of harassment;
- reported that another employee has been sexually harassed; or
- encouraged a fellow employee to report harassment.

Even if the alleged harassment does not turn out to rise to the level of a violation of law, the individual is protected from retaliation if the person had a good faith belief that the practices were unlawful. However, the retaliation provision is not intended to protect persons making intentionally false charges of harassment.

<u>Reporting Sexual Harassment</u>
**Preventing sexual harassment is everyone's responsibility.** The Employer cannot prevent or remedy sexual harassment unless it knows about it. Any employee, paid or unpaid intern or non-employee who has been subjected to behavior that may constitute sexual harassment is encouraged to report such behavior to a supervisor, manager or the Human Resources Department. Anyone who

witnesses or becomes aware of potential instances of sexual harassment should report such behavior to a supervisor, manager or the Human Resources Department

Reports of sexual harassment may be made verbally or in writing. A form for submission of a written complaint is attached to this Policy, and all employees are encouraged to use this complaint form. Employees who are reporting sexual harassment on behalf of other employees should use the complaint form and note that it is on another employee's behalf.

Employees, paid or unpaid interns or non-employees who believe they have been a target of sexual harassment may also seek assistance in other available forums, as explained below in the section on Legal Protections.

<u>Supervisory Responsibilities</u>

All supervisors and managers who receive a complaint or information about suspected sexual harassment, observe what may be sexually harassing behavior or for any reason suspect that sexual harassment is occurring, **are required** to report such suspected sexual harassment to the Human Resources Department.

In addition to being subject to discipline if they engaged in sexually harassing conduct themselves, supervisors and managers will be subject to discipline for failing to report suspected sexual harassment or otherwise knowingly allowing sexual harassment to continue.

Supervisors and managers will also be subject to discipline for engaging in any retaliation.

<u>Complaint and Investigation of Sexual Harassment</u>

*All* complaints or information about sexual harassment will be investigated, whether that information was reported in verbal or written form. Investigations will be conducted in a timely manner, and will be confidential to the extent possible.

An investigation of any complaint, information or knowledge of suspected sexual harassment will be prompt and thorough, commenced immediately and completed as soon as possible. The investigation will be kept confidential to the extent possible. All persons involved, including complainants, witnesses and alleged harassers will be accorded due process, as outlined below, to protect their rights to a fair and impartial investigation.

Any employee may be required to cooperate as needed in an investigation of suspected sexual harassment. The Employer will not tolerate retaliation against employees who file complaints, support another's complaint or participate in an investigation regarding a violation of this policy.

While the process may vary from case to case, investigations should be done in accordance with the following steps:

- Upon receipt of complaint, the Human Resources Department will conduct an immediate review of the allegations, and take any interim actions (e.g., instructing the respondent to refrain from communications with the complainant), as appropriate. If complaint is verbal, encourage the individual to complete the "Complaint Form" in writing. If he or she refuses, prepare a Complaint Form based on the verbal reporting.
- If documents, emails or phone records are relevant to the investigation, take steps to obtain and preserve them.
- Request and review all relevant documents, including all electronic communications.
- Interview all parties involved, including any relevant witnesses.
- Create a written documentation of the investigation (such as a letter, memo or email), which contains the following:
  - A list of all documents reviewed, along with a detailed summary of relevant documents;
  - A list of names of those interviewed, along with a detailed summary of their statements;
  - A timeline of events;
  - A summary of prior relevant incidents, reported or unreported; and
  - The basis for the decision and final resolution of the complaint, together with any corrective action(s).
- Keep the written documentation and associated documents in a secure and confidential location.
- Promptly notify the individual who reported and the individual(s) about whom the complaint was made of the final determination and implement any corrective actions identified in the written document.
- Inform the individual who reported of the right to file a complaint or charge externally as outlined in the next section.

<u>Legal Protections And External Remedies</u>

Sexual harassment is not only prohibited by the Employer but is also prohibited by state, federal, and, where applicable, local law.

19

Aside from the internal process at the Employer, employees may also choose to pursue legal remedies with the following governmental entities. While a private attorney is not required to file a complaint with a governmental agency, you may seek the legal advice of an attorney.

In addition to those outlined below, employees in certain industries may have additional legal protections.

*State Human Rights Law (HRL)*
The Human Rights Law (HRL), codified as N.Y. Executive Law, art. 15, § 290 et seq., applies to all employers in New York State with regard to sexual harassment, and protects employees, paid or unpaid interns and non-employees, regardless of immigration status.  A complaint alleging violation of the Human Rights Law may be filed either with the Division of Human Rights (DHR) or in New York State Supreme Court.

Complaints with DHR may be filed any time **within three years** of the harassment.  If an individual did not file at DHR, they can sue directly in state court under the HRL, **within three years** of the alleged sexual harassment.  An individual may not file with DHR if they have already filed an HRL complaint in state court.

Complaining internally to the Employer does not extend your time to file with DHR or in court.  The three years is counted from date of the most recent incident of harassment.

You do not need an attorney to file a complaint with DHR, and there is no cost to file with DHR.

DHR will investigate your complaint and determine whether there is probable cause to believe that sexual harassment has occurred.  Probable cause cases are forwarded to a public hearing before an administrative law judge.  If sexual harassment is found after a hearing, DHR has the power to award relief, which varies but may include requiring your employer to take action to stop the harassment, or redress the damage caused, including paying of monetary damages, attorney's fees and civil fines.

DHR's main office contact information is: NYS Division of Human Rights, One Fordham Plaza, Fourth Floor, Bronx, New York 10458.  You may call (718) 741-8400 or visit: www.dhr.ny.gov.

Contact DHR at (888) 392-3644 or visit dhr.ny.gov/complaint for more information about filing a complaint.  The website has a complaint form that can be downloaded, filled out, notarized and mailed to DHR.  The website also contains contact information for DHR's regional offices across New York State.

*Civil Rights Act of 1964*
The United States Equal Employment Opportunity Commission (EEOC) enforces federal anti-discrimination laws, including Title VII of the 1964 federal Civil Rights Act (codified as 42 U.S.C. § 2000e et seq.).  An individual can file a complaint with the EEOC anytime within 300 days from the harassment.  There is no cost to file a complaint with the EEOC.  The EEOC will investigate the complaint, and determine whether there is reasonable cause to believe that discrimination has occurred, at which point the EEOC will issue a Right to Sue letter permitting the individual to file a complaint in federal court.

The EEOC does not hold hearings or award relief, but may take other action including pursuing cases in federal court on behalf of complaining parties.  Federal courts may award remedies if discrimination is found to have occurred.  In general, private employers must have at least 15 employees to come within the jurisdiction of the EEOC.

An employee alleging discrimination at work can file a "Charge of Discrimination."  The EEOC has district, area, and field offices where complaints can be filed.  Contact the EEOC by calling 1-800-669-4000 (TTY: 1-800-669-6820), visiting their website at www.eeoc.gov or via email at info@eeoc.gov.

If an individual filed an administrative complaint with DHR, DHR will file the complaint with the EEOC to preserve the right to proceed in federal court.

*Local Protections*
Many localities enforce laws protecting individuals from sexual harassment and discrimination. An individual should contact the county, city or town in which they live to find out if such a law exists. For example, employees who work in New York City may file complaints of sexual harassment with the New York City Commission on Human Rights. Contact their main office at Law Enforcement Bureau of the NYC Commission on Human Rights, 40 Rector Street, 10th Floor, New York, New York; call 311 or (212) 306-7450; or visit www.nyc.gov/html/cchr/html/home/home.shtml.

20

*Contact the Local Police Department*
If the harassment involves unwanted physical touching, coerced physical confinement or coerced sex acts, the conduct may constitute a crime. Contact the local police department.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____ Signed: _____ Date: _____

## OTHER TYPES OF HARASSMENT

Harassment on the basis of any legally protected status is prohibited, including harassment based on: race, color, religion, sex, pregnancy (including lactation, childbirth or related medical conditions), sexual orientation, gender identity, reproductive health decisions, age (40 and over), national origin or ancestry, physical or mental disability, genetic information (including testing and characteristics), veteran status, uniformed servicemember status or any other status protected by federal, state or local law. Prohibited harassment may include behavior similar to the illustrations above pertaining to sexual harassment.  It also includes, but is not limited to:

- Verbal conduct including taunting, jokes, threats, epithets, derogatory comments or slurs based on an individual's protected status;
- Visual and/or written conduct including derogatory posters, photographs, calendars, cartoons, drawings, websites, emails, text messages or gestures based on an individual's protected status; and
- Physical conduct including assault, unwanted touching or blocking normal movement because of an individual's protected status.

### *Complaint Procedure*

Any applicant or employee who believes that he or she has been subjected to prohibited harassment or retaliation by a co-worker, supervisor, manager, client, visitor, vendor, customer or temporary or seasonal worker of the Employer, or who believes another individual has been subject to such conduct, should report it immediately. Applicants and employees are encouraged to report concerns, even if they relate to incidents in the past, involve individuals who are no longer affiliated with the Employer, or concern conduct occurring outside of work if it impacts the individual at work.

Complaints can be made verbally, or in writing, to the highest-ranking on-site supervisor or manager or to any Human Resources Representative, Nancy, 1-516-825-4461, ngpksys@optonline.net.  Employees are not required to report any prohibited conduct to a supervisor or manager who may be hostile, who has engaged in such conduct, who is a close associate of the person who has engaged in such conduct, or with whom the employee is uncomfortable discussing such matters.

Employees are encouraged, but not required, to communicate to the offending person that his/her conduct is offensive and unwelcome.  Any supervisor or manager who receives a complaint of harassment or retaliation must immediately report the allegation to Human Resources.

After a report is received, a thorough and objective investigation will be undertaken.  Confidentiality will be maintained to the extent practical and permitted by law.  Investigations will be conducted as confidentially as possible and related information will only be shared with others on a need-to-know basis.  The investigation will be completed and a determination made and communicated to the employee as soon as practical.

If a complaint of prohibited harassment or discrimination is substantiated, appropriate disciplinary action, up to and including termination of employment, will be taken.  If a complaint cannot be substantiated, the Company may take appropriate action to reinforce its commitment to providing a work environment free from harassment.

The Equal Employment Opportunity Commission ("EEOC") and equivalent state agencies will accept and investigate charges of unlawful discrimination and harassment at no charge to the complaining party.  The nearest office of the EEOC and equivalent state agencies can be found in your local telephone directory or online at www.eeoc.gov.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____ Signed: _____ Date: _____

## PARKING SYSTEMS PLUS
## SEXUAL HARASSMENT AND DISCRIMINATION COMPLAINT FORM

21

New York State Labor Law requires all employers to adopt a sexual harassment and discrimination prevention policy that includes a complaint form to report alleged incidents of sexual harassment or discrimination.

If you believe that you have been subjected to sexual harassment or any other form of discrimination, you are encouraged to complete this form and submit it to Human Resources. You will not be retaliated against for filing a complaint.

If you are more comfortable reporting verbally or in another manner, your employer should complete this form, provide you with a copy and follow its sexual harassment prevention policy by investigating the claims as outlined at the end of this form.

For additional resources, visit: ny.gov/programs/combating-sexual-harassment-workplace

COMPLAINANT INFORMATION

Name: _____

Work Address: _____    Work Phone: _____

Job Title: _____    Email: _____

Select Preferred Communication Method:    ☐ Email  ☐ Phone  ☐ In person

SUPERVISORY INFORMATION

Immediate Supervisor's Name: _____

Title: _____

Work Phone: _____    Work Address: _____

COMPLAINT INFORMATION

1.  Your complaint of Sexual Harassment and/or discrimination is made about:

Name: _____    Title: _____

Work Address: _____    Work Phone: _____

Relationship to you: ☐ Supervisor  ☐ Subordinate  ☐ Co-Worker  ☐ Other

2.  Please describe what happened and how it is affecting you and your work. Please use additional sheets of paper if necessary and attach any relevant documents or evidence.

3.  Date(s) sexual harassment and/or discrimination occurred: _____

Is the sexual harassment and/or discrimination continuing? ☐ Yes ☐ No

4.  Please list the name and contact information of any witnesses or individuals who may have information related to your complaint:

*The last question is optional, but may help the investigation.*

5.  Have you previously complained or provided information (verbal or written) about related incidents? If yes, when and to whom did you complain or provide information?

If you have retained legal counsel and would like us to work with them, please provide their contact information.

Signature: _____    Date: _____

## WORKPLACE SEARCHES:

To safeguard the property of our employees and that of our client companies, the Employer and the client you are assigned to, reserve the right to question employees and all other persons entering and leaving our premises, and or our customers' premises, and to inspect any packages, parcels, purses, handbags, briefcases, lunch boxes, car or any other possessions or articles carried to and from the Employer's or one of our client's premises. In addition, the Employer reserves the right to search any employee's office, desk, car, files, locker, or any other area or article on our premises or our clients' premises. Inspections may be conducted at any time at the discretion of the Employer or its clients.

Persons entering the premises who refuse to cooperate with an inspection conducted pursuant to this policy will not be permitted to enter the premises. Employees working on or entering or leaving the premises who refuse to cooperate in an inspection, as well as employees who after an inspection are believed to be in possession of stolen property or illegal drugs, will be sent immediately to the manager and be subject to disciplinary action up to and including discharge if after investigation they found to be in violation of the Employer's or its clients' security procedures.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____ Signed: _____ Date: _____

## RECORDING YOUR HOURS:

It is the policy of the Employer to comply with applicable laws that require records to be maintained of the hours worked by our employees. To ensure that accurate records are kept of the hours that you actually worked, and to ensure that you are paid in a timely manner, you are obligated to report yours hours worked for each day of work to the Employer. In order to do so, the Employer has provided a sample time sheet at the end of this application.

Employees are prohibited from beginning work before regular working hours or ending work after regular working hours, working during an unpaid meal or other break, and performing any other extra or overtime work unless the employees have prior written authorization from their supervisors and they record the hours of work in accordance with the Company's timekeeping policy.

## PAY PROCEDURES:

You will be paid by check every two weeks. This check represents your pay for the period ending the previous two weeks. Paychecks will reflect your earnings and deductions of appropriate Federal, State and City taxes. The law requires the Employer to make these deductions. Every effort is made to avoid errors in the employee's pay. Please review your paycheck for errors. If you believe an error has been made, report it to your supervisor immediately. Your supervisor will assist you in taking the steps necessary to correct the error. If not satisfied with your supervisor's response, you can call 516 825-4661 and ask for the payroll department. Any adjustments that need to be made will be included in your next paycheck. You have thirty (30) days from receipt of this check to report the error. Failure to follow this procedure will result in a waiver of claim. If you believe that you have not been paid for all time worked, the same procedures as outlined above should be followed. Your failure to contest the Employer's calculations of time worked will be deemed an admission that the Employer's calculations are true and accurate.

## RATES OF PAY

At the commencement of your employment an hourly rate of pay will be provided to you. You will not earn less than the basic minimum hourly rate set forth below in the miscellaneous wage order.

## LUNCH BREAK

New York meal and rest laws are governed by New York Labor Law §162. To qualify for an unpaid break, a work shift must last longer than six hours. Subject to the exceptions below, meal breaks will be offered to employees as follows:

Employees are entitled to receive a 30-minute unpaid meal period between 11 a.m. and 2 p.m. if the shift covers that period.

Employees are entitled to receive a 45–minute unpaid meal period halfway through their shift if the shift beginning between 1 p.m. and 6 a.m. Employees are entitled to an additional 20-minute break between 5 p.m. and 7 p.m. if their work shift begins before 11 a.m. and

23

ends after 7 p.m. The Company automatically deducts 30 minutes for lunch from the total hours you work each day. If you were unable to take your lunch, after punching out at the end of the day, you must notify your supervisor so that pay is not improperly deducted. If you fail to notify your supervisor, it will be assumed that you have taken lunch that day and your pay will reflect that.  You must clock in and out for your meal period. You are to be completely relieved of your job responsibilities during this 30-minute meal period.

## BASIC HOURLY RATES

Your rate of pay will be established at the commencement of your employment. You will be paid a rate based on the location of your assignment.  Your rate of pay will not be below the basic minimum hourly rate established by the NY wage order for the Miscellaneous Industry as set forth below

## SERVICE FEES

Services Fees are not tips.  The Employer charges service fees at various locations that it services.  From time to time, you may be assigned to one of these locations. If you are assigned to one of these locations, you will be responsible for collecting the service fee on behalf of the Employer.  This service fee is not considered a gratuity but a fee to be retained in its entirety by the Employer. Any additional monies received by an attendant from a customer over and above the service fee will be considered a gratuity to be kept by the employee individually or to be shared voluntarily in accordance with a tip-pooling arrangement entered into between co-employees.

## WAGE SUMMARY ORDER MISCELLANEOUS INDUSTRY

Effective 12/30/21 the $15.00 per hr.

minimum wage paid to all employees is

| BASIC MINIMUM HOURLY RATE (per hour) | |
|---|---|
| ...as of | 01/01/24 |
| NYC | $16.00 |
| Long Island & Westchester | $16.00 |
| Remainder of New York State | TBD |

## SEVERABILITY

This agreement and all provisions herein are subject to all applicable laws, and in the event any provision of this agreement is held to violate such laws, said provision shall no bind either of the parties, but the remainder of this agreement shall remain in full force and effect, as if the invalid or illegal provision had not been a part of this agreement.

Print: _____   Signed: _____   Date: _____

24



**Notice and Acknowledgement of Pay Rate and Payday**

Under Section 195.1 of the New York State Labor Law
Notice for Multiple Hourly Rate Employees

**1. Employer Information**

Name:
Preferred Payment Systems

Doing Business As (DBA) name(s):

FEIN (optional):

Physical Address:
28 Fourth Street
Valley Stream, NY 11581

Mailing Address:
PO Box 160
Valley Stream, NY 11582

Phone: (516) 825-4661

**2. Notice given:**

☐ At hiring

☐ Before a change in pay rate (s),
   allowances claimed or payday

**3. Employee's rate(s) of pay:**

NYC:                        $15.00 per hour
LI & Westchester:           $14.00 per hour
Remainder of New York State: $12.50 per hour

**4. Allowances taken:**

☐ None
☐ Tips _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** _____

**6. Pay is:**

☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate(s) for each type of work or shift:**

This must be at least 1½ times the worker's weighted average of the multiple rates of pay for the week, with few exceptions. The weighted average is the total regular pay divided by the total hours worked in the week. The overtime rate may vary from week to week depending on how many hours you worked at each rate of pay. The overtime rate may vary from week to week.

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday on the date given below. I told my employer what my primary language is.

Check one:

☐ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

_____
Print Employee's Name

_____
Employee's Signature

_____
Date

_____
Preparer's Name and Title

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years.**

LS 55 (4/12)

25

**NEW YORK**
STATE OF OPPORTUNITY.

**Notice and Acknowledgement of Pay Rate and Payday/Aviso y reconocimiento de la tarifa de pago y del día de pago**
Under Section 195.1 of the New York State Labor Law/En virtud del Artículo 195.1 de la Ley de Trabajo del estado de Nueva York
**Notice for Multiple Hourly Rate Employees/Aviso para los empleados con tarifas múltiples por hora**

1. **Employer information/Información del empleador**

Name/Nombre:

Doing Business As (DBA) name(s)/Nombre comercial:

FEIN (optional)/FEIN (opcional):

Physical Address/Dirección física:

Mailing Address/Dirección postal:

Phone/Teléfono:

2. **Notice given/Aviso entregado:**
☐ At hiring/En la contratación
☐ Before a change in pay rate(s), allowances claimed or payday/Antes del cambio en la tarifa de pago, asignaciones reclamadas o día de pago

3. **Employee's rate(s) of pay for each type of work or shift/Tarifa de pago del empleado por cada tipo de trabajo o turno:**
$_____ per hour for/por hora por _____
$_____ per hour for/por hora por _____
$_____ per hour for/por hora por _____

4. **Allowances taken/Asignaciones tomadas:**
☐ None/Ninguna
☐ Tips/Propinas _____ per hour/por hora
☐ Meals/Comidas _____ per meal/por comida
☐ Lodging/Alojamiento _____
☐ Other/Otro _____

5. **Regular payday/Día de pago regular:** _____

6. **Pay is/El pago es:**
☐ Weekly/Semanal
☐ Bi-weekly/Bisemanal
☐ Other/Otro

7. **Overtime Pay Rate(s) for each type of work or shift/Tarifa de pago de horas extras por cada tipo de trabajo o turno:**

This must be at least 1½ times the worker's weighted average of the multiple rates of pay for the week, with few exceptions. The weighted average is the total regular pay divided by the total hours worked in the week. The overtime rate may vary from week to week, depending on how many hours you worked at each rate of pay. The overtime rate may vary from week to week/Esto debe ser por lo menos 1 ½ veces el promedio ponderado del trabajador de las múltiples tarifas de pago por semana, con algunas excepciones. El promedio ponderado es el pago regular total dividido por las horas totales trabajadas en la semana. La tarifa de horas extras puede variar de semana a semana según cuántas horas trabajó usted a cada tarifa de pago. La tarifa de horas extras puede variar de semana a semana.

