From: Jackson, Matthew <Matthew.Jackson@nlrb.gov>
Sent: Tuesday, May 14, 2024 10:36 AM
To: Robert Milman <rob@mmmlaborlaw.com>
Subject: Parking Systems - NLRB Case 29-CA-331253

> **CAUTION:** This email and any attachments may contain Controlled Unclassified Information (CUI). National Archives and Records Administration (NARA) regulations at 32 CFR Part 2002 apply to all executive branch agencies that designate or handle information that meets the standards for CUI.

Hello, Rob.

Local 1102, RWDSU attorney Matt Rocco notified me that you may be seeking to postpone the ULP hearing in the above-captioned case, currently scheduled for June 18. The Region will not consent to any postponement of this hearing because we have submitted the case to the NLRB Injunction Litigation Branch for consideration of whether seeking a Section 10(j) injunction in this matter is appropriate. Because this is a potential 10(j) case where is continued passage of time is likely to cause irreparable harm to employees' rights under the NLRA, it is imperative that we move the case forward without delay.

If you wish to seek a postponement of the June 18 hearing date, then please submit your postponement request to the NLRB Division of Judges and serve me a copy. The Region will oppose the request.

Feel free to reach out if you'd like to discuss.

**Matt Jackson**
Field Attorney
National Labor Relations Board
Region 29
2 MetroTech Center, 5th Floor
Brooklyn, NY 11201
(718) 765-6202