8. **Employee Acknowledgement/Aceptación del empleado:**
On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday on the date given below. I told my employer what my primary language is./En este día, he sido notificado sobre mi tarifa de pago, la tarifa de horas extras (si soy elegible), las asignaciones y el día de pago designado en la fecha que se presenta a continuación. Le informé a mi empleador cuál es mi idioma principal.

**Check one/Seleccione una opción:**
☐ My primary language is/Mi idioma principal es:_____
☐ I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language./Se me proporcionó este aviso de pago en inglés únicamente porque el Departamento de Trabajo aún no ofrece el formulario de aviso de pago en mi idioma principal.

Print Employee's Name/Nombre del empleado en letra de molde

Employee's Signature/Firma del empleado

Date/Fecha

Preparer's Name and Title/Nombre y puesto del preparador

**The employee must receive a signed copy of this form. The employer must keep the original for 6 years./El empleado debe recibir copia firmada de este formulario. El empleador debe conservar el original durante 6 años.**

**Please note:** It is unlawful for an employee to be paid less than an employee of the opposite sex for equal work. Employers also may not prohibit employees from discussing wages with their co-workers./Tenga en cuenta lo siguiente: Es ilegal que a un empleado se le pague menos que a un empleado del sexo opuesto por el mismo trabajo. Los empleadores tampoco les pueden prohibir a los empleados que hablen de sus salarios con los compañeros de trabajo.

LS 55S (01/17)

26

### Family and Medical Leave

This policy is intended to implement the terms of the Family and Medical Leave Act (FMLA). Eligible employees are entitled to family and medical leave on the terms and conditions stated in this policy, under regulations issued by the U.S. Department of Labor (DOL) under the FMLA, and as contained in the Employer's other applicable leave policies. Although explained in more detail below, in general, the FMLA provides eligible employees with up to 12 workweeks of unpaid leave for certain family and medical reasons during a 12-month period. During this leave, an eligible employee is entitled to continued group health plan coverage as if the employee had continued to work. At the conclusion of the leave, subject to some exceptions, a employee generally has a right to return to the same or to an equivalent position.

**Definitions**:

"Spouse" means all legally married couples, whether opposite-sex or same-sex. An eligible employee in a legal marriage who resides in a State that recognizes the employee's marriage will have consistent federal family leave rights. "Eligible Employee" means individual who has been employed by the Employer for at least 12 months (which need not be consecutive), has worked for at least 1,250 hours during the 12-month period immediately preceding the commencement of the requested leave; and is employed at a worksite with at least 50 employees within 75 miles of the worksite.

"FMLA Leave" means leave that qualifies under the Family and Medical Leave Act of 1993, as amended by the National Defense Authorization Act of 2088, Pub. L. 110-181, and the DOL's regulations, and which is designated by The Employer as so qualifying.

"Leave Year" means the 12-month period measured backward from the date each employee's leave commenced.

"Serious health condition" means an injury, illness, impairment, or physical or mental condition that involves either inpatient care or continuing treatment by a health care provider with healthcare incapacity for more than three full consecutive calendar days, <u>and</u> either (a) two (2) in-person visits with a provider <u>or</u> (b) one (1) in-person visit with a healthcare provider with a regimen of continuing treatment, provided that the in-person visits to the healthcare provider must be within seven (7) days of the onset of leave.

"Inpatient Care" means an overnight stay in a hospital, hospice, or residential medical care facility, including a period of incapacity or any subsequent treatment in connection with the inpatient care.

"Continuing Treatment" includes one or more of the following:

   a.   A period of incapacity of more than three (3) consecutive, full calendar days and any subsequent treatment or period of incapacity relating to the same condition that also involves:

   i.   Treatment by a health care provider two (2) or more times within 30 days of the first day of incapacity; or
   ii.   Treatment by a health care provider on a t least one occasion, which results in a regimen of continuing treatment under the supervision of a health care provider.

   b.   A period of incapacity due to pregnancy or prenatal care.

   c.   A period of incapacity or treatment for such incapacity due to a chronic serious health condition.

   d.   A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective; or

27

     e.   Any period of absence to receive multiple treatments by a health care provider.

"Son or daughter" for purposes of FMLA leave taken for birth or adoption or to care for a family member with a serious health condition, means a biological, adopted, or foster child, a stepchild, a legal ward or a child of a person standing in loco parentis, who is either under 18 years of age or is incapable of self-care because of a mental or physical disability. "Son or daughter of a Covered Service Member" means the service member's biological, adopted, or foster child, stepchild, legal ward, or a child for whom the service member stood in loco parentis, and who is of any age. Persons who are "in loco parentis" include those with day-to-day responsibilities to care for and financially support a child, or, in the case of a employee, who had such responsibilities for the employee when the employee was a child. A biological or legal relationship is not necessary.

"Incapable of self-care" means that the son or daughter requires active assistance or supervision to provide daily self-care in three or more of the following activities of daily living: grooming, hygiene, bathing, dressing, eating, cooking, cleaning, shopping, taking public transportation, paying bills, maintaining a residence, using the telephone and directories, and using a post office.

"Parent" means a employee's biological parent or an individual who has day-to-day care giving and financial support responsibilities to the employee when the employee was a child.

"Qualifying Paid Leave" is leave that leave which has been accrued, such as personal time or vacation time, and which would otherwise be available to the employee for the purpose for which the FMLA leave is taken. "Covered Service Member: means a member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness.

"Covered Military Member" means the employee's spouse, son, daughter, or parent on active duty or call to active-duty status.

"Active duty or call to active duty means duty under a call or order to active duty (or notification of an impending call or order to active duty) in support of a contingency operation as either a member of the reserve components, or a retired member of the Armed Forces or Reserve.

"Serious Injury or Illness", in the case of a member of the Armed Forces, including a member of the National Guard or Reserves, means an injury or illness incurred by the member in line of duty on active duty in the Armed Forces that may render the member medically unfit to perform the duties of the member's office, grade, rank, or rating.

"Qualifying Exigency" means on or more of the following circumstances:

     a.   <u>Short-notice deployment</u> – to address any issues that may arise due to the fact that Covered Military Member received notice of the deployment seven (7) or less calendar days prior to the date of deployment.

     b.   <u>Military events and related activities</u> – to attend any official ceremony, program, or event sponsored by the military that is related to the Covered Military Member's active duty; or to attend family support or assistance programs and informational briefings sponsored by the military.

     c.   <u>Childcare and school activities</u> – to arrange for alternative childcare; to provide childcare on an urgent or immediate basis; to enroll or transfer a child to a new school; and to attend meetings with school staff that are made necessary by the Covered military Member's active duty or call to active duty;

     d.   <u>Financial and legal arrangements</u> – to make or update financial or legal arrangements related to the

Covered Military Member's absence while on active duty; and to act as the Covered Military Member's representative with regard to obtaining, arranging or appealing military benefits.

e.  <u>Counseling</u> – to attend counseling sessions related to the Covered Military Member's deployment or active duty status.

f.  <u>Rest and recuperation</u> – to spend up to five (5) days with the Covered Military Member who is on

short-term, temporary rest and recuperation leave;

g.  <u>Post-deployment activities</u> – to attend ceremonies and reintegration briefings for a period of 90 days following the termination of the Covered Military Member's active-duty status; and to address issues arising from the death of a Covered Military Member; and/or

h.  <u>Other activities</u> that The Employer and employee agree qualify as an exigency.

**Events Which May Entitle A employee to FMLA Leave**

FMLA Leave may be taken for any of , or for a combination of , the following reasons:

A.  An eligible employee is entitled to a total of <u>12 weeks</u> of unpaid leave during each Leave Year in the event of one or more of the following:

- The birth, adoption, or placement for foster care of a son or daughter of the employee and to care for such child. (This leave must be taken during the 12-month period following the birth or placement.)

- To care for a qualifying family member of the employee, *i.e.*, the employee's spouse, son, daughter, or parent (but not in-law) with a serious health condition, if the employee is needed to care for such family member.

- The employee's own serious health condition makes the employee unable to perform one or more of the essential functions of his or her job.

- Any "Qualifying Exigency" arising out of a employee's spouse, parent, son, or daughter is on active duty in the Armed Forces in support of a contingency operation.

B.  An Eligible Employee is entitled to a total of <u>26-weeks</u> of unpaid leave during a single 12-month period to care for a parent, son, daughter, spouse or next of kin who is a Covered Service Member, regardless of whether the employee has taken leave for another FMLA qualifying reason in the past 12-months.

Any leave taken under any one or more of these circumstances in A or B above will be counted against the employee's total entitlement to FMLA leave for that Leave Year.

When both spouses are employed by the Employer , they are together entitled to a combined total of 12 workweeks of FMLA leave within the designated 12-month period for the birth, adoption or foster care placement of a son or daughter with the employees, for aftercare of the newborn or newly placed son or daughter, and to care for a parent (but not in-law) with a serious health condition. For injured Service Member leave, the employee and their spouse may be limited to a combined total of 26 weeks of leave in a 12-month period, including any other FMLA leaves in this paragraph.

Each spouse may be entitled to additional FMLA leave for other FMLA qualifying reasons (i.e., the difference between the leave taken individually for any of the above reasons and 12 workweeks, but not more than a total of 12 work weeks per person.) For example, if each spouse took 6 weeks of leave to care for a newborn son or daughter, each could later use an additional 6 weeks due to his/her own serious health condition or to care for a son or daughter with a serious health condition.

**Intermittent or Reduced Work Schedule Leave**

Intermittent leave is leave taken in separate blocks of time. A reduced work schedule leave is a leave schedule that reduces an employee's usual number of hours per workweek or hours per workday.

Leave to care for a newborn or for a newly placed son or daughter, leave because of an employee's own serious health condition, or leave to care for a employee's spouse, son or daughter or parent with a serious health condition, may be taken all at once or, where medically necessary, intermittently or on a reduced work schedule.

If a employee takes leave intermittently or on a reduced work schedule basis, the employee must, when requested, attempt to schedule the leave so as not to unduly disrupt the Employer's operations. When an employee takes intermittent or reduced work schedule leave for foreseeable planned medical treatment, the Employer may temporarily transfer the employee to an alternative position with equivalent pay and benefits, including a part-time position, for which the employee is qualified, and which better accommodate recurring periods of leave.

Every employee is obligated to make a reasonable effort to schedule medical treatment so as not to unduly interrupt the Employer's operations. Any employee who needs an intermittent or reduced schedule leave shall apply for such leave on a form supplied by the Employer at the time described above. The employee shall also, within the time limits set forth, furnish the Employer with the proper medical certification, which will be supplied by The Employer, regarding the need for such intermittent or reduced schedule leave. As in the case for other FMLA leaves, The Employer may require a second or third medical certification. Prior to the commencement of any intermittent or reduced schedule leave, the employee requesting intermittent or reduced scheduled leave must advise the Employer of the reasons why the intermittent/reduced scheduled leave is necessary and of the schedule for treatment, if applicable. The employee and the Employer shall attempt to work out a schedule for such leave that meets the employee's needs without disrupting the Employer's operations.

**Employee Notice Requirement**

Employees are required to provide the Employer with sufficient information to make it aware that the employee needs FMLA-qualifying leave, and the anticipated timing and duration of the leave. Sufficient information may include the following: That the employee is unable to perform their job functions; that the employee's family member is unable to perform his or her daily activities; that the employee or their family member must be hospitalized or undergo continuing treatment; or the circumstances supporting the need for military family leave. When an employee seeks leave due to an FMLA-qualifying reason for which the Employer has previously provided FMLA-protected leave, the employee must specifically reference the qualifying reason for the leave and the need for "FMLA" leave.

Requests for FMLA Leave

An employee should request FMLA leave by completing the Employer's Request for Leave form and submitting it to the Human Resources Department.

When leave is foreseeable, the employee is required to provide such notice to the Employer's HR department at least 30 days before the commencement of the leave, unless impracticable to do so under the circumstances, in

which case notice must be given as soon as is practicable (i.e., within 1 or 2 business days of learning of the need for the leave). The employee must also follow any Employer policy requiring advance notice, reasons for leave and anticipated start and duration of the leave. Failure to provide advance notice or follow Employer policy when the need for leave is foreseeable may result in <u>delay or denial</u> of FMLA leave.

When the leave is not foreseeable, the employee must provide the Employer with notice of the need for leave as soon as practicable (i.e., within 1 or 2 business days of learning of the need for the leave) and must follow The Employer's normal call-in procedures as set forth in the Attendance Section of this Handbook. Failure to follow The Employer's call-in procedures, absent unusual circumstances, will result in <u>delay or denial</u> of the leave.

When leave is required for planned medical treatment for a serious health condition, the employee is required to make a reasonable effort to schedule the treatment so as not to disrupt the operations of the Employer.

Employees are required to give additional notice as soon as practicable whenever there is a change in the dates of scheduled leave. The Employer requires that the employee's health care provider complete a fitness-for-duty certification that specifically addresses whether the employee is capable of performing the essential functions of his or her job before the employee can return to work. If the Employer has a "reasonable safety concern," it also may require periodic fitness-for-duty certifications prior to the employee's return from intermittent FMLA leave, up to once every 30 days. A "reasonable safety concern" means a reasonable belief of significant risk of harm to the individual employee or others.

Upon receiving sufficient notice of a employee's need form FMLA-qualifying leave, the Employer notify the employee of their eligibility to take FMLA leave within five (5) business days of the request, absent extenuating circumstances. At this time, the Employer also will provide the employee with written notice of the employee's rights and obligations with respect to the leave (as well as providing copies of the required certification forms.)

**Required Documentation**

When leave is taken to care for a family member, the Employer may require the employee to provide documentation or statement of family relationship (e.g., birth certificate or court document).

"Leave for either the employee's own or a family member's serious health condition must be supported by a medical certification completed by the health care provider of the employee or the covered family member with the serious health condition. A qualifying exigency leave or a leave to care for a Covered Service Member with a serious injury or illness must also be supported by a medical certification. The Employer's Human Resources Department will provide the proper certification forms to the employee for each respective leave within five (5) business days of the employee's request for leave.

The employee must return a complete and sufficient copy of the appropriate certification to The Employer within 15 calendar days of receiving the certification unless it is not practicable. If the employee returns an incomplete or insufficient certification, then The Employer shall advise the employee in writing what additional information is necessary to make the certification complete and sufficient. To cure the deficiency, the employee then must return a complete and sufficient certification to the Employer within seven (7) calendar days. If the employee fails to cure a deficiency in a certification, or fails to return a certification, within the prescribed time, the Employer may <u>deny</u> the taking of leave.

If the Employer has reason to doubt the employee's initial certification, the Employer may: (i) With the employee's permission, have a designated health care provider contact the employee's health care provider in an effort to clarify or authenticate the initial certification submitted for leave for the employee's own serious health condition or the serious health condition of a family member; and/or (ii) Require the employee to obtain a second opinion by an independent Employer-designated provider at the Employer's expense. If the initial and second certifications differ, the Employer may, at its expense, require the employee to obtain a third, final and binding certification from a jointly selected health care provider. The employee's failure to comply with these requirements will result in the

31

delay, denial, or termination of leave.

A employee who will be on FMLA leave for more than one (1) week is required to call the Employer 's weekly to report when and if the employee expects to return to work. The Employer  may request recertification at any time during the course of the leave for the employee's own serious health condition, if: (1) the employee requests an extension of leave; (2) the circumstances of the employee's condition as described in the previous certification have changed significantly, or (3) if The Employer  has reason to suspect than a employee on FMLA leave has fraudulently obtained the FMLA leave. If desired by the Employer , a second or third certification in the manner provided above may be required. If the employee's leave to care for his or her own serious health condition or that of a family member is expected to last more than 30 days, the Employer  will require a new certification from the employee's health care provider when leave is scheduled to expire, or every 6 months, whichever occurs earlier.

If the employee's anticipated return to work date changes and it becomes necessary for the employee to take more or less leave than originally anticipated, the employee must provide the Employer  with reasonable notice (i.e., within 2 business days) of the employee's changed circumstances and new return to work date. If the employee gives the Employer  notice of the employee's intent not to return to work, the employee will be considered to have voluntarily resigned.

FMLA leave or return to work may be delayed or denied if the appropriate documentation is not provided in a timely manner. Also, a failure to provide requested documentation of the reason for an absence from work may lead to termination of employment.

**Use of Paid and Unpaid Leave**

FMLA provides eligible employees with up to 12 workweeks of underlined leave, or a cumulative total of 26 workweeks of underlined leave to the extent any leave involves care for Covered Service Members. If a employee has accrued paid time off, such as vacation time, the employee must first use any Qualifying Paid Leave upon commencement of, and concurrently with, FMLA leave (unless the employee's own serious health condition has caused the leave and the employee is receiving workers' compensation benefits.) Employees may retain up to 40 hours of accrued Qualifying Paid Leave. The remainder of the 12 workweeks of leave, if any, will be unpaid FMLA leave.

Any paid leave used for an FMLA qualifying reason will run concurrently with and be counted toward the employee's total 12-week or 26-week period of FMLA leave; the substitution of paid leave for unpaid leave does not extend the 12 week or 26 weeks leave period. This leave includes leave for disability or workers' compensation injury/illness, provided that the leave meets FMLA requirements.

Employees on leave that qualifies both as workers' compensation and FMLA leave who are offered a light duty position will have the option of remaining on FMLA leave without pay (and foregoing the light duty position and potentially, additional workers' compensation benefits, as may be determined under applicable state law) or accepting the light duty position. If the employee accepts the light duty position, then the employee's right to job restoration (as described herein) runs through the end of the applicable Leave Year. If the employee accepts light duty, then they retain the right to be restored to the same position the employee held at the time their FMLA leave commenced or to an equivalent position.

**Designation of Leave**

The Employer  will notify the employee that leave has been designated as FMLA leave. The Employer  may provisionally designate the employee's leave as FMLA leave if The Employer  has not received medical certification or has not otherwise been able to confirm that the employee's leave qualifies as FMLA leave. If the employee has not notified The Employer  of the reason for the leave, and the employee desires that leave be counted as FMLA leave, the employee must notify the Human Resources Department within 2 business days of the employee's return to work that the leave was for an FMLA reason.

32

When the Employer learns of an FMLA reason for leave after a leave has commenced under another of the Employer's policies, the Employer will designate the leave as FMLA-qualifying from the commencement of the leave. Employees are required to cooperate in providing the Employer with information needed to make this determination.

**Maintenance of Health Benefits**

During FMLA leave an employee is entitled to continued group health plan coverage under the same conditions as if the employee had continued to work.

The Employer will continue to pay their portion of the group health insurance premiums and employees will be required to pay any share of health insurance premiums as well as other insurance payments, including but not limited to dental, vision, and disability that they normally pay if actively working. The employee should make arrangements with the payroll department for these payments.

If the employee's payment of health insurance premiums is more than 30 days late, The Employer may discontinue health insurance coverage upon notice to the employee.

An employee on FMLA leave shall be responsible for the payment of the full premium for all other insurance, pensions, and other benefits. Failure of the employee to pay the entire premium for such items shall result in their lapse for the duration of the FMLA leave. If the employee returns from FMLA leave, all such insurance, pension, and other benefits shall be restored without any break in service, as permitted under each such respective plan and as permitted by law.

An employee shall not accrue any credit toward vacation or other benefits based upon time worked for the time that he or she is on FMLA.

**Return from FMLA Leave**

Consistent with the Employer's practice, before returning to work following a medical leave due to the employee's serious health condition, the employee will be required to present a fitness-for-duty certification from their health care provider that the employee is medically able to resume work and to perform the essential functions of their job. If the date on which a employee is scheduled to return to work from an FMLA leave changes, the employee is required to give notice of the change, if foreseeable to the Employer within two (2) business days of the change.

Failure to call the Employer weekly, to provide the required medical recertification or to return to work immediately upon expiration of a FMLA leave may result in termination of the employee. Failure to furnish a fitness-for-duty certification of the employee's ability to return to work and to perform the essential functions of the job may result in the delay of job restoration or the termination of the employee.

Upon return from FMLA leave, subject to the limitations below, the Employer will place the employee in the same position the employee held before the leave or an equivalent position with equivalent pay, benefits and other employment terms. Job restoration may be denied if conditions unrelated to the FMLA leave have resulted in the elimination of the employee's position or if the employee qualifies as a "key employee" (generally the highest paid 10% of the workforce). Key employees may be denied job restoration if it would cause substantial and grievous economic injury to the Employer, in which case the key employee will be notified of this decision.

In summary, upon expiration of a FMLA leave, a employee who returns to work shall be restored to the same or an equivalent job, if the employee shall have:

1. Called the Employer's Human Resource Department in accordance with the terms above.

2. Furnished the Employer's Human Resource Department with proper certifications and recertifications

33

in accordance with the terms above.

   3. Submitted to any second or third examination by a health care provider upon request of The Employer
.

   4. Furnished the Employer's Human Resource Department with a medical certification of the employee's ability to return to work and to perform the essential functions of the job; and

   **5.** Returned to work immediately upon expiration of the FMLA leave.

**Limitations on Reinstatement**

An employee is entitled to reinstatement only if he/she would have continued to be employed had FMLA leave not been taken. Thus, a employee is not entitled to reinstatement if, because of a layoff, reduction in force or other reason, the employee would not be employed at the time job restoration is sought.

**Failure to Return to Work Following FMLA Leave**

If the employee does not return to work following the conclusion of FMLA leave, the employee will be considered to have voluntarily resigned. The Employer may recover health insurance premiums that the Employer paid on behalf of the employee during any unpaid FMLA leave except that The Employer 's share of such premiums may not be recovered if the employee fails to return to work because of the employee's or a family member's serious health condition or because of other circumstances beyond the employee's control. In such cases, the Employer may require the employee to provide medical certification of the employee's or the family member's serious health condition.

If a employee returns to work after the expiration of the FMLA leave but does not remain an active employee for at least 30 days, the Employer  may seek to recover from the employee the amount paid for such insurance premiums.

**FMLA Coordination**

Nothing in this policy should be construed as denying employees their rights under the Family and Medical Leave Act ("FMLA") or any other applicable federal or state law.

It is the Enployer's policy to designate a employee's leave due to a work-related injury or illness as FMLA leave. To the extent permitted by the FMLA, the Employer counts the period of a employee's light-duty assignment toward the employee's FMLA entitlement.

Employees entitled to FMLA leave can voluntarily accept light-duty assignments while they are recuperating, but they cannot be required to do so. Employees who lose their workers' compensation benefits as a result of declining a light-duty assignment are required to substitute any available paid leave, such as accrued vacation, personal, or medical/sick leave, for unpaid FMLA leave.

Until employees have exhausted their 12-week FMLA entitlement, they have the right to be reinstated to their original job or an equivalent job provided that they are able to perform the job's essential functions.

**Additional Information**

For further information or clarification about FMLA leave, please contact the HR Department.

**ACKNOWLEDGMENT**

34

- I acknowledge that I have received and read the Employer's  Family and Medical Leave Policy. I understand it and will abide by it. I understand that this policy is not an employment contract and does not change my status as an at-will employee.

  Dated: _____

  Employee's Signature: _____

  Employee's Printed Name: _____

<u>NEW YORK PAID FAMILY LEAVE</u>

# Paid Family Leave Overview

New York Paid Family Leave provides job-protected, paid time off so you can:

- **Bond** with a newly born, adopted or fostered child,
- **Care** for a close relative with a serious health condition, or
- **Assist** with family situations when a family member is deployed abroad on active military service.

You can continue your health insurance while on leave and are guaranteed the same or comparable job after your leave ends. If you contribute to the cost of your health insurance, you must continue to pay your portion of the premium cost while on Paid Family Leave.

## Benefits - Time

Paid Family Leave benefits phase in over four years, providing up to eight weeks of leave for employees who started Paid Family Leave in 2018; 10 weeks for leave starting in 2019 and 2020, and 12 weeks in 2021. Leave can be taken either all at once or intermittently, but must be taken in full-day increments. You may take the maximum time-off benefit in any given 52-week period.

## Benefits - Pay

Paid Family Leave pay benefits also phase in over the same four year period. Benefits are a percentage of your average weekly wage, capped at that same percentage of the New York State Average Weekly Wage, as calculated annually by New York State Department of Labor. These benefits are 50% of your average weekly wage for Paid Family Leave that started in 2018, 55% in 2019, 60% in 2020, and 67% in 2021.

**EXAMPLE 1:** An employee who earns $1,000 a week in 2019 would receive a benefit of $550 a week (55% of $1,000). In 2020, that employee would receive a benefit of $600 a week (60% of $1000).

**EXAMPLE 2:** An employee who earns $2,000 a week in 2019 would receive a benefit of $746.41. This employee's benefit is capped at 55% of New York State's Average Weekly Wage, currently $1,357.11, which equals $746.41.

## Eligibility

All eligible employees are entitled to participate in Paid Family Leave.

- **Full-time employees:** Employees who work a regular schedule of 20 or more hours per week are eligible after 26 consecutive weeks of employment.
- **Part-time employees:** Employees who work a regular schedule of less than 20 hours per week are eligible after working 175 days, which do not need to be consecutive.

Employees are eligible regardless of citizenship and/or immigration status.

# Funding

Paid Family Leave is funded through employee payroll contributions that are set each year to match the cost of coverage. The rate of employee contributions is reviewed annually, and is subject to change by New York State Department of Financial Services.

# Qualifying Events

**New Child:** You can take Paid Family Leave during the first 12 months following the birth, adoption, or fostering of a child. Expectant mothers cannot take Paid Family Leave for their own pregnancy. Paid Family Leave for the birth of a child begins after the birth. It is not available for prenatal conditions.

**Serious Illness:** You can take Paid Family leave to care for a close relative with a serious health condition. These relatives can live outside of New York State and even outside the country. You cannot take Paid Family Leave for your own health condition.

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves:

- Inpatient care in a hospital, hospice, or residential health care facility, or
- Continuing treatment or continuing supervision by a health care provider.

A close relative includes:

- Spouse
- Domestic partner
- Child and stepchild
- Parent and stepparent
- Parent-in-law
- Grandparent
- Grandchild



**Military Active Service Deployment:** You can take Paid Family Leave to assist with family situations arising when your spouse, domestic partner, child, or parent is deployed abroad on active military service or has been notified of an impending military deployment abroad. You cannot use Paid Family Leave for your own qualifying military event.

37

# Your Rights and Protections

- You have **job protection**, ensuring you can return to the same job (or a comparable one) when you return from Paid Family Leave.

- You can keep your **health insurance** while on leave. If you contribute to the cost of your health insurance, you must continue to pay your portion of the premium cost while on leave.

- Your employer is **prohibited from discriminating or retaliating** against you for requesting or taking Paid Family Leave.

- **You do not have to take all of your sick and/or vacation time** before using Paid Family Leave.

# Taking Paid Family Leave

1. **Notify your employer.** When you want to take Paid Family Leave, you must notify your employer at least 30 days before your leave will start if it's foreseeable. Otherwise, notify your employer as soon as possible.

2. **Obtain required forms.** Contact your employer, employer's insurance carrier, or visit **PaidFamilyLeave.ny.gov** to obtain the required forms.

3. **Complete and submit forms.** Fill out the *Request For Paid Family Leave (Form PFL-1)* following the instructions on the cover sheet, and submit it to your employer. Your employer must fill out their section of the form and return it to you within three business days. If your employer fails to respond, you may proceed to the next step below and submit all materials directly to your employer's Paid Family Leave insurance carrier.

4. **Obtain and attach supporting documentation.** The specific documentation or additional forms required for each type of leave are described on the request for Paid Family Leave and at **PaidFamilyLeave.ny.gov/Apply.**

5. **Submit your request forms and supporting documentation.** Submit to your employer's Paid Family Leave insurance carrier. You can submit your claim before or within 30 days after the start of your leave. The insurance carrier must pay or deny your request within 18 calendar days of receiving your completed forms.

# Paid Family Leave Process and Contacts

At _____Parking Systems Plus_____, requests for Paid Family Leave forms and
           INPUT EMPLOYER NAME

forms submissions should be directed to: ___Human Resources Department at ngpksys@optonline.net___
                INPUT DEPARTMENT NAME AND/OR EMAIL ADDRESS

Our Paid Family Leave insurance carrier is: ___Shelter Point Insurance___
                INPUT CARRIER NAME AND CONTACT INFORMATION

# Disputes

If your Paid Family Leave claim is denied, the insurance carrier or employer, if self-insured, will provide you with information about how to request arbitration. A neutral arbitrator will decide claim-related disputes.

**Contact:**

insurance carrier: ___Human Resources Department at 1-516-825-4661___
           INPUT CONTACT INFORMATION IF APPLICABLE

**or,**

For self-insured employers: ___N/A___
           INPUT DEPARTMENT NAME AND/OR EMAIL ADDRESS IF APPLICABLE

## Discrimination Complaints

Employees are protected from discrimination and retaliation for requesting or taking Paid Family Leave.

If your employer terminates your employment, reduces your pay and/or benefits, or disciplines you in any way as a result of you requesting or taking Paid Family Leave, send your employer's designated Paid Family Leave contact a formal request for job reinstatement using the *Formal Request For Reinstatement Regarding Paid Family Leave (Form PFL-DC-119)*, which can be found in the forms section of PaidFamilyLeave.ny.gov. **File the completed form** with your employer and send a copy to:

**Paid Family Leave, P. O. Box 9030, Endicott, NY 13761-9030**

If your employer fails to comply with the request for reinstatement within 30 days, you may file a Paid Family Leave discrimination complaint with the Workers' Compensation Board using *Paid Family Leave Discrimination Complaint (Form PFL-DC-120)*, which is also available on the Paid Family Leave website. Once your complaint is received, the Board will assemble your case and schedule a preliminary hearing in front of a Workers' Compensation Law Judge.



For more information on Paid Family Leave,
please visit **PaidFamilyLeave.ny.gov** or contact Human Resources.



Sick leave, vacation, personal leave, holidays, and hours are available at [        ].

40

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____    Signed: _____    Date: _____

## CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT

This Agreement made by and between Parking Systems Plus and Employee hereinafter referred to as, "Parking Systems Plus" and "Employee".

In consideration of your employment and/or continued employment and in furtherance consideration of Parking Systems Plus allowing your use, enjoyment and access to Parking Systems Plus' trade secrets and other confidential information and processes, you as an At-Will Employee, acknowledge and agree as follows:

1. In the course of your employment with Parking Systems Plus, its affiliates and subsidiaries, you will and have had acquired and will have and have had access to non-public and/or proprietary information about Parking Systems Plus, its customers, consumers, vendors, systems and processes including but not limited to: (trade secrets, methods, modalities, models, passwords, access to data, files both electronic and paper, financial information/records, inventory, computer hardware and software programs and related user and technical         documents);         all         associated         with         Parking         Systems         Plus.

Additionally, you will have and had access to Parking Systems Plus consumer/customer contacts, guest sheets and other business development lists and data and files including, for example: preferences, practices and other non-public financial and personal information obtained and maintained by Parking Systems Plus.

Additionally, you will and have had access to Parking Systems Plus non-public marketing, advertising, creative practices and policies, concepts, strategies, methods and modalities of operation, financial and/or business projections, forecasts and other non-public information about or received from Parking Systems Plus past, present customers, vendors and other companies with which Parking Systems Plus has done and does business with.

As expected, you will have and have had contact with a developed special relations and good-will with numerous persons and entities as a result of and in the course of your employment with Parking Systems Plus.

All the foregoing shall be collectively referred to as "Trade Secrets" and include all Proprietary and Confidential Information and/or Proprietary Information.

2. You agree and acknowledge that the foregoing described Trade Secrets are not readily available to the public. You agree that during your employment and thereafter, you will keep confidential and not disclose these Trade Secrets to anyone, or use it for your own benefits or for the benefit of any other, except in the performance of your duties and Parking Systems Plus employee/agent. You agree that this restriction shall apply whether or not any such information is marked as "confidential", or similarly noted.

3. All Trade Secrets and other Materials contained in Memoranda, disks, files, notes, records, or other documents, whether in electronic or hard copy form compiled by you or for you or made available to you during your course of employment, described herein as "Material" and/or Trade Secrets, are the exclusive property of Parking Systems Plus and shall be returned and delivered to Parking Systems Plus upon your termination of employment/agency or at any other time upon Parking Systems Plus request.

You further agree that you will not make or retain any copies or excerpts except in direct connection with your employment.

4. You will protect and safeguard the intellectual property rights of any entity from whom Parking Systems Plus uses software by only using same in accordance with Parking Systems Plus' License.

5. You agree that your position with Parking Systems Plus requires and will continue to require the performance of services that are special, unique, extraordinary, and of an intellectual and special trust and personal relationship(s) and places you in a position of confidence and special trust with Parking Systems Plus customers, clients, consumers and contacts and employees/agents of Parking Systems Plus.

You further acknowledge that the rendering of said services to Parking Systems Plus customers, clients, consumers and contacts and employees/agents of Parking Systems Plus necessarily requires the use of Trade Secrets of Parking Systems Plus. Additionally, as noted

41

above, in the course of your employment/agency with or rendering services to Parking Systems Plus, you have and will have developed a personal bond and relationship with Parking Systems Plus customers, clients, consumers and contacts, and employees/agents of Parking Systems Plus.

Consequently, you agree that it is reasonable and necessary for the protection of Parking Systems Plus' Trade Secrets, including but not limited to the development of Good Will of Parking Systems Plus, that you agree to and will keep confidential and not disclose these Trade Secrets to anyone, or use it for your own benefit or for the benefit of any other, except in the performance of your duties and Parking Systems Plus employee/agent. You agree that this restriction shall apply whether or not any such information is marked as "confidential", or similarly noted.

6. You agree that upon termination of your employment/agency you shall not:

    a. Attempt in any manner to persuade any Parking Systems Plus customer, client, contact, vendor or other employee/agent to cease to do business or to reduce the amount of business said person/entity has customarily done or contemplated doing business with Parking Systems Plus.

    b. Employ or attempt to employ any person/entity who is then in the employ/agency or in a contracting relationship with Parking Systems Plus within one (1) year prior to the termination of your employment/agency with Parking Systems Plus.

    c. Solicit, divert, or service or attempt same of any business of any customer, consumer, client or vendor of Parking Systems Plus.

    d. Remove from the premises of Parking Systems Plus any property including but not limited to Trade Secrets belonging to or within the custody, possession and/or ownership of Parking Systems Plus or as to which Parking Systems Plus has the right of possession; said property including but not limited to, manuals, lists, data-base work papers, software and other material, whether in electronic or written format used by Parking Systems Plus in connection with its business or operations.

7. You acknowledge that in the event your employment/agency with Parking Systems Plus terminates for any reason, you will be able to earn a livelihood without violation of any of the foregoing covenants, promises and any part of the Agreement.

Remedies upon Default and/or Breach:

8. You agree and acknowledge that compliance with the terms of the Agreement are necessary to protect the business and goodwill of Parking Systems Plus and that a breach of this Agreement would cause Parking Systems Plus to suffer an irreparable injury for which monetary damages alone would not provide adequate relief.

As such, you agree that in the event that you breach or threaten to breach the terms of this Agreement, Parking Systems Plus would, by reason of such breach or threatened breach, be entitled to injunctive relief in a court of competent jurisdiction, and you agree to the entering of such injunctive relief prohibiting your from engaging in such a breach.

Nothing, however, in this Agreement shall be construed as to limit or prohibit Parking Systems Plus from also pursuing any other remedy available in law or equity, the parties having agreed that all remedies are cumulative.

9. In the event you breach any part of this Agreement, you agree that it is fair and reasonable for you to pay Parking Systems Plus the greater of the sum of fifty (50%) percent of your last yearly compensation or the sum of Fifty-Thousand ($50,000) Dollars.

Said payment to be made within 30 days of any breach hereof.  You agree that said amount is a reasonable assessment of damages that Parking Systems Plus will suffer as a result of such breach.

10. You agree that this Agreement shall survive the termination of your employment/agency with Parking Systems Plus.  If any of the terms contained in this Agreement shall be deemed to be unenforceable for any reason, then the Parties expressly agree that a court of competent jurisdiction may reduce and/or modify said term(s) or appropriately modify and enforce said term(s).

11. This Agreement is limited to the foregoing terms and is not regarded in any manner or form by either of us as an agreement contract, or guarantee of employment/agency between you and Parking Systems Plus because your employment/agency is and remains at all times, "AT WILL."

12. The terms of this Agreement and all rights and obligations of the parties thereto including its enforcement shall be interpreted and

governed by the laws of the State of New York, and any dispute arising from said Agreement shall be filed, heard, resolved and adjudicated only in and for the Courts of New York State.

READ, AGREE TO AND ACCEPTED

Print: _____   Signed: _____   Date: _____

## UNDERSTANDING BY EMPLOYEE

I understand that the information contained above represents guidelines only and that the Employer reserves the right to modify, amend or terminate any policies, procedures, or programs whether or not described in this application at any time. I understand that I am responsible for reading these policies, familiarizing myself with its contents, and adhering to all of the policies do not create a contract of employment, express or implied, between me and the Employer and that I should not view it as such, or as a guarantee of employment for any specific duration. I also understand that my employment with the Employer is "at-will", meaning that the terms of employment may be changed with or without notice, with or without cause, including but not limited to termination, demotion, promotion, transfer, compensation, benefits, duties, and location of work. I have entered into my employment with the Employer voluntarily, and acknowledge that there is no agreement or contract express or implied between the Employer and me for continuing or long-term employment. I further understand that no manager or representative of the Employer other than an officer who has any authority to enter into any agreement guaranteeing employment for any specific period of time. I also understand that any such agreement, if made, shall not be enforceable unless it is a formal written agreement signed by both me and the President of the Employer.

I understand the Employer may investigate my driving record and that an investigative consumer report may be prepared whereby information is obtained through personal interviews with my neighbors, friends and others with whom I am acquainted. This inquiry includes information as to my character, general reputation, personal characteristics and mode of living. I understand that I have the right to make a written request within a reasonable period of time to receive additional detailed information about the nature and scope of this investigation. I further understand that the Employer may contact my previous employers and I authorize those employers to disclose to the Employer all records pertinent to my employment with them. In addition to authorizing the release of any information regarding my employment, I hereby fully waive any rights or claims I have or may have against my former employers, their agents, employees, and representatives, as well as other individuals who release information to the Employer, and release them from any and all liability, claims, or damages that may directly or indirectly result from the use, disclosure, or release of any such information by any person or party, whether such information is favorable or unfavorable to me.

I hereby state that all of the information that I provide on this application and in any interview is true and accurate. I understand that if I am employed and any such information is later found to be false in any respect, I may be dismissed.

THE EMPLOYER REPORTS ALL INCOME TO STATE AND FEDERAL AGENCIES AND ISSUES W-2 (WITHHOLDING) STATEMENTS AT THE END OF THE YEAR.

IF YOU ARE OFFERED EMPLOYMENT AND PRIOR TO COMMENCEMENT OF WORK, YOU MUST COMPLETE FORM 195; FORM I-9 AND FORM W-4 ARE ATTACHED.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____   Signed: _____   Date: _____

43

Form **W-4**

Department of the Treasury
Internal Revenue Service

**Employee's Withholding Certificate**

Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
**Give Form W-4 to your employer.**
**Your withholding is subject to review by the IRS.**

OMB No. 1545-0074

20**24**

| **Step 1:** Enter Personal Information | (a) First name and middle initial | Last name | (b) Social security number |
|---|---|---|---|
| | Address | | Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov. |
| | City or town, state, and ZIP code | | |

(c) ☐ Single or Married filing separately
☐ Married filing jointly or Qualifying surviving spouse
☐ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, and when to use the estimator at *www.irs.gov/W4App*.

**Step 2:**
**Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

(a) Use the estimator at *www.irs.gov/W4App* for most accurate withholding for this step (and Steps 3–4). If you or your spouse have self-employment income, use this option; **or**

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below; **or**

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is generally more accurate than (b) if pay at the lower paying job is more than half of the pay at the higher paying job. Otherwise, (b) is more accurate . . . . . . . . . . . . . . . . ☐

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

| **Step 3:** Claim Dependent and Other Credits | If your total income will be $200,000 or less ($400,000 or less if married filing jointly): | | |
|---|---|---|---|
| | Multiply the number of qualifying children under age 17 by $2,000 $ _____ | | |
| | Multiply the number of other dependents by $500 . . . . . $ _____ | | |
| | Add the amounts above for qualifying children and other dependents. You may add to this the amount of any other credits. Enter the total here . . . . . . . . . | **3** | $ |
| **Step 4 (optional):** Other Adjustments | (a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . | **4(a)** | $ |
| | (b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . . . . | **4(b)** | $ |
| | (c) **Extra withholding.** Enter any additional tax you want withheld each **pay period** . . | **4(c)** | $ |

| **Step 5:** Sign Here | Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete. | | |
|---|---|---|---|
| | ▶ **Employee's signature** (This form is not valid unless you sign it.) | | **Date** |
| **Employers Only** | Employer's name and address | First date of employment | Employer identification number (EIN) |

**For Privacy Act and Paperwork Reduction Act Notice, see page 3.**    Cat. No. 10220Q    Form **W-4** (2024)

44

## General Instructions

Section references are to the Internal Revenue Code.

### Future Developments

For the latest information about developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

### Purpose of Form

Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. If too little is withheld, you will generally owe tax when you file your tax return and may owe a penalty. If too much is withheld, you will generally be due a refund. Complete a new Form W-4 when changes to your personal or financial situation would change the entries on the form. For more information on withholding and when you must furnish a new Form W-4, see Pub. 505, Tax Withholding and Estimated Tax.

**Exemption from withholding.** You may claim exemption from withholding for 2024 if you meet both of the following conditions: you had no federal income tax liability in 2023 **and** you expect to have no federal income tax liability in 2024. You had no federal income tax liability in 2023 if (1) your total tax on line 24 on your 2023 Form 1040 or 1040-SR is zero (or less than the sum of lines 27, 28, and 29), or (2) you were not required to file a return because your income was below the filing threshold for your correct filing status. If you claim exemption, you will have no income tax withheld from your paycheck and may owe taxes and penalties when you file your 2024 tax return. To claim exemption from withholding, certify that you meet both of the conditions above by writing "Exempt" on Form W-4 in the space below Step 4(c). Then, complete Steps 1(a), 1(b), and 5. Do not complete any other steps. You will need to submit a new Form W-4 by February 15, 2025.

**Your privacy.** Steps 2(c) and 4(a) ask for information regarding income you received from sources other than the job associated with this Form W-4. If you have concerns with providing the information asked for in Step 2(c), you may choose Step 2(b) as an alternative; if you have concerns with providing the information asked for in Step 4(a), you may enter an additional amount you want withheld per pay period in Step 4(c) as an alternative.

**When to use the estimator.** Consider using the estimator at *www.irs.gov/W4App* if you:

1. Expect to work only part of the year;

2. Receive dividends, capital gains, social security, bonuses, or business income, or are subject to the Additional Medicare Tax or Net Investment Income Tax; or

3. Prefer the most accurate withholding for multiple job situations.

**Self-employment.** Generally, you will owe both income and self-employment taxes on any self-employment income you receive separate from the wages you receive as an employee. If you want to pay these taxes through withholding from your wages, use the estimator at *www.irs.gov/W4App* to figure the amount to have withheld.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

**Step 1(c).** Check your anticipated filing status. This will determine the standard deduction and tax rates used to compute your withholding.

**Step 2.** Use this step if you (1) have more than one job at the same time, or (2) are married filing jointly and you and your spouse both work.

Option **(a)** most accurately calculates the additional tax you need to have withheld, while option **(b)** does so with a little less accuracy.

Instead, if you (and your spouse) have a total of only two jobs, you may check the box in option **(c)**. The box must also be checked on the Form W-4 for the other job. If the box is checked, the standard deduction and tax brackets will be cut in half for each job to calculate withholding. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld, and this extra amount will be larger the greater the difference in pay is between the two jobs.

 **Multiple jobs.** Complete Steps 3 through 4(b) on only one Form W-4. Withholding will be most accurate if you do this on the Form W-4 for the highest paying job.

**Step 3.** This step provides instructions for determining the amount of the child tax credit and the credit for other dependents that you may be able to claim when you file your tax return. To qualify for the child tax credit, the child must be under age 17 as of December 31, must be your dependent who generally lives with you for more than half the year, and must have the required social security number. You may be able to claim a credit for other dependents for whom a child tax credit can't be claimed, such as an older child or a qualifying relative. For additional eligibility requirements for these credits, see Pub. 501, Dependents, Standard Deduction, and Filing Information. You can also include **other tax credits** for which you are eligible in this step, such as the foreign tax credit and the education tax credits. To do so, add an estimate of the amount for the year to your credits for dependents and enter the total amount in Step 3. Including these credits will increase your paycheck and reduce the amount of any refund you may receive when you file your tax return.

**Step 4 (optional).**

**Step 4(a).** Enter in this step the total of your other estimated income for the year, if any. You shouldn't include income from any jobs or self-employment. If you complete Step 4(a), you likely won't have to make estimated tax payments for that income. If you prefer to pay estimated tax rather than having tax on other income withheld from your paycheck, see Form 1040-ES, Estimated Tax for Individuals.

**Step 4(b).** Enter in this step the amount from the Deductions Worksheet, line 5, if you expect to claim deductions other than the basic standard deduction on your 2024 tax return and want to reduce your withholding to account for these deductions. This includes both itemized deductions and other deductions such as for student loan interest and IRAs.

**Step 4(c).** Enter in this step any additional tax you want withheld from your pay **each pay period**, including any amounts from the Multiple Jobs Worksheet, line 4. Entering an amount here will reduce your paycheck and will either increase your refund or reduce any amount of tax that you owe.

Form W-4 (2024)                                                                                                    Page **3**

## Step 2(b)—Multiple Jobs Worksheet *(Keep for your records.)*

If you choose the option in Step 2(b) on Form W-4, complete this worksheet (which calculates the total extra tax for all jobs) on **only ONE** Form W-4. Withholding will be most accurate if you complete the worksheet and enter the result on the Form W-4 for the highest paying job. To be accurate, submit a new Form W-4 for all other jobs if you have not updated your withholding since 2019.

**Note:** If more than one job has annual wages of more than $120,000 or there are more than three jobs, see Pub. 505 for additional tables; or, you can use the online withholding estimator at *www.irs.gov/W4App.*

| | | | |
|---|---|---|---|
| 1 | **Two jobs.** If you have two jobs or you're married filing jointly and you and your spouse each have one job, find the amount from the appropriate table on page 4. Using the "Higher Paying Job" row and the "Lower Paying Job" column, find the value at the intersection of the two household salaries and enter that value on line 1. Then, **skip** to line 3 . . . . . . . . . . . . . . . . . | 1 | $ |
| 2 | **Three jobs.** If you and/or your spouse have three jobs at the same time, complete lines 2a, 2b, and 2c below. Otherwise, skip to line 3. | | |
| a | Find the amount from the appropriate table on page 4 using the annual wages from the highest paying job in the "Higher Paying Job" row and the annual wages for your next highest paying job in the "Lower Paying Job" column. Find the value at the intersection of the two household salaries and enter that value on line 2a . . . . . . . . . . . . . . . . . | 2a | $ |
| b | Add the annual wages of the two highest paying jobs from line 2a together and use the total as the wages in the "Higher Paying Job" row and use the annual wages for your third job in the "Lower Paying Job" column to find the amount from the appropriate table on page 4 and enter this amount on line 2b . . . . . . . . . . . . . . . . . . . . | 2b | $ |
| c | Add the amounts from lines 2a and 2b and enter the result on line 2c . . . . . . . . | 2c | $ |
| 3 | Enter the number of pay periods per year for the highest paying job. For example, if that job pays weekly, enter 52; if it pays every other week, enter 26; if it pays monthly, enter 12, etc. . . . . | 3 | |
| 4 | **Divide** the annual amount on line 1 or line 2c by the number of pay periods on line 3. Enter this amount here and in **Step 4(c)** of Form W-4 for the highest paying job (along with any other additional amount you want withheld) . . . . . . . . . . . . . . . . . . . | 4 | $ |

## Step 4(b)—Deductions Worksheet *(Keep for your records.)*

| | | | |
|---|---|---|---|
| 1 | Enter an estimate of your 2024 itemized deductions (from Schedule A (Form 1040)). Such deductions may include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your income . . . . . . . . . . | 1 | $ |
| 2 | Enter: { • $29,200 if you're married filing jointly or a qualifying surviving spouse <br> • $21,900 if you're head of household <br> • $14,600 if you're single or married filing separately } . . . . | 2 | $ |
| 3 | If line 1 is greater than line 2, subtract line 2 from line 1 and enter the result here. If line 2 is greater than line 1, enter "-0-" . . . . . . . . . . . . . . . . . . . . . . | 3 | $ |
| 4 | Enter an estimate of your student loan interest, deductible IRA contributions, and certain other adjustments (from Part II of Schedule 1 (Form 1040)). See Pub. 505 for more information . . . . | 4 | $ |
| 5 | **Add** lines 3 and 4. Enter the result here and in **Step 4(b)** of Form W-4 . . . . . . . . . . | 5 | $ |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person with no other entries on the form; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and territories for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Form W-4 (2024)

## Married Filing Jointly or Qualifying Surviving Spouse

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $0 | $780 | $850 | $940 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,370 |
| $10,000 - 19,999 | 0 | 780 | 1,780 | 1,940 | 2,140 | 2,220 | 2,220 | 2,220 | 2,220 | 2,220 | 2,570 | 3,570 |
| $20,000 - 29,999 | 780 | 1,780 | 2,870 | 3,140 | 3,340 | 3,420 | 3,420 | 3,420 | 3,420 | 3,770 | 4,770 | 5,770 |
| $30,000 - 39,999 | 850 | 1,940 | 3,140 | 3,410 | 3,610 | 3,690 | 3,690 | 3,690 | 4,040 | 5,040 | 6,040 | 7,040 |
| $40,000 - 49,999 | 940 | 2,140 | 3,340 | 3,610 | 3,810 | 3,890 | 3,890 | 4,240 | 5,240 | 6,240 | 7,240 | 8,240 |
| $50,000 - 59,999 | 1,020 | 2,220 | 3,420 | 3,690 | 3,890 | 3,970 | 4,320 | 5,320 | 6,320 | 7,320 | 8,320 | 9,320 |
| $60,000 - 69,999 | 1,020 | 2,220 | 3,420 | 3,690 | 3,890 | 4,320 | 5,320 | 6,320 | 7,320 | 8,320 | 9,320 | 10,320 |
| $70,000 - 79,999 | 1,020 | 2,220 | 3,420 | 3,690 | 4,240 | 5,320 | 6,320 | 7,320 | 8,320 | 9,320 | 10,320 | 11,320 |
| $80,000 - 99,999 | 1,020 | 2,220 | 3,620 | 4,890 | 6,090 | 7,170 | 8,170 | 9,170 | 10,170 | 11,170 | 12,170 | 13,170 |
| $100,000 - 149,999 | 1,870 | 4,070 | 6,270 | 7,540 | 8,740 | 9,820 | 10,820 | 11,820 | 12,830 | 14,030 | 15,230 | 16,430 |
| $150,000 - 239,999 | 1,960 | 4,360 | 6,760 | 8,230 | 9,630 | 10,910 | 12,110 | 13,310 | 14,510 | 15,710 | 16,910 | 18,110 |
| $240,000 - 259,999 | 2,040 | 4,440 | 6,840 | 8,310 | 9,710 | 10,990 | 12,190 | 13,390 | 14,590 | 15,790 | 16,990 | 18,190 |
| $260,000 - 279,999 | 2,040 | 4,440 | 6,840 | 8,310 | 9,710 | 10,990 | 12,190 | 13,390 | 14,590 | 15,790 | 16,990 | 18,190 |
| $280,000 - 299,999 | 2,040 | 4,440 | 6,840 | 8,310 | 9,710 | 10,990 | 12,190 | 13,390 | 14,590 | 15,790 | 16,990 | 18,380 |
| $300,000 - 319,999 | 2,040 | 4,440 | 6,840 | 8,310 | 9,710 | 10,990 | 12,190 | 13,390 | 14,590 | 15,980 | 17,980 | 19,980 |
| $320,000 - 364,999 | 2,040 | 4,440 | 6,840 | 8,310 | 9,710 | 11,280 | 13,280 | 15,280 | 17,280 | 19,280 | 21,280 | 23,280 |
| $365,000 - 524,999 | 2,720 | 6,010 | 9,510 | 12,080 | 14,580 | 16,950 | 19,250 | 21,550 | 23,850 | 26,150 | 28,450 | 30,750 |
| $525,000 and over | 3,140 | 6,840 | 10,540 | 13,310 | 16,110 | 18,590 | 21,090 | 23,590 | 26,090 | 28,590 | 31,090 | 33,590 |

## Single or Married Filing Separately

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $240 | $870 | $1,020 | $1,020 | $1,020 | $1,540 | $1,870 | $1,870 | $1,870 | $1,870 | $1,910 | $2,040 |
| $10,000 - 19,999 | 870 | 1,680 | 1,830 | 1,830 | 2,350 | 3,350 | 3,680 | 3,680 | 3,680 | 3,720 | 3,920 | 4,050 |
| $20,000 - 29,999 | 1,020 | 1,830 | 1,980 | 2,510 | 3,510 | 4,510 | 4,830 | 4,830 | 4,870 | 5,070 | 5,270 | 5,400 |
| $30,000 - 39,999 | 1,020 | 1,830 | 2,510 | 3,510 | 4,510 | 5,510 | 5,830 | 5,870 | 6,070 | 6,270 | 6,470 | 6,600 |
| $40,000 - 59,999 | 1,390 | 3,200 | 4,360 | 5,360 | 6,360 | 7,370 | 7,890 | 8,090 | 8,290 | 8,490 | 8,690 | 8,820 |
| $60,000 - 79,999 | 1,870 | 3,680 | 4,830 | 5,840 | 7,040 | 8,240 | 8,770 | 8,970 | 9,170 | 9,370 | 9,570 | 9,700 |
| $80,000 - 99,999 | 1,870 | 3,690 | 5,040 | 6,240 | 7,440 | 8,640 | 9,170 | 9,370 | 9,570 | 9,770 | 9,970 | 10,810 |
| $100,000 - 124,999 | 2,040 | 4,050 | 5,400 | 6,600 | 7,800 | 9,000 | 9,530 | 9,730 | 10,180 | 11,180 | 12,180 | 13,120 |
| $125,000 - 149,999 | 2,040 | 4,050 | 5,400 | 6,600 | 7,800 | 9,000 | 10,180 | 11,180 | 12,180 | 13,180 | 14,180 | 15,310 |
| $150,000 - 174,999 | 2,040 | 4,050 | 5,400 | 6,860 | 8,860 | 10,860 | 12,180 | 13,180 | 14,230 | 15,530 | 16,830 | 18,060 |
| $175,000 - 199,999 | 2,040 | 4,710 | 6,860 | 8,860 | 10,860 | 12,860 | 14,380 | 15,680 | 16,980 | 18,280 | 19,580 | 20,810 |
| $200,000 - 249,999 | 2,720 | 5,610 | 8,060 | 10,360 | 12,660 | 14,960 | 16,590 | 17,890 | 19,190 | 20,490 | 21,790 | 23,020 |
| $250,000 - 399,999 | 2,970 | 6,080 | 8,540 | 10,840 | 13,140 | 15,440 | 17,060 | 18,360 | 19,660 | 20,960 | 22,260 | 23,500 |
| $400,000 - 449,999 | 2,970 | 6,080 | 8,540 | 10,840 | 13,140 | 15,440 | 17,060 | 18,360 | 19,660 | 20,960 | 22,260 | 23,500 |
| $450,000 and over | 3,140 | 6,450 | 9,110 | 11,610 | 14,110 | 16,610 | 18,430 | 19,930 | 21,430 | 22,930 | 24,430 | 25,870 |

## Head of Household

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $510 | $850 | $1,020 | $1,020 | $1,020 | $1,020 | $1,220 | $1,870 | $1,870 | $1,870 | $1,960 |
| $10,000 - 19,999 | 510 | 1,510 | 2,020 | 2,220 | 2,220 | 2,220 | 2,420 | 3,420 | 4,070 | 4,070 | 4,160 | 4,360 |
| $20,000 - 29,999 | 850 | 2,020 | 2,560 | 2,760 | 2,760 | 2,960 | 3,960 | 4,960 | 5,610 | 5,700 | 5,900 | 6,100 |
| $30,000 - 39,999 | 1,020 | 2,220 | 2,760 | 2,960 | 3,160 | 4,160 | 5,160 | 6,160 | 6,900 | 7,100 | 7,300 | 7,500 |
| $40,000 - 59,999 | 1,020 | 2,220 | 2,810 | 4,010 | 5,010 | 6,010 | 7,070 | 8,270 | 9,120 | 9,320 | 9,520 | 9,720 |
| $60,000 - 79,999 | 1,070 | 3,270 | 4,810 | 6,010 | 7,070 | 8,270 | 9,470 | 10,670 | 11,520 | 11,720 | 11,920 | 12,120 |
| $80,000 - 99,999 | 1,870 | 4,070 | 5,670 | 7,070 | 8,270 | 9,470 | 10,670 | 11,870 | 12,720 | 12,920 | 13,120 | 13,450 |
| $100,000 - 124,999 | 2,020 | 4,420 | 6,160 | 7,560 | 8,760 | 9,960 | 11,160 | 12,360 | 13,210 | 13,880 | 14,880 | 15,880 |
| $125,000 - 149,999 | 2,040 | 4,440 | 6,180 | 7,580 | 8,780 | 9,980 | 11,250 | 13,250 | 14,900 | 15,900 | 16,900 | 17,900 |
| $150,000 - 174,999 | 2,040 | 4,440 | 6,180 | 7,580 | 9,250 | 11,250 | 13,250 | 15,250 | 16,900 | 18,030 | 19,330 | 20,630 |
| $175,000 - 199,999 | 2,040 | 4,510 | 7,050 | 9,250 | 11,250 | 13,250 | 15,250 | 17,530 | 19,480 | 20,780 | 22,080 | 23,380 |
| $200,000 - 249,999 | 2,720 | 5,920 | 8,620 | 11,120 | 13,420 | 15,720 | 18,020 | 20,320 | 22,270 | 23,570 | 24,870 | 26,170 |
| $250,000 - 449,999 | 2,970 | 6,470 | 9,310 | 11,810 | 14,110 | 16,410 | 18,710 | 21,010 | 22,960 | 24,260 | 25,560 | 26,860 |
| $450,000 and over | 3,140 | 6,840 | 9,880 | 12,580 | 15,080 | 17,580 | 20,080 | 22,580 | 24,730 | 26,230 | 27,730 | 29,230 |



### Employment Eligibility Verification
### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

▶ **START HERE:** Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Attestation *(Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* |
|---|---|---|---|
| | | | |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| | | | | |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| | ☐☐☐-☐☐-☐☐☐☐ | | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

☐ 1. A citizen of the United States

☐ 2. A noncitizen national of the United States *(See instructions)*

☐ 3. A lawful permanent resident    (Alien Registration Number/USCIS Number): _____

☐ 4. An alien authorized to work    until (expiration date, if applicable, mm/dd/yyyy): _____
Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:*
*An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

**1.** Alien Registration Number/USCIS Number: _____

**OR**

**2.** Form I-94 Admission Number: _____

**OR**

**3.** Foreign Passport Number: _____

Country of Issuance: _____

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|
| | |

## Preparer and/or Translator Certification (check one):
☐ I did not use a preparer or translator.    ☐ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|
| | |

| Last Name *(Family Name)* | First Name *(Given Name)* |
|---|---|
| | |

| Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

 *Employer Completes Next Page* 

Form I-9  10/21/2019

Page 1 of 3



### Employment Eligibility Verification
### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* | First Name *(Given Name)* | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | | | | |

| List A<br>Identity and Employment Authorization | OR | List B<br>Identity | AND | List C<br>Employment Authorization |
|---|---|---|---|---|

| List A | List B | List C |
|---|---|---|
| Document Title | Document Title | Document Title |
| Issuing Authority | Issuing Authority | Issuing Authority |
| Document Number | Document Number | Document Number |
| Expiration Date *(if any) (mm/dd/yyyy)* | Expiration Date *(if any) (mm/dd/yyyy)* | Expiration Date *(if any) (mm/dd/yyyy)* |
| Document Title | | |
| Issuing Authority | Additional Information | QR Code - Sections 2 & 3<br>Do Not Write In This Space |
| Document Number | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | |
| Document Title | | |
| Issuing Authority | | |
| Document Number | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | |

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

**The employee's first day of employment** *(mm/dd/yyyy):* _____    *(See instructions for exemptions)*

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |

| Employer's Business or Organization Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

**C.** If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|

Form I-9  10/21/2019

Page 2 of 3

## LISTS OF ACCEPTABLE DOCUMENTS
### All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A | LIST B | LIST C |
|---|---|---|
| Documents that Establish Both Identity and Employment Authorization    OR | Documents that Establish Identity    AND | Documents that Establish Employment Authorization |
| 1. U.S. Passport or U.S. Passport Card | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | 1. A Social Security Account Number card, unless the card includes one of the following restrictions: |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | (1) NOT VALID FOR EMPLOYMENT |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | (2) VALID FOR WORK ONLY WITH INS AUTHORIZATION |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | | (3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status: | 3. School ID card with a photograph | 2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240) |
| a. Foreign passport; and | 4. Voter's registration card | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| b. Form I-94 or Form I-94A that has the following: | 5. U.S. Military card or draft record | |
| (1) The same name as the passport; and | 6. Military dependent's ID card | |
| (2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | 7. U.S. Coast Guard Merchant Mariner Card | 4. Native American tribal document |
| | 8. Native American tribal document | 5. U.S. Citizen ID Card (Form I-197) |
| | 9. Driver's license issued by a Canadian government authority | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | **For persons under age 18 who are unable to present a document listed above:** | 7. Employment authorization document issued by the Department of Homeland Security |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | 10. School record or report card | |
| | 11. Clinic, doctor, or hospital record | |
| | 12. Day-care or nursery school record | |

**Examples of many of these documents appear in the Handbook for Employers (M-274).**

**Refer to the instructions for more information about acceptable receipts.**

TO:             ALL EMPLOYEES
FROM:           PARKING SYSTEMS PLUS
DATE:           JANUARY 15, 2021
RE:             NEW YORK PAID SICK LEAVE

Under the New York Paid Sick Leave, beginning January 1, 2021, all full-time and part-time employees who work in New York State are eligible for seven (7) sick/personal days.

The company will provide you with a minimum of one (1) hour of sick time for every thirty (30) hours that you have worked to a maximum of fifty-six (56) hours or seven (7) days per calendar year. Sick leave accrues beginning at the time of hire or September 30, 2020, whichever is later. If you do not use the sick leave time that you have accrued in a calendar year, you can carry that time over. However, you are only entitled to use seven (7) days or fifty-six (56) hours per calendar year.

You can begin using sick leave on January 1, 2021. Sick leave may be taken in increments, but in no event shall an employee be permitted to use sick leave in any increment smaller than four (4) hours.

Accrued sick leave may be used for the following reasons which impact the employee or a member of the employee's family whom the employee is providing care or assistance with care:
- For mental or physical illness, injury, or health condition, regardless of whether it has been diagnosed or requires medical care at the time of the request for leave;
- For the diagnosis, care, or treatment of a mental or physical illness, injury or health condition; or need for medical diagnosis or preventive care;
- When your job or your child's school closes due to a public health emergency;
- For an absence from work when the employee or employee's family member has been the victim of domestic violence as defined by the State Human Rights Law, a family offense, sexual offense, stalking, or human trafficking due to any of the following as it relates to the domestic violence, family offense, sexual offense, stalking, or human trafficking:
  - to obtain services from a domestic violence shelter, rape crisis center, or other services program;
  - to participate in safety planning, temporarily or permanently relocate, or take other actions to increase the safety of the employee or employee's family members;
  - to meet with an attorney or other social services provider to obtain information and advice on, and prepare for or participate in any criminal or civil proceeding;
  - to file a complaint or domestic incident report with law enforcement;
  - to meet with a district attorney's office;
  - to enroll children in a new school; or
  - to take any other actions necessary to ensure the health or safety of the employee or the employee's family member or to protect those who associate or work with the employee.

At the request of the employee, the Employer is required to provide, within three (3) business days, a summary of the amounts of sick leave accrued and used by the employee in the current calendar year and/or any previous calendar year.

For more information as to whether you qualify for paid or unpaid sick leave under the New York Paid Sick Leave, please contact your manager for further advice.  You shall not be subject to retaliation for attempts to learn of your rights under the New York Paid Sick Leave or for exercising your rights under the New York Paid Sick Leave.  If you believe that your rights were violated under the Act or for further information, you may contact the New York Department of Labor' Anti-Retaliation unit at 888-52-LABOR or LSAsk@labor.ny.gov.

51

## Blood Donation Policy Pursuant to NYLL 202-j

In accordance with New York Labor Law, the Employer will provide employees that work in New York at least 20 hours per week up to 3 hours of unpaid leave in any 12-month period to donate blood. Employees must provide their manager with reasonable notice that you intend to participate in a blood drive. If the blood drive is at an offsite location, employees must provide at least three (3) days advance notice.

We will not tolerate any form of retaliation against an employee for requesting or using leave to donate blood.

## TEMPORARY SCHEDULE CHANGES (NYC and Boroughs only)

New York City employees (whether full-time, part-time, or temporary) who work more than 80 hours per calendar year in New York City and who have been employed for a least 120 days are entitled to a temporary change to the employee's work schedule on up to two (2) occasions, each totaling one (1) business day, each year to accommodate a "personal event." A temporary change can include swapping or shifting working hours, using short-term unpaid leave, paid time off, or working remotely.

Employees may request a temporary change for the following personal events:

- to care for a child under the age of 18;
- to care for a person with a disability who is a family or household member and relies on the employee for medical care to meet the needs of daily living;
- to attend a legal proceeding or hearing for public benefits to which the employee, a family member, or the employee's minor child or care recipient is a party; or
- any other reason for which the employee may use leave under New York City's Earned Safe and Sick Time Act.

I HAVE READ AND UNDERSTAND THE ABOVE STATEMENTS.

Print: _____  Signed: _____  Date: _____

52

# Notice of Employee Rights: Safe and Sick Leave

If you work part time or full time at any size business or nonprofit in NYC or if you work in an NYC household as a domestic worker, you have the right to safe and sick leave to care for yourself or anyone you consider family. You have this right regardless of your immigration status. Your employer must give you this notice explaining your rights.

## Amount of Safe and Sick Leave:

- All employers must provide up to **40 hours** of safe and sick leave each calendar year.

**Beginning January 1, 2021:**

- **Employers with 100 or more employees** must provide up to **56 hours** of safe and sick leave each calendar year.

Your employer's calendar year is:    January 1 _____ to    December 31 _____
First month                                                            Last month

You earn safe and sick leave at a rate of **1 hour for every 30 hours worked**.

You have a right to **PAID** safe and sick leave if:

- Your employer has 5 or more employees.
- Your employer has fewer than 5 employees but a net income of $1 million or more. (*effective January 1, 2021*)

- You work in someone's home as a domestic worker; for example, babysitter, housekeeper, or companionship worker. *Note: The law covers 1 or more domestic workers working in a household.*

You have a right to **UNPAID** safe and sick leave if:

- Your employer has fewer than 5 employees and a net income of less than $1 million.

You can carry over unused safe and sick leave to the next calendar year.

## Use of Safe and Sick Leave:

- Use it for your health, including to get medical care or to recover from illness or injury.
- Use it to care for a family member who is sick or has a medical appointment.

- Use it when your job or your child's school closes due to a public health emergency.
- Use it for your safety or for a family member's safety because of domestic violence, unwanted sexual contact, stalking, or human trafficking.

Your employer can require you to give advance notice of a planned use of safe and sick leave; for example, to attend a scheduled doctor's appointment or court hearing. You do not have to give advance notice of an unexpected use of safe and sick leave; for example, a sudden illness or medical emergency.

You have a right to privacy. You do not have to give your employer details about why you used safe or sick leave.

If you use more than three workdays in a row of safe and sick leave, your employer can require documentation. Your employer must reimburse you for any fees you pay for required documentation. Documentation should *not* include the details of your private medical or personal situation.

## Required Written Disclosures about Safe and Sick Leave:

Your employer must:

- Give you a written safe and sick leave policy that explains how to use your benefits.
- Tell you how much safe and sick leave you have used and have left each pay period.

## No Retaliation:

It is illegal to punish or fire employees for requesting or using safe and sick leave or for reporting violations.



**Consumer and Worker Protection**

Bill de Blasio
Mayor

Lorelei Salas
Commissioner

**Contact Consumer and Worker Protection to learn more or to file a complaint.**

Visit **nyc.gov/workers** | Call **311** and ask for "Paid Safe and Sick Leave"

You can also make an ANONYMOUS tip.

10/21/2020

Español | Spanish

# Aviso de derechos de los empleados: ausencia laboral debido a seguridad y enfermedad

Si trabaja a tiempo parcial o tiempo completo en una empresa de cualquier tamaño o en una organización sin fines de lucro en la ciudad de Nueva York o si trabaja en una casa de la ciudad de Nueva York como trabajador doméstico, tiene derecho a la ausencia laboral debido a seguridad y enfermedad para cuidar de usted mismo o de cualquier persona que considere parte de su grupo familiar. Tiene este derecho independientemente de su estado migratorio. Su empleador debe darle este aviso explicando sus derechos.

## Duración de ausencia laboral debido a seguridad y enfermedad:

- Todos los empleadores deben dar hasta **40 horas** de ausencia laboral debido a seguridad y enfermedad cada año calendario.

**A partir del 1 de enero de 2021:**

- **Los empleadores con 100 empleados o más** deben dar hasta **56 horas** de ausencia laboral debido a seguridad y enfermedad cada año calendario.

El año calendario de su empleador es: ____Enero 1____ a ____Diciembre 31____
Primer mes                          Último mes

Usted gana la ausencia laboral debido a seguridad y enfermedad a razón de **1 hora por cada 30 horas trabajadas**.

Tiene derecho de ausencia laboral debido a seguridad y enfermedad **PAGADA** si:

- Su empleador tiene 5 empleados o más.
- Su empleador tiene menos de 5 empleados pero un ingreso neto de $1 millón o más.
  (*Fecha de entrada en vigor 1 de enero de 2021*)

- Trabaja en la casa de alguien como empleada doméstica; por ejemplo, niñera, ama de llaves o acompañante.
  *Nota: La ley cubre a 1 o más trabajadores domésticos que trabajan en una casa.*

Tiene derecho de ausencia laboral debido a seguridad y enfermedad **NO PAGADA** si:

- Su empleador tiene menos de 5 empleados y un ingreso neto de menos de $1 millón.

Puede transferir la ausencia laboral debido a seguridad y enfermedad no usada al próximo año calendario.

## Uso de ausencia laboral debido a seguridad y enfermedad:

- Úsela para su salud, incluso para recibir atención médica o para recuperarse de una enfermedad o lesión.
- Úsela para cuidar a un familiar que está enfermo o tiene una cita médica.

- Úsela cuando su trabajo o la escuela de su hijo cierren debido a una emergencia médica pública.
- Úsela para su seguridad o para la seguridad de un familiar por violencia doméstica, contacto sexual no deseado, acecho o trata de personas.

Su empleador puede exigirle que avise con antelación el uso planificado de ausencia laboral debido a seguridad y enfermedad; por ejemplo, para asistir a una cita médica programada o una audiencia judicial. No es necesario que avise con antelación el uso inesperado de ausencia laboral debido a seguridad y enfermedad; por ejemplo, una enfermedad repentina o una emergencia médica.

Tiene derecho a la privacidad. No es necesario que le dé a su empleador información sobre por qué usó la ausencia laboral debido a seguridad o enfermedad.

Si usa más de tres días laborables seguidos de ausencia laboral debido a seguridad y enfermedad, su empleador puede exigir documentación. Su empleador debe reembolsarle las tarifas que pague por la documentación requerida. La documentación *no* debe incluir la información de su situación médica ni personal privada.

## Revelaciones exigidas por escrito sobre la ausencia laboral debido a seguridad y enfermedad:

Su empleador debe:

- Darle una política de ausencia laboral debido a seguridad y enfermedad por escrito que explique cómo usar sus beneficios.
- Decirle cuánto de ausencia laboral debido a seguridad y enfermedad usó y cuánto le queda en cada período de pago.

## Sin represalias:

Es ilegal castigar o despedir a los empleados por pedir o usar la ausencia laboral debido a seguridad y enfermedad o por denunciar violaciones.



**Consumer and Worker Protection**

Bill de Blasio
Mayor

Lorelei Salas
Commissioner

**Comuníquese con Protección al Consumidor y al Trabajador para obtener más información o para presentar una queja.**

Visite **nyc.gov/workers** | Llame al **311** y pregunte por la "Ausencia laboral debido a seguridad y enfermedad"

También puede hacer un aviso ANÓNIMO.

10/21/2020

## Arbitration Agreement

In consideration of my ("Employee") employment with Parking Systems Plus, including its affiliates, successors, subsidiaries, and/or present or former parent companies and their officers, directors, shareholders, attorneys, their current and former employees, agents thereof, both individually and in their business capacities, members, and managers (collectively "Employer"), the Employer's promise to arbitrate all employment-related disputes asserted by Employee and Employee's receipt of the compensation and/or pay raises, if any, and other benefits paid to Employee by Employer at present and in the future, Employee agrees to arbitrate under the Federal Arbitration Act and pursuant to New York law, and thereby waives any right to trial by jury, any and all controversies, claims or disputes Employee has with Employer arising out of, relating to, or resulting from Employee's assignment and or employment with the Employer or the termination of Employee's assignment or employment with Employer, including any breach of this Agreement, shall be subject to binding Arbitration. Disputes which Employee agrees to arbitrate, and thereby agrees to waive any right to a trial by jury, includes but is not limited to all statutory claims under state or federal law, including, but not limited to, claims arising under Title VII of the Civil Rights Act; the Employee Retirement Income Security Act; the Occupational Safety and Health Act; the National Labor Relations Act; the Americans with Disability Act; the Age Discrimination in Employment Act; the Worker Adjustment and Retraining Notification Act; the Pregnancy Discrimination Act; the Fair Labor Standards Act; the Family Medical Leave Act; New York State Human Rights Law; New York State Executive Law; New York City Administrative Code; New York Labor Law, and any other federal, state and local statutes related to employment and separation thereof, all contract claims, and tort claims. In no such event shall the Employee be required to arbitrate any allegations or claims of sexual harassment.

Employee agrees that any controversy, claim, or dispute that Employee has arising out of or relating to Employee's employment and/or separation of employment shall be adjudicated exclusively by binding Arbitration. The Arbitration will be administered by ADR Systems of America, L.L.C. ("ADR"). A neutral arbitrator will be selected in a manner consistent with ADR's Commercial Arbitration Rules and procedures for the adjudication of the dispute. Employee agrees that the arbitrator shall have the power to decide any motions brought by any party to the Arbitration, including any dispositive motions. Employee also agrees that the arbitrator shall have the power to award any remedies, including attorneys' fees and costs, available under applicable law. Employee understands that Employer will pay for any administrative, filing, or hearing fees charged by the arbitrator or ADR except that the Employee shall pay the first $600.00 of any administrative, filing, or hearing fees associated with any Arbitration initiated by the Employee. If the Employer initiates an Arbitration or asserts counterclaims against the Employee, the Employee shall be responsible for one-half of all Arbitration costs and fees associated with Employer's claims or counterclaims.

Employee agrees that the arbitrator shall administer and conduct the Arbitration in a manner consistent with ADR's Commercial Arbitration Rules and procedures and the applicable rules of civil procedure, and that to the extent there is any conflict, ADR's Commercial Arbitration Rules and procedures shall take precedence. Unless otherwise ordered by the arbitrator, each party shall: (a) be limited to take one (1) deposition for a maximum of seven (7) hours; (b) be limited to a maximum of 1 full day (8 hours) to present their respective case to the arbitrator; and (c) upon request submit post-arbitration briefs. Employee agrees that the Arbitrator's Decision shall be in writing.

Furthermore, Employee agrees that any controversy, claim, or dispute covered by this Agreement will be arbitrated on an individual basis. No controversy, claim, or dispute between an employee and Employer may be consolidated or joined with a dispute between any other employee and Employer unless the Employer decides to have the individual claims adjudicated before one (1) arbitrator on an individual basis. Also, Employee agrees that Employee may not seek to bring his/her dispute on behalf of other employees as a class or collective action.

Except as otherwise provided in this Agreement, the Arbitration shall be the sole, exclusive and final remedy for any dispute between Employee and Employer. Accordingly, except as provided for within this Agreement, Employee will not be permitted to pursue court action regarding claims that are subject to Arbitration.

I agree to file any dispute or claim for loss, damages or liability for arbitration within six (6) months from the date of the event that resulted in the loss, injury, damage or liability or the shortest duration permitted under applicable law and without regard to any other limitations period set forth by law or statute.

Accordingly, except as provided for by this Agreement, neither the Employer nor I will be permitted to pursue court action regarding claims that are subject to arbitration. Notwithstanding, the arbitrator will not have the authority to disregard or refuse to enforce this Agreement, and the arbitrator shall not order or require the Employer to adopt a policy not otherwise required by law which the Employer has not adopted.

55

I also understand that I have a right to consult with a person of my choosing, including an attorney, before signing this document. I agree to waive my right voluntarily and knowingly, and free from any duress or coercion whatsoever to a trial by a trial judge or jury as well as my right to participate in a class or collective action.

in the event any portion of this Agreement is deemed unenforceable, the remainder of this Agreement will be enforceable. If the limitation on class, collective, or representative actions is deemed unlawful or unenforceable, then this Agreement is deemed voidable by the Employer. If any other provision in this Agreement, with the exception of the class/collective action waiver, is found to be unenforceable, the remainder of the Agreement shall remain fully enforceable.

If an arbitrator or court of competent jurisdiction deems any part of this Agreement unenforceable, and the class, collective, and representative action waiver is deemed enforceable, then any class, collective, or representative claims must be raised in arbitration on an individual basis only as provided in this Agreement.

This savings clause preserves the integrity and intent of this Agreement to the fullest extent permitted by law. The invalidity or unenforceability of any provision in this Agreement shall not affect or impair the validity or enforceability of any other provision in this Agreement.

I acknowledge that I: (i) have carefully read this agreement; (ii) have had an opportunity to examine the arbitration rules; (iii) may consult with legal counsel before signing; I understand that I have a right to consult with a person of my choosing, including an attorney, before signing this document. I acknowledge that I have been given a reasonable period of time of at least 21 days to consider this Agreement; (iv) and I have carefully read this Agreement and understand that by signing this agreement I waive my right to trial by court or jury.


Parking Systems Plus

_____          _____
Employee's Signature                      Employer – Company Name


_____          _____
Employee's Name                           Employer Representative's Signature


_____          _____
Date                                      Employer Representative's Name


                                          _____
                                          Date

# OFFICIAL REPORT OF PROCEEDINGS

# BEFORE THE

# NATIONAL LABOR RELATIONS BOARD

Respondent's Exhibit
R-14

In the Matter of:                    **Case No.:**  29-CA-331253


PARKING SYSTEMS PLUS,INC.          :

             Respondent,          :

And                                :

LOCAL 1102, RETAIL, WHOLESALE &    :

DEPARTMENT STORE UNION, UNITED     :

FOOD AND COMMERICAL WORKERS,       :

         Charging Party.          :


Place:   New York, New York
Dates:   July 24, 2024


**OFFICIAL REPORTERS**

## BURKE COURT REPORTING, LLC

**64 Magnolia Place**
**Wayne, NJ 07470**
**(973) 692-0660**

**EXHIBIT NO.:** R-14    **MARKED:** X    **RECEIVED:** X    **REJECTED :**

**WITHDRAWN:** _____ **NO OF PAGES** 30 **DATE:** 07/24/2024

**CASE NO:** 29-CA-331253    **CASE NAME:** Parking Systems

**REPORTER:** B. Weirich

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Brown | Connor | 07/02/2024 |
| Arra | Luciano | 07/01/2024 |
| Guerrero | Justin | 07/01/2024 |
| Russo | Deana | 07/01/2024 |
| Galeano | Christopher | 06/28/2024 |
| Lopez | David | 06/28/2024 |
| Adesina | Raaji | 06/27/2024 |
| Bevilacqua | Sean | 06/27/2024 |
| Ciszewski | Matthew | 06/27/2024 |
| Eribo | Igbinosa | 06/27/2024 |
| Frank | Russell | 06/27/2024 |
| jean | christian | 06/27/2024 |
| Johnson | Alton | 06/27/2024 |
| Lemanya | Victor | 06/27/2024 |
| Perdomo | Nyzae | 06/27/2024 |
| Rosario | Karla | 06/27/2024 |
| Singh | Michael | 06/27/2024 |
| Valdez | Indhira | 06/27/2024 |
| Asuncion | Jayden | 06/26/2024 |
| Chavis | Shaniah | 06/26/2024 |
| Hernandez | Jose | 06/26/2024 |
| Stigliano | Anthony | 06/26/2024 |
| vargas michel | joswel | 06/26/2024 |
| Bustamante | Carlos | 06/25/2024 |
| Carlson | Nicholas | 06/25/2024 |
| Cuevas | Kyle | 06/25/2024 |
| Brewster | Jahleek | 06/24/2024 |
| Nieto | Marcelo | 06/24/2024 |
| Williams | Reya | 06/24/2024 |
| Evelyn | Justin | 06/21/2024 |
| Samake | Diarrba | 06/21/2024 |
| batista | hunter | 06/20/2024 |
| Berry | Theresa | 06/20/2024 |
| Calderon | Jeremy | 06/20/2024 |
| dieudonne | edmier | 06/20/2024 |
| gomez | rolando | 06/20/2024 |
| Recco | Nicholas | 06/20/2024 |
| Garcia | Anthony | 06/19/2024 |
| Grant | Travis | 06/19/2024 |
| Hernandez | Martin | 06/19/2024 |
| Hiotis | Fay | 06/19/2024 |
| Ruiz Rodriguez Sr | Jose | 06/19/2024 |
| Amitrano | Matt | 06/18/2024 |



| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Erkin | Mert | 06/18/2024 |
| King | Andrew | 06/18/2024 |
| Salmon | William | 06/18/2024 |
| Quintero | Oscar | 06/17/2024 |
| Pierre-Louis | Brian | 06/14/2024 |
| Rodriguez | Joshua | 06/14/2024 |
| Bonilla | Daniel | 06/13/2024 |
| Bras | Justin | 06/13/2024 |
| Brown | Nitrius | 06/13/2024 |
| Castillo | Abraham | 06/13/2024 |
| Flores | Santiago | 06/13/2024 |
| Fuentes | Raul | 06/13/2024 |
| Hampton | Tashawn | 06/13/2024 |
| Harrison | Richard | 06/13/2024 |
| Idarraga | Yesica | 06/13/2024 |
| Juengerkes | Cole | 06/13/2024 |
| Maldonado | Erick | 06/13/2024 |
| McBride | Sean | 06/13/2024 |
| Pezzino | Pietro | 06/13/2024 |
| Pressley | Robert | 06/13/2024 |
| Rosado | Bryan | 06/13/2024 |
| Sainvil | Brodsky | 06/13/2024 |
| Smith | Tayler | 06/13/2024 |
| Tjornhom | Matthew | 06/13/2024 |
| Bardunias | Michael | 06/12/2024 |
| Pearce | Chavaun | 06/12/2024 |
| Shields | Matthew | 06/12/2024 |
| Bras | Justin | 06/11/2024 |
| Gadalla | Mohamed | 06/11/2024 |
| Martinez | Enmanuel | 06/11/2024 |
| Piedrahita | Carlos | 06/11/2024 |
| Schmidt | Sean | 06/11/2024 |
| Krishan | Rahul | 06/10/2024 |
| Nastiuk | Zachary | 06/10/2024 |
| Anderson | Jorge | 06/07/2024 |
| Aung | Swan Htet | 06/07/2024 |
| Edwards | Josiah | 06/07/2024 |
| Jean-Francois | Stacey | 06/07/2024 |
| Lomax | Christopher | 06/07/2024 |
| Nicholas | Chad | 06/07/2024 |
| Panicker | Aaron | 06/07/2024 |
| Anzurez | Leonel | 06/06/2024 |
| cano | carlos | 06/06/2024 |
| cortes | estefania | 06/06/2024 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| costa | chad | 06/06/2024 |
| fennell | tyler | 06/06/2024 |
| fortuna | jean | 06/06/2024 |
| garcia | willian | 06/06/2024 |
| hardeman | nsai | 06/06/2024 |
| herrera | steven | 06/06/2024 |
| Li | Richard | 06/06/2024 |
| malone | sean | 06/06/2024 |
| martinez | daniel | 06/06/2024 |
| Noel | Zayn | 06/06/2024 |
| papa | nicholas | 06/06/2024 |
| papa | vincent | 06/06/2024 |
| Perez | Jenssy | 06/06/2024 |
| rincon | christian | 06/06/2024 |
| saenz | ludwing | 06/06/2024 |
| Selman | Janessa | 06/06/2024 |
| sheikh | mohammad | 06/06/2024 |
| vargas | diego | 06/06/2024 |
| Wagner | Logan | 06/06/2024 |
| wood smith | trilian | 06/06/2024 |
| yown | andrew | 06/06/2024 |
| yuska | jordan | 06/06/2024 |
| Balidemaj | Arianit | 06/05/2024 |
| Azcona | Sergio | 06/04/2024 |
| Cicero | Corey | 06/04/2024 |
| Panient | Marvin | 06/04/2024 |
| Braggs Jr | Ricky | 06/02/2024 |
| Burke | Brendan | 05/31/2024 |
| Gabriel | Jonathan | 05/31/2024 |
| Rivera | Lorenzo | 05/31/2024 |
| Robinson | Brandon | 05/31/2024 |
| Agudelo | Steven | 05/30/2024 |
| Choute | Sanaiya | 05/30/2024 |
| Collins | Damion | 05/30/2024 |
| Desvignes | Jaire | 05/30/2024 |
| Jean | Marvin | 05/30/2024 |
| Miller | Dhani | 05/30/2024 |
| Nan | John | 05/30/2024 |
| Cruz | Kevin | 05/29/2024 |
| Dillon | Matthew | 05/29/2024 |
| Gadsden | Jabez | 05/29/2024 |
| Lewis | Alicia | 05/29/2024 |
| Lopez | Gilmar | 05/29/2024 |
| Richardson | Jamaine | 05/29/2024 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Schleicher | Jhon | 05/29/2024 |
| Tarpey | James | 05/29/2024 |
| Tjornhom | Matthew | 05/29/2024 |
| Ventura | Sergio | 05/29/2024 |
| Green | Kevon | 05/28/2024 |
| Mitchell | Korey | 05/28/2024 |
| Patillo | Kyle | 05/28/2024 |
| Perdomo | Nyzae | 05/28/2024 |
| Smyth | Michael | 05/28/2024 |
| Vargas | Kenneth | 05/28/2024 |
| Williams | Brandon | 05/28/2024 |
| Yown | Andrew | 05/26/2024 |
| Mason | Tia Jai | 05/25/2024 |
| Belizaire | Marlon | 05/24/2024 |
| Fuentes | Raul | 05/24/2024 |
| Jean | Christian | 05/24/2024 |
| Joseph | Darsens | 05/24/2024 |
| Juengerkes | Cole | 05/24/2024 |
| O'Shea | Michael | 05/24/2024 |
| Reyes | Kanneth | 05/24/2024 |
| santoro | Nicholas | 05/24/2024 |
| Strick | Damien | 05/24/2024 |
| Balian | Mason | 05/23/2024 |
| DiMarco | Christopher | 05/23/2024 |
| Francisco | Richard | 05/23/2024 |
| Gayle | Jaida | 05/23/2024 |
| Gomez | Jose | 05/23/2024 |
| Halpin | Michael | 05/23/2024 |
| Murphy | Jacori | 05/23/2024 |
| Peraza | Irvin | 05/23/2024 |
| Senat | Jean Rubens | 05/23/2024 |
| Shaw | Craig | 05/23/2024 |
| Sikpa | Kofi | 05/23/2024 |
| Watson | Isaiah | 05/23/2024 |
| Williams | Kevin | 05/23/2024 |
| Cortes | Estefania | 05/22/2024 |
| Landrum | Samaiyah | 05/22/2024 |
| Leogrande | Brandt | 05/22/2024 |
| Prendergast | Thomas | 05/22/2024 |
| Slay | Donnell | 05/22/2024 |
| Sookdeo | Jaden | 05/22/2024 |
| Stathis | Nicholas | 05/22/2024 |
| Tucker | Isaiah | 05/22/2024 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Turner Jr | Travis | 05/22/2024 |
| Wolfe | Brian | 05/22/2024 |
| Carney | Jack | 05/21/2024 |
| Pericolosi | Robert | 05/21/2024 |
| Thurmond | Hunter | 05/21/2024 |
| Verna | Kailyn | 05/21/2024 |
| Rosado | Bryan | 05/19/2024 |
| calderon | jeremy | 05/18/2024 |
| reynoso | justin | 05/18/2024 |
| Burgos | Daniela | 05/17/2024 |
| DeSando | Michael | 05/17/2024 |
| Papa | Nicholas | 05/17/2024 |
| Solorzano | Ana | 05/17/2024 |
| Stigliano | Anthony | 05/17/2024 |
| Adesina | Raaji | 05/16/2024 |
| Anderson-McLeod | Niyasia | 05/16/2024 |
| Batista | Hunter | 05/16/2024 |
| Butera | Alexa | 05/16/2024 |
| Lilman | Shania | 05/16/2024 |
| Lukens | James | 05/16/2024 |
| Mercadal | Sebastian | 05/16/2024 |
| Ortiz bermeo | Ariel | 05/16/2024 |
| Richardson | Tyrone | 05/16/2024 |
| Tucker | Myles | 05/16/2024 |
| carlos | carlos | 05/15/2024 |
| D'Amico | Shane | 05/15/2024 |
| DiGiuseppe | Michael | 05/15/2024 |
| Gomezcoello | Ramon | 05/15/2024 |
| Gomezcoello | Ramon | 05/15/2024 |
| Kandov | Adam | 05/15/2024 |
| Lazar | Kevin | 05/15/2024 |
| McBride | Sean | 05/15/2024 |
| Novillo | Carlos | 05/15/2024 |
| NOVILLO | CARLOS | 05/15/2024 |
| Paul | Russell | 05/15/2024 |
| Rodriguez | Leonardo | 05/15/2024 |
| Savage | Ahmir | 05/15/2024 |
| Degros | Jaiden | 05/14/2024 |
| Morgan | Rohon | 05/14/2024 |
| Parkinson | Ajani | 05/14/2024 |
| Garcia | Anthony | 05/13/2024 |
| Recine | Joseph | 05/13/2024 |
| Villatoro | Emerson | 05/13/2024 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Yuska | Jordan | 05/11/2024 |
| Parkin-Pezzella | Dominic | 05/10/2024 |
| Dieudonne | Edmier | 05/09/2024 |
| Freire | Patricio | 05/09/2024 |
| Narvaez | Cesar | 05/09/2024 |
| Recco | Nicholas | 05/09/2024 |
| Campoverde | Juan | 05/08/2024 |
| Campoverde | Juan | 05/08/2024 |
| Danger | Jordany | 05/08/2024 |
| Freire | Patricio | 05/08/2024 |
| Gonzalez | Gustavo | 05/08/2024 |
| Gonzalez | Jayro | 05/08/2024 |
| Gonzalez | Gustavo | 05/08/2024 |
| GONZALEZ | JAYRO | 05/08/2024 |
| Guerrero | Jose | 05/08/2024 |
| Jean Louis | Miguel | 05/08/2024 |
| Lozada | James | 05/08/2024 |
| Molina | Esteban | 05/08/2024 |
| Molina | Esteban | 05/08/2024 |
| Murillo | Andres | 05/08/2024 |
| Murillo | Andres | 05/08/2024 |
| Narvaez | Cesar | 05/08/2024 |
| Ruales Enriquez | David | 05/08/2024 |
| Sanango | Edgar | 05/08/2024 |
| Sanango | Edgar | 05/08/2024 |
| Zambrano | Christopher | 05/08/2024 |
| Graham | Uthants | 05/07/2024 |
| Maldonado | Erick | 05/07/2024 |
| Scott | Joje | 05/07/2024 |
| Smith | Tayler | 05/07/2024 |
| Vasquez | Alejandro | 05/07/2024 |
| Zohara | Fatematuz | 05/07/2024 |
| Doublet | Mark | 05/06/2024 |
| Espinet Jr | Hector | 05/06/2024 |
| Williams | Stacey | 05/06/2024 |
| Brown | Chantay | 05/05/2024 |
| Howard | Darius | 05/05/2024 |
| Richardson | Tymesha | 05/05/2024 |
| Marrero | Harrison | 05/03/2024 |
| Morel | Agustin | 05/02/2024 |
| Ahearn | Jake | 05/01/2024 |
| Galbraith | Connor | 05/01/2024 |
| Mahony | Matthew | 05/01/2024 |
| Mercado | Alexander | 05/01/2024 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Supreme | Rony | 05/01/2024 |
| Valdes | Diana Marcela | 05/01/2024 |
| Abbattista | Paul | 04/30/2024 |
| Eivers | Kriston | 04/30/2024 |
| Guzhnay | Michael | 04/30/2024 |
| Moya Rosario | Javier | 04/30/2024 |
| Tran | Minh | 04/30/2024 |
| Brun | Mackenson | 04/29/2024 |
| Salvador | Julio | 04/29/2024 |
| Vitale | Michael | 04/29/2024 |
| Ayala | Walter | 04/26/2024 |
| Cannon | Samuel | 04/26/2024 |
| Richardson | Tyrone | 04/26/2024 |
| Ronan | Joseph | 04/26/2024 |
| david | mickelle | 04/24/2024 |
| DiGirolamo | Anthony | 04/24/2024 |
| Dunn | Dominique | 04/24/2024 |
| Erato | Andrew | 04/24/2024 |
| Gomez | Karen | 04/24/2024 |
| Martin Arango | Daniel | 04/24/2024 |
| Munoz | Lucy | 04/24/2024 |
| brown | Nitrius | 04/23/2024 |
| Williams | Jared | 04/23/2024 |
| Caraballo | Esteban | 04/22/2024 |
| Williamson | Justin | 04/22/2024 |
| Hernandez Cabrera | Miguel | 04/19/2024 |
| Hurtado Gonzalez | Sebastian | 04/18/2024 |
| Laroche | Daphney | 04/18/2024 |
| Rodriguez | Ramfis | 04/18/2024 |
| Aziz | Irsalan | 04/17/2024 |
| Caddle jr | Adrian | 04/17/2024 |
| Grant | Luke | 04/17/2024 |
| Juarez | Tatiana | 04/17/2024 |
| Martin | Rayco | 04/17/2024 |
| Oliver | Stafford | 04/17/2024 |
| Reyes | Cesar | 04/17/2024 |
| Carmona | Neftali | 04/16/2024 |
| Hackshaw | Sounil | 04/16/2024 |
| Perez Perez | Jose | 04/15/2024 |
| Johnson | Rohan | 04/12/2024 |
| Solis | Kevin | 04/12/2024 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Hazlewood | Justin | 04/11/2024 |
| Osorio | William | 04/11/2024 |
| Cruz | Alejandro | 04/10/2024 |
| Molina | Juan | 04/10/2024 |
| Adama | Miraj | 04/09/2024 |
| Marcia | Laura | 04/09/2024 |
| Miller | David | 04/09/2024 |
| vanegas | deybid | 04/09/2024 |
| Khasria | Runveer | 04/07/2024 |
| Jenkins | Tyrique | 04/03/2024 |
| Moran | Jimmy | 04/03/2024 |
| Taipe | Alexander | 04/03/2024 |
| cradle | Timell | 04/02/2024 |
| Solace | Liam | 04/02/2024 |
| Thomas | Quentin | 04/02/2024 |
| Velasquez | Luis | 04/02/2024 |
| Castro | Jorge | 04/01/2024 |
| Gales | Dennis | 04/01/2024 |
| Malivert | Ernstacha | 04/01/2024 |
| Paucar | Roger | 04/01/2024 |
| Walker | Rajay | 04/01/2024 |
| Wood-Smith | T'khi | 03/29/2024 |
| Rizzo | Joshua | 03/28/2024 |
| Soto | Rodolfo | 03/28/2024 |
| Worthley | Ian | 03/28/2024 |
| Evola | Steven | 03/27/2024 |
| Jacobs | Davon | 03/27/2024 |
| Martinez Serrano | Daniel | 03/27/2024 |
| Montanez-Colon | Christopher | 03/27/2024 |
| Castanos | Gerardo | 03/25/2024 |
| Guevara | Joshua | 03/25/2024 |
| Johnson | Kieron | 03/25/2024 |
| Moreno | Benjamin | 03/25/2024 |
| Perez | Estarlvin | 03/25/2024 |
| Stern | Franklin | 03/25/2024 |
| Pressley | Nakeedah | 03/23/2024 |
| Joseph | Evita | 03/22/2024 |
| Bedessi | Jordan | 03/21/2024 |
| Crabbe | Kyle | 03/21/2024 |
| LeDu | lucien | 03/21/2024 |
| Robinson | Jenniqua | 03/21/2024 |
| Suleitopa | Odere | 03/21/2024 |
| Gallagher | Daniel | 03/20/2024 |
| Tran | Son | 03/20/2024 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Johnson | Kerone | 03/19/2024 |
| Perez | Michael | 03/19/2024 |
| Murudumbay | Kevin | 03/18/2024 |
| Bass | Sean | 03/15/2024 |
| McCarthy Mr | Jacob | 03/15/2024 |
| Akmatbekov | nurislam | 03/14/2024 |
| Roa | Jose | 03/14/2024 |
| Yang | Tyler | 03/14/2024 |
| Arias | Deiby | 03/13/2024 |
| Cruz | Felipe | 03/13/2024 |
| Feria | Sebastian | 03/13/2024 |
| Moreno | Nicolas | 03/13/2024 |
| Oliveros | Alejandro | 03/13/2024 |
| Rubio | David | 03/13/2024 |
| Ruiz | Cristian | 03/13/2024 |
| Angola toro | Esneyder | 03/12/2024 |
| Caiza | Derik | 03/12/2024 |
| Lopez | Fernando | 03/12/2024 |
| Lopez | Giovany | 03/12/2024 |
| Murray | Kristen | 03/12/2024 |
| Attia | Khalid | 03/11/2024 |
| Giuffre | Dmitriy | 03/11/2024 |
| Lopez | Carlos | 03/11/2024 |
| Tiburcio | Christian | 03/10/2024 |
| Van Oordt Torres | Frank | 03/10/2024 |
| Jones | Jordan | 03/06/2024 |
| VANEGAS | JONATAN | 03/06/2024 |
| Lopez | Gilmar | 03/04/2024 |
| Pengelley | Emelio | 03/04/2024 |
| Santiago | Bryan | 03/04/2024 |
| Suarez | Kent | 03/04/2024 |
| Bucko | Adrian | 03/01/2024 |
| Vitale | Michael | 03/01/2024 |
| Sultana Sultana | MT | 02/29/2024 |
| Goldstein | Nicholas | 02/28/2024 |
| Monplaisir | Jean | 02/28/2024 |
| Fletcher | Jeremiah | 02/27/2024 |
| gervasi | samantha | 02/27/2024 |
| Hasan | Mohammed | 02/27/2024 |
| lorenzo | kevin | 02/27/2024 |
| Morales | Aldo | 02/27/2024 |
| piedrahita | karlos | 02/27/2024 |
| smallwood | currel | 02/27/2024 |
| Pierre | Mackendy | 02/26/2024 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Salamea | Jacob | 02/26/2024 |
| Williams | Raheem | 02/26/2024 |
| Schlesinger | Lukas | 02/24/2024 |
| Cuttitta | John | 02/23/2024 |
| Ali | Justin | 02/22/2024 |
| Galindo | Daniel | 02/20/2024 |
| Baron | Frantz | 02/19/2024 |
| Guillaume | Sebastian | 02/19/2024 |
| Perdomo | Sebastian | 02/19/2024 |
| hernandez | sara | 02/16/2024 |
| Baldassarre | Gerard | 02/14/2024 |
| Kourkoumelis | Soterios | 02/14/2024 |
| Otero | Andrew | 02/14/2024 |
| Parkinson | Ajani | 02/14/2024 |
| Allen | Tyler | 02/13/2024 |
| Johnson | Jomario | 02/12/2024 |
| Sahat | Pavlo | 02/09/2024 |
| Salazar | Rodrigo | 02/09/2024 |
| Brice | Demetrius | 02/07/2024 |
| Balija | Eri | 02/06/2024 |
| Francis | Dareem | 02/06/2024 |
| Pierre | Bichard | 02/06/2024 |
| Williamson | Kadeem | 02/06/2024 |
| Benoit | Herriot | 02/05/2024 |
| Lennon | Omar | 02/05/2024 |
| Brooks | Jonathan | 02/02/2024 |
| DRAME | ABDUL | 02/02/2024 |
| Speights | Austin | 02/01/2024 |
| Ramos | Bryan | 01/31/2024 |
| Sams | Richard | 01/31/2024 |
| Diallo | Mamadou | 01/30/2024 |
| Villarreal | Adrian | 01/30/2024 |
| Diaz | Justin | 01/29/2024 |
| Nelson | Nakhari | 01/24/2024 |
| denat | darnell | 01/22/2024 |
| Gnapi | Joseph | 01/22/2024 |
| Louissaint | Judd | 01/19/2024 |
| brown | marlon | 01/17/2024 |
| Funes | Josue | 01/17/2024 |
| Keith | Glenister | 01/17/2024 |
| Demir | Fatih | 01/16/2024 |
| Gonzales Melgar | Abraham | 01/16/2024 |
| Dillon | Matthew | 01/12/2024 |
| Hamada | Caleb | 01/12/2024 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Neal | Mark | 01/12/2024 |
| Ashley | Ronald | 01/11/2024 |
| Chavez | Kevin | 01/10/2024 |
| jeffries | joshua | 01/09/2024 |
| Harris | Niko | 01/08/2024 |
| Reyes | Ruben | 01/08/2024 |
| Vagner | Pavel | 01/08/2024 |
| Beckford | Ricardo | 01/07/2024 |
| Erato | Andrew | 01/07/2024 |
| Garcia | Oscar | 01/05/2024 |
| Morel | Reye | 01/05/2024 |
| Tucker | Isaiah | 01/05/2024 |
| Cody | Brendan | 01/04/2024 |
| Aliyu | Karim | 01/03/2024 |
| Olarte | Juan | 01/03/2024 |
| Tarpey | James | 01/03/2024 |
| Allah-Byrd | Justice | 01/02/2024 |
| Davilmar | Shaniyah | 01/02/2024 |
| Eribo jr | Igbinosa | 01/01/2024 |
| Aydin | Andy | 12/31/2023 |
| Frank Jr | Russell | 12/31/2023 |
| Galdamez | John | 12/30/2023 |
| Buell | Justin | 12/28/2023 |
| Cochran | Henry | 12/28/2023 |
| Herrera | Steven | 12/27/2023 |
| Kohn | Tyler | 12/27/2023 |
| Rodriguez | Brandon | 12/27/2023 |
| Amaya | Jose | 12/26/2023 |
| Hasan | Nafeu | 12/26/2023 |
| Patwa | Hamza | 12/26/2023 |
| Pellegrino | Michael | 12/26/2023 |
| Pena | Jairo | 12/26/2023 |
| Howlett | Kalam | 12/22/2023 |
| McNeill | Justin | 12/22/2023 |
| Saoudi | Ilyes | 12/22/2023 |
| Atherton | Lexey | 12/21/2023 |
| Fennell | Tyler | 12/21/2023 |
| Levine | Sarah | 12/21/2023 |
| Pendrell | Douglas | 12/21/2023 |
| Ventura | Sergio | 12/21/2023 |
| Altobelli | David | 12/20/2023 |
| Peterson | Sayed | 12/20/2023 |
| Tung | Kaitlyn | 12/20/2023 |
| Argyris | Irene | 12/19/2023 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
| --- | --- | --- |
| DUVERSAINT | Mirabo | 12/19/2023 |
| Manyoma | Jessica | 12/19/2023 |
| Francis | Janelle | 12/18/2023 |
| Martino | Evan | 12/18/2023 |
| Rohleder | Jonathan | 12/18/2023 |
| Torres Severino | Joelfry | 12/15/2023 |
| Henderson Jr | Charles | 12/14/2023 |
| LoSauro | Dominic | 12/14/2023 |
| Betancourt | Walter | 12/13/2023 |
| Penzo | Miguel | 12/13/2023 |
| Vidals | Anthony | 12/13/2023 |
| Rios | Genato | 12/12/2023 |
| Lucero | Junior | 12/11/2023 |
| Zucker | Brandon | 12/11/2023 |
| Morales Hernndez | Carlos | 12/09/2023 |
| Delva | Ghil | 12/08/2023 |
| Andrade Gonzalez | Miguel | 12/07/2023 |
| Edosomwan | Shade | 12/07/2023 |
| JNBAPTISTE | RODNEY | 12/07/2023 |
| Ortiz | Jose | 12/07/2023 |
| Paredes | Nelson | 12/07/2023 |
| Reyes | Modesto | 12/07/2023 |
| Rossetti | Maxwell | 12/05/2023 |
| Adogbeji | Austine | 12/04/2023 |
| Johnson | Gerald | 12/04/2023 |
| Damy | Samuel | 12/01/2023 |
| Sikpa | Kofi | 12/01/2023 |
| Bernadel | Rene | 11/30/2023 |
| Ligon | Cynthia | 11/30/2023 |
| Muratovski | Medin | 11/30/2023 |
| Seepaul | Mithun | 11/30/2023 |
| Tcha | Trevonne | 11/30/2023 |
| Toussaint | Alex | 11/30/2023 |
| Bass | Brian | 11/29/2023 |
| Fischer | Ian | 11/29/2023 |
| McDonald | Shameek | 11/29/2023 |
| Fischer | Ian | 11/28/2023 |
| Hamid | Kevin | 11/28/2023 |
| Jankowski | Jack | 11/28/2023 |
| Grimando | Chris | 11/27/2023 |
| Rincon | Christian | 11/27/2023 |
| Reyes | Marlon | 11/24/2023 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Le Brun | Krystal | 11/22/2023 |
| Pilch | Edward | 11/22/2023 |
| Stein | William | 11/22/2023 |
| Cenacchi | Martin | 11/21/2023 |
| Petrillo | John | 11/20/2023 |
| Howe | Cassidy | 11/14/2023 |
| GRANVILLE | THERESA | 11/13/2023 |
| Santa coloma | Juan | 11/13/2023 |
| Taitt-christina | Ashton | 11/10/2023 |
| Cherfils | Tanika | 11/07/2023 |
| fama | joseph | 11/07/2023 |
| Patterson | Dillon | 11/07/2023 |
| Clough | Zion | 11/06/2023 |
| Excellent | Garvans | 11/06/2023 |
| Escobar | Melvin | 11/03/2023 |
| Grant | Diondre | 11/03/2023 |
| Mostofa | Md | 11/03/2023 |
| tabares | joseph | 11/02/2023 |
| tilkin | emily | 11/02/2023 |
| Mason | Fabian | 10/31/2023 |
| Aderounmu | Moussibaou | 10/30/2023 |
| Volpe Jr | Salvatore | 10/30/2023 |
| Tilkin | Emily | 10/27/2023 |
| Solomon | William | 10/26/2023 |
| Jalloh | Ibrahim | 10/25/2023 |
| Awel | Abdulfeta | 10/24/2023 |
| Dembele | Kader | 10/24/2023 |
| JeanCharles | Cory | 10/24/2023 |
| Traore | Soumaila | 10/24/2023 |
| Horry | Anthony | 10/23/2023 |
| Ciszewski | Matthew | 10/21/2023 |
| Fernandez Mejia Mary | Mary | 10/20/2023 |
| Kyriacou | Costasdinos | 10/20/2023 |
| Berthold | Bryton | 10/19/2023 |
| Pascuzzi | Joseph | 10/18/2023 |
| Osorio | Diana | 10/17/2023 |
| Tavarez | Kevin | 10/17/2023 |
| Andoh Newton | Newton | 10/16/2023 |
| Hobbs | Darrien | 10/12/2023 |
| Andrade | Nelson | 10/11/2023 |
| Naughton | Duval | 10/09/2023 |
| Knight | Bunice | 10/06/2023 |
| Martinez | Wilfredo | 10/06/2023 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Theologis | Spiro | 10/06/2023 |
| Lee | Kurron | 10/05/2023 |
| Yu | Brandon | 10/05/2023 |
| Wright | Fiona | 10/04/2023 |
| Cruz jr | Luis | 10/03/2023 |
| Chaimowitz | Jeffrey | 10/02/2023 |
| Dorce | whil | 10/01/2023 |
| Menjivar | Ruben | 09/29/2023 |
| Sierra | Gerardo | 09/29/2023 |
| Zetreine | Patrick | 09/29/2023 |
| Torres | Jose | 09/28/2023 |
| Thomas | Flanagan | 09/27/2023 |
| Infante | Jonathan | 09/26/2023 |
| Dimas portillo | Cesar | 09/25/2023 |
| Hobbs | Darrien | 09/25/2023 |
| Luciano | Robert | 09/25/2023 |
| Vaughan | Jacqueline | 09/22/2023 |
| Blackwood | Jaden | 09/21/2023 |
| Rios | Juan | 09/21/2023 |
| Benedetto | Christopher | 09/20/2023 |
| Mighty | Terrell | 09/20/2023 |
| Pon | Arturo | 09/19/2023 |
| Reinhold | Catherine | 09/18/2023 |
| Bayne | Cory | 09/15/2023 |
| Castma | Robey | 09/15/2023 |
| Abdelwahab | Husam | 09/14/2023 |
| Richard | Dillon | 09/14/2023 |
| McClaren | Adryan | 09/13/2023 |
| Tavarez | Bryan | 09/13/2023 |
| Vereen | Christopher | 09/13/2023 |
| Flanagan | Thomas | 09/12/2023 |
| Kuczynski | Jacek | 09/11/2023 |
| McGrane | Conor | 09/07/2023 |
| Dobias | Francis | 09/05/2023 |
| Kuczynski | Jacek | 09/01/2023 |
| Smith | Richard | 09/01/2023 |
| Fonseca | Carlos | 08/31/2023 |
| Hossain | Motahar | 08/31/2023 |
| Kurdziel | Brandon | 08/31/2023 |
| Ivey | Jehremy | 08/30/2023 |
| Pierre | Carvin | 08/29/2023 |
| Sorensen | Kevin | 08/28/2023 |
| Wakely | Tyler | 08/25/2023 |
| Hernandez | Joseph | 08/24/2023 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Medina | Vladimir | 08/24/2023 |
| flippen | lenora | 08/23/2023 |
| NANDICI | DOMENICO | 08/23/2023 |
| Olivares | Marcos | 08/23/2023 |
| Rivera Barrera | Cindy | 08/23/2023 |
| Ronan | Joseph | 08/23/2023 |
| Fantauzzi | Jonathan | 08/22/2023 |
| Lombardi | Luke | 08/22/2023 |
| Blutner | Seth | 08/21/2023 |
| Fore | Anthony | 08/21/2023 |
| Rizzo | Joshua | 08/21/2023 |
| Thompson | Duval | 08/21/2023 |
| Bahlool | Elsayed | 08/17/2023 |
| Saenz | Ludwing | 08/17/2023 |
| Pena mena | Starling | 08/16/2023 |
| Holland | James | 08/11/2023 |
| Papa | Vincent | 08/07/2023 |
| Swift | David | 08/07/2023 |
| Islam | Md | 08/02/2023 |
| Navarro | Melissa | 08/02/2023 |
| Ordonez | Juan | 07/31/2023 |
| Hasanov | Tymur | 07/28/2023 |
| Tavoulareas | Louis | 07/28/2023 |
| Osman | Gamal | 07/26/2023 |
| VARGAS | ELIAS | 07/25/2023 |
| Alvarez | Justin | 07/24/2023 |
| Ynfante | Jose | 07/24/2023 |
| Fennell | Gregory | 07/20/2023 |
| Giannino | Joseph | 07/20/2023 |
| Tapia-Ruiz | Edgar | 07/20/2023 |
| Cerrato | Destiny | 07/13/2023 |
| Noel | Victor | 07/10/2023 |
| thompson | taheir | 07/05/2023 |
| Parkinson | Joseph | 07/03/2023 |
| Josama | Gamar | 06/30/2023 |
| Santos sanches | David | 06/28/2023 |
| Calcagno | Joseph | 06/27/2023 |
| Luna | Alejandro | 06/26/2023 |
| Rivera | Erin | 06/23/2023 |
| Orellana | Marvin | 06/21/2023 |
| Purisic | Izak | 06/21/2023 |
| Zguro | Matthew | 06/21/2023 |
| howard | sofia | 06/20/2023 |
| Bernadel | Julian | 06/19/2023 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| William | Gersh | 06/19/2023 |
| Islam | Reajul | 06/15/2023 |
| GRACIA | GERALD JR | 06/09/2023 |
| Nicholls | Gilbert | 06/07/2023 |
| Guilloux | Fonrose | 06/06/2023 |
| Oravitz | Devin | 06/06/2023 |
| Roesig | Matthew | 06/06/2023 |
| Sainvil | Brodsky | 06/06/2023 |
| Boerum-Ruhl | Benjamin | 06/05/2023 |
| Seyoum | Zelalem | 06/05/2023 |
| Zavala | Brian | 06/03/2023 |
| Johnson Moline | Donavon | 06/01/2023 |
| Reilly | Jared | 06/01/2023 |
| Hill | Thomas | 05/31/2023 |
| Kelly | Scott Mikhal | 05/31/2023 |
| Sosa | Javier | 05/31/2023 |
| Blanc | Maya | 05/30/2023 |
| Flores | Denis | 05/30/2023 |
| Bros | Kenny | 05/24/2023 |
| Pericolosi | Anthony | 05/24/2023 |
| Dewdney | Hayes | 05/23/2023 |
| Rodriguez | Benjamin | 05/23/2023 |
| Manning | Shaun | 05/17/2023 |
| Faranda | Ethan | 05/16/2023 |
| KHATUN | MST | 05/16/2023 |
| MOORE | CHRIS | 05/15/2023 |
| Barrow | Willie | 05/12/2023 |
| Richardson | Terrance | 05/11/2023 |
| Balbi | Serafin | 05/10/2023 |
| Rosa | Manuel | 05/10/2023 |
| Kinbayo | Freidel | 05/09/2023 |
| Gatto | Richard | 05/08/2023 |
| Cyrus | Courtenay | 05/01/2023 |
| James | Raheem | 05/01/2023 |
| Leary | Gavin | 05/01/2023 |
| Thompson | Frederick | 04/28/2023 |
| Brun | Mackenson | 04/27/2023 |
| Pittman | Sharice | 04/25/2023 |
| Rooney | Timothy | 04/24/2023 |
| Piper | Christopher | 04/22/2023 |
| Kilinc | Baran | 04/21/2023 |
| Chung | Daniel | 04/20/2023 |
| Davis | Dayshawn | 04/20/2023 |
| Nunez | Juan | 04/20/2023 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Paolantonio | Kevin | 04/20/2023 |
| Tsamos | Kyriaco | 04/20/2023 |
| Cartagena | Victor | 04/19/2023 |
| Marquez | Cristian | 04/19/2023 |
| Cunneen | Tyler | 04/18/2023 |
| Jones | Trevaughn | 04/18/2023 |
| Small | Imone | 04/18/2023 |
| Lenzy | Tyreik | 04/17/2023 |
| Golden | Nicholas | 04/12/2023 |
| KURDZIEL | BRANDON | 04/12/2023 |
| Karran | Tilesh | 04/11/2023 |
| Bevilacqua | David | 04/10/2023 |
| Cabrera | Emanuel | 04/10/2023 |
| Cherizar | Ridal | 04/05/2023 |
| Etienne | Abed | 04/04/2023 |
| Gibbs | Donovan | 04/04/2023 |
| Govan | Qiana | 04/04/2023 |
| Beltran | Jhan | 03/29/2023 |
| Rivera | Dennys | 03/28/2023 |
| kurdziel | jason | 03/26/2023 |
| Morris | Christine | 03/22/2023 |
| Grande | Michael | 03/21/2023 |
| Youngs | Louis | 03/20/2023 |
| Michels | Cameron | 03/17/2023 |
| Moran | Jose | 03/17/2023 |
| Samuel | Roshan | 03/17/2023 |
| Meadows | Ethan | 03/14/2023 |
| Ward | Ian | 03/14/2023 |
| Esty | Jordan | 03/09/2023 |
| Pena Sanchez | Juan | 03/06/2023 |
| edouard | lemithe | 03/03/2023 |
| Fortuna | Jean | 03/03/2023 |
| Lopez | Armando | 03/02/2023 |
| Laville | Patrickson | 02/21/2023 |
| Speciale | Joseph | 02/21/2023 |
| Ahasan | Helena | 02/16/2023 |
| Faust | Howard | 02/15/2023 |
| Meyer | John | 02/10/2023 |
| enriquez | bady | 02/09/2023 |
| lopez | diego | 02/09/2023 |
| Kovics | Jazz | 02/08/2023 |
| Lopez De Leon | Henry | 02/07/2023 |
| Parra | Jhon | 02/07/2023 |
| Augustin | Waydens | 02/01/2023 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Villalta | Kevin | 01/31/2023 |
| Kolano | Zachary | 01/20/2023 |
| Islam | MD | 01/14/2023 |
| Rodriguez | Laura | 01/11/2023 |
| Hernandez-Vanegas | Nathaniel | 01/10/2023 |
| Fleming | Bobby | 01/05/2023 |
| Ferrara | Alfred | 01/04/2023 |
| Turner | Tyrone | 01/04/2023 |
| Gomez | Justin | 01/03/2023 |
| Rivera | Rafael | 01/03/2023 |
| Watson jr | Thomas | 01/03/2023 |
| Grim | Jamie | 12/28/2022 |
| Rapp | Steven | 12/20/2022 |
| Bevilacqua | David | 12/07/2022 |
| Samuel | Philip | 12/07/2022 |
| HUSSAIN | MD | 12/03/2022 |
| Lewis | Zachary | 11/30/2022 |
| Wiggins | Joshua | 11/28/2022 |
| Alharbi | Ayoub | 11/27/2022 |
| Mauriello | Daniel | 11/22/2022 |
| Leiva | Jose | 11/16/2022 |
| Marcelin | Prince | 11/15/2022 |
| Larry | Dwayne | 11/11/2022 |
| Snagg | Tyler | 11/10/2022 |
| Blair | Damine | 11/08/2022 |
| Montalvo | Ernesto | 11/08/2022 |
| VARGAS | DIEGO | 11/08/2022 |
| Sanchez | Wilman | 11/02/2022 |
| Monteleone | Dennis | 11/01/2022 |
| Akosu | Zahemen | 10/31/2022 |
| Singh | Manraj | 10/31/2022 |
| NUNEZ | CARLOS | 10/20/2022 |
| Ojukwu | Chidiebere | 10/19/2022 |
| louis-jeune | stann | 10/14/2022 |
| Garcia | Willian | 10/13/2022 |
| Carlo | Robert | 10/06/2022 |
| Lazauskas | Vincent | 10/06/2022 |
| Duplessy | Jesend | 10/05/2022 |
| Gulley | Tymel | 10/04/2022 |
| Rodriguez | Roberto | 10/03/2022 |
| Rosenberg | Richard | 10/03/2022 |
| Hogan | Martin | 09/28/2022 |
| Masih | Jeremiah | 09/28/2022 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Barnes | Tremaine | 09/26/2022 |
| Mastandrea | Dominick | 09/22/2022 |
| Crayton | Canaan | 09/13/2022 |
| Deonarine | Dillon | 09/08/2022 |
| Boci | Arlind | 09/07/2022 |
| colon | jason | 09/06/2022 |
| Lines | Matthew | 09/02/2022 |
| Majano | Francisco | 08/24/2022 |
| arora | Sarthak | 08/23/2022 |
| O'Connor | Aaron | 08/23/2022 |
| Spence | Jaden | 08/23/2022 |
| Tarantino | Joseph | 08/23/2022 |
| Wagner | Paul | 08/23/2022 |
| Leonardo | Kevin | 08/22/2022 |
| Lewis | Shania | 08/17/2022 |
| piedrahita | karlos | 08/16/2022 |
| Ferraro | Thomas | 08/15/2022 |
| Luciano | Kevin | 08/15/2022 |
| Francis | Malik | 08/12/2022 |
| Fargas | Joseph | 08/11/2022 |
| Cano | Fabio | 08/10/2022 |
| Sullivan | Edward | 08/02/2022 |
| McInnis | Jayden | 07/27/2022 |
| tazi | ayah | 07/27/2022 |
| Pezzino | Pietro | 07/21/2022 |
| Moreno | Jhonatan | 07/11/2022 |
| Margaryan | Matthew | 07/07/2022 |
| slabyy | roman | 07/07/2022 |
| Cano | Carlos | 07/06/2022 |
| Popaj | Joseph | 07/05/2022 |
| Vovk | Dominick | 06/30/2022 |
| Ceron | Kelvin | 06/29/2022 |
| Sokoli | Edmond | 06/29/2022 |
| Palacio | Joseph | 06/28/2022 |
| Rueda | Pablo | 06/28/2022 |
| Vejselovski | Arben | 06/28/2022 |
| Alonge | Festus | 06/27/2022 |
| hernandez | felipe | 06/22/2022 |
| king | steven | 06/22/2022 |
| Barrios | Carlos | 06/16/2022 |
| Silva | Eduardo | 06/15/2022 |
| Demeo | Chris | 06/10/2022 |
| Dupuy | Jacques | 06/09/2022 |
| Eapen | Arvin | 06/09/2022 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Soszka | Eric | 06/02/2022 |
| Mackey | Amir | 06/01/2022 |
| Naher | Nazmun | 05/28/2022 |
| gudel | justin | 05/26/2022 |
| Ahmed | Ammar | 05/24/2022 |
| Maggiore | Matt | 05/23/2022 |
| lugo | diego | 05/17/2022 |
| Smallwood | Currel | 05/17/2022 |
| Kim | Sunhee | 05/11/2022 |
| Maggiore | Matthew | 05/11/2022 |
| Rivera | Miguel | 05/10/2022 |
| Gervasi | Samantha | 05/03/2022 |
| Long | Cedric | 05/03/2022 |
| Idarraga | Yesica | 05/02/2022 |
| peterkin-white | tiande | 05/02/2022 |
| Velez | Jarvis | 05/02/2022 |
| Soohan | Matthew | 04/28/2022 |
| rosero | jorge | 04/26/2022 |
| Gomez | Sebastian | 04/25/2022 |
| ahmed | azmain | 04/20/2022 |
| sami | shadman | 04/20/2022 |
| jean louis | dady | 04/15/2022 |
| Johnson | Michael | 04/14/2022 |
| Chowdhury | G Shahariar | 04/13/2022 |
| Ojukwu | Ebenezer | 04/05/2022 |
| alvarez | christian | 03/30/2022 |
| Wolff | Addysen | 03/28/2022 |
| Johnson | Kyree | 03/24/2022 |
| Sharoud | Sameh | 03/24/2022 |
| Jeanty | Erick | 03/16/2022 |
| Francisco | Richard | 03/15/2022 |
| Whitley | Michael | 03/08/2022 |
| Frangu | Qendrim | 03/07/2022 |
| Blount | Shawn | 03/04/2022 |
| Franco | Caitlyn | 03/01/2022 |
| Mcintyre | Melanie | 03/01/2022 |
| Leveille | Steven | 02/23/2022 |
| Sharoud | Amira | 02/18/2022 |
| Bonilla | Holbin | 02/14/2022 |
| zacconi Jr | stephen | 02/10/2022 |
| Singh | Sukdeo | 02/09/2022 |
| Feratovic | Adel | 02/08/2022 |
| Pereira | Kilver | 02/04/2022 |
| Toma | Bradley | 01/18/2022 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| times | jayden | 01/17/2022 |
| Walcott | Theodore | 01/12/2022 |
| Guaman | Jonathan | 12/31/2021 |
| hoheb | carlos | 12/24/2021 |
| geffrard | Jean | 12/06/2021 |
| Rios Melgar | Jose | 11/30/2021 |
| Dejesus | Rafael | 11/23/2021 |
| Pierre | Anzelaire | 11/17/2021 |
| vasquez | alejandro | 11/12/2021 |
| pugliese | vincent | 11/09/2021 |
| heywood | denzel | 11/08/2021 |
| gonzalez | angel | 10/16/2021 |
| Newman | Shakia | 10/15/2021 |
| mendell | william | 10/13/2021 |
| Wright | Deshawn | 10/09/2021 |
| hot | adis | 10/06/2021 |
| Pereira | Immer | 10/06/2021 |
| brunjes | craig | 10/01/2021 |
| crowe | richard | 09/30/2021 |
| derosa | john | 09/30/2021 |
| Derosa | Patrick | 09/30/2021 |
| fargas | joseph | 09/30/2021 |
| Figueroa | Rosa | 09/30/2021 |
| krempasky | walter | 09/30/2021 |
| Mercado | Jose | 09/30/2021 |
| siciliano | matteo | 09/30/2021 |
| medina | daniel | 09/24/2021 |
| Dembele | Cheick | 09/23/2021 |
| Resignac | Jessica | 09/20/2021 |
| Qazi | Khalid | 09/17/2021 |
| Resignac | Sandra | 09/17/2021 |
| menendez | aaron | 09/16/2021 |
| Qazi | Aftab | 09/16/2021 |
| abdeen | ahmed | 09/13/2021 |
| Demadet | Emile | 09/08/2021 |
| Hussain | Aafaq | 08/31/2021 |
| Dumel | Edwin | 08/30/2021 |
| Gibson | Christian | 08/27/2021 |
| Johnson | Justus | 08/27/2021 |
| lacey | darrin | 08/25/2021 |
| aguilar | douglas | 08/19/2021 |
| narain | harrichan | 08/18/2021 |
| Shah | Kashaf | 08/13/2021 |
| arreaga | jose | 08/10/2021 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| fleming | shianna | 08/10/2021 |
| termilien | quenolt | 08/10/2021 |
| Thrasybule | Serge | 08/09/2021 |
| lopez | ricardo | 08/05/2021 |
| mcardle | daniel | 07/30/2021 |
| Gordon | Rogel | 07/29/2021 |
| Vincent | Kye | 07/29/2021 |
| Keller | Cole | 07/23/2021 |
| Sheikh | Mohammad | 07/14/2021 |
| urena | andrew | 07/14/2021 |
| James | Bryan | 07/13/2021 |
| Frommeyer | Christopher | 07/10/2021 |
| fitzpatrick | shane | 07/08/2021 |
| wisoky | jeffrey | 07/08/2021 |
| Benodin | Jean Baptiste | 06/30/2021 |
| Chumpitaz | Juan | 06/30/2021 |
| Dupuy | Philippe | 06/30/2021 |
| gudel | patric | 06/25/2021 |
| armstrong | ryan | 06/24/2021 |
| Lopez | Luis | 06/18/2021 |
| thompson | stefan | 06/16/2021 |
| kim | vechslav | 06/14/2021 |
| byrne | ellene | 06/08/2021 |
| grant | travis | 06/02/2021 |
| hasan | mohammed | 06/02/2021 |
| Braddock | Joseph | 05/27/2021 |
| fredericks | john | 05/24/2021 |
| Karim | Fahad | 05/18/2021 |
| Garcia | Julia | 05/13/2021 |
| Wood- Smith | Trilian | 05/12/2021 |
| Kearney | Nathan | 05/11/2021 |
| tobar | steveen | 05/11/2021 |
| Dupuy | Paul | 04/12/2021 |
| allen | coles | 04/07/2021 |
| lang | nicholas | 03/11/2021 |
| Melgar Vargas | rocio | 03/04/2021 |
| Ballesteros | Osei | 03/01/2021 |
| osorio | steven | 03/01/2021 |
| rahman | mohibur | 02/11/2021 |
| olga | danos | 01/08/2021 |
| Tellus | Remyson | 12/22/2020 |
| Aguilar | Orlando | 12/03/2020 |
| Caban | Jonathan | 11/16/2020 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| maldonado | guadalupe | 10/21/2020 |
| Hampton | Tashawn | 10/08/2020 |
| rocco | gennaro | 10/08/2020 |
| Porras | Feeling | 10/06/2020 |
| edouard | mckay | 09/28/2020 |
| banquet | ismael | 09/22/2020 |
| Kovics | Jazz | 08/11/2020 |
| Robertson | Jordon | 08/11/2020 |
| haque | tanjida | 07/30/2020 |
| phillips | julianna | 07/16/2020 |
| mohan umrao | debra | 07/14/2020 |
| larsson | eric | 07/09/2020 |
| youssef | christian | 07/02/2020 |
| richmond | tristian | 06/18/2020 |
| ahmed | srabonee | 05/26/2020 |
| mia | abu | 05/26/2020 |
| stephens | ashmon | 05/26/2020 |
| Lang | Nicholas | 05/19/2020 |
| Peralta | Ramon | 04/22/2020 |
| Hutchinson | Stephanie | 04/21/2020 |
| Forster | James | 03/11/2020 |
| Ortiz | Monica | 03/02/2020 |
| Robles | Jose | 03/02/2020 |
| Smith | Elijah | 02/25/2020 |
| Griffin | Tierik | 02/12/2020 |
| Hudson | Shamar | 02/05/2020 |
| ASHADUZZAMAN | MD | 01/31/2020 |
| Hines | Louis | 01/28/2020 |
| Pearce | Chavaun | 01/27/2020 |
| Ulysse | Conrad | 01/27/2020 |
| Nealy | Preston | 01/22/2020 |
| Sheikh | Shafqat | 01/22/2020 |
| Meyer | Jonathan | 01/15/2020 |
| Weikel | William | 01/14/2020 |
| Romo | Juan | 01/13/2020 |
| Fernandez | Damien | 01/09/2020 |
| Amaya | Michael | 12/12/2019 |
| Islam | Muhammad | 12/11/2019 |
| Morales | Mathew | 12/11/2019 |
| Garayar | Aldo | 12/04/2019 |
| Burnett | Ralston | 12/03/2019 |
| Lipscombe | Tyrique | 11/27/2019 |
| Navarro | Orlando | 11/27/2019 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Larsson | Eric | 11/21/2019 |
| May | Robert | 11/13/2019 |
| Williams | Deedee | 11/04/2019 |
| Tyson | Michael | 10/29/2019 |
| Vallejos | Felix | 10/08/2019 |
| Kidd | Dwayne | 10/03/2019 |
| Bonilla | Rafael | 09/30/2019 |
| Benjamin | Romario | 09/24/2019 |
| Ali | Irfan | 09/18/2019 |
| Zulueta | Leslie | 09/16/2019 |
| Montana | Nino | 09/12/2019 |
| Frias | Emery | 09/03/2019 |
| Kolya | Khadija | 08/21/2019 |
| Burnett | Ralston | 08/19/2019 |
| Ayala | Walter | 08/06/2019 |
| Morales | Brian | 08/01/2019 |
| Rojas | Mario | 07/31/2019 |
| Akhter | Kazi | 07/24/2019 |
| Llano | Giulianno | 07/23/2019 |
| Martinez | Nancy | 07/23/2019 |
| Mann | Givens | 07/22/2019 |
| Dellaporta | Michael | 07/17/2019 |
| De Romero | Linda | 07/10/2019 |
| Hart | Courtney | 07/08/2019 |
| Lofaro | Nicholas | 06/26/2019 |
| Rojas | Mario | 06/25/2019 |
| Juliano | John | 06/24/2019 |
| Mikelinich | Nikolas | 06/11/2019 |
| Guevara | Chelsea | 05/29/2019 |
| Brennan | Thomas | 05/23/2019 |
| Upton | Raymond | 05/02/2019 |
| Ahsan | Md | 05/01/2019 |
| Cekic | Azra | 04/30/2019 |
| Afroz | Sabiha | 04/29/2019 |
| Rosa | John | 04/23/2019 |
| Perez | Mayra | 04/22/2019 |
| Cabezas | Miguel | 04/03/2019 |
| Upton | Raymond | 03/22/2019 |
| Neidecker | Philip | 02/20/2019 |
| Trinidad | Dario | 02/05/2019 |
| Nealy | Tammy | 01/17/2019 |
| Doshna | Jake | 12/05/2018 |
| Espinoza | Dora | 12/04/2018 |
| Wilson | Alister | 10/22/2018 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Rivera Rojas | Kevin | 10/18/2018 |
| Giglio | Joseph | 10/15/2018 |
| Springsteen | Steve | 10/15/2018 |
| Giampa | Anthony | 10/03/2018 |
| Smith | Darrel | 09/19/2018 |
| Cardona | Freddy | 09/13/2018 |
| Laze | Arber | 09/11/2018 |
| Euzebe | Widmaer | 09/05/2018 |
| Ngala-El | Bayyan | 09/05/2018 |
| Maldonado | Erica | 08/20/2018 |
| Johnson | Oliver | 08/14/2018 |
| Niranjan | Kenric | 08/14/2018 |
| Swaby | Eurel | 08/14/2018 |
| Guthrie | Christy | 08/09/2018 |
| Madeska | Joseph | 08/09/2018 |
| Genao | Joseph | 08/08/2018 |
| Aurangzeb | Mohammad | 08/07/2018 |
| Rivas-Varela | Graciela | 08/07/2018 |
| Sultana | Most | 08/07/2018 |
| Infante | Carlos | 07/25/2018 |
| Malone | Sean | 07/17/2018 |
| Boucher | Wesley | 06/26/2018 |
| Ditillo | Joseph | 06/23/2018 |
| Mcnab | Dave | 06/14/2018 |
| Guevara | Justin | 06/07/2018 |
| nioulikos | alexis | 06/04/2018 |
| Gudel | Jonathan | 05/31/2018 |
| Anelli | Matthew | 05/15/2018 |
| Ditillo | Joseph | 04/04/2018 |
| Iwobi | Chukwudi | 03/13/2018 |
| De Los Santos | Teofilo | 03/08/2018 |
| Jean Charles | Cory | 02/16/2018 |
| Moreno | Paul | 02/14/2018 |
| Hutchinson | Stephanie | 01/22/2018 |
| Manso | Frimpong | 01/22/2018 |
| Mejia | Anthony | 12/26/2017 |
| Marin | Jose | 12/08/2017 |
| rosa | nickolas | 12/07/2017 |
| Thomas | Triston | 11/29/2017 |
| Manchester | Thomas | 09/25/2017 |
| Asamoah | Michael | 09/06/2017 |
| Gilliland | Travis | 08/24/2017 |
| Manchester | Thomas | 08/24/2017 |
| Ascoli | Christopher | 08/14/2017 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Aristizabal | Juan | 08/11/2017 |
| Ramos Tinoco | Esmeralda | 08/09/2017 |
| Castillo | Jeferson | 08/02/2017 |
| Kearney | Craig | 07/26/2017 |
| Sperling | Meredith | 07/25/2017 |
| Vasquez | Alejandro | 07/12/2017 |
| Velez | Ervin | 07/11/2017 |
| WOLFF | KRISTOPHER | 06/29/2017 |
| Thompson | Jeremy | 06/14/2017 |
| Pinhasov | Amir | 06/12/2017 |
| Purisic | Adam | 06/01/2017 |
| Murdock | Mervin | 05/22/2017 |
| Layman | Ryan | 05/15/2017 |
| Vargas | Kyle | 05/04/2017 |
| Pagan | Marcus | 04/20/2017 |
| Payen | Herve | 04/20/2017 |
| Ruddy | Christopher | 04/18/2017 |
| Oldam | Kenneth | 04/12/2017 |
| Ararat | Robertulio | 04/11/2017 |
| Bastien | Guy | 04/06/2017 |
| Koroveshi | Anatol | 04/06/2017 |
| Potts | christian | 04/04/2017 |
| Wolff | Kristopher | 03/31/2017 |
| Ramirez | Victor | 03/17/2017 |
| Ramirez | Raul | 03/08/2017 |
| Bueso | Oscar | 03/07/2017 |
| Mand | Shamima | 03/01/2017 |
| D'Antonio | Matthew | 02/27/2017 |
| Dicuozzo | Carmine | 02/08/2017 |
| Santiago | Pedro | 02/08/2017 |
| Vivero | Rafael | 12/13/2016 |
| Klim | Marcin | 11/28/2016 |
| Fernandez | Domingo | 11/02/2016 |
| Haygood | Adam | 10/04/2016 |
| Harrison | Richard | 09/21/2016 |
| Purisic | Hana Love | 09/21/2016 |
| Scott | Livingstone | 09/14/2016 |
| Ruiz | Claribel | 09/07/2016 |
| Williams | Gregory | 09/06/2016 |
| Gomez | Edinson | 08/10/2016 |
| Puckli | Elizabeth | 07/07/2016 |
| Shand | Andre | 06/21/2016 |
| Mesy | James | 05/06/2016 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
| --- | --- | --- |
| Munoz | Felipe | 05/04/2016 |
| Sadik | Shibly | 05/04/2016 |
| Santiago | Jonathan | 04/19/2016 |
| Garcia | Baudilio | 04/18/2016 |
| Baron | Jessica | 03/09/2016 |
| Awoyemi | Olugbenga | 02/08/2016 |
| Anderson | Jezimar | 12/23/2015 |
| Shible | Sharif | 12/21/2015 |
| Jean | Jean Junior | 08/06/2015 |
| Gross | Daniel | 07/27/2015 |
| Costa | Chad | 07/20/2015 |
| Islam | Khondoker | 07/07/2015 |
| Clarke | Everton | 06/24/2015 |
| Ajitsingh | Kamela | 05/27/2015 |
| Sanchez | Belarminio | 03/03/2015 |
| Castilla | Carlos | 02/12/2015 |
| Springsteen | Steven | 12/23/2014 |
| Cicia | Philip | 11/19/2014 |
| chams | Nayib | 09/10/2014 |
| Olmo | Giovanni | 08/27/2014 |
| Ramirez | Edinson | 08/25/2014 |
| Lashley | Bryan | 05/02/2014 |
| Cody | Sean | 04/22/2014 |
| Jimenez | Arturo | 04/09/2014 |
| Monroy | Miguel | 02/24/2014 |
| Gennaro | Daniel | 01/28/2014 |
| Amadeo | Charles | 01/15/2014 |
| Pineda | Roger | 09/18/2013 |
| Perdomo | German | 08/14/2013 |
| Dennie | Lenron | 07/01/2013 |
| Perez | Max | 06/07/2013 |
| Albaum | Elan | 05/22/2013 |
| Torres | Francisco | 05/17/2013 |
| Alvez | Kenya | 04/24/2013 |
| Maldonado | Joseph | 02/27/2013 |
| Lozada | James | 01/11/2013 |
| Fleming | Eugenie | 12/05/2012 |
| Pantosin | Dennys | 10/09/2012 |
| Johnson | Darryl | 09/27/2012 |
| Ruan | Andrew | 09/24/2012 |
| Rojas | Isabel | 09/10/2012 |
| Mueller | Brendon | 08/01/2012 |
| Perdomo | Vanessa | 06/15/2012 |
| Duran | Ramon | 06/14/2012 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Catalanotto | William | 05/23/2012 |
| Collazos | Claudia | 04/11/2012 |
| Flynn | Michael | 04/05/2012 |
| Callari | Matthew | 03/01/2012 |
| Denis | James | 02/17/2012 |
| Blutner | Seth | 02/01/2012 |
| Simms | David | 02/01/2012 |
| Velasquez | Miriam | 02/01/2012 |
| Casas | Jose | 01/24/2012 |
| Duplan | Christopher | 01/24/2012 |
| Townsend | Marlon | 01/24/2012 |
| Vasquez | Nicco | 01/24/2012 |
| Cody | Brendan | 01/01/2012 |
| Green | Mikiel | 09/06/2011 |
| Gluck | Jeffrey | 07/26/2011 |
| Gallimore Jr | Howard | 07/21/2011 |
| Bailey | Gregory | 06/20/2011 |
| Alam | Asraful | 06/09/2011 |
| Candiotti | Joshua | 06/07/2011 |
| Kadakuran | George | 03/16/2011 |
| Martinez | Horacio | 02/01/2011 |
| Ovsiannikov | Vitaly | 01/03/2011 |
| Munoz | Lucy | 12/21/2010 |
| Jaenicke | Matthew | 08/02/2010 |
| Hernandez | Alfredo | 06/22/2010 |
| Giribaldi | Javier | 05/11/2010 |
| Miranda | Nestor | 03/09/2010 |
| Savino | Richard | 02/15/2010 |
| Wilson | Margaret | 02/05/2010 |
| Juggernaut | David | 07/09/2009 |
| Moharam | Mostafa | 05/28/2009 |
| Miller | Lee | 05/26/2009 |
| Mantone | John | 04/27/2009 |
| Salem | Fouad | 04/27/2009 |
| Fernandez | Carlos | 02/12/2009 |
| Kokkinos | Christopher | 01/05/2009 |
| Bottenus | Jeanine | 11/12/2008 |
| Tzalan | Carlos | 10/01/2008 |
| Owen | Robert | 06/30/2008 |
| Gluck | Jeffrey | 03/05/2008 |
| Tavano | Joseph | 02/04/2008 |
| Munoz | Derek | 10/31/2007 |
| Soto | Angel | 10/30/2007 |
| Salem | Imad | 09/13/2007 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| Purisic | Omar | 09/06/2007 |
| Medrano Sr | Luis | 08/29/2007 |
| Thibault | Joseph | 07/25/2007 |
| Ramos | Yolanda | 04/18/2007 |
| Meyer | Jonathan | 01/22/2007 |
| Mendoza | Manuel | 11/28/2006 |
| Medrano Jr | Luis | 10/02/2006 |
| Leonard | Semaj | 07/26/2006 |
| Alexopoulos | Dimitrios | 01/25/2006 |
| Caceres | Juan | 01/25/2006 |
| Hughes | Carol | 01/11/2006 |
| Shewdath | Leslie | 08/11/2005 |
| Alicea | Ernesto | 07/14/2005 |
| Khan | Jackie | 07/14/2005 |
| London | Roxanne | 06/30/2005 |
| Soohan | David | 06/30/2005 |
| Ajitsingh | Hamnath | 06/16/2005 |
| Santana | Edwin Vargas | 05/16/2005 |
| Choute | Donald | 01/27/2005 |
| Komara | Mouctar | 12/30/2004 |
| Vitkovskyy | Petro | 09/27/2004 |
| Perez | Cristian | 09/09/2004 |
| Baron | Jonathan | 07/28/2004 |
| Mastronardi | Dorothy | 06/07/2004 |
| Goldsmith | Andrew | 07/16/2003 |
| Gantman | Andrew | 05/21/2003 |
| Perez | Carolina | 03/12/2003 |
| Jankow | Christopher | 11/06/2002 |
| Zieba | Sylwester | 10/08/2002 |
| Fernandez | Jaime | 08/08/2002 |
| Miranda | Hector | 07/08/2002 |
| Pidhurskyy | Oleksandr | 03/22/2002 |
| Sanchez | Jose | 11/26/2001 |
| Montufar | Sergio | 09/12/2001 |
| Rutitskiy | Yevgeniy | 06/25/2001 |
| Perez | Alberto | 06/21/2001 |
| Slabyy | Andriy | 06/11/2001 |
| Lee | Zhen Yu | 05/31/2001 |
| Perez | Adeline | 12/07/2000 |
| Pereira | Daniel | 12/06/2000 |
| Naumchik | Jan | 08/29/2000 |
| Mirro | Anthony | 08/03/2000 |
| White | John | 05/24/2000 |

| Employee Last Name and Suffix | Employee First Name | Original Hire Date |
|---|---|---|
| CHUMPITAZ | JOHNNY | 05/18/2000 |
| Baron | Jason | 05/05/2000 |
| Zylfijaj | Xhevat | 04/24/2000 |
| Pacewicz | Marek | 09/01/1999 |
| Demiral | Lutfi | 08/06/1999 |
| Espichan | Miguel | 06/09/1999 |
| Franco | Craig | 04/28/1999 |
| Pastrano | Miguel | 04/16/1999 |
| Landeta | Carlos | 02/19/1997 |
| Mirro | Anthony | 08/09/1995 |
| Thevenot | Pierre | 06/21/1995 |
| Alexopoulos | Dimitrios | 10/12/1994 |
| Gerardi | Nancy | 03/20/1994 |
| Locastro | Michael | 01/16/1994 |
| Salazar | Mauricio | 08/29/1993 |
| Purisic | Hajrudin | 12/15/1991 |
| Gust | Robert | 05/06/1990 |
| Baron | Mark | 01/01/1990 |
| Druyan | Craig | 01/01/1990 |
| Petruzzelli | Michael | 01/01/1990 